**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

**Northern District of New York**

Case number (if known): _____    Chapter **11**

☐ Check if this is an
   amended filing

## Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy          06/24

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.

| | |
|---|---|
| **1. Debtor's name** | **Prime Capital Ventures, LLC** |
| **2. All other names debtor used in the last 8 years**<br><br>Include any assumed names, trade names, and *doing business as* names | |
| **3. Debtor's federal Employer Identification Number (EIN)** | 8 7 – 4 3 4 0 2 5 8 |

**4. Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **Attn: Manager** | |
| **187 Wolf Road** | |
| Number    Street | Number    Street |
| **Albany, NY 12205-1138** | |
| City    State    ZIP Code | City    State    ZIP Code |
| | **Location of principal assets, if different from principal place of business** |
| **Albany** | **Paul A. Levine, Receiver** |
| County | **677 Broadway** |
| | Number    Street |
| | **Albany, NY 12207** |
| | City    State    ZIP Code |

| | |
|---|---|
| **5. Debtor's website (URL)** | |
| **6. Type of debtor** | ☐ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br><br>☐ Partnership (excluding LLP)<br><br>☑ Other. Specify:    **Limited Liability Company** |

Debtor   **Prime Capital Ventures, LLC**                                    Case number *(if known)* _____
　　　　　Name

| | |
|---|---|
| **7. Describe debtor's business** | A. *Check one:* |

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. §101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. §781(3))

☑ None of the above

B. *Check all that apply:*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)

☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes .

____  ____  ____  ____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7

☐ Chapter 9

☑ Chapter 11. *Check all that apply:*

　　☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725 (amount subject to adjustment on 4/01/25 and every 3 years after that).

　　☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

　　☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

　　☐ A plan is being filed with this petition.

　　☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

　　☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

　　☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☐ No

☑ Yes. District **Northern District of New York**   When **12/21/2023**   Case number **23-11302**
　　　　　　　　　　　　　　　　　　　　　　　　　　　　MM / DD / YYYY

　　　District **Northern District of New York**   When **5/14/2024**   Case number **24-10531**
　　　　　　　　　　　　　　　　　　　　　　　　　　　MM / DD / YYYY

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

☐ No

☑ Yes. Debtor **Kris Daniel Roglieri**   Relationship **Prior Member**

　　　District **Northern District of New York**   When **2/15/2024**
　　　　　　　　　　　　　　　　　　　　　　　　　　MM / DD / YYYY

　　　Case number, if known **24-10157**

| Debtor | **Prime Capital Ventures, LLC** | Case number *(if known)* |
|---|---|---|
| | Name | |

| | | |
|---|---|---|
| **11. Why is the case filed in *this district*?** | *Check all that apply:* | |
| | ☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district. | |
| | ☑ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district. | |

| | |
|---|---|
| **12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?** | ☑ No |
| | ☐ Yes.   Answer below for each property that needs immediate attention. Attach additional sheets if needed. |
| | **Why does the property need immediate attention?** *(Check all that apply.)* |
| | ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety. |
| | What is the hazard? _____ |
| | ☐ It needs to be physically secured or protected from the weather. |
| | ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options). |
| | ☐ Other _____ |
| | **Where is the property?** _____ |
| | Number       Street |
| | _____ |
| | _____ |
| | City                                    State      ZIP Code |
| | **Is the property insured?** |
| | ☐ No |
| | ☐ Yes.   Insurance agency _____ |
| | Contact name _____ |
| | Phone _____ |

## Statistical and administrative information

| | |
|---|---|
| **13. Debtor's estimation of available funds?** | *Check one:* |
| | ☑ Funds will be available for distribution to unsecured creditors. |
| | ☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors. |

| **14. Estimated number of creditors** | ☐ 1-49 | ☑ 50-99 | ☐ 1,000-5,000 | ☐ 5,001-10,000 | ☐ 25,001-50,000 | ☐ 50,000-100,000 |
|---|---|---|---|---|---|---|
| | ☐ 100-199 | ☐ 200-999 | ☐ 10,001-25,000 | | ☐ More than 100,000 | |

| **15. Estimated assets** | ☐ $0-$50,000 | ☐ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
|---|---|---|---|
| | ☐ $50,001-$100,000 | ☑ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| | ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| | ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

Debtor   **Prime Capital Ventures, LLC**
         Name

Case number *(if known)* _____

**16. Estimated liabilities**

- ☐ $0-$50,000
- ☐ $50,001-$100,000
- ☐ $100,001-$500,000
- ☐ $500,001-$1 million

- ☐ $1,000,001-$10 million
- ☐ $10,000,001-$50 million
- ☐ $50,000,001-$100 million
- ☑ $100,000,001-$500 million

- ☐ $500,000,001-$1 billion
- ☐ $1,000,000,001-$10 billion
- ☐ $10,000,000,001-$50 billion
- ☐ More than $50 billion

## Request for Relief, Declaration, and Signatures

**WARNING --**   Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

- ■ The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.
- ■ I have been authorized to file this petition on behalf of the debtor.
- ■ I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **09/16/2024**
              MM/ DD/ YYYY

**X** **/s/ Christian H. Dribusch**
Signature of authorized representative of debtor

**Christian H. Dribusch**
Printed name

Title   **Manager**

**18. Signature of attorney**

**X** **/s/ Christian H. Dribusch**
Signature of attorney for debtor

Date   **09/16/2024**
       MM/ DD/ YYYY

**Christian H. Dribusch**
Printed name

**The Dribusch Law Firm**
Firm name

**187 Wolf Rd Ste 300-20**
Number      Street

**Albany**                          **NY**        **12205-1138**
City                                State      ZIP Code

**(518) 588-8217**                   **cdribusch@chd-law.com**
Contact phone                        Email address

**507021**                           **NY**
Bar number                           State

**RESOLUTION OF THE SOLE MEMBER AND MANAGER OF
PRIME CAPITAL VENTURES, LLC**

The undersigned, being the sole member and member manager for **Prime Capital Ventures, LLC** (the "LLC"), adopts this resolution pursuant to the terms, provisions and conditions contained in an Amended Operating Agreement ("AOA") which AOA has been approved pursuant to the laws of the State of Delaware and which AOA, among other things, revokes a dissolution, if any, names the Bankruptcy Estate of Kris Daniel Roglieri as the sole member, and appoints the trustee to the Bankruptcy Estate of Kris Daniel Roglieri to act as the member manager of the LLC, do hereby certify that any meeting is waived and that the LLC adopts the following resolutions:

RESOLVED,   that the LLC is authorized to file for relief under the provisions of Chapter 11 of Title 11 of the United States Code (the "Bankruptcy Code") with the United States Bankruptcy Court (the ("Bankruptcy Court") for the Northern District of York (the "District") or such other district which may have appropriate venue; and it is further

RESOLVED,   that the member manager of the LLC be and the same is hereby authorized, directed and empowered to execute and deliver, on behalf of the LLC, the bankruptcy petition and all documents and other instruments that may be required in connection with the bankruptcy proceeding (the "Bankruptcy Proceeding"), with such changes as said member manager may deem necessary and to do all such other things, on behalf of the LLC, as may be required in connection with the Bankruptcy Proceeding; and it is further

RESOLVED,   that the LLC is authorized to retain Klestadt Winters Jureller Southard & Stevens, LLP as its counsel for the Bankruptcy Proceeding.

Dated:  September 16, 2024

*/s/ Christian H. Dribusch*
Christian H. Dribusch, in the capacity as representative of the Bankruptcy Estate of Kris Daniel Roglieri, the sole member of **Prime Capital Ventures, LLC**

**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF NEW YORK
ALBANY DIVISION**

IN RE:                                                    CHAPTER  **11**
**Prime Capital Ventures, LLC**

DEBTOR(S)                                                 CASE NO

### LIST OF EQUITY SECURITY HOLDERS

| Registered Name of Holder of Security Last Known Address or Place of Business | Class of Security | Number Registered | Kind of Interest Registered |
|---|---|---|---|
| **Bankruptcy Estate of Kris D. Roglieri** 187 Wolf Road, Suite 300-20, Albany, NY 12205 | Membersip | 100% | Ownership |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the _____**Manager**_____ of the _____**Nonpublic Corporation**_____
named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true
and correct to the best of my information and belief.

Date: **09/16/2024**_____                    Signature:  **/s/ Christian H. Dribusch**_____
                                                                    *Christian H. Dribusch, Manager*

# United States Bankruptcy Court
## Northern District of New York

In re  **Prime Capital Ventures, LLC** _____    Case No. _____

                                          Debtor(s)          Chapter          **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for _____**Prime Capital Ventures, LLC**_____ in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

_____

☑ None [*Check if applicable*]


_____**09/16/2024**_____          _____**/s/ Christian H. Dribusch**_____
Date                               **Christian H. Dribusch**
                                   Signature of Attorney or Litigant
                                   Counsel for  ___**Prime Capital Ventures, LLC**___
                                   **Bar Number: 507021**
                                   **The Dribusch Law Firm**
                                   **187 Wolf Rd Ste 300-20**
                                   **Albany, NY 12205-1138**
                                   **Phone: (518) 227-0026**
                                   **Email: cdribusch@chd-law.com**

1

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **Prime Capital Ventures, LLC** |
| United States Bankruptcy Court for the: | **Northern District of New York** |
| Case number (if known): | |

☐ Check if this is an
amended filing

## Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

**12/15**

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider*, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1  1800 Park Avenue LLC  1800 Park Avenue East  Renville, MN 56284 | | | Contingent  Disputed  Unliquidated | | | $15,066,052.48 |
| 2  526 Murfreesboro, LLC  526 Murfreesboro Pike  Nashville, TN 37217 | | | Contingent  Disputed  Unliquidated | | | $13,246,937.76 |
| 3  Brightsmith Tulsa LLP  1821 N. Collins Avenue  Okmulgee, OK 74447 | | | Contingent  Disputed  Unliquidated | | | $7,875,000.00 |
| 4  Commercial Capital Bond  133 Holiday Court #207  Franklin, TN 37067 | | | Contingent  Disputed  Unliquidated | | | $35,000.00 |
| 5  Compass-Charlotte 1031, LLC  631 Dickenson Avenue  Greenville, NC 27834 | | | Contingent  Disputed  Unliquidated | | | $51,305,136.00 |
| 6  CoNestions Medical, Inc.  150 N Wright Brothers Drive  Salt Lake City, UT 84116 | | | Contingent  Disputed  Unliquidated | | | $6,150,000.00 |
| 7  Eagle Rose Inc.  4500 Eldorado Parkway  Mckinney, TX 75070 | | | Contingent  Disputed  Unliquidated | | | $1,050,000.00 |
| 8  ER Tennessee LLC  381 Park Avenue Suite 1101  New York, NY 10016 | | | Contingent  Disputed  Unliquidated | | | $15,355,473.21 |

| Debtor | **Prime Capital Ventures, LLC** | | | | Case number *(if known)* | | |
|---|---|---|---|---|---|---|---|
| | Name | | | | | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 9  HCW Biologics Inc. 3300 Corporate Way Hollywood, FL 33025 | | | Contingent Disputed Unliquidated | | | $5,250,000.00 |
| 10  Hudson & Hudson LLC 206 West College Street Suite 12 Carbondale, IL 62901 | | | Contingent Disputed Unliquidated | | | $5,250,000.00 |
| 11  Keeler Mercedes Benz 1111 Troy Schenectady Road Latham, NY 12110 | | | Contingent Disputed Unliquidated | | | $30,000.00 |
| 12  Motos America Inc. 3131 W. 2210 S. West Valley City, UT 84119 | | | Contingent Disputed Unliquidated | | | $3,000,000.00 |
| 13  Newlight Technologies, Inc. 14382 Astronautics Drive Huntington Beach, CA 92647 | | | Contingent Disputed Unliquidated | | | $7,762,603.44 |
| 14  Onward Holdings Ltd. 5152 N. Edgewood Drive Suite 375 Provo, UT 84604 | | | Contingent Disputed Unliquidated | | | $14,000,000.00 |
| 15  SP Harbor QOZB LP 550 West B Street 4th Floor San Diego, CA 92101 | | | Contingent Disputed Unliquidated | | | $2,500,000.00 |
| 16  SQRL Holdings, LLC 27 Rahling Circle Suite C Little Rock, AR 72223 | | | Contingent Disputed Unliquidated | | | $4,462,500.00 |
| 17  SRA - CH Richard I LLC 4505 Pacific Highway East Suite C-2 Fife, WA 98424 | | | Contingent Disputed Unliquidated | | | $17,366,250.00 |
| 18  The Wallick Family 2022 Trust PO Box 267 Okmulgee, OK 74447 | | | Contingent Disputed Unliquidated | | | $175,000.00 |
| 19  Toro Real Estate Partners 410 Jericho Turnpike Suite 220 Jericho, NY 11753 | | | Contingent Disputed Unliquidated | | | $50,000.00 |
| 20  Truss Financial LLC 4500 West Nyack Road Suite 310 West Nyack, NY 10994 | | | Contingent Disputed Unliquidated | | | $3,900,000.00 |

## GLOBAL NOTES, METHODOLOGY AND SPECIFIC
## DISCLOSURES REGARDING THE DEBTOR'S SCHEDULES OF
## ASSETS AND LIABILITIES AND STATEMENTS OF FINANCIAL AFFAIRS

### Introduction

On December 19, 2023 ("Petition Date 1"), Compass-Charlotte 1031, LLC, 526 Murfreesboro, LLC, and Newlight Technologies, Inc., filed an involuntary bankruptcy petition against Prime Capital Ventures, LLC (the "Debtor") under chapter 7 of title 11 of the United States Code (the "Bankruptcy Code") with the United States Bankruptcy Court for the Northern District of New York (the "Court"), which case was pending under Case No. 23-11302 (REL) (the "Case No. 1"). Christian H. Dribusch was appointed interim chapter 7 trustee in Case No. 1, but on January 9, 2024, the Court entered an order granting the petitioning creditors' motion to dismiss the case [Case No. 1, Dkt. No. 87].

