# Dribusch Law Firm

September 17, 2024

Bankruptcy Clerk
United States Bankruptcy Court
James T. Foley Courthouse
445 Broadway
Albany, NY 12207

**Re:     Prime Capital Ventures, LLC | Filed 09/16/2024 | No. 24-11029-1**

Judge Clerk:

Would you kindly reflect that the NAICS for the Debtor is 5259.

Also, please update the mailing address for the Debtor to:

Prime Capital Ventures, LLC
c/o Manager
187 Wolf Road, Suite 300-20
Albany, NY 12205

Let me know if you have any questions or concerns.


Respectfully yours,

*/s/ Christian H. Dribusch*
Christian H. Dribusch