Christian H. Dribusch (507021)
187 Wolf Road
Albany, NY 12207
(T) 518.227.0026

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

In re:

PRIME CAPITAL VENTURES, LLC

*Debtor*

------------------------------------------------------------X

Chapter 11

Case No.  24-11029

## LOCAL BANKRUPTCY RULE 2015 AFFIRMATION

Christian H. Dribusch, hereby affirms under penalty of perjury that:

1. I am an attorney duly admitted to practice before the United States Bankruptcy Court for the Northern District of New York.  I am the Chapter 7 Trustee to the bankruptcy estate of Kris Daniel Roglieri (Case No. 24-10157).   As the representative of the last remaining member of the captioned Debtor, I have exercised the power under applicable Delaware law to revoke any dissolution and name the Bankruptcy Estate of Kris Daniel Roglieri as the sole member of the Debtor with the chapter 7 trustee of the Bankruptcy Estate of Kris Daniel Roglieri acting as the manager of the Debtor.  Accordingly, I am currently the manager of the Debtor.  Unless otherwise stated, I make this affirmation on personal knowledge.  I make this affirmation in accordance with the provisions of NDNY LBR 2015-2.

2. The Debtor is alleged to have operated a fraudulent business as a commercial lender.  The goal of the Debtor filing for bankruptcy relief is to (i) attempt to maximize the recovery for all creditors of the Debtor, (ii) develop and implement a fair and equitable claims and distribution process pursuant to a chapter 11 plan of liquidation, and (iii) reduce the litigation risk

and significant costs of defending many claims by alleged defrauded creditors in various state and federal courts.

3. The Debtor filed a summary of schedules with the initial filing of its bankruptcy petition.

4. The Debtor's property is primarily in the possession, custody, and control of Paul Levine, Esq., from the law firm of Lemery Greisler, LLP, 677 Broadway, Albany, New York 12207 who has been appointed the receiver pursuant to an Order of the United States District Court, Northern District of New York *Compass-Charlotte 1031, LLC v. Prime Capital Ventures, LLC et. al.*, Case no. 24-cv-00055 [Docket No. 56] (MAD/DJS) (N.D.N.Y 2024).

5. The Debtor has filed its Schedule A (real property) and Schedule G (statement of executory contracts and unexpired leases) with its initial filing.

6. The Debtor has filed its statement of financial affairs with the initial filing.

7. The Debtor is not operating and therefore estimates no payroll payable to employees exclusive of the managing member.

8. The Debtor proposes no compensation to the Manager of the Debtor for the services to be rendered during the thirty (30) day period following the filing of the chapter 11 petition.

9. Since the Debtor is not operating, the Debtor is not providing an estimated budget for the September 17, 2024 through October 17, 2024 period following the filing of the chapter 11 petition.

Dated: September 17, 2024

By: */s/ Christian H. Dribusch*
Christian H. Dribusch, in his capacity
as the Manager of Prime Capital Ventures, LLC