UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------
In re:

    PRIME CAPITAL VENTURES, LLC,           **Case No. 24-11029**

                                                                              **Chapter 11**

                      Debtor.

-----------------------------------------------------------------

## RECEIVER'S ACCOUNTING

Pursuant to 11 U.S.C. §543(b)(2) Paul A. Levine, Esq., in his capacity as Permanent Receiver for debtor Prime Capital Ventures, LLC, hereby submits as his accounting:

1.     His Fourth Report of Permanent Receiver filed in Compass-Charlotte 1031, LLC v. Prime Capital Ventures, LLC et al. (24-CV-55 NDNY, the "Compass Action") (Doc. No. 173 with filed errata sheet at Doc. No. 175). Exhibit "1."

2.     His Fifth Report of Permanent Receiver (Doc. No. 189 in the Compass Action). Exhibit "2."

The Receiver states that those reports, filed with the District Court, detail all property of debtor which came into the Receiver's control and any disbursements. Since the filing of his Fifth Report, other than interest accruals, there has been no further activity.

Dated: September 23, 2024

                                                              Respectfully submitted,

                                                              /s/Paul A. Levine
                                                              Paul A. Levine, Esq.
                                                              Receiver
                                                              Office and P.O. Address
                                                               677 Broadway, 8th Floor
                                                              Albany, New York 12207
                                                               (518) 433-8800