**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>PRIME CAPITAL VENTURES, LLC,<br><br>Debtor. | Chapter 11<br><br>Case No. 24-11029 |

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS

**PLEASE TAKE NOTICE**, that the law firm Parker Poe Adams & Bernstein LLP pursuant to Rules 2002, 9007, 9010(b) of the Federal Rules of Bankruptcy Procedure (the "Rules") and section 1109(b) of title 11 of the United States Code (the "Bankruptcy Code"), enters its appearance in the above-referenced chapter 11 case as counsel to Compass-Charlotte 1031, LLC ("Compass-Charlotte"), and requests that the names of the attorney listed below be added to the mailing list maintained by the Clerk, and that all notices given or required to be given in this case, all pleadings and other papers served or required to be served, in this case, be given to and served on the following:

> William L. Esser, IV
> 620 South Tryon Street, Ste. 800
> Charlotte, North Carolina
> Telephone: (704) 372-9000
> Facsimile: (704) 334-4706
> Email: willesser@parkerpoe.com

**PLEASE TAKE FURTHER NOTICE THAT**, pursuant to section 1109(b) of the Bankruptcy Code, the foregoing request includes not only the notices and papers referred to in the rules and sections specified above but also includes, without limitation, any notice, application, complaint, demand, motion, petition, pleading or request, whether formal or informal, written or

oral, and whether transmitted or conveyed by mail, electronic mail, hand or courier delivery, telephone, telecopy, telegraph, telex or otherwise filed with regard to the referenced case and proceedings therein.

Dated: September 25, 2024

Charlotte, North Carolina    **PARKER POE ADAMS & BERNSTEIN LLP**

*/s/ William L. Esser, IV*
William L. Esser, IV
620 South Tryon Street, Suite 800
Charlotte, North Carolina 28202
Telephone: (704) 372-9000
Facsimile: (704) 334-4706
Email: willesser@parkerpoe.com

*Counsel to Compass-Charlotte 1031, LLC*