So Ordered.

Signed this 1 day of October, 2024.



_____
Robert E. Littlefield, Jr.
United States Bankruptcy Judge

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | |
| PRIME CAPITAL VENTURES, LLC, | Case No. 23-11302-REL |
| | Chapter 7 |
| Debtor. | |
| In re: | |
| PRIME CAPITAL VENTURES, LLC, | Case No. 24-11029-REL |
| | Chapter 11 |
| Debtor. | |

**ORDER (I) AUTHORIZING THE DEBTOR'S ABANDONMENT OF CERTAIN CLAIMS; AND (II) WITHDRAWING THE (ALLEGED) DEBTOR'S MOTION TO COMPEL THE PETITIONING CREDITORS TO POST A BOND**

Upon the involuntary petition (the "Involuntary Petition") filed by creditors Compass-Charlotte 1031, LLC, 526 Murfreesboro, LLC, and Newlight Technologies, Inc. (collectively, the "Petitioners") commencing the above-captioned Case No. 23-11302 (the "Chapter 7 Case") against debtor Prime Capital Ventures, LLC (the "Debtor") [23-11302 Dkt. No. 1]; and upon the Petitioners' motion to dismiss the Chapter 7 Case [23-11302 Dkt. No. 74]; and upon the Court's orders dismissing the Chapter 7 Case and clarifying outstanding issues [23-11302 Dkt. No. 87 and 133]; and upon the Debtor's motion to compel the Petitioners to post a bond in

1

the amount of $37 million [23-11302 Dkt. No. 69] (the "Bond Motion"); and upon the representation of Christian Dribusch, the current manager of the Debtor, of his intention to dismiss the Bond Motion and abandon any claims against the Petitioners in connection with their filing of the Involuntary Petition (the "Potential Petitioner Damages Claims") at the hearing held before the Court on September 25, 2024 (the "Hearing"); and upon the record of the Hearing which is incorporated herein by reference; and upon all prior proceedings in the Chapter 7 Case; and for good and sufficient cause, it is hereby

**ORDERED**, that unless an objection to the relief granted by this Order (an "Objection") is filed with this Court by no later than **October 16, 2024**, then (i) the Bond Motion shall be deemed withdrawn and marked off the Court's calendar; and (ii) the Debtor will be deemed to have abandoned any and all Potential Petitioner Damages Claims pursuant to 11 U.S.C. § 554 and Fed. R. Bankr. P. 6007; and it is further

**ORDERED**, that the Debtor shall cause this Order to be served upon the United States Trustee, counsel to the Petitioners, and all other creditors and parties in interest listed on the Creditor Matrix in this case, by no later than **October 2, 2024**, and shall provide for the certificate of service to be entered on the electronic docket of this case by no later than **October 7, 2024**; and it is further

**ORDERED**, that if an Objection is timely filed, the Court may rule on the Objection or schedule a hearing on the Objection upon such additional and further notice as this Court deems appropriate; and it is further

**ORDERED**, that the Court shall retain jurisdiction to hear and determine all matters arising from the implementation of this Order.

# # #