**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF NEW YORK**

---

*In re:*

PRIME CAPITAL VENTURES, LLC,

                            Debtor.

Chapter 11

Case No. 24-11029-1-rel

---

## NOTICE OF APPEARANCE AND DEMAND FOR SERVICE OF PAPERS

**PLEASE TAKE NOTICE**, that the undersigned of the firm of CHDB Law LLP, appears on behalf of 1800 Park Avenue LLC and demands, pursuant to Bankruptcy Rules 2002(g), 9007, 9010(b) and Bankruptcy Code §§102(1), 342 and 1109(b), that all notices given or required to be given in this case and all papers served or required to be served in this case, be given to and served upon the undersigned.

**PLEASE TAKE FURTHER NOTICE**, that pursuant to §1109(b) of the Bankruptcy Code, the foregoing demand includes not only the notices of papers referred to in the Rules specified above, but also includes without limitation, orders and notices of any application, motion, petition, pleading, request, complaint, or demand, whether transmitted or conveyed by mail, delivery, telephone, electronic mail, facsimile, or otherwise: (1) which affect or seek to affect in any way any rights or interests of 1800 Park Avenue LLC, with respect to (a) the Debtor; (b) property or proceeds thereof in which the Debtor may claim an interest; or (2) which require or seek to require any act, delivery of any property, payment or other conduct by 1800 Park Avenue LLC.

**PLEASE TAKE FURTHER NOTICE**, that the undersigned hereby demands that the name and address set forth herein be added to the mailing matrix in this case.

Dated: October 4, 2024.

        **CHDB Law LLP**

By: _____
        Chad P. Miesen, Esq.
        1400 E. Southern Avenue, Suite 400
        Tempe, Arizona 85282
        (480) 427-2800
        Email:  chad.miesen@chdblaw.com
        *Attorneys for 1800 Park Avenue LLC*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on October 4, 2024, he caused a true and correct copy of the foregoing Notice of Appearance and Request for Service of Documents to be served electronically on those parties registered to receive electronic service through the Court's ECF system, as identified on the Court's Notice of Electronic Filing (NEF).

_____
Chad P. Miesen, Esq.