So Ordered.

Signed this 16 day of October, 2024.



_____
Robert E. Littlefield, Jr.
United States Bankruptcy Judge

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF NEW YORK**

---

In re:

PRIME CAPITAL VENTURES, LLC,    Case No. 24-11029-REL
                                Chapter 11

                Debtor.

---

### ORDER AUTHORIZING THE RETENTION OF KLESTADT WINTERS JURELLER SOUTHARD & STEVENS, LLP AS GENERAL COUNSEL TO THE DEBTOR EFFECTIVE AS OF SEPTEMBER 16, 2024

Upon the application (the "Application")[1] of Prime Capital Ventures, LLC (the "Debtor"), the above-captioned debtor, for an order approving his retention of Klestadt Winters Jureller Southard & Stevens, LLP ("KWJS&S") as its general counsel; and upon the declaration of Fred Stevens attached to the Application as Exhibit B (the "Stevens Declaration"); and it appearing that KWJS&S represents no interest adverse to the Debtor's estate, that KWJS&S is a disinterested person as that term is defined in 11 U.S.C. § 101(14), and that its employment is

---

[1] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Application.

1

necessary and in the best interests of the estate; and for good and sufficient cause, it is hereby

**ORDERED**, that the retention of KWJS&S as the Debtor's general counsel is hereby approved pursuant to section 327(a) of the Bankruptcy Code effective as of September 16, 2024; and it is further

**ORDERED**, that the compensation to be paid to KWJS&S shall be subject to the approval of this Court upon notice and a hearing pursuant to sections 330 and 331 of the Bankruptcy Code, the Federal Rules of Bankruptcy Procedure, the Local Bankruptcy Rules and such other procedures as may be fixed by order of this Court, for professional services rendered and expenses incurred by KWJS&S; and it is further

**ORDERED**, that the Court may retain jurisdiction to hear and determine all matters arising from the implementation of this Order; and it is further

**ORDERED**, that if there is any inconsistency between the terms of this Order, the Application, and the Stevens Declaration, the terms of this Order shall govern.

###