**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF NEW YORK**

---

In re:

PRIME CAPITAL VENTURES, LLC,                    Case No. 24-11029-REL
                                                Chapter 11

                            Debtor.

---

**ORDER, PURSUANT TO 11 U.S.C. § 542(e) AND FED. R. BANKR. P. 2004, DIRECTING BARCLAY DAMON LLP TO TURN OVER CERTAIN DOCUMENTS TO THE DEBTOR, AND AUTHORIZING DEBTOR TO EXAMINE AND SEEK DOCUMENTS AND INFORMATION FROM BARCLAY DAMON LLP BY SUBPOENA**

---

Upon the application (the "Application")[1] of Prime Capital Ventures, LLC, the above-captioned debtor (the "Debtor"), seeking the entry of an order, pursuant to 11 U.S.C. § 542(e) and Fed. R. Bankr. P. 2004, authorizing the Debtor to examine Barclay Damon LLP ("Barclay Damon") and directing Barclay Damon to turn over certain documents to the Debtor; and a hearing on the Application having been held before this Court on November 27, 2024 (the "Hearing"); and

---

[1] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Application.

sufficient notice of the relief sought in the Application and Hearing having been given to Barclay

Damon; and after due deliberation and sufficient cause appearing therefore, it is

**ORDERED** that the Application is granted as set forth herein; and it is further

**ORDERED** that pursuant to Bankruptcy Rules 2004 and 9016, the Debtor shall be, and

hereby is, authorized to serve subpoena(s) *duces tecum* (the "Subpoena") in substantially the same

form as that annexed to the Application as Exhibit B upon Barclay Damon; and it is further

**ORDERED**, that Barclay Damon is directed to either timely comply with the terms of this

Order and any Subpoena issued to it and timely produce the documents required to be produced

under the Subpoena, or make a timely motion for a protective order or to quash the Subpoena; and

it is further

**ORDERED**, that unless otherwise ordered by this Court, the Subpoena shall seek the

production or inspection of documents or things on less than fourteen (14) days' notice; and it is

further

**ORDERED**, that independent of Barclay Damon's obligations under the Subpoena and

subject to any applicable privilege, Barclay Damon is directed to turn over and produce to the

Debtor any recorded information, including books, documents, records, and papers, relating to the

Debtor's property or financial affairs in accordance with 11 U.S.C. § 542(e) within fourteen (14)

days of service of this Order; and it is further

**ORDERED**, that nothing herein shall be deemed a waiver of any attorney-client privilege

owned by the Debtor with respect to its attorney-client relationship with Barclay Damon, which

privilege is strictly preserved with respect to any sharing of any privileged material with any party

other than the Debtor itself; and it is further

2

**ORDERED**, that this Court shall retain jurisdiction with respect to any disputes that arise

with respect to this Order, or any Subpoena issued hereunder.

###