# Exhibit B



600 Third Avenue, 22nd Floor, New York, NY 10016-1915
225 Old Country Road, Melville, New York, NY 11747

Edward J. LoBello
elobello@bsk.com
NYC: 646.253.2396
Melville: 631.761.0841

May 29, 2024

VIA FEDERAL EXPRESS

Ms. Kimberly Patricia Owen
600 Linkhorn Drive
Virginia Beach, Virginia 23451

    Re: Prime Capital Ventures, LLC
        United States Bankruptcy Court
        Northern District of New York
        Case No. 24-10531

Dear Ms. Owen:

    We are bankruptcy counsel for Prime Capital Ventures, LLC ("Prime"). Prime has filed a Chapter 11 petition for reorganization in the United States Bankruptcy Court for the Northern District of New York. Prime is the owner of 600 Linkhorn Drive, Virginia Beach, Virginia (the "Premises").

    As such, Prime hereby requests that you vacate the Premises within thirty (30) days of the date hereof, and turn over to Prime all keys and security codes to the Premises. Please confirm that you will do so.

    Further, please advise when Prime may be provided early access to the Premises in order to inspect its physical condition and inventory any of Prime's property. Thank you for your attention to this matter.

                        Very truly yours,

                        s/Edward J. LoBello

                        Edward J. LoBello

cc: Prime Capital Ventures, LLC



**After printing this label:**
1. Use the 'Print' button on this page to print your label to your laser or inkjet printer.
2. Fold the printed page along the horizontal line.
3. Place label in shipping pouch and affix it to your shipment so that the barcode portion of the label can be read and scanned.

**Warning**: Use only the printed original label for shipping. Using a photocopy of this label for shipping purposes is fraudulent and could result in additional billing charges, along with the cancellation of your FedEx account number.
Use of this system constitutes your agreement to the service conditions in the current FedEx Service Guide, available on fedex.com.FedEx will not be responsible for any claim in excess of $100 per package, whether the result of loss, damage, delay, non-delivery,misdelivery,or misinformation, unless you declare a higher value, pay an additional charge, document your actual loss and file a timely claim.Limitations found in the current FedEx Service Guide apply. Your right to recover from FedEx for any loss, including intrinsic value of the package, loss of sales, income interest, profit, attorney's fees, costs, and other forms of damage whether direct, incidental,consequential, or special is limited to the greater of $100 or the authorized declared value. Recovery cannot exceed actual documented loss.Maximum for items of extraordinary value is $1,000, e.g. jewelry, precious metals, negotiable instruments and other items listed in our ServiceGuide. Written claims must be filed within strict time limits, see current FedEx Service Guide.

**Blackton, Anna**

| | |
|---|---|
| **From:** | TrackingUpdates@fedex.com |
| **Sent:** | Thursday, May 30, 2024 8:02 AM |
| **To:** | Blackton, Anna |
| **Subject:** | FedEx Shipment 776608207137: Your package has been delivered |
| **Attachments:** | DeliveryPicture.jpeg |

External Email: Use caution before clicking links or opening attachments.

# Hi. Your package was delivered Thu, 05/30/2024 at 7:55am.



Delivered to 600 LINKHORN DR, VIRGINIA BEACH, VA 23451

**OBTAIN PROOF OF DELIVERY**

1



Delivery picture not showing? View in browser.

## How was your delivery ?

    

| | |
|---|---|
| **TRACKING NUMBER** | 776608207137 |
| **FROM** | Bond, Schoeneck & King, PLLC<br>225 Old Country Road<br>MELVILLE, NY, US, 11747 |
| **TO** | Ms. Kimberly Patricia Owen<br>600 Linkhorn Drive<br>VIRGINIA BEACH, VA, US, 23451 |
| **REFERENCE** | 451072 |
| **SHIPPER REFERENCE** | 451072 |
| **SHIP DATE** | Wed 5/29/2024 05:55 PM |
| **DELIVERED TO** | Residence |
| **PACKAGING TYPE** | FedEx Envelope |
| **ORIGIN** | MELVILLE, NY, US, 11747 |
| **DESTINATION** | VIRGINIA BEACH, VA, US, 23451 |

2

| | |
|---|---|
| **SPECIAL HANDLING** | Deliver Weekday |
| | Residential Delivery |
| **NUMBER OF PIECES** | 1 |
| **TOTAL SHIPMENT WEIGHT** | 0.50 LB |
| **SERVICE TYPE** | FedEx First Overnight |



## Absolutely, positively committed to you

Every delivery deserves extra care. Even if it means one of our drivers takes on the role of ringbearer for a customer's wedding. We'll work to make your next delivery special too.

**WATCH FEDEX IN ACTION**

**FOLLOW FEDEX**



Please do not respond to this message. This email was sent from an unattended mailbox. This report was generated at approximately 7:01 AM CDT 05/30/2024.

All weights are estimated.

To track the latest status of your shipment, click on the tracking number above.

Standard transit is the date and time the package is scheduled to be delivered by, based on the selected service, destination and ship date. Limitations and exceptions may apply. Please see the FedEx Service Guide for terms and conditions of service, including the FedEx Money-Back Guarantee, or contact your FedEx Customer Support representative.

3



May 30, 2024

Dear Customer,

The following is the proof-of-delivery for tracking number: 776608207137

### Delivery Information:

| | | | |
|---|---|---|---|
| Status: | Delivered | Delivered To: | Residence |
| Signed for by: | Signature not required | Delivery Location: | |
| Service type: | FedEx First Overnight | | |
| Special Handling: | Deliver Weekday; Residential Delivery | | VIRGINIA BEACH, VA, |
| | | Delivery date: | May 30, 2024 07:55 |

### Shipping Information:

| | | | |
|---|---|---|---|
| Tracking number: | 776608207137 | Ship Date: | May 29, 2024 |
| | | Weight: | 0.5 LB/0.23 KG |

Recipient:                                   Shipper:
VIRGINIA BEACH, VA, US,                      MELVILLE, NY, US,

Reference         451072

Proof-of-delivery details appear below; however, no signature is available for this FedEx Express shipment because a signature was not required.

Thank you for choosing FedEx