**New Hearing Date: December 18, 2024**
**Hearing Time: 10:30 a.m. (EST)**
**Hearing Location: Albany, New York**
**Objection Deadline: December 11, 2024**

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF NEW YORK**

---

In re:

PRIME CAPITAL VENTURES, LLC,                    Case No. 24-11029-REL
                                                Chapter 11

                    Debtor.

---

**NOTICE OF ADJOURNMENT OF HEARING ON DEBTOR'S MOTION FOR AN ORDER, PURSUANT TO 11 U.S.C. §§ 105(a) AND 542(a) DIRECTING TURNOVER OF PROPERTY OF THE DEBTOR'S ESTATE**

**PLEASE TAKE NOTICE**, that the hearing on the *Debtor's Motion for an Order, Pursuant to 11 U.S.C. §§ 105(a) and 542(a) Directing Turnover of Property of the Debtor's Estate* (the "Motion") [Docket No. 59] filed in the above proceeding originally scheduled to take place before the Honorable Robert E. Littlefield, Jr., United States Bankruptcy Judge, at the United States Bankruptcy Court for the Northern District of New York, James T. Foley U.S. Courthouse, 445 Broadway, Albany, New York 12207 on December 11, 2024 at 10:30 a.m., has been adjourned to **December 18, 2024 at 10:30 a.m. (EST)** (the "Hearing").

**PLEASE TAKE FURTHER NOTICE**, that any party wishing to appear at the Hearing may do so in-person at the courthouse **or** by telephone by dialing (518) 217-2288 and entering Conference ID 939500229#.

[*Continued on Next Page*]

**PLEASE TAKE FURTHER NOTICE** that objections or responses to the Motion must conform to the Federal Rules of Bankruptcy Procedure and the Local Bankruptcy Rules for the Northern District of New York and be served upon the following parties: (i) counsel to the Debtor, Klestadt Winters Jureller Southard & Stevens, LLP, 200 West 41st Street, 17th Floor, New York, New York 10036, Attn: Fred Stevens and Lauren C. Kiss; (ii) the Office of the United States Trustee for the Northern District of New York, 11A Clinton Avenue, Room 620, Albany, New York 12207, Attn: Lisa M. Penpraze, Assistant United States Trustee; and (iii) those persons who have formally appeared and requested service in this case pursuant to Rule 2002 of the Federal Rules of Bankruptcy Procedure, **so as to be received no later than 5:00 p.m. (EST) on December 11, 2024.**

Dated:   New York, New York
         December 2, 2024

                                                **KLESTADT WINTERS JURELLER**
                                                **SOUTHARD & STEVENS, LLP**


                                    By:   */s/ Fred Stevens*
                                          Fred Stevens
                                          Lauren C. Kiss
                                          200 West 41st Street, 17th Floor
                                          New York, New York 10036
                                          Tel: (212) 972-3000
                                          Fax: (212) 972-2245
                                          Email: fstevens@klestadt.com
                                                 lkiss@klestadt.com

                                          *Counsel to Debtor Prime Capital Ventures, LLC*

2