So Ordered.

Signed this 2 day of December, 2024.



_____
Robert E. Littlefield, Jr.
United States Bankruptcy Judge

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF NEW YORK**

In re:

PRIME CAPITAL VENTURES, LLC,       Case No. 24-11029-REL
                                   Chapter 11

Debtor.

**ORDER, PURSUANT TO 11 U.S.C. § 542(e) AND FED. R. BANKR. P. 2004, DIRECTING BARCLAY DAMON LLP TO TURN OVER CERTAIN DOCUMENTS TO THE DEBTOR, AND AUTHORIZING DEBTOR TO EXAMINE AND SEEK DOCUMENTS AND INFORMATION FROM BARCLAY DAMON LLP BY SUBPOENA**

Upon the application (the "Application")[1] of Prime Capital Ventures, LLC, the above-captioned debtor (the "Debtor"), seeking the entry of an order, pursuant to 11 U.S.C. § 542(e) and Fed. R. Bankr. P. 2004, authorizing the Debtor to examine Barclay Damon LLP ("Barclay Damon") and directing Barclay Damon to turn over certain documents to the Debtor; and a hearing on the Application having been held before this Court on November 27, 2024 (the "Hearing"); and

---

[1] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Application.

sufficient notice of the relief sought in the Application and Hearing having been given to Barclay Damon; and after due deliberation and sufficient cause appearing therefore, it is

**ORDERED** that the Application is granted as set forth herein; and it is further

**ORDERED** that pursuant to Bankruptcy Rules 2004 and 9016, the Debtor shall be, and hereby is, authorized to serve subpoena(s) *duces tecum* (the "Subpoena") in substantially the same form as that annexed to the Application as Exhibit B upon Barclay Damon; and it is further

**ORDERED**, that Barclay Damon is directed to either timely comply with the terms of this Order and any Subpoena issued to it and timely produce the documents required to be produced under the Subpoena, or make a timely motion for a protective order or to quash the Subpoena; and it is further

**ORDERED**, that unless otherwise ordered by this Court, the Subpoena shall seek the production or inspection of documents or things on less than twenty-eight (28) days' notice; and it is further

**ORDERED**, that the Debtor shall file a notice of issuance of the Subpoena on the Court's docket and shall serve a copy of the notice, this Order, and the Subpoena at the time of issuance upon Kris Roglieri's criminal counsel, Matthew E. Trainor and Jeremy B. Sporn, Office of the Federal Public Defender - Albany Office Northern District of New York, 54 State Street - Suite 310, Albany, NY 12207, by first class mail and email (Emails: matthew_trainor@fd.org and jeremy_sporn@fd.org), and shall file proof of such service with the Court; and it is further

**ORDERED**, that independent of Barclay Damon's obligations under the Subpoena and subject to any applicable privilege, Barclay Damon is directed to turn over and produce to the Debtor any recorded information, including books, documents, records, and papers, relating to the Debtor's property or financial affairs in accordance with 11 U.S.C. § 542(e) within fourteen (14)

days of service of this Order; and it is further

**ORDERED**, that nothing herein shall be deemed a waiver of any attorney-client privilege owned by the Debtor with respect to its attorney-client relationship with Barclay Damon, which privilege is strictly preserved with respect to any sharing of any privileged material with any party other than the Debtor itself; and it is further

**ORDERED**, that this Court shall retain jurisdiction with respect to any disputes that arise with respect to this Order, or any Subpoena issued hereunder.

###