UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF NEW YORK

In re

PRIME CAPITAL VENTURES, LLC,

Case No. 24-11029
Chapter 11

*Debtor.*

To the Debtor, its creditors and other parties in interest:

A Disclosure Statement and a Plan under Chapter 11 of the Bankruptcy Code having been filed by Fred Stevens, Esq. on behalf of Prime Capital Ventures, LLC on December 6, 2024,

IT IS ORDERED and notice is hereby given, that:

1. The hearing to consider the approval of the Disclosure Statement pursuant to 11 USC § 1125 shall be held on **January 29, 2025, at 10:30 a.m.** The parties may appear either telephonically via call-in number: 518-217-2288, Conference ID: 939500229#, or in-person at the U.S. Bankruptcy Court, James T. Foley Courthouse, Room 306, Albany, New York.
2. Debtor shall serve a copy of this Order upon all creditors and parties in interest in accordance with Fed. R. Bankr. P. 2002(b) and Local Rule 2002-1.
3. Written objections to the Disclosure Statement must be filed with the Court and served in accordance with Fed. R. Bankr. P. 3017(a) no later than seven (7) days prior to the Disclosure Hearing date.
4. The Disclosure Statement and Plan shall be distributed in accordance with Fed. R. Bankr. P. 3017(a) and Fed. R. Bankr. P. 2002(b).
5. A request for free copies of the Disclosure Statement and Plan may be made in writing to Debtor's counsel, Fred Stevens, Esq., Klestadt Winters Jureller Southard & Stevens, LLP, 200 West 41st Street, 17th Floor, New York, New York 10036.

The above hearing may be adjourned from time to time by announcement made in open court without further written notice to the parties in interest.

Dated: December 9, 2024
Albany, New York

Robert E. Littlefield, Jr.
United States Bankruptcy Judge

NOTE: THE PURPOSE OF THE DISCLOSURE STATEMENT IS TO ENABLE CREDITORS AND INVESTORS TO MAKE INFORMED JUDGMENTS ABOUT A REORGANIZATION PLAN. UPON FINAL APPROVAL OF THE DISCLOSURE STATEMENT, A COPY OF THE STATEMENT WILL BE MAILED TO ALL INTERESTED PARTIES WITH A COPY OR SUMMARY OF THE PLAN FOR REORGANIZATION OF THE DEBTOR.