14.8

## AFFIRMATION OF DUE DILIGENCE - ATTEMPTS TO LOCATE AND/OR SERVE

**UNITED STATES BANKRUPTCY COURT FOR THE NORTHERN DISTRICT OF NEW YORK**

Index/Case #: 24-11029-REL
Filing Date:
Court Date: December 11, 2024
Client File No.:

Client: KLESTADT, WINTERS JURELLER, SOUTHARD & STEVENS LLP
Attorney:

*Debtor*

IN RE: PRIME CAPITAL VENTURES, LLC

vs

*Defendant*

_____NANCY G. WOOD_____, the undersigned, affirms and states that deponent is not a party to this action, is over the age of eighteen (18) years and resides in the State of Virginia ; deponent attempted to serve the within:

**NOTICE OF HEARING ON DEBTOR'S MOTION FOR AN ORDER, PURSUANT TO 11 U.S.C. §§ 105(a) AND 542(a) DIRECTING TURNOVER OF PROPERTY OF THE DEBTOR'S ESTATE, DEBTOR'S MOTION FOR AN ORDER PURSUANT TO 11 U.S.C. §§ 105(a) AND 542(a) DIRECTING TURNOVER OF PROPERTY OF THE DEBTOR'S ESTATE WITH EXHIBIT A, ORDER, PURSUANT TO 11 U.S.C. §§ 105(a) AND 542(a) DIRECTING TURNOVER OF PROPERTY OF**

Upon _____KIMBERLY HUMPHREY A/K/A KIMBERLY OWEN_____

the defendant / respondent therein named, and that after due search, careful inquiry and diligent attempts the deponent was unable to effect process upon the person being served because of the following reason(s):

Date/Time: 11/21/2024 12:00 PM Attempt at: 600 LINKHORN DRIVE, VIRGINIA BEACH, VA 23451 Results: 3-CAR GARAGE HOME. NO VEHICLES PRESENT. CAMERAS & DOORBELL CAMERA. NO ANSWER. 4 FEDEX ENVELOPES & KIDS BIKES & SKATEBOARDS LAYING AROUND.
Date/Time: 11/22/2024 06:30 PM Attempt at: 600 LINKHORN DRIVE, VIRGINIA BEACH, VA 23451 Results: NO ANSWER. NO VEHICLES. KIDS STUFF LAYING AROUND. FEDEX PACKAGES GONE.
Date/Time: 11/23/2024 09:00 AM Attempt at: 600 LINKHORN DRIVE, VIRGINIA BEACH, VA 23451 Results: SPOKE WITH 2 LADIES WALKING THEIR DOGS. THEY STATED THAT A FEW MONTHS AGO THE FBI WAS ALL OVER THE PLACE. KIMBERLY IS DIVORCED AND THE EX STOPS BY BUT HAVEN'T SEEM THEM IN A LONG TIME.
Date/Time: 11/25/2024 07:20 PM Attempt at: 600 LINKHORN DRIVE, VIRGINIA BEACH, VA 23451 Results: NO CAR. NO SIGN OF ACTIVITY (STUFF ON THE FRONT PORCH). NO ANSWER ,OUTSIDE LIGHT & FOYER LIGHT ON THE INSIDE ARE ON.
Date/Time: 11/26/2024 01:20 PM Attempt at: 600 LINKHORN DRIVE, VIRGINIA BEACH, VA 23451 Results: NO ANSWER, ALSO ON 11-27 7:40 AM NO ANSWER

I affirm on this day __12/10/2024__, under the penalties of perjury under the laws of New York, which may include a fine or imprisonment, that the foregoing is true, and I understand that this document may be filed in an action or proceeding in a court of law.

*[signature: Nancy G. Wood]*

NANCY G. WOOD
Lic#
JobID      2468449

*INTER COUNTY JUDICIAL SERVICES, LLC, 6851 JERICHO TURNPIKE, SUITE 180, SYOSSET, NY 11791 LICENSE # 1371771*
*UNITED PROCESS SERVICE*