So Ordered.

Signed this 13 day of December, 2024.



_____
Robert E. Littlefield, Jr.
United States Bankruptcy Judge

# IN THE UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **In re:** | **Chapter 7** |
| **PRIME CAPITAL VENTURES, LLC,** | **Case No. 24-11029** |
| Debtor | |

### ORDER GRANTING MOTION TO APPEAR *PRO HAC VICE*

Upon consideration of the Motion for Admission to Appear *Pro Hac Vice* (Dkt 85) filed by Jay Bender for admission to appear *pro hac vice* on behalf of Creditors, B and R Acquisition Partners, LLC and JHM Lending Ventures, LLC, together with the Certificate of Good Standing and Sworn Statement of Attorney attached thereto, it is hereby,

**ORDERED** that Jay Bender be, and the same hereby is admitted to this Court as counsel *pro hac vice* for the Creditors, B and R Acquisition Partners, LLC and JHM Lending Ventures, LLC, in the above-captioned bankruptcy case and any adversary proceedings, other contested matters or other proceedings that arise herein.

**###END OF ORDER###**