## MOTION TO ALLOW LATE PROOF OF CLAIM

**FILED**
JAN 0 8 2025
OFFICE OF THE BANKRUPTCY CLERK
ALBANY, NY

Case number: 24-11029

Debtor: Prime Capital Ventures, LLC,

Creditor: Starsight.io, Inc.

Name: Landon Stroebel, President

Contact email: Landon@starsight.io

Contact phone number: (208) 869-2025

Claim: 28 efiled Jan 6, 2025

**RECEIVED**
JAN 0 8 2025
OFFICE OF THE
BANKRUPTCY CLERK
ALBANY, NY

Starsight.io, Inc previously filed a proof of claim by the filing deadline of December 16, 2024 and was subsequently notified by Kat VanPatten, Operations Supervisor, of a requirement to re-file using the newer version of the proof of claim form, which was completed on ePOC on January 6, 2025, receiving the claim number 28.

Sincerely,

*[signature]*

Landon Stroebel

President, Starsight.io, Inc.