**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF NEW YORK**

---

In re:

PRIME CAPITAL VENTURES, LLC,    Case No. 24-11029-REL
                                Chapter 11

                    Debtor.

---

**NOTICE OF FILING OF SECOND AMENDED DISCLOSURE
STATEMENT FOR FIRST AMENDED PLAN OF LIQUIDATION
PURSUANT TO CHAPTER 11 OF THE BANKRUPTCY CODE**

    **PLEASE TAKE NOTICE** that on December 23, 2024, Prime Capital Ventures, LLC, the above-captioned debtor (the "Debtor") in the above-captioned bankruptcy case (the "Bankruptcy Case"), filed the *First Amended Disclosure Statement for First Amended Plan of Liquidation Pursuant to Chapter 11 of the Bankruptcy Code* (the "Amended Disclosure Statement") [Docket No. 92].

    **PLEASE TAKE FURTHER NOTICE** that on January 9, 2025, the Debtor filed the *Second Amended Disclosure Statement for First Amended Plan of Liquidation Pursuant to Chapter 11 of the Bankruptcy Code* (the "Second Amended Disclosure Statement") [Docket No. 118].

[*Continued on Next Page*]

**PLEASE TAKE FURTHER NOTICE** that a blackline comparison of the Amended Disclosure Statement and the Second Amended Disclosure Statement is attached hereto as **Exhibit A**.

Dated: New York, New York
January 9, 2025

           **KLESTADT WINTERS JURELLER SOUTHARD & STEVENS, LLP**

By: */s/ Fred Stevens*
Fred Stevens
Lauren C. Kiss
200 West 41st Street, 17th Floor
New York, New York 10036
Tel: (212) 972-3000
Fax: (212) 972-2245
Email: fstevens@klestadt.com
      lkiss@klestadt.com

*Counsel to Prime Capital Ventures, LLC, Debtor and Debtor-in-Possession*