On January 12, 2024, Compass-Charlotte 1031, LLC commenced an action in the United States District Court for the Northern District of New York (the "District Court") captioned *Compass-Charlotte 1031, LLC v. Prime Capital Ventures, LLC, et al.*, Case No. 24-CV-55 (MAD/CFH) (N.D.N.Y.) (the "Receivership Action"). On January 24, 2024, the District Court entered a Memorandum-Decision and Order that, among other things, appointed Paul Levine as the permanent receiver for the Debtor and related defendants (the "Receiver").

On February 15, 2024, Kris Daniel Roglieri ("Roglieri"), the principal of the Debtor, filed a voluntary bankruptcy petition under subchapter V of chapter 11 of the Bankruptcy Code in this Court commencing Case No. 24-10157 (REL) (the "Roglieri Case"). On May 15, 2024, the Court entered an order converting the Roglieri Case to one under chapter 7 [Roglieri Case Dkt. No. 159]. Christian H. Dribusch (the "Roglieri Trustee") was appointed interim chapter 7 trustee of Roglieri's estate and has since qualified and is currently serving as permanent trustee therein.

On May 14, 2024, the Debtor, by and through the District Court-Appointed Receiver, filed a voluntary petition for relief under chapter 11 of the Bankruptcy Code in this Court, commencing Case No. 24-10531 (REL) ("Case No. 2"). On July 23, 2024, this Court entered a memorandum decision and order dismissing Case No. 2 [Case No. 2 Dkt. No. 85].

The Receivership Action is currently stayed due to the pendency of appeals and the Receiver has been hamstrung in his ability to collect and liquidate the Debtor's assets. The Roglieri Trustee, who is in possession and control of all membership interests of the Debtor by and through Roglieri's bankruptcy estate, has exercised the necessary powers and executed the necessary documents to assume control of the Debtor. The Roglieri Trustee, in his capacity as the authorized agent for the Debtor, has filed or is filing contemporaneously herewith a voluntary bankruptcy petition on behalf of the Debtor for relief under chapter 11 of the Bankruptcy Code ("Case No. 3"). The Roglieri Trustee intends to use Case No. 3 as a legitimate and potentially only viable method of collecting the Debtor's assets, pursuing claims on behalf of the Debtor's estate, and distributing those assets to the Debtor's numerous and varied creditors.

These *Global Notes, Methodology, and Specific Disclosures Regarding the Debtor's Schedules of Assets and Liabilities and Statements of Financial Affairs* (the "Global Notes") pertain to, are incorporated by reference in, and comprise an integral part of the Debtor's Schedules of Assets and Liabilities (the "Schedules") and Statement of Financial Affairs ("Statements" or "SOFA"). The Global Notes should be referred to, considered, and reviewed in connection with any review of the Schedules and SOFA.

The Schedules and SOFAs do not purport to represent financial statements prepared in accordance with Generally Accepted Accounting Principles in the United States ("GAAP"), nor are they intended to be fully reconciled with the financial statements of the Debtor (whether publicly filed or otherwise). Additionally, the Schedules and Statements contain unaudited information that is subject to further review and potential adjustment, and reflect the Roglieri Trustee's reasonable efforts to report the assets and liabilities of the Debtor.

In preparing the Schedules and Statements, the Roglieri Trustee relied upon information derived from the Debtor's available books and records, information gathered during his short tenure as interim chapter 7 trustee of the Debtor, and documents and information provided to him by the Receiver. Although the Roglieri Trustee has made reasonable efforts to gather, secure and review the Debtor's books and records, the Roglieri Trustee is not satisfied at the time of this filing that he has a complete set of books and records of the Debtor.  Parties should be advised that inadvertent errors or omissions, as well as the discovery of conflicting, revised, or subsequent information, may cause a material change to the Schedules and Statements.

The Roglieri Trustee, his attorneys, and proposed attorneys for the Debtor, do not guarantee or warrant the accuracy or completeness of the data that is provided in the Schedules and Statements, and shall not be liable for any loss or injury arising out of or caused in whole or in part by the acts, omissions, whether negligent or otherwise, in procuring, compiling, collecting, interpreting, reporting, communicating, or delivering the information contained in the Schedules and Statements. Except as expressly required by the Bankruptcy Code, the Roglieri Trustee expressly does not undertake any obligation to update, modify, revise, or re-categorize the information provided in the Schedules and Statements or to notify any third party should the information be updated, modified, revised, or re-categorized.  The Roglieri Trustee, on behalf of himself or the Debtor's officers, employees, agents, and advisors, disclaims any liability to any third party arising out of or related to the information contained in the Schedules and Statements and reserve all rights with respect thereto.

In reviewing and signing the Schedules and Statements, this Roglieri Trustee relied upon the efforts, statements, and representations of the Debtor's creditors, former professionals, and the Receiver and his professionals. The Roglieri Trustee has not (and could not have) personally verified the accuracy of each such statement and representation, including, for example, statements and representations concerning amounts owed to creditors and their addresses.

## Global Notes and Overview of Methodology

1. **Reservation of Rights**. Reasonable efforts have been made to prepare and file complete and accurate Schedules and Statements; however, inadvertent errors or omissions may

exist.  The Roglieri Trustee reserves all rights to amend or supplement the Schedules and Statements from time to time, in all respects, as may be necessary or appropriate, including, without limitation, the right to amend the Schedules and Statements with respect to claim ("Claim") description, designation; dispute or otherwise assert offsets or defenses to any Claim reflected in the Schedules and Statements as to amount, liability, priority, status, or classification; subsequently designate any Claim as "disputed," "contingent," or "unliquidated;" or object to the extent, validity, enforceability, priority, or avoidability of any Claim.  Any failure to designate a Claim in the Schedules and Statements as "disputed," "contingent," or "unliquidated" does not constitute an admission by the Roglieri Trustee that such Claim or amount is not "disputed," "contingent," or "unliquidated."  Listing a Claim does not constitute an admission of liability by the Roglieri Trustee against which the Claim is listed or against the Debtor.  Furthermore, nothing contained in the Schedules and Statements shall constitute a waiver of rights with respect to the Debtor's chapter 11 case, including, without limitation, issues involving Claims, defenses, equitable subordination, recharacterization, and/or causes of action arising under the provisions of chapter 5 of the Bankruptcy Code and any other relevant non-bankruptcy laws to recover assets or avoid transfers.  Any specific reservation of rights contained elsewhere in the Global Notes does not limit in any respect the general reservation of rights contained in this paragraph.  Notwithstanding the foregoing, the Roglieri Trustee is not hereby committing or obligating himself to update the Schedules and Statements.

2. **Description of Case and "as of" Information Date**. The asset information provided in the Schedules and Statements, except as otherwise noted, represents the asset data of the Debtor as of the close of business on the date of filing, and the liability information provided herein, except as otherwise noted, represents the liability data from prior filings.

3. **Recharacterization**. Notwithstanding the Roglieri Trustee's reasonable efforts to properly characterize, classify, categorize, or designate certain Claims, assets, executory contracts, unexpired leases, and other items reported in the Schedules and Statements, the Roglieri Trustee may, nevertheless, have improperly characterized, classified, categorized, designated, or omitted certain items.  Accordingly, the Roglieri Trustee reserves all of his rights to recharacterize, reclassify, recategorize, further designate, add, or delete items reported in the Schedules and Statements at a later time as is necessary or appropriate as additional information becomes available, including, without limitation, whether contracts or leases listed herein were deemed executory or unexpired as of the Petition Date and remain executory and unexpired postpetition.

4. **Executory Contracts and Unexpired Leases**. The Debtor's known executory contracts and unexpired leases have been set forth in Schedule G.

5. **Classifications**. Listing a Claim or contract on (a) Schedule D as "secured," (b) Schedule E/F part 1 as "priority," (c) Schedule E/F part 2 as "unsecured," or (d) Schedule G as "executory" or "unexpired," does not constitute an admission by the Roglieri Trustee of the legal rights of the claimant, or a waiver of the Roglieri Trustee's rights to recharacterize or reclassify such Claims or contracts or leases or to setoff of such Claims.

6. **Claims Description**. Schedules D and E/F permit the Roglieri Trustee to designate a Claim as "disputed," "contingent," and/or "unliquidated." Any failure to designate a Claim as "disputed," "contingent," or "unliquidated" does not constitute an admission by the Roglieri Trustee that such amount is not "disputed," "contingent," or "unliquidated," or that such Claim is not subject to objection. Moreover, listing a Claim does not constitute an admission of liability by the Roglieri Trustee. For the avoidance of doubt, given the Roglieri Trustee's present inability to verify the accuracy of the Debtor's books and records, the Roglieri Trustee has determined to designate certain claims as "disputed." The overall effect of this determination will be that creditors are required to file proofs of their claims by a bar date to be established in this bankruptcy case. In the Roglieri Trustee's view, a review and reconciliation of such proofs of claim, if and when filed, will be the most efficient means of verification of such claims and interests for this bankruptcy case.

7. **Causes of Action**. Despite reasonable efforts to identify all known assets, the Roglieri Trustee may not have listed all of the Debtor's causes of action or potential causes of action against third-parties as assets in the Schedules and Statements, including, without limitation, causes of actions arising under the provisions of chapter 5 of the Bankruptcy Code and any other relevant non-bankruptcy laws to recover assets or avoid transfers. The Roglieri Trustee reserves all of his rights with respect to any cause of action (including avoidance actions), controversy, right of setoff, cross-Claim, counter-Claim, or recoupment and any Claim on contracts or for breaches of duties imposed by law or in equity, demand, right, action, lien, indemnity, guaranty, suit, obligation, liability, damage, judgment, account, defense, power, privilege, license, and franchise of any kind or character whatsoever, known, unknown, fixed or contingent, matured or unmatured, suspected or unsuspected, liquidated or unliquidated, disputed or undisputed, secured or unsecured, whether asserted directly or derivatively, whether arising before, on, or after the Petition Date, in contract or in tort, in law, or in equity, or pursuant to any other theory of law (collectively, "Causes of Action") they may have, and neither these Global Notes nor the Schedules and Statements shall be deemed a waiver of any Claims or Causes of Action or in any way prejudice or impair the assertion of such Claims or Causes of Action.

8. **Global Notes Control**. If the Schedules and Statements differ from these Global Notes, the Global Notes shall control.

9. **Potential Intercompany Claims**. The Roglieri Trustee and his professionals are in the process of reviewing and reconciling the Debtor's books and records to gain a clearer picture of the prepetition intercompany claims, if any, that may exist between the Debtor's estate. Currently, no intercompany claim is listed on the Debtor's Schedules or Statements.

**Fill in this information to identify the case:**

Debtor Name   **Prime Capital Ventures, LLC**

United States Bankruptcy Court for the: _____ **Northern** _____ District of   **New York**

(State)

Case number (If known): _____

☐ Check if this is an amended filing

Official Form 206A/B

# Schedule A/B: Assets — Real and Personal Property

12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
| --- | --- |

1. **Does the debtor have any cash or cash equivalents?**

   ☐ No. Go to Part 2.
   ☑ Yes. Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
| --- | --- |

2. **Cash on hand** _____

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
| --- | --- | --- | --- |
| 3.1. **CitiBank, N.A.** | **Checking account** | **6  9  4  5** | $751,385.21 |
| 3.2. **M&T Bank** | **Savings account** | **5  9  5  9** | $1,128,018.85 |

4. **Other cash equivalents** *(Identify all)*

| | | |
| --- | --- | --- |
| 4.1 **M&T Bank (Escrow)** | | $100,000.00 |

5. **Total of Part 1** | $1,979,404.06 |

   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

| Part 2: | Deposits and prepayments |
| --- | --- |

6. **Does the debtor have any deposits or prepayments?**

   ☐ No. Go to Part 3.
   ☑ Yes. Fill in the information below.

| | Current value of debtor's interest |
| --- | --- |

7. **Deposits, including security deposits and utility deposits**

   Description, including name of holder of deposit

   7.1 _____ _____

Debtor    **Prime Capital Ventures, LLC**
_____    Case number *(if known)* _____
     Name

---

7.2 _____    _____

8.    **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

   Description, including name of holder of prepayment

   8.1    **Beazley (Insurance for Residence)**    **unknown**

9.    **Total of Part 2**

   Add lines 7 through 8. Copy the total to line 81.

| Part 3: | Accounts receivable |
|---|---|

10.    **Does the debtor have any accounts receivable?**

   ☑ No. Go to Part 4.

   ☐ Yes. Fill in the information below.

**Current value of debtor's interest**

11.    **Accounts receivable**

   11a. 90 days old or less:    _____ - _____    =.....➔    _____
                     face amount    doubtful or uncollectible accounts

   11b. Over 90 days old:    _____ - _____    =.....➔    _____
                     face amount    doubtful or uncollectible accounts

12.    **Total of Part 3**

   Current value on lines 11a + 11b = line 12. Copy the total to line 82.

| Part 4: | Investments |
|---|---|

13.    **Does the debtor own any investments?**

   ☑ No. Go to Part 5.

   ☐ Yes. Fill in the information below.

| **Valuation method used for current value** | **Current value of debtor's interest** |
|---|---|

14.    **Mutual funds or publicly traded stocks not included in Part 1**

   Name of fund or stock:

   14.1 _____    _____    _____

   14.2 _____    _____    _____

15.    **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**

   Name of entity:    % of ownership:

   15.1._____    _____    _____    _____

   15.2._____    _____    _____    _____

16.    **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**

   Describe:

---

Official Form 206A/B    **Schedule A/B: Assets — Real and Personal Property**    page **2**

Debtor    **Prime Capital Ventures, LLC** _____    Case number *(if known)* _____
         Name

| 16.1 | _____ | _____ | _____ |
| 16.2 | _____ | _____ | _____ |

**17.** **Total of Part 4**

Add lines 14 through 16. Copy the total to line 83.
[_____]

| Part 5: | Inventory, excluding agriculture assets |

**18.** **Does the debtor own any inventory (excluding agriculture assets)?**

☑ No. Go to Part 6.

☐ Yes. Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **19.** **Raw materials** | | | | |
| _____ | MM / DD / YYYY | _____ | _____ | _____ |
| **20.** **Work in progress** | | | | |
| _____ | MM / DD / YYYY | _____ | _____ | _____ |
| **21.** **Finished goods, including goods held for resale** | | | | |
| _____ | MM / DD / YYYY | _____ | _____ | _____ |
| **22.** **Other inventory or supplies** | | | | |
| _____ | MM / DD / YYYY | _____ | _____ | _____ |

**23.** **Total of Part 5**

Add lines 19 through 22. Copy the total to line 84.
[_____]

**24.** **Is any of the property listed in Part 5 perishable?**

☑ No

☐ Yes

**25.** **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**

☑ No

☐ Yes.  Book value _____  Valuation method _____  Current value _____

**26.** **Has any of the property listed in Part 5 been appraised by a professional within the last year?**

☑ No

☐ Yes

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |

**27.** **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☑ No. Go to Part 7.

☐ Yes. Fill in the information below.

Debtor    **Prime Capital Ventures, LLC**

<u>Name</u>

Case number *(if known)* _____

| General description | Net book value of debtor's interest<br><br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 28.    **Crops—either planted or harvested** | | | |
| _____ | _____ | _____ | _____ |
| 29.    **Farm animals** *Examples:* Livestock, poultry, farm-raised fish | | | |
| _____ | _____ | _____ | _____ |
| 30.    **Farm machinery and equipment** (Other than titled motor vehicles) | | | |
| _____ | _____ | _____ | _____ |
| 31.    **Farm and fishing supplies, chemicals, and feed** | | | |
| _____ | _____ | _____ | _____ |
| 32.    **Other farming and fishing-related property not already listed in Part 6** | | | |
| _____ | _____ | _____ | _____ |

33.    **Total of Part 6**

Add lines 28 through 32. Copy the total to line 85.

| |
|---|
| _____ |

34.    **Is the debtor a member of an agricultural cooperative?**

☑ No

☐ Yes. Is any of the debtor's property stored at the cooperative?

☐ No

☐ Yes

35.    **Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**

☑ No

☐ Yes.  Book value _____ Valuation method _____ Current value _____

36.    **Is a depreciation schedule available for any of the property listed in Part 6?**

☑ No

☐ Yes

37.    **Has any of the property listed in Part 6 been appraised by a professional within the last year?**

☑ No

☐ Yes

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
|---|---|

38.    **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☑ No. Go to Part 8.

☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest<br><br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39.    **Office furniture** | | | |

Debtor    **Prime Capital Ventures, LLC**
_____    Case number *(if known)* _____
Name

| | | | | |
|---|---|---|---|---|
| 40. | **Office fixtures** | | | |
| 41. | **Office equipment, including all computer equipment and communication systems equipment and software** | | | |
| 42. | **Collectibles** *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |
| | 42.1 | | | |
| | 42.2 | | | |
| | 42.3 | | | |

43. **Total of Part 7**

Add lines 39 through 42. Copy the total to line 86.

44. **Is a depreciation schedule available for any of the property listed in Part 7?**

☑ No
☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**

☑ No
☐ Yes

| Part 8: | Machinery, equipment, and vehicles |
|---|---|

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No. Go to Part 9.
☑ Yes. Fill in the information below.

| General description<br><br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest<br><br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 47. **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1 **2023 Mercedes-Benz Maybach S680Z4 / Seized by the FBI/USDOJ** | **unknown** | | **$449,672.00** |
| 48. **Watercraft, trailers, motors, and related accessories** Examples: Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels | | | |
| 48.1 | | | |
| 48.2 | | | |
| 49. **Aircraft and accessories** | | | |
| 49.1 | | | |

Debtor    **Prime Capital Ventures, LLC**
Name                                                    Case number *(if known)*

| | | | |
|---|---|---|---|
| 49.2 | | | |

50. **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

51. **Total of Part 8**

Add lines 47 through 50. Copy the total to line 87.                                  **$449,672.00**

52. **Is a depreciation schedule available for any of the property listed in Part 8?**

☑ No
☐ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**

☑ No
☐ Yes

**Part 9:**    Real property

54. **Does the debtor own or lease any real property?**

☐ No. Go to Part 10.
☑ Yes. Fill in the information below.

55. **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br><br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1 **Residence /** 600 Linkhorn Drive<br>**Virginia Beach, VA 23451** | Fee Simple | unknown | Realtor.com | $4,023,154.00 |

56. **Total of Part 9**

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.    **$4,023,154.00**

57. **Is a depreciation schedule available for any of the property listed in Part 9?**

☑ No
☐ Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**

☑ No
☐ Yes

**Part 10:**    Intangibles and intellectual property

59. **Does the debtor have any interests in intangibles or intellectual property?**

☑ No. Go to Part 11.
☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest<br><br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

Debtor     **Prime Capital Ventures, LLC**                                    Case number *(if known)* _____
_____
Name

---

60. **Patents, copyrights, trademarks, and trade secrets**

    _____    _____    _____    _____

61. **Internet domain names and websites**

    _____    _____    _____    _____

62. **Licenses, franchises, and royalties**

    _____    _____    _____    _____

63. **Customer lists, mailing lists, or other compilations**

    _____    _____    _____    _____

64. **Other intangibles, or intellectual property**

    _____    _____    _____    _____

65. **Goodwill**

    _____    _____    _____    _____

66. **Total of Part 10**

Add lines 60 through 65. Copy the total to line 89.

                                                                _____

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107)**?**

☑ No

☐ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

☑ No

☐ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**

☑ No

☐ Yes

**Part 11:**    All other assets

---

70. **Does the debtor own any other assets that have not yet been reported on this form?**

Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No. Go to Part 12.

☑ Yes. Fill in the information below.

|  | Current value of debtor's interest |
|---|---|

71. **Notes receivable**

Description (include name of obligor)

| | | | | Current value of debtor's interest |
|---|---|---|---|---|
| **Brightsmith Tulsa LLP LOC** | **$7,875,000.00** – | **unknown** | =➡ | **unknown** |
| | Total face amount | doubtful or uncollectible amount | | |
| **Hudson & Hudson LLC LOC** | **$5,250,000.00** – | **unknown** | =➡ | **unknown** |
| | Total face amount | doubtful or uncollectible amount | | |

---

Debtor    **Prime Capital Ventures, LLC**
_____                    Case number *(if known)* _____
Name

| | | | |
|---|---|---|---|
| **SRA - CH Richland LLC LOC** | **$17,366,250.00** – | **unknown** = ➜ | **unknown** |
| | Total face amount | doubtful or uncollectible amount | |
| **Indigo Phammaceutical LLC LOC** | **$19,100,000.00** – | **unknown** = ➜ | **unknown** |
| | Total face amount | doubtful or uncollectible amount | |
| **Caruso Home Builders LOC** | **$2,400,000.00** – | **unknown** = ➜ | **unknown** |
| | Total face amount | doubtful or uncollectible amount | |

72. **Tax refunds and unused net operating losses (NOLs)**

   Description (for example, federal, state, local)

   _____        Tax year _____        _____

   _____        Tax year _____        _____

   _____        Tax year _____        _____

73. **Interests in insurance policies or annuities**

   _____                                        _____

74. **Causes of action against third parties (whether or not a lawsuit has been filed)**

   **Claims against parties with knowledge of, association with, participation in, or recipients of Debtor's alleged fraudulent activities**                                        **unknown**

   Nature of claim        **Contract; Tort; Other**

   Amount requested        **unknown**

   **Prime Capital Ventures -vs- Reign Financial International Inc., USDC, NDNY**                **unknown**

   Nature of claim        **Potential avoidable transfers and other claims**

   Amount requested        **unknown**

75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

   _____                                        _____

   Nature of claim        _____

   Amount requested        _____

76. **Trusts, equitable or future interests in property**

   _____                                        _____

77. **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

   **Richard Mille Skull Watch**                                                   **unknown**

78. **Total of Part 11**

   Add lines 71 through 77. Copy the total to line 90.                          | _____ |

Debtor    **Prime Capital Ventures, LLC**                                       Case number *(if known)* _____
             Name

79.    **Has any of the property listed in Part 11 been appraised by a professional within the last year?**

☑ No

☐ Yes

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form.**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80.  **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | $1,979,404.06 | |
| 81.  **Deposits and prepayments.** *Copy line 9, Part 2.* | unknown | |
| 82.  **Accounts receivable.** *Copy line 12, Part 3.* | | |
| 83.  **Investments.** *Copy line 17, Part 4.* | | |
| 84.  **Inventory.** *Copy line 23, Part 5.* | | |
| 85.  **Farming and fishing-related assets.** *Copy line 33, Part 6.* | | |
| 86.  **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | | |
| 87.  **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $449,672.00 | |
| 88.  **Real property.** *Copy line 56, Part 9*................................................................➡ | | $4,023,154.00 |
| 89.  **Intangibles and intellectual property.** *Copy line 66, Part 10.* | | |
| 90.  **All other assets.** *Copy line 78, Part 11.* | + unknown | |
| 91.  **Total.** *Add lines 80 through 90 for each column*............................91a. | $2,429,076.06 | + 91b.  $4,023,154.00 |
| 92.  **Total of all property on Schedule A/B.** Lines 91a + 91b = 92. .................................................................... | | $6,452,230.06 |

| Fill in this information to identify the case: |
| --- |
| Debtor name  **Prime Capital Ventures, LLC** |
| United States Bankruptcy Court for the:  **Northern**  District of  **New York** |
| (State) |
| Case number (if known): |

☐ Check if this is an amended filing

Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property

12/15

**Be as complete and accurate as possible.**

1. **Do any creditors have claims secured by debtor's property?**

   ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

   ☑ Yes. Fill in all of the information below.

| **Part 1:** | List Creditors Who Have Secured Claims |
| --- | --- |

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | **Column A**<br>**Amount of claim**<br>Do not deduct the value of collateral. | **Column B**<br>**Value of collateral**<br>**that supports this**<br>**claim** |
| --- | --- | --- | --- |

**2.1**

| **Creditor's name** | **Describe debtor's property that is subject to a lien** | | |
| --- | --- | --- | --- |
| JHM Lending Ventures LLC | Residence | $4,300,000.00 | $4,023,154.00 |
| **Creditor's mailing address** | **Describe the lien** | | |
| 4529 Wayland Drive | Judgment Lien | | |
| Nashville, TN 37215 | | | |
| **Creditor's email address, if known** | **Is the creditor an insider or related party?** | | |
| | ☑ No | | |
| | ☐ Yes | | |
| **Date debt was incurred** | **Is anyone else liable on this claim?** | | |
| **Last 4 digits of account number** | ☑ No | | |
| | ☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H). | | |
| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** | | |
| ☐ No | Check all that apply. | | |
| ☑ Yes. Specify each creditor, including this creditor, and its relative priority. | ☑ Contingent | | |
| 1) Virginia Beach City Treasurer; **2)** JHM Lending Ventures LLC | ☐ Unliquidated | | |
| | ☑ Disputed | | |

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.** — $4,339,525.59

Debtor    **Prime Capital Ventures, LLC**

Name    Case number (if known) _____

| Part 1: | Additional Page | | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

**2.2** **Creditor's name**

**Virginia Beach City Treasurer**

**Creditor's mailing address**

**Municipal Center, Building 1**

**2401 Courthouse Drive**

**Virginia Beach, VA 23456**

**Creditor's email address, if known**

_____

**Date debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**

☐ No

☑ Yes. Have you already specified the relative priority?

  ☐ No.  Specify each creditor, including this creditor, and its relative priority.

  _____

  ☑ Yes. The relative priority of creditors is specified on lines **2.1**

**Describe debtor's property that is subject to a lien**

Residence

**Describe the lien**

2023 and 2024 real property taxes

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☑ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**

Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

| | |
|---|---|
| **$39,525.59** | **$4,023,154.00** |

Official Form 206D    Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**    page **2** of **4**

Debtor    **Prime Capital Ventures, LLC**

_____

Name

Case number (if known) _____

| | Part 2: | List Others to Be Notified for a Debt Already Listed in Part 1 |

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to be notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| **Spotts Fain PC**<br>**411 East Franklin Street Suite 600**<br>**Richmond, VA 23219** | Line 2. _1_ | ___ ___ ___ ___ |
| **JHM Lending Ventures, LLC**<br>**1457 Medinah Lane**<br>**Murrells Inlet, SC 29576** | Line 2. _1_ | ___ ___ ___ ___ |
| **Balch & Bingham, LLP**<br>**188 East Capitol Street Suite 1400**<br>**Jackson, MS 39201** | Line 2. _1_ | ___ ___ ___ ___ |
| **B and R Acquisition Partners LLC**<br>**PO Box 1**<br>**Essex, MO 63846** | Line 2. _1_ | ___ ___ ___ ___ |
| **Bradley, LLP**<br>**Attn: Patrick Everman**<br>**188 E. Capitol Street Suite 1000**<br>**Jackson, MS 39201** | Line 2. _1_ | ___ ___ ___ ___ |
| | Line 2. ___ | ___ ___ ___ ___ |
| | Line 2. ___ | ___ ___ ___ ___ |
| | Line 2. ___ | ___ ___ ___ ___ |
| | Line 2. ___ | ___ ___ ___ ___ |

Debtor    **Prime Capital Ventures, LLC**
          _____

Name

Case number (if known) _____

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| _____<br>_____<br>_____ | Line 2. ___ | __ __ __ __ |

Fill in this information to identify the case:

Debtor name _____ **Prime Capital Ventures, LLC** _____

United States Bankruptcy Court for the:

_____ **Northern District of New York** _____

Case number (if known): _____

☐ Check if this is an
amended filing

## Official Form 206E/F

## Schedule E/F: Creditors Who Have Unsecured Claims

**12/15**

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases*(Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:  List All Creditors with PRIORITY Unsecured Claims

**1.** **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507)

☐ No. Go to Part 2.

☑ Yes. Go to line 2.

**2.** **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | | **Total claim** | **Priority amount** |
|---|---|---|---|---|

**2.1** Priority creditor's name and mailing address

__**Internal Revenue Service**__

__**Bankruptcy**__

__**P.O. Box 7346**__

__**Philadelphia, PA 19101-7346**__

Date or dates debt was incurred

_____

Last 4 digits of account

number ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) **(8)**

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the Claim:

__**Statutory**__

Is the claim subject to offset?
☐ No
☑ Yes

**Total claim** $1,574,375.00

**Priority amount** $1,574,375.00

**2.2** Priority creditor's name and mailing address

__**NYS Deptment of Taxation & Finance**__

__**Bankruptcy Section**__

__**PO Box 5300**__

__**Albany, NY 12202**__

Date or dates debt was incurred

_____

Last 4 digits of account

number ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) **(8)**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the Claim:

__**Statutory**__

Is the claim subject to offset?
☑ No
☐ Yes

**Total claim** unknown

**Priority amount** unknown

| Debtor | **Prime Capital Ventures, LLC** | Case number *(if known)* _____ |
|---|---|---|
| | Name | |

| **Part 2:** | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | **Amount of claim** |
|---|---|---|

| **3.1** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $15,066,052.48 |
|---|---|---|---|
| | **1800 Park Avenue LLC** | *Check all that apply.* | |
| | | ☑ Contingent | |
| | **1800 Park Avenue East** | ☑ Unliquidated | |
| | **Renville, MN 56284** | ☑ Disputed | |
| | | Basis for the claim: _____ | |
| | Date or dates debt was incurred _____ | Is the claim subject to offset? | |
| | | ☑ No | |
| | Last 4 digits of account number __ __ __ __ | ☐ Yes | |

| **3.2** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $13,246,937.76 |
|---|---|---|---|
| | **526 Murfreesboro, LLC** | *Check all that apply.* | |
| | | ☑ Contingent | |
| | **526 Murfreesboro Pike** | ☑ Unliquidated | |
| | **Nashville, TN 37217** | ☑ Disputed | |
| | | Basis for the claim: _____ | |
| | Date or dates debt was incurred _____ | Is the claim subject to offset? | |
| | | ☐ No | |
| | Last 4 digits of account number __ __ __ __ | ☑ Yes | |

| **3.3** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $20,000.00 |
|---|---|---|---|
| | **Apartment Worth, LLC** | *Check all that apply.* | |
| | | ☑ Contingent | |
| | **845 15th Street Suite 103** | ☑ Unliquidated | |
| | **San Diego, CA 92101** | ☑ Disputed | |
| | | Basis for the claim: _____ | |
| | Date or dates debt was incurred _____ | Is the claim subject to offset? | |
| | | ☐ No | |
| | Last 4 digits of account number __ __ __ __ | ☑ Yes | |

| **3.4** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | unknown |
|---|---|---|---|
| | **Barclay Damon LP** | *Check all that apply.* | |
| | | ☑ Contingent | |
| | **125 E. Jefferson Street** | ☑ Unliquidated | |
| | **Syracuse, NY 13202** | ☑ Disputed | |
| | | Basis for the claim: _____ | |
| | Date or dates debt was incurred _____ | Is the claim subject to offset? | |
| | | ☐ No | |
| | Last 4 digits of account number __ __ __ __ | ☑ Yes | |

Debtor **Prime Capital Ventures, LLC**                                   Case number *(if known)* _____
      Name

## Part 2:  Additional Page

| 3.5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $30,000,000.00 |
|---|---|---|---|

**Berone Capital Fund, L.P.**

**3595 Canton Road**

**Marietta, GA 30066**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

Basis for the claim: _____

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
- ☐ No
- ☑ Yes

**$30,000,000.00**

---

| 3.6 | **Nonpriority creditor's name and mailing address** | | $200,000.00 |

**Bond Schoeneck & King, PLLC**

**Attn: Stephen Donato, Esq.**

**One Lincoln Center**

**Syracuse, NY 13202**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

Basis for the claim: **Legal Services**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
- ☐ No
- ☑ Yes

**$200,000.00**

---

| 3.7 | **Nonpriority creditor's name and mailing address** | | $7,875,000.00 |

**Brightsmith Tulsa LLP**

**1821 N. Collins Avenue**

**Okmulgee, OK 74447**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

Basis for the claim: _____

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
- ☐ No
- ☑ Yes

**$7,875,000.00**

---

| 3.8 | **Nonpriority creditor's name and mailing address** | | unknown |

**CAC Realty LLC**

**3 Kelton Place**

**Englishtown, NJ 07726**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

Basis for the claim: _____

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
- ☐ No
- ☑ Yes

**unknown**

| Debtor | **Prime Capital Ventures, LLC** | Case number *(if known)* _____ |
|---|---|---|
| | Name | |

---

**Part 2:** Additional Page

---

**3.9** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $16,594,117.64
| **Camshaft CRE 1 LLC** | *Check all that apply.* |
| | ☑ Contingent |
| **16850 Collins Avenue #112408** | ☑ Unliquidated |
| **North Miami Beach, FL 33160** | ☑ Disputed |
| | |
| | Basis for the claim: _____ |
| Date or dates debt was incurred _____ | |
| | Is the claim subject to offset? |
| Last 4 digits of account number __ __ __ __ | ☐ No |
| | ☑ Yes |

**3.10** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $6,006,732.47
| **Caruso Home Builders, LLC** | *Check all that apply.* |
| | ☑ Contingent |
| **19 Railroad Place Suite 201** | ☑ Unliquidated |
| **Saratoga Springs, NY 12866** | ☑ Disputed |
| | |
| | Basis for the claim: _____ |
| Date or dates debt was incurred _____ | |
| | Is the claim subject to offset? |
| Last 4 digits of account number __ __ __ __ | ☐ No |
| | ☑ Yes |

**3.11** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | unknown
| **CBL Investments LLC** | *Check all that apply.* |
| | ☑ Contingent |
| **CBL Center, Suite 500** | ☑ Unliquidated |
| | ☑ Disputed |
| **2030 Hamilton Place Blvd.** | |
| **Chattanooga, TN 37421** | Basis for the claim: _____ |
| | |
| Date or dates debt was incurred _____ | Is the claim subject to offset? |
| | ☐ No |
| Last 4 digits of account number __ __ __ __ | ☑ Yes |

**3.12** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $35,000.00
| **Commercial Capital Bond** | *Check all that apply.* |
| | ☑ Contingent |
| **133 Holiday Court #207** | ☑ Unliquidated |
| **Franklin, TN 37067** | ☑ Disputed |
| | |
| | Basis for the claim: _____ |
| Date or dates debt was incurred _____ | |
| | Is the claim subject to offset? |
| Last 4 digits of account number __ __ __ __ | ☐ No |
| | ☑ Yes |

Debtor  **Prime Capital Ventures, LLC**                                           Case number *(if known)* _____
        Name

| Part 2: | Additional Page |

| 3.13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $51,305,136.00 |

**Compass-Charlotte 1031, LLC**

**631 Dickenson Avenue**

**Greenville, NC 27834**

*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

Date or dates debt was incurred      _____

Last 4 digits of account number    __ __ __ __

Basis for the claim: _____

Is the claim subject to offset?
☐ No
☑ Yes

---

| 3.14 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $6,150,000.00 |

**CoNestions Medical, Inc.**

**150 N Wright Brothers Drive**

**Salt Lake City, UT 84116**

*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

Date or dates debt was incurred      _____

Last 4 digits of account number    __ __ __ __

Basis for the claim: _____

Is the claim subject to offset?
☐ No
☑ Yes

---

| 3.15 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | unknown |

**Cullen and Dykman**

**One Battery Park Plaza 34th Floor**

**New York, NY 10004**

*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

Date or dates debt was incurred      _____

Last 4 digits of account number    __ __ __ __

Basis for the claim: _____

Is the claim subject to offset?
☐ No
☑ Yes

---

| 3.16 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,050,000.00 |

**Eagle Rose Inc.**

**4500 Eldorado Parkway**

**Mckinney, TX 75070**

*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

Date or dates debt was incurred      _____

Last 4 digits of account number    __ __ __ __

Basis for the claim: _____

Is the claim subject to offset?
☐ No
☑ Yes

---

| Debtor | **Prime Capital Ventures, LLC** | Case number *(if known)* |
|---|---|---|
| | Name | |

---

**Part 2:** Additional Page

---

**3.17** Nonpriority creditor's name and mailing address

**ER Tennessee LLC**

**381 Park Avenue Suite 1101**

**New York, NY 10016**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

Basis for the claim: _____

Is the claim subject to offset?
- ☐ No
- ☑ Yes

$15,355,473.21

---

**3.18** Nonpriority creditor's name and mailing address

**Girvin & Ferlazzo, PC**

**20 Corporate Woods Boulevard**

**Albany, NY 12211**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

Basis for the claim: _____

Is the claim subject to offset?
- ☐ No
- ☑ Yes

$8,280.00

---

**3.19** Nonpriority creditor's name and mailing address

**Goose Creek Apartments**

**900 Channing Way**

**Goose Creek, SC 29445**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

Basis for the claim: _____

Is the claim subject to offset?
- ☐ No
- ☑ Yes

unknown

---

**3.20** Nonpriority creditor's name and mailing address

**HCW Biologics Inc.**

**3300 Corporate Way**

**Hollywood, FL 33025**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

Basis for the claim: _____

Is the claim subject to offset?
- ☐ No
- ☑ Yes

$5,250,000.00

---

Debtor    **Prime Capital Ventures, LLC**    Case number *(if known)* _____
Name

---

**Part 2:** Additional Page

---

**3.21** Nonpriority creditor's name and mailing address

**Hogan Lovells US LLP**

**390 Madison Avenue**

**New York, NY 10017**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is: **$1,083,205.79**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim: **Legal Services**

Is the claim subject to offset?
☐ No
☑ Yes

---

**3.22** Nonpriority creditor's name and mailing address

**Hudson & Hudson LLC**

**206 West College Street Suite 12**

**Carbondale, IL 62901**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is: **$5,250,000.00**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☐ No
☑ Yes

---

**3.23** Nonpriority creditor's name and mailing address

**Indigo Pharmaceutical LLC**

**270 South Martin Luther King Blvd.**

**Las Vegas, NV 89106**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is: **unknown**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☐ No
☑ Yes

---

**3.24** Nonpriority creditor's name and mailing address

**Keeler Mercedes Benz**

**1111 Troy Schenectady Road**

**Latham, NY 12110**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is: **$30,000.00**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☐ No
☑ Yes

---

Debtor    **Prime Capital Ventures, LLC**                              Case number *(if known)* _____
          Name

<span style="background:black;color:white">**Part 2:**</span> Additional Page

---

| **3.25** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | **unknown** |
|---|---|---|---|

**Ketan Masters**

**2601 Oates Lane**

**Arlington, TX 76006**

As of the petition filing date, the claim is: *Check all that apply.*
- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

Basis for the claim: _____

Is the claim subject to offset?
- ☐ No
- ☑ Yes

---

**3.26** Nonpriority creditor's name and mailing address            **unknown**

**Lofts Phases 2 & 3 LLC**

**9033 East Easter Place Suite 112**

**Englewood, CO 80112**

As of the petition filing date, the claim is: *Check all that apply.*
- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

Basis for the claim: _____

Is the claim subject to offset?
- ☐ No
- ☑ Yes

---

**3.27** Nonpriority creditor's name and mailing address            **$3,000,000.00**

**Motos America Inc.**

**3131 W. 2210 S.**

**West Valley City, UT 84119**

As of the petition filing date, the claim is: *Check all that apply.*
- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

Basis for the claim: _____

Is the claim subject to offset?
- ☐ No
- ☑ Yes

---

**3.28** Nonpriority creditor's name and mailing address            **$7,762,603.44**

**Newlight Technologies, Inc.**

**14382 Astronautics Drive**

**Huntington Beach, CA 92647**

As of the petition filing date, the claim is: *Check all that apply.*
- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

Basis for the claim: _____

Is the claim subject to offset?
- ☐ No
- ☑ Yes

---

Debtor    **Prime Capital Ventures, LLC**
Name

Case number *(if known)* _____

---

**Part 2:** Additional Page

---

**3.29** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $14,000,000.00
| **Onward Holdings Ltd.** | *Check all that apply.*
| | ☑ Contingent
| **5152 N. Edgewood Drive Suite 375** | ☑ Unliquidated
| **Provo, UT 84604** | ☑ Disputed
| | **Basis for the claim:** _____
| Date or dates debt was incurred _____ | **Is the claim subject to offset?**
| | ☐ No
| Last 4 digits of account number __ __ __ __ | ☑ Yes

**3.30** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $35,370.00
| **Paul A. Levine, Receiver** | *Check all that apply.*
| | ☑ Contingent
| **c/o Lemery Greisler, LLP** | ☑ Unliquidated
| | ☑ Disputed
| **677 Broadway 8th Floor** | **Basis for the claim:** **Receiver Services**
| **Albany, NY 12207** | **Is the claim subject to offset?**
| | ☐ No
| Date or dates debt was incurred _____ | ☑ Yes
| Last 4 digits of account number __ __ __ __ |

**3.31** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $10,658,259.84
| **Piper Capital Funding LLC** | *Check all that apply.*
| | ☑ Contingent
| **95 Fairway Drive** | ☑ Unliquidated
| **Harrisburg, IL 62946** | ☑ Disputed
| | **Basis for the claim:** _____
| Date or dates debt was incurred _____ | **Is the claim subject to offset?**
| | ☐ No
| Last 4 digits of account number __ __ __ __ | ☑ Yes

**3.32** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | unknown
| **PTR Prime LLC** | *Check all that apply.*
| | ☑ Contingent
| **1501 S. Mopac Expressway Suite 220** | ☑ Unliquidated
| **Austin, TX 78746** | ☑ Disputed
| | **Basis for the claim:** _____
| Date or dates debt was incurred _____ | **Is the claim subject to offset?**
| | ☐ No
| Last 4 digits of account number __ __ __ __ | ☑ Yes

---

Debtor    **Prime Capital Ventures, LLC**                                    Case number *(if known)* _____
_____
Name

| Part 2: | Additional Page |
|---|---|

**3.33** | Nonpriority creditor's name and mailing address

**Redeem - 18 S Main LLC**

**1779 Wells Branch Parkway Suite 110B-371**

**Austin, TX 78727**

Date or dates debt was incurred       _____

Last 4 digits of account number       __ __ __ __

As of the petition filing date, the claim is:                    **unknown**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☐ No
☑ Yes

---

**3.34** | Nonpriority creditor's name and mailing address

**Redeem - Temple Courtyard LLC**

**1779 Wells Branch Parkway Suite 110B-371**

**Austin, TX 78728**

Date or dates debt was incurred       _____

Last 4 digits of account number       __ __ __ __

As of the petition filing date, the claim is:                    **unknown**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☐ No
☑ Yes

---

**3.35** | Nonpriority creditor's name and mailing address

**Scott and Mary Lee Wallick**

**1800 N. Collins Avenue**

**Okmulgee, OK 74447**

Date or dates debt was incurred       _____

Last 4 digits of account number       __ __ __ __

As of the petition filing date, the claim is:                    **unknown**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☐ No
☑ Yes

---

**3.36** | Nonpriority creditor's name and mailing address

**Seyburn Law PLLC**

**7475 Franklin Road**

**Bloomfield Hills, MI 48301**

Date or dates debt was incurred       _____

Last 4 digits of account number       __ __ __ __

As of the petition filing date, the claim is:                    **unknown**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☐ No
☑ Yes

| Debtor | **Prime Capital Ventures, LLC** | Case number *(if known)* _____ |
|---|---|---|
| | Name | |

---

| Part 2: | Additional Page |
|---|---|

---

**3.37** Nonpriority creditor's name and mailing address

**Sheppard Mullin Richter & Hampton LLP**

**333 South Hope Street 43rd Floor**

**Los Angeles, CA 90071**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is: **$179,508.71**
*Check all that apply.*
- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

Basis for the claim: **Legal Services**

Is the claim subject to offset?
- ☐ No
- ☑ Yes

---

**3.38** Nonpriority creditor's name and mailing address

**Solray Inc.**

**345 Highway 9 South Suite 388**

**Englishtown, NJ 07726**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is: **unknown**
*Check all that apply.*
- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

Basis for the claim: _____

Is the claim subject to offset?
- ☐ No
- ☑ Yes

---

**3.39** Nonpriority creditor's name and mailing address

**SP Harbor QOZB LP**

**550 West B Street 4th Floor**

**San Diego, CA 92101**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is: **$2,500,000.00**
*Check all that apply.*
- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

Basis for the claim: _____

Is the claim subject to offset?
- ☐ No
- ☑ Yes

---

**3.40** Nonpriority creditor's name and mailing address

**SQRL Holdings, LLC**

**27 Rahling Circle Suite C**

**Little Rock, AR 72223**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is: **$4,462,500.00**
*Check all that apply.*
- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

Basis for the claim: _____

Is the claim subject to offset?
- ☐ No
- ☑ Yes

---

Debtor   **Prime Capital Ventures, LLC**
Name

Case number *(if known)*

---

| **Part 2:** | Additional Page |
|---|---|

---

**3.41** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $17,366,250.00
**SRA - CH Richard I LLC**

**4505 Pacific Highway East Suite C-2**

**Fife, WA 98424**

*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim: _____

Date or dates debt was incurred _____

Is the claim subject to offset?
☐ No
☑ Yes

Last 4 digits of account number ___ ___ ___ ___

---

**3.42** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | **unknown**
**Starsight IO, Inc.**

**4425 Fortran Drive Suite F**

**San Jose, CA 95134**

*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim: _____

Date or dates debt was incurred _____

Is the claim subject to offset?
☐ No
☑ Yes

Last 4 digits of account number ___ ___ ___ ___

---

**3.43** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | **unknown**
**The Pecora LLC**

**199 Lee Avenue #745**

**Brooklyn, NY 11211**

*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim: _____

Date or dates debt was incurred _____

Is the claim subject to offset?
☐ No
☑ Yes

Last 4 digits of account number ___ ___ ___ ___

---

**3.44** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $175,000.00
**The Wallick Family 2022 Trust**

**PO Box 267**

**Okmulgee, OK 74447**

*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim: _____

Date or dates debt was incurred _____

Is the claim subject to offset?
☐ No
☑ Yes

Last 4 digits of account number ___ ___ ___ ___

---

Debtor **Prime Capital Ventures, LLC**
Name

Case number *(if known)*

---

**Part 2:** Additional Page

| 3.45 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $50,000.00 |
|---|---|---|---|

**Toro Real Estate Partners**

**410 Jericho Turnpike Suite 220**

**Jericho, NY 11753**

*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

Date or dates debt was incurred _____

**Basis for the claim:** _____

**Is the claim subject to offset?**
☐ No
☑ Yes

Last 4 digits of account number ___ ___ ___ ___

---

| 3.46 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $3,900,000.00 |
|---|---|---|---|

**Truss Financial LLC**

**4500 West Nyack Road Suite 310**

**West Nyack, NY 10994**

*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

Date or dates debt was incurred _____

**Basis for the claim:** _____

**Is the claim subject to offset?**
☐ No
☑ Yes

Last 4 digits of account number ___ ___ ___ ___

---

| 3.47 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | unknown |
|---|---|---|---|

**Watermark Capital Group**

**185 Marcy Avenue**

**Brooklyn, NY 11211**

*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

Date or dates debt was incurred _____

**Basis for the claim:** _____

**Is the claim subject to offset?**
☐ No
☑ Yes

Last 4 digits of account number ___ ___ ___ ___

---

| Debtor | Prime Capital Ventures, LLC | Case number *(if known)* |
|---|---|---|
| | Name | |

**Part 3:** List Others to Be Notified About Unsecured Claims

4.  **List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| 4.1 **Ainsworth Gorkin PLLC** <br> **111 John Street Suite 1210** <br> **New York, NY 10038** | Line **3.46** <br> ☐ Not listed. Explain | __ __ __ __ |
| 4.2 **Buchalter, P.C.** <br> **60 E. So. Temple Suite 1200** <br> **Salt Lake City, UT 84111** | Line **3.29** <br> ☐ Not listed. Explain | __ __ __ __ |
| 4.3 **Camshaft CRE 1 LLC** <br> **950 Brickell Bay Dr. Suite 5107** <br> **Miami, FL 33131** | Line **3.9** <br> ☐ Not listed. Explain | __ __ __ __ |
| 4.4 **Certilman Balin** <br> **Attn: Robert Nosek** <br> **90 Merrick Avenue** <br> **East Meadow, NY 11554** | Line **3.5** <br> ☐ Not listed. Explain | __ __ __ __ |
| 4.5 **Chapman and Cutler** <br> **Attn: Joseph P. Lombardo** <br> **320 South Canal Street 27th Floor** <br> **Chicago, IL 60609** | Line **3.17** <br> ☐ Not listed. Explain | __ __ __ __ |
| 4.6 **Chapman and Cutler LLP** <br> **1270 Avenue of the Americas** <br> **New York, NY 10020** | Line **3.17** <br> ☐ Not listed. Explain | __ __ __ __ |
| 4.7 **CHDB Law LLP** <br> **Attn: Chad Meisen** <br> **1400 E. Southern Avenue Suite 400** <br> **Tempe, AZ 85282** | Line **3.1** <br> ☐ Not listed. Explain | __ __ __ __ |

| Debtor | **Prime Capital Ventures, LLC** | Case number *(if known)* |
|---|---|---|
| | Name | |

**Part 3:** Additional Page

| 4.8 | **Commercial Capital BIDCO** | Line **3.12** |
| | **256 Seaboard Lane Suite 101 B** | ☐ Not listed. Explain |
| | **Franklin, TN 37067** | |

| 4.9 | **Gray Robinson, P.A.** | Line **3.20** |
| | **Steven J. Solomon** | ☐ Not listed. Explain |
| | **333 SE 2nd Ave. Suite 3200** | |
| | **Miami, FL 33131** | |

| 4.10 | **Harris Beach PLLC** | Line **3.10** |
| | **Attn: Brian Roy** | ☐ Not listed. Explain |
| | **333 W. Washington Street Suite 200** | |
| | **Syracuse, NY 13202** | |

| 4.11 | **Kye Law Group, P.C.** | Line **3.39** |
| | **201 Old Country Road Suite 120** | ☐ Not listed. Explain |
| | **Melville, NY 11747** | |

| 4.12 | **Nixon Peabody LLP** | Line **3.14** |
| | **Attn: Christopher Desiderio** | ☐ Not listed. Explain |
| | **55 W 46th Street** | |
| | **New York, NY 10036** | |

| 4.13 | **Nolan Heller Kaufman LLP** | Line **3.2** |
| | **80 State Street 11th Floor** | ☐ Not listed. Explain |
| | **Albany, NY 12207** | |

| 4.14 | **Nolan Heller Kaufman LLP** | Line **3.13** |
| | **80 State Street 11th Floor** | ☐ Not listed. Explain |
| | **Albany, NY 12207** | |

| 4.15 | **Nolan Heller Kaufman LLP** | Line **3.28** |
| | **80 State Street 11th Floor** | ☐ Not listed. Explain |
| | **Albany, NY 12207** | |

| 4.16 | **Parker Poe** | Line **3.13** |
| | **620 South Tryon Street Suite 800** | ☐ Not listed. Explain |
| | **Charlotte, NC 28202** | |

| 4.17 | **Sage Estate Malta, LLC** | Line **3.10** |
| | **19 Railroad Pl Ste 201** | ☐ Not listed. Explain |
| | **Saratoga Spgs, NY 12866-2318** | |

| 4.18 | **White and Williams** | Line **3.31** |
| | **Attn: Travis Powers** | ☐ Not listed. Explain |
| | **7 Times Square** | |
| | **New York, NY 10036** | |

| 4.19 | **Wuersch & Gering** | Line **3.40** |
| | **100 Wall Street 10th Floor** | ☐ Not listed. Explain |

| Debtor | **Prime Capital Ventures, LLC** | Case number *(if known)* |
| --- | --- | --- |
| | Name | |

**Part 3:** Additional Page

| | | |
| --- | --- | --- |
| 4.20 | **Nolan Heller Kaufman LLP** | Line **3.28** |
| | **80 State Street 11th Floor** | ☐ Not listed. Explain _____ |
| | **Albany, NY 12207** | _____ |
| 4.21 | **Parker Poe** | Line **3.13** |
| | **620 South Tryon Street Suite 800** | ☐ Not listed. Explain _____ |
| | **Charlotte, NC 28202** | _____ |
| 4.22 | **Sage Estate Malta, LLC** | Line **3.10** |
| | **19 Railroad Pl Ste 201** | ☐ Not listed. Explain _____ |
| | **Saratoga Spgs, NY 12866-2318** | _____ |
| 4.23 | **White and Williams** | Line **3.31** |
| | **Attn: Travis Powers** | ☐ Not listed. Explain _____ |
| | **7 Times Square** | _____ |
| | **New York, NY 10036** | |
| 4.24 | **Wuersch & Gering** | Line **3.40** |
| | **100 Wall Street 10th Floor** | ☐ Not listed. Explain _____ |
| | **New York, NY 10005** | _____ |

| Debtor | **Prime Capital Ventures, LLC** | Case number *(if known)* |
|---|---|---|
| | Name | |

<div style="background:black;color:white">**Part 4:** Total Amounts of the Priority and Nonpriority Unsecured Claims</div>

**5.**    **Add the amounts of priority and nonpriority unsecured claims.**

| | | Total of claim amounts |
|---|---|---|
| 5a. | **Total claims from Part 1**    5a. | **$1,574,375.00** |
| 5b. | **Total claims from Part 2**    5b.   **+** | **$238,615,427.34** |
| 5c. | **Total of Parts 1 and 2**    5c. <br> Lines 5a + 5b = 5c. | **$240,189,802.34** |

Fill in this information to identify the case:

Debtor name _____**Prime Capital Ventures, LLC**_____

United States Bankruptcy Court for the:

_____**Northern District of New York**_____

Case number (if known): _____    Chapter __11__

☐ Check if this is an
amended filing

## Official Form 206G

## Schedule G: Executory Contracts and Unexpired Leases                    12/15

**Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.**

1.  Does the debtor have any executory contracts or unexpired leases?

☑ **No.** Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

☐ **Yes.** Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1** State what the contract or lease is for and the nature of the debtor's interest _____ <br><br> State the term remaining _____ <br><br> List the contract number of any government contract _____ | _____ <br> _____ <br> _____ <br> _____ |
| **2.2** State what the contract or lease is for and the nature of the debtor's interest _____ <br><br> State the term remaining _____ <br><br> List the contract number of any government contract _____ | _____ <br> _____ <br> _____ <br> _____ |
| **2.3** State what the contract or lease is for and the nature of the debtor's interest _____ <br><br> State the term remaining _____ <br><br> List the contract number of any government contract _____ | _____ <br> _____ <br> _____ <br> _____ |
| **2.4** State what the contract or lease is for and the nature of the debtor's interest _____ <br><br> State the term remaining _____ <br><br> List the contract number of any government contract _____ | _____ <br> _____ <br> _____ <br> _____ |

<table>
<tr><td colspan="3" style="background:black;color:white">Fill in this information to identify the case:</td></tr>
</table>

Fill in this information to identify the case:

Debtor name    **Prime Capital Ventures, LLC**

United States Bankruptcy Court for the:    **Northern**    District of    **New York**
                                                (State)

Case number (If known):

☐ Check if this is an
    amended filing

Official Form 206H

# Schedule H: Codebtors
<div align="right">12/15</div>

**Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.**

**1.**    **Does the debtor have any codebtors?**

     ☐   No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

     ☑   Yes

**2.**    **In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors,** *Schedules D-G.* Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|
| **Name** | **Mailing address** | **Name** | Check all schedules that apply: |
| 2.1   **Kris D. Roglieri** | **40 North Street**<br>Street<br><br>**Queensbury, NY 12804**<br>City    State    ZIP Code | **Onward Holdings Ltd.** | ☐ D<br>☑ E/F<br>☐ G |
| 2.2 _____ | _____<br>Street<br><br>_____<br>City    State    ZIP Code | _____ | ☐ D<br>☐ E/F<br>☐ G |
| 2.3 _____ | _____<br>Street<br><br>_____<br>City    State    ZIP Code | _____ | ☐ D<br>☐ E/F<br>☐ G |
| 2.4 _____ | _____<br>Street<br><br>_____<br>City    State    ZIP Code | _____ | ☐ D<br>☐ E/F<br>☐ G |

| Debtor | **Prime Capital Ventures, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

## Additional Page if Debtor Has More Codebtors

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |
| 2.5 | | Street | | ☐ D ☐ E/F ☐ G |
| | | City    State    ZIP Code | | |
| 2.6 | | Street | | ☐ D ☐ E/F ☐ G |
| | | City    State    ZIP Code | | |

---

Fill in this information to identify the case:

Debtor name _____**Prime Capital Ventures, LLC**_____

United States Bankruptcy Court for the:

_____**Northern District of New York**_____

Case number (if known): _____    Chapter __11__

☐ Check if this is an amended filing

## Official Form 206Sum

# Summary of Assets and Liabilities for Non-Individuals          **12/15**

| Part 1: | Summary of Assets |
|---|---|

**1. Schedule A/B: Assets–Real and Personal Property** (Official Form 206A/B)

**1a. Real Property:**
Copy line 88 from *Schedule A/B*..................................................................................

| **$4,023,154.00** |
|---|

**1b. Total personal property:**
Copy line 91A from *Schedule A/B*................................................................................

| **$2,429,076.06** |
|---|

**1c. Total of all property:**
Copy line 92 from *Schedule A/B*..................................................................................

| **$6,452,230.06** |
|---|

| Part 2: | Summary of Liabilities |
|---|---|

**2. Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
Copy the total dollar amount listed in Column A, *Amount of claim*, from line 3 of *Schedule D*.................

| **$4,339,525.59** |
|---|

**3. Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

**3a. Total claim amounts of priority unsecured claims:**
Copy the total claims from Part 1 from line 5a of *Schedule E/F*......................................................

| **$1,574,375.00** |
|---|

**3b. Total amount of claims of non-priority amount of unsecured claims:**
Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*......................................

| + **$238,615,427.34** |
|---|

**4. Total liabilities**......................................................................................................................
Lines 2 + 3a + 3b

| **$244,529,327.93** |
|---|

Fill in this information to identify the case:

Debtor name      **Prime Capital Ventures, LLC**

United States Bankruptcy Court for the:

      **Northern District of New York**

Case number (if known): _____

☐ Check if this is an amended filing

## Official Form 207

# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy  04/22

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

## Part 1: Income

**1. Gross revenue from business**

☐ None

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|---|
| **From the beginning of the fiscal year to filing date:** | From **01/01/2024**   to   Filing date<br>MM/ DD/ YYYY | ☑ Operating a business<br>☑ Other _____ | Unknown<br>Unknown<br>$0.00 |
| **For prior year:** | From **01/01/2023**   to   **12/31/2023**<br>MM/ DD/ YYYY        MM/ DD/ YYYY | ☑ Operating a business<br>☑ Other _____ | Unknown<br>Unknown<br>$0.00 |
| **For the year before that:** | From **01/01/2022**   to   **12/31/2022**<br>MM/ DD/ YYYY        MM/ DD/ YYYY | ☑ Operating a business<br>☑ Other _____ | Unknown<br>Unknown<br>$0.00 |

**2. Non-business revenue**

Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

☐ None

| | | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|---|
| **From the beginning of the fiscal year to filing date:** | From **01/01/2024**   to   Filing date<br>MM/ DD/ YYYY | **Alleged fraudulent activity by the Debtor** | Unknown |

Debtor  **Prime Capital Ventures, LLC**                                                    Case number *(if known)* _____
        Name

| For prior year: | From **01/01/2023** to **12/31/2023** | Alleged fraudulent activity by the |
|---|---|---|
| | MM/ DD/ YYYY      MM/ DD/ YYYY | **Debtor** _____  _____ **Unknown** |

| For the year before that: | From **01/01/2022** to **12/31/2022** | Alleged fraudulent activity by the |
|---|---|---|
| | MM/ DD/ YYYY      MM/ DD/ YYYY | **Debtor** _____  _____ **Unknown** |

---

**Part 2:**  List Certain Transfers Made Before Filing for Bankruptcy

**3.  Certain payments or transfers to creditors within 90 days before filing this case**

List payments or transfers—including expense reimbursements—to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☑ None

| Creditor's name and address | Dates | Total amount or value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|
| 3.1. _____ <br> Creditor's name <br><br> _____ <br> Street <br><br> _____ <br> City          State    ZIP Code | _____ <br><br> _____ <br><br> | _____ | ☐ Secured debt <br> ☐ Unsecured loan repayments <br> ☐ Suppliers or vendors <br> ☐ Services <br> ☐ Other _____ |

**4.  Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers—including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or co-signed by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None

| Insider's name and address | Dates | Total amount or value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1. **Kris D. Roglieri** <br> Creditor's name <br> **40 North Street** <br> Street <br><br> _____ <br> **Queensbury, NY 12804** <br> City          State    ZIP Code <br><br> Relationship to debtor <br> **Statutory insider.** | **Various** | **$0.00** | **Reasons and amounts not fully known.** <br><br> _____ <br><br> _____ |

| | | | |
|---|---|---|---|
| 4.2. | **Tina Roglieri** | **Various** | **$0.00** | **Reasons and amounts not fully known.** |

Creditor's name

**O & A Law Firm, 54 State Street**
Street

**Albany, NY 12207**
City                State    ZIP Code

**Relationship to debtor**

**Statutory insider.**

---

4.3.   **Linda Oliver**          **Various**          **$0.00**          **Reasons and amounts not fully known.**
Creditor's name

**11 Hill Top Lane**
Street

**Poughkeepsie, NY 12603**
City                State    ZIP Code

**Relationship to debtor**

**Non-statutory insider.**

---

4.4.   **Prime Commercial Lending, LLC**          **Various**          **$0.00**          **Reasons and amounts not fully known.**
Creditor's name

**66 South Pearl Street 10th Floor**
Street

**12207**
City                State    ZIP Code

**Relationship to debtor**

**Non-statutory insider.**

---

4.5.   **CCTG, LLC**          **Various**          **$0.00**          **Commercial Capital Training Group, LLC. Reasons and amounts not fully known.**
Creditor's name

**66 South Pearl Street 10th Floor**
Street

**Albany, NY 12207**
City                State    ZIP Code

**Relationship to debtor**

**Non-statutory insider.**

---

4.6.   **NACLB, LLC**          **Various**          **$0.00**          **National Alliance of Commercial Loan Brokers, LLC. Reasons and amounts not fully known.**
Creditor's name

**50 West 72nd Street Suite C4**
Street

**New York, NY 10023**
City                State    ZIP Code

**Relationship to debtor**

**Non-statutory insider.**

Debtor    **Prime Capital Ventures, LLC**                                              Case number *(if known)*
          Name

| 4.7. | **Shark Ventures, LLC** | **Various** | **$0.00** | **Reasons and amounts not fully known.** |
|------|------|------|------|------|

Creditor's name

**PO Box 16270**
Street

_____

**Missoula, MT 59808**
City                State    ZIP Code

| **Relationship to debtor** |
|---|

**Non-statutory insider.**

| 4.8. | **FUPME, LLC** | **Various** | **$0.00** | **Reasons and amounts not fully known.** |
|------|------|------|------|------|

Creditor's name

**90 State Street Suite 1500**
Street

_____

**Albany, NY 12207**
City                State    ZIP Code

| **Relationship to debtor** |
|---|

**Non-statutory insider.**

**5.  Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☑ None

| Creditor's name and address | Description of the property | Date | Value of property |
|---|---|---|---|
| 5.1. _____ | _____ | _____ | _____ |
| Creditor's name | | | |
| _____ | | | |
| Street | | | |
| _____ | | | |
| _____ | | | |
| City          State    ZIP Code | | | |

**6.  Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☑ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|
| 6.1. _____ | | _____ | _____ |
| Creditor's name | XXXX– __ __ __ __ | | |
| _____ | | | |
| Street | | | |
| _____ | | | |
| _____ | | | |
| City          State    ZIP Code | | | |

Debtor   **Prime Capital Ventures, LLC**
_____
Name                                                    Case number *(if known)*_____

| Part 3: | Legal Actions or Assignments |

**7.  Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None

| | Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | **1800 Park Avenue v. Prime Capital Ventures, LLC, et. al.** | **Adversary Proceeding Objecting to Dischargeability and Recovery of Funds** | **U.S. Bankruptcy Court, NDNY**<br>Name<br>**445 Broadway Suite 330**<br>Street<br>**James T. Foley Courthouse**<br>**Albany, NY 12207**<br>City          State   ZIP Code | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| | **Case number**<br>**24-90008** | | | |
| 7.2. | **Robert Sturm v. Prime Capital Ventures, LLC** | **Breach of Contract** | **U.S. District Court, NDNY**<br>Name<br>**445 Broadway Suite 509**<br>Street<br>**James T. Foley Courthouse**<br>**Albany, NY 12207**<br>City          State   ZIP Code | ☐ Pending<br>☐ On appeal<br>☑ Concluded |
| | **Case number**<br>**23-cv-01033** | | | |
| 7.3. | **Compass-Charlotte 1031, LLC v. Prime Capital Ventures, LLC** | **Breach of Contract** | **U.S. District Court, NDNY**<br>Name<br>**445 Broadway Suite 509**<br>Street<br>**James T. Foley Courthouse**<br>**Albany, NY 12207**<br>City          State   ZIP Code | ☐ Pending<br>☐ On appeal<br>☑ Concluded |
| | **Case number**<br>**23-cv-1588** | | | |
| 7.4. | **Compass-Charlotte 1031, LLC v. Prime Capital Ventures, LLC et. al.** | **Breach of Contract and Fraud** | **U.S. District Court, NDNY**<br>Name<br>**445 Broadway Suite 509**<br>Street<br>**James T. Foley Courthouse**<br>**Albany, NY 12207**<br>City          State   ZIP Code | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| | **Case number**<br>**24-cv-00055** | | | |
| 7.5. | **Paul A. Levine, as the Receiver of PCV, LLC v. Kris D. Roglieri et. al.** | **Third party complaint for frau and recovery of property** | **U.S. District Court, NDNY**<br>Name<br>**445 Broadway Suite 509**<br>Street<br>**James T. Foley Courthouse**<br>**Albany, NY 12207**<br>City          State   ZIP Code | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| | **Case number**<br>**24-cv-00055** | | | |

Debtor    **Prime Capital Ventures, LLC**
     Name

Case number *(if known)*

---

| 7.6. | Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| | **Prime Capital Ventures, LLC v. Reign Financial International, Inc., et. al.** | **Breach of Contract** | **U.S. District Court, NDNY** <br> Name <br> **445 Broadway Suite 509** <br> Street <br> **James T. Foley Courthouse** <br> **Albany, NY 12207** <br> City    State    ZIP Code | ☑ Pending <br> ☐ On appeal <br> ☐ Concluded |
| | Case number <br> **23-cv-00207** | | | |

| 7.7. | Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| | **B and R Aquisition Partners LLC et. al. v. Prime Capital Ventures, LLC** | **Breach of Contract** | **Commonwealth of Virginia** <br> Name <br> **1111 East Broad Street** <br> Street <br><br> **Richmond, VA 23219** <br> City    State    ZIP Code | ☐ Pending <br> ☐ On appeal <br> ☑ Concluded |
| | Case number <br> **900844-24** | | | |

| 7.8. | Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| | **Truss Financial LLC v. Prime Capital Ventures, LLC** | **Breach of Contract** | **NYS Supreme Court, Kings County** <br> Name <br> **360 Adams Street #4** <br> Street <br><br> **New York, NY 10007** <br> City    State    ZIP Code | ☐ Pending <br> ☐ On appeal <br> ☑ Concluded |
| | Case number <br> **510389/2023** | | | |

| 7.9. | Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| | **ER Tennessee LLC v. Prime Capital Ventures, LLC et. al.** | **Breach of Contract** | **NYS Supreme Court, County of New York** <br> Name <br> **60 Centre Street** <br> Street <br><br> **New York, NY 10007** <br> City    State    ZIP Code | ☑ Pending <br> ☐ On appeal <br> ☐ Concluded |
| | Case number <br> **650231/2024** | | | |

| 7.10. | Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| | **Caruso Home Builders, LLC et. al. v. Prime Capital Ventures, LLC** | **Breach of Contract** | **NYS Supreme Court, Saratoga County** <br> Name <br> **30 McMaster Street #1** <br> Street <br><br> **Ballston Spa, NY 12020** <br> City    State    ZIP Code | ☑ Pending <br> ☐ On appeal <br> ☐ Concluded |
| | Case number <br> **EF2024312** | | | |

| 7.11. | Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| | **Onward Holding, LLC v. Prime Capital Ventures, LLC et. al.** | **Breach of Contract** | **U.S. District Court, Central District of Utah** <br> Name <br> **351 S W Temple Street** <br> Street <br><br> **Salt Lake City, UT 84101** <br> City    State    ZIP Code | ☐ Pending <br> ☐ On appeal <br> ☑ Concluded |
| | Case number <br> **23-cv-00833** | | | |

| 7.12. | Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| | **Camshaft CRE 1, LLC v. Prime Capital Ventures, LLC** | **Breach of Contract** | **Eleventh Judicial Circuit of Florida**<br>Name<br>**73 West Flagler Street**<br>Street | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| | **Case number** | | | |
| | **2023-023173-CA-01** | | **Miami, FL 33130**<br>City            State      ZIP Code | |

| 7.13. | Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| | **526 Murfreesboro, LLC v. Prime Capital Ventures, LLC** | **Breach of Contract** | **U.S. District Court, MD of Tennessee**<br>Name<br>**719 Church Street**<br>Street | ☐ Pending<br>☐ On appeal<br>☑ Concluded |
| | **Case number** | | **Fred. D. Thompson U.S. Courthouse** | |
| | **2023-cv-01239** | | **Nashville, TN 37203**<br>City            State      ZIP Code | |

| 7.14. | Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| | **The Lion Group DFW LLC v. Prime Capital Ventures, LLC** | **Breach of Contract** | **146th District Court Bell County, TX**<br>Name<br>**121 Huey Road**<br>Street | ☐ Pending<br>☐ On appeal<br>☑ Concluded |
| | **Case number** | | **Bell County Justice Center** | |
| | **23DCV341617** | | **Belton, TX 76513**<br>City            State      ZIP Code | |

| 7.15. | Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| | **In re Prime Capital Ventures, LLC** | **Dismissal of bankruptcy case.** | **U.S. Bankruptcy Court, NDNY**<br>Name<br>**445 Broadway Suite 330**<br>Street | ☐ Pending<br>☑ On appeal<br>☐ Concluded |
| | **Case number** | | **James T. Foley Courthouse** | |
| | **24-10531** | | **Albany, NY 12207**<br>City            State      ZIP Code | |

**8.  Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☐ None

| 8.1. | Custodian's name and address | Description of the property | Value |
|---|---|---|---|
| | **Paul A. Levine, Receiver**<br>Custodian's name<br>**677 Broadway 8th Floor**<br>Street<br>**c/o Lemery Greisler, LLP**<br>**Albany, NY 12207**<br>City            State      ZIP Code | **Real and personal property (amounts and values unknown)** | **$0.00** |
| | | **Case title** | **Court name and address** |
| | | **Compass-Charlotte 1031, LLC v. Prime Capital Ventures, LLC et. al.** | **United States District Court, NDNY**<br>Name<br>**445 Broadway**<br>Street |
| | | **Case number** | **James Foley Courthouse** |
| | | **24-cv-00055** | **Albany, NY 12207**<br>City            State      ZIP Code |
| | | **Date of order or assignment** | |
| | | **01/24/2024** | |

Debtor    **Prime Capital Ventures, LLC**                                    Case number *(if known)*

Name

---

| **Part 4:** | Certain Gifts and Charitable Contributions |

**9.** List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000

☐ None

9.1.

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|
| **Kris D. Roglieri** | **Debtor made payments for items/services tendered to the member. Amounts not fully known.** | **Various** | **$0.00** |
| Recipient's name | | | |
| **40 North Street** | | | |
| Street | | | |
| | | | |
| **Queensbury, NY 12804** | | | |
| City                State      ZIP Code | | | |

| Recipient's relationship to debtor |
|---|
| **Member** |

9.2.

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|
| **Tina Roglieri** | **Reasons and amounts not fully known.** | **Various** | **$0.00** |
| Recipient's name | | | |
| **O & A Law Firm 54 State Street** | | | |
| Street | | | |
| | | | |
| **Albany, NY 12207** | | | |
| City                State      ZIP Code | | | |

| Recipient's relationship to debtor |
|---|
| **Spouse** |

9.3.

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|
| **Linda Oliver** | **Reasons and amounts not fully known.** | **Various** | **$0.00** |
| Recipient's name | | | |
| **10 Hill Top Lane** | | | |
| Street | | | |
| | | | |
| **Poughkeepsie, NY 12603** | | | |
| City                State      ZIP Code | | | |

| Recipient's relationship to debtor |
|---|
| |

---

| **Part 5:** | Certain Losses |

**10.** All losses from fire, theft, or other casualty within 1 year before filing this case.

☑ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B (*Schedule A/B: Assets – Real and Personal Property*). | Date of loss | Value of property lost |
|---|---|---|---|

10.1.

Debtor   **Prime Capital Ventures, LLC**

Name

Case number *(if known)*

| Part 6: | Certain Payments or Transfers |
|---|---|

**11. Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None

11.1.

| Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|
| **Bond, Schoeneck & King, PLLC** | | **5/14/2024** | **$60,506.50** |
| | | **5/13/2024** | **$39,493.50** |

**Address**

**One Lincoln Center**
Street

**Syracuse, NY 13202**
City          State     ZIP Code

**Email or website address**

**www.bsk.com**

**Who made the payment, if not debtor?**

**Paul A. Levine, Esq., Receiver of Prime Capital Ventures, LLC**

11.2.

| Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|
| **Hogan Lovells US LLP** | | **Various** | **$450,000.00** |

**Address**

**390 Madison Avenue**
Street

**New York, NY 10017**
City          State     ZIP Code

**Email or website address**

**https://www.hoganlovells.com/**

**Who made the payment, if not debtor?**

**Roglieri, CCTG, NACLB**

Debtor    **Prime Capital Ventures, LLC**                                         Case number *(if known)*
           Name

| 11.3. | Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| | **Cullen and Dykman** | | **12/27/2023** | **$75,000.00** |

| Address |
|---|
| **One Battery Park Plaza 34th Floor** |
| Street |

| **New York, NY 10004** | | |
|---|---|---|
| City | State | ZIP Code |

| Email or website address |
|---|
| **https://www.cullenllp.com/** |

| Who made the payment, if not debtor? |
|---|
| **Roglieri, PCL, and/or Debtor** |

**12. Self-settled trusts of which the debtor is a beneficiary**

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.

Do not include transfers already listed on this statement.

☑ None

| 12.1. | Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|---|
| | | | | |

| Trustee |
|---|
| |

**13. Transfers not already listed on this statement**

List any transfers of money or other property—by sale, trade, or any other means—made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☐ None

Debtor    **Prime Capital Ventures, LLC**                                              Case number *(if known)*
          Name

| 13.1. | Who received the transfer? | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| | **Christian H. Dribusch** | **Payment per U.S. Bankruptcy Court Order authorizing payment of Interim Chapter 7 Trustee in the Involuntary Bankruptcy Proceeding of Prime Capital Ventures, LLC which case was dismissed per United States Bankruptcy Court Order.** | **4/1/2024** | **$39,591.38** |
| | **Address** | | | |
| | **187 Wolf Road Suite 300-20** | | | |
| | Street | | | |
| | **Albany, NY 12207** | | | |
| | City                State    ZIP Code | | | |
| | **Relationship to debtor** | | | |
| | **Interim Trustee of Involuntary Bankruptcy Case** | | | |

| 13.2. | Who received the transfer? | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| | **Lemery Greisler, LLC** | **Services by receiver and law firm.** | **3/21/2024; 4/23/2024; 5/13/2024** | **$268,174.22** |
| | **Address** | | | |
| | **677 Broadway 8th Floor** | | | |
| | Street | | | |
| | **c/o Lemery Greisler, LLP** | | | |
| | **Albany, NY 12207** | | | |
| | City                State    ZIP Code | | | |
| | **Relationship to debtor** | | | |
| | **Receiver appointed by the United States District Court, NDNY** | | | |

| 13.3. | Who received the transfer? | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| | **BST & Co. CPAs, LLC** | **Financial services to the receiver.** | **3/21/2024; 4/23/2024; 5/13/2024** | **$84,830.00** |
| | **Address** | | | |
| | **10 British American Boulevard** | | | |
| | Street | | | |
| | **Latham, NY 12110** | | | |
| | City                State    ZIP Code | | | |
| | **Relationship to debtor** | | | |
| | **Retained by the Receiver to provide financial services** | | | |

Debtor    **Prime Capital Ventures, LLC**                                          Case number *(if known)*
          Name

| 13.4. | Who received the transfer? | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|

**Recipients**

**The Debtor engaged in alleged Ponzi type transactions resulting in transfers which may be avoidable or subject to other claims.**    Various    (Unknown)

**Address**

Street

City                    State    ZIP Code

**Relationship to debtor**

---

**Part 7:** Previous Locations

**14. Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☐ Does not apply

| Address | Dates of occupancy |
|---|---|

14.1. **66 State Street 10th Floor**                From **2021**    To **2024**
Street

**Albany, NY 12207**
City                    State    ZIP Code

14.1. **40 North Street**                           From **2021**    To **2024**
Street
**Attn: Kris D. Roglieri**
**Queensbury, NY 12804**
City                    State    ZIP Code

---

**Part 8:** Health Care Bankruptcies

**15. Health Care bankruptcies**

Is the debtor primarily engaged in offering services and facilities for:
—diagnosing or treating injury, deformity, or disease, or
—providing any surgical, psychiatric, drug treatment, or obstetric care?

☑ No. Go to Part 9.

☐ Yes. Fill in the information below.

Debtor    **Prime Capital Ventures, LLC**                                    Case number *(if known)*

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

15.1.

Facility name

Street

Location where patient records are maintained (if different from facility address). If electronic, identify any service provider.

| | | How are records kept? |
|---|---|---|

City          State     ZIP Code

*Check all that apply:*

❑ Electronically

❑ Paper

---

**Part 9:**  Personally Identifiable Information

**16.  Does the debtor collect and retain personally identifiable information of customers?**

☑ No.

❑ Yes. State the nature of the information collected and retained. _____

   Does the debtor have a privacy policy about that information?

   ❑ No

   ❑ Yes

**17.  Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b) or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☑ No. Go to Part 10.

❑ Yes. Does the debtor serve as plan administrator?

   ❑ No. Go to Part 10.

   ❑ Yes. Fill in below:

| Name of plan | Employer identification number of the plan |
|---|---|
| | EIN:  _ _ _ _ _ _ _ _ _ |

   Has the plan been terminated?

   ❑ No

   ❑ Yes

---

**Part 10:**  Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

**18. Closed financial accounts**

Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

❑ None

| Financial institution name and address | Last 4 digits of account number | Type of account | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|
| 18.1 **KeyBank National Association**<br>Name<br>**95 Wolf Road**<br>Street<br><br>**Albany, NY 12205**<br>City          State     ZIP Code | XXXX– _ _ _ _ | ☑ Checking<br>❑ Savings<br>❑ Money market<br>❑ Brokerage<br>❑ Other<br>_____ | **6/2024** | **$2,000.00** |

**18.2** **M&T Bank**      XXXX–**6  6  0  7**     ☑Checking      _____    **$0.00**
Name
           ☐ Savings
**80 State Street**
Street            ☐ Money market

           ☐ Brokerage

**Albany, NY 12207**         ☐ Other
City     State    ZIP Code

---

**18.3** **RBC Capital Markets, LLC**    XXXX–**0  0  1  7**     ☐ Checking    **02/07/2024**    **$1,248,369.84**
Name
           ☐ Savings
**250 Nicollet Mall Suite 1400**
Street            ☐ Money market

           ☑ Brokerage

**Minneapolis, MN 55401**     ☐ Other
City     State    ZIP Code

---

**18.4** **Farmers State Bank**      XXXX–**_ _ _ _**     ☑Checking    **02/01/2024**    **$29,607.82**
Name
           ☐ Savings
**220 S. Detroit Street**
Street            ☐ Money market

           ☐ Brokerage

**Lagrange, IN 46761**       ☐ Other
City     State    ZIP Code

---

**18.5** **Interactive Brokers, LLC**    XXXX–**0  0  9  5**     ☐ Checking    **02/13/2024**    **$325,004.98**
Name
           ☐ Savings
**1 Pickwick Plaza**
Street            ☐ Money market

           ☑ Brokerage

**Greenwich, CT 06830**     ☐ Other
City     State    ZIP Code

**19. Safe deposit boxes**

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☐ None

| 19.1 | Depository institution name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|---|
| | **1st National Bank of Scotia**<br>Name<br>**1705 Central Avenue**<br>Street<br><br>**Albany, NY 12205**<br>City   State   ZIP Code | ~~Paul A. Levine, Esq, Receiver~~<br><br><br>**Address**<br>**677 Broadway 8th Floor**<br>**Albany, NY 12207** | ~~Richard Mille Skull Watch~~ | ☐ No<br>☑ Yes |

**20. Off-premises storage**

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☐ None

Debtor    Prime Capital Ventures, LLC    Case number *(if known)* _____
     Name

| 20.1 | Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|---|
| | **Kris D. Roglieri**<br>Name | ~~Chapter 7 Trustee to the Bankruptcy~~ | ~~Some business records located at~~ | ☐ No |
| | **40 North Street**<br>Street | ~~Estate of Kris D. Roglieri~~ | ~~the residence of former member~~ | ☑ Yes |
| | | | ~~Kris D. Roglieri~~ | |
| | **Queensbury, NY 12804**<br>City    State    ZIP Code | **Address**<br>**187 Wolf Road Suite 300-20**<br>**Albany, NY 12205** | | |

## Part 11:    Property the Debtor Holds or Controls That the Debtor Does Not Own

**21.    Property held for another**

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☑ None

| Owner's name and address | Location of the property | Description of the property | Value |
|---|---|---|---|
| Name | | | |
| Street | | | |
| City    State    ZIP Code | | | |

## Part 12:    Details About Environmental Information

For the purpose of Part 12, the following definitions apply:

- *Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

- *Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

- *Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22.    Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

☑ No

☐ Yes. Provide details below.

| Case title | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|
| | | | ☐ Pending |
| **Case number** | Name | | ☐ On appeal |
| | Street | | ☐ Concluded |
| | City    State    ZIP Code | | |

Debtor    **Prime Capital Ventures, LLC**                    Case number *(if known)*
          Name

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☑ No

☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| | | | |
| Name | Name | | |
| | | | |
| Street | Street | | |
| | | | |
| City        State    ZIP Code | City        State    ZIP Code | | |

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

☑ No

☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| | | | |
| Name | Name | | |
| | | | |
| Street | Street | | |
| | | | |
| City        State    ZIP Code | City        State    ZIP Code | | |

---

**Part 13:**    Details About the Debtor's Business or Connections to Any Business

---

**25. Other businesses in which the debtor has or has had an interest**

List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☑ None

| Business name and address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN. |
|---|---|---|
| 25.1. | | EIN: _ _ – _ _ _ _ _ _ _ |
| Name | | **Dates business existed** |
| Street | | From _____ To _____ |
| City        State    ZIP Code | | |

**26. Books, records, and financial statements**

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

Official Form 207                    Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy                    page 16

Debtor   **Prime Capital Ventures, LLC**
Name

Case number *(if known)*

| Name and address | Dates of service |
|---|---|
| 26a.1. **Sardone, Robinson & Associates, CPAs**<br>Name<br>**115 Metro Park**<br>Street<br><br>**Buffalo, NY 14263**<br>City        State        ZIP Code | From _____ To _____ |

| Name and address | Dates of service |
|---|---|
| 26a.2. **BST & Co. CPAs, LLC**<br>Name<br>**10 British American Boulevard**<br>Street<br><br>**Latham, NY 12110**<br>City        State        ZIP Code | From **2/9/2024** To **Present** |

26b.   List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

| Name and address | Dates of service |
|---|---|
| 26b.1. **BST & Co. CPAs, LLC**<br>Name<br>**10 British American Boulevard**<br>Street<br><br>**Latham, NY 12110**<br>City        State        ZIP Code | From **2/9/2024** To **Present** |

| Name and address | Dates of service |
|---|---|
| 26b.2. **Sardone, Robinson & Associates, CPAs**<br>Name<br>**115 Metro Park**<br>Street<br><br>**Rochester, NY 14623**<br>City        State        ZIP Code | From **2/9/2024** To **Present** |

26c.   List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1. **BST & Co. CPAs, LLC**<br>Name<br>**10 British American Boulevard**<br>Street<br><br>**Latham, NY 12110**<br>City        State        ZIP Code | |

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|

26c.2.

**Paul A. Levine, Esq., Receiver**
Name

**677 Broadway 8th Floor**
Street

**Albany, NY 12207**
City                          State          ZIP Code

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☑ None

| Name and address |
|---|

26d.1.

Name

Street

City                          State          ZIP Code

## 27. Inventories

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☑ No

☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| | | |

| Name and address of the person who has possession of inventory records |
|---|

27.1.

Name

Street

City                          State          ZIP Code

## 28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Bk. Est. of Kris D. Roglieri** | **187 Wolf Road Albany, NY 12205** | **Member, Single Member LLC** | **100.00%** |

## 29. Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?

☐ No

☑ Yes. Identify below.

Debtor   **Prime Capital Ventures, LLC** _____   Case number *(if known)* _____

Name

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|------|---------|-------------------------------------|---------------------------------------------------|
| **Kris D. Roglieri** | **40 North Street Queensbury, NY 12804** | **Member, Single Member LLC** | From **2021** To **2/28/2024** |

**30. Payments, distributions, or withdrawals credited or given to insiders**

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No

☑ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|-------------------------------|------------------------------------------------------|-------|--------------------------------|
| 30.1. **Kris D. Roglieri** <br> Name <br> **40 North Street** <br> Street <br><br> **Queensbury, NY 12804** <br> City          State          ZIP Code | **Unknown** | **Various** | **Distributions received by Kris D. Roglieri as the controlling member of the Debtor.** |

| Relationship to debtor |
|------------------------|
| **Former member of the Debtor** |

**31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☑ No

☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|--------------------------------|----------------------------------------------------------|
| _____ | EIN: _ _ – _ _ _ _ _ _ _ |

**32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☑ No

☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|--------------------------|----------------------------------------------------|
| _____ | EIN: _ _ – _ _ _ _ _ _ _ |

**Part 14:   Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **09/16/2024**
                MM/ DD/ YYYY

**X** **/s/ Christian H. Dribusch** _____        Printed name        **Christian H. Dribusch** _____
Signature of individual signing on behalf of the debtor

Debtor    **Prime Capital Ventures, LLC**                                    Case number *(if known)*
          Name

Position or relationship to debtor        **Manager**


**Are additional pages to** *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* **(Official Form 207) attached?**

☑ No

☐ Yes

**IN THE UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF NEW YORK**
**ALBANY DIVISION**

IN RE: **Prime Capital Ventures, LLC**                                    CASE NO

                                                                         CHAPTER **11**


### VERIFICATION OF CREDITOR MATRIX

The above named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.


Date    **09/16/2024**        Signature                              **/s/ Christian H. Dribusch**

                                                           Christian H. Dribusch, Manager

1800 Park Avenue LLC
1800 Park Avenue East
Renville, MN 56284


526 Murfreesboro, LLC
526 Murfreesboro Pike
Nashville, TN 37217


Ainsworth Gorkin PLLC
111 John Street Suite 1210
New York, NY 10038


Apartment Worth, LLC
845 15th Street Suite 103
San Diego, CA 92101


B and R Acquisition Partners
LLC
PO Box 1
Essex, MO 63846


Balch & Bingham, LLP
188 East Capitol Street Suite 1400
Jackson, MS 39201


Barclay Damon LP
125 E. Jefferson Street
Syracuse, NY 13202


Berone Capital Fund, L.P.
3595 Canton Road
Marietta, GA 30066

Bond Schoeneck & King, PLLC
Attn: Stephen Donato, Esq.
One Lincoln Center
Syracuse, NY 13202

Bradley, LLP
Attn: Patrick Everman
188 E. Capitol Street Suite 1000
Jackson, MS 39201

Brightsmith Tulsa LLP
1821 N. Collins Avenue
Okmulgee, OK 74447

Buchalter, P.C.
60 E. So. Temple Suite 1200
Salt Lake City, UT 84111

CAC Realty LLC
3 Kelton Place
Englishtown, NJ 07726

Camshaft CRE 1 LLC
16850 Collins Avenue #112408
North Miami Beach, FL 33160

Camshaft CRE 1 LLC
950 Brickell Bay Dr. Suite 5107
Miami, FL 33131

Caruso Home Builders, LLC
19 Railroad Place Suite 201
Saratoga Springs, NY 12866

CBL Investments LLC
CBL Center, Suite 500
2030 Hamilton Place Blvd.
Chattanooga, TN 37421


Certilman Balin
Attn: Robert Nosek
90 Merrick Avenue
East Meadow, NY 11554


Chapman and Cutler
Attn: Joseph P. Lombardo
320 South Canal Street 27th Floor
Chicago, IL 60609


Chapman and Cutler LLP
1270 Avenue of the Americas
New York, NY 10020


CHDB Law LLP
Attn: Chad Meisen
1400 E. Southern Avenue Suite 400
Tempe, AZ 85282


Commercial Capital BIDCO
256 Seaboard Lane Suite 101 B
Franklin, TN 37067


Commercial Capital Bond
133 Holiday Court #207
Franklin, TN 37067


Compass-Charlotte 1031, LLC
631 Dickenson Avenue
Greenville, NC 27834

CoNestions Medical, Inc.
150 N Wright Brothers Drive
Salt Lake City, UT 84116


Cullen and Dykman
One Battery Park Plaza 34th Floor
New York, NY 10004


Eagle Rose Inc.
4500 Eldorado Parkway
Mckinney, TX 75070


ER Tennessee LLC
381 Park Avenue Suite 1101
New York, NY 10016


Girvin & Ferlazzo, PC
20 Corporate Woods Boulevard
Albany, NY 12211


Goose Creek Apartments
900 Channing Way
Goose Creek, SC 29445


Gray Robinson, P.A.
Steven J. Solomon
333 SE 2nd Ave. Suite 3200
Miami, FL 33131


Harris Beach PLLC
Attn: Brian Roy
333 W. Washington Street Suite 200
Syracuse, NY 13202

HCW Biologics Inc.
3300 Corporate Way
Hollywood, FL 33025


Hogan Lovells US LLP
390 Madison Avenue
New York, NY 10017


Hudson & Hudson LLC
206 West College Street Suite 12
Carbondale, IL 62901


Indigo Pharmaceutical LLC
270 South Martin Luther King Blvd.
Las Vegas, NV 89106


Internal Revenue Service
Bankruptcy
P.O. Box 7346
Philadelphia, PA 19101-7346


JHM Lending Ventures LLC
4529 Wayland Drive
Nashville, TN 37215


JHM Lending Ventures, LLC
1457 Medinah Lane
Murrells Inlet, SC 29576


Keeler Mercedes Benz
1111 Troy Schenectady Road
Latham, NY 12110

Ketan Masters
2601 Oates Lane
Arlington, TX 76006

Kris D. Roglieri
40 North Street
Queensbury, NY 12804

Kye Law Group, P.C.
201 Old Country Road Suite 120
Melville, NY 11747

Lofts Phases 2 & 3 LLC
9033 East Easter Place Suite 112
Englewood, CO 80112

Motos America Inc.
3131 W. 2210 S.
West Valley City, UT 84119

Newlight Technologies, Inc.
14382 Astronautics Drive
Huntington Beach, CA 92647

Nixon Peabody LLP
Attn: Christopher Desiderio
55 W 46th Street
New York, NY 10036

Nolan Heller Kaufman LLP
80 State Street 11th Floor
Albany, NY 12207

NYS Deptment of Taxation &
Finance
Bankruptcy Section
PO Box 5300
Albany, NY 12202

Onward Holdings Ltd.
5152 N. Edgewood Drive Suite 375
Provo, UT 84604

Parker Poe
620 South Tryon Street Suite 800
Charlotte, NC 28202

Paul A. Levine, Receiver
c/o Lemery Greisler, LLP
677 Broadway 8th Floor
Albany, NY 12207

Piper Capital Funding LLC
95 Fairway Drive
Harrisburg, IL 62946

Prime Capital Ventures, LLC
Attn: Manager
187 Wolf Road Suite 300-20
Albany, NY 12205-1138

PTR Prime LLC
1501 S. Mopac Expressway Suite 220
Austin, TX 78746

Redeem - 18 S Main LLC
1779 Wells Branch Parkway Suite
110B-371
Austin, TX 78727

Redeem - Temple Courtyard
LLC
1779 Wells Branch Parkway Suite
110B-371
Austin, TX 78728

Sage Estate Malta, LLC
19 Railroad Pl Ste 201
Saratoga Spgs, NY 12866-2318

Scott and Mary Lee Wallick
1800 N. Collins Avenue
Okmulgee, OK 74447

Seyburn Law PLLC
7475 Franklin Road
Bloomfield Hills, MI 48301

Sheppard Mullin Richter &
Hampton LLP
333 South Hope Street 43rd Floor
Los Angeles, CA 90071

Solray Inc.
345 Highway 9 South Suite 388
Englishtown, NJ 07726

SP Harbor QOZB LP
550 West B Street 4th Floor
San Diego, CA 92101

Spotts Fain PC
411 East Franklin Street Suite 600
Richmond, VA 23219

SQRL Holdings, LLC
27 Rahling Circle Suite C
Little Rock, AR 72223


SRA - CH Richard I LLC
4505 Pacific Highway East Suite C-2
Fife, WA 98424


Starsight IO, Inc.
4425 Fortran Drive Suite F
San Jose, CA 95134


The Pecora LLC
199 Lee Avenue #745
Brooklyn, NY 11211


The Wallick Family 2022 Trust
PO Box 267
Okmulgee, OK 74447


Toro Real Estate Partners
410 Jericho Turnpike Suite 220
Jericho, NY 11753


Truss Financial LLC
4500 West Nyack Road Suite 310
West Nyack, NY 10994


Virginia Beach City Treasurer
Municipal Center, Building 1
2401 Courthouse Drive
Virginia Beach, VA 23456

Watermark Capital Group
185 Marcy Avenue
Brooklyn, NY 11211


White and Williams
Attn: Travis Powers
7 Times Square
New York, NY 10036


Wuersch & Gering
100 Wall Street 10th Floor
New York, NY 10005