RECEIVED

JAN 27 2025

OFFICE OF THE
BANKRUPTCY CLERK
ALBANY, NY

## IN THE UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| IN RE: | ) | Chapter 11 |
| | ) | |
| PRIME CAPITAL VENTURES, LLC | ) | Case No. 24-11029 |
| | ) | |
| Debtor | ) | |
| | ) | |

FILED

JAN 27 2025

OFFICE OF THE BANKRUPTCY CLERK
ALBANY, NY

### MOTION FOR LIMITED ADMISSION - *PRO HAC VICE*

COMES NOW, Adam B. Lawler (the "Movant"), a member in good standing of the Bar of the State of Illinois, as well as a member of the following United States District Courts: United States District Court for the Southern District of Illinois, United States District Court for the Central District of Illinois, United States District Court for the New York Southern District Court, and the United States Bankruptcy Court for the New York Northern District, and does hereby move this Honorable Court for an order allowing him to appear *pro hac vice* on behalf of Farmers State Bank of Alto Pass, an Illinois banking institution, in the above captioned matter and any adversary proceedings, other contested matters or other proceedings that arise herein, pursuant to Local Rule 2014-2(b). In support thereof, movant asserts the following:

1. Movant meets all the requirements of Local Rule 2014-2(b)(1) for admission *pro hac vice* for the above captioned matter.

2. In support of this Motion, movant provides the following:

    i) A sworn statement of applicant attorney; and

    ii) A Certificate of Good Standing from the United States District Court for the Southern District of Illinois.

WHEREFORE, PREMISES CONSIDERED, Movant respectfully requests that this Honorable Court issue an Order, in the form attached to this Motion, allowing him to appear *pro hac vice* on behalf of Farmers State Bank of Alto Pass, an Illinois banking institution, in the above captioned matter and any adversary proceedings, other contested matters or other proceedings that arise herein.

Dated: 1/21/2025

LAWLER BROWN LAW FIRM

By: /s/ Adam B. Lawler
Adam B. Lawler #6283341
Lawler Brown Law Firm
1600 W. Main St/P.O. Box 1148
Marion, IL 62959
Telephone: (618) 993-2222
Facsimile: (618) 731-4141
Email: alawler@lblf.com
Attorney For: Farmers State Bank of Alto Pass

IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| IN RE: | ) | Chapter 11 |
| | ) | |
| PRIME CAPITAL VENTURES, LLC | ) | Case No. 24-11029 |
| | ) | |
| Debtor | ) | |
| | ) | |

## SWORN STATEMENT OF ADAM B. LAWLER

| | |
|---|---|
| STATE OF ILLINOIS | ) |
| | ) |
| COUNTY OF WILLIAMSON | ) |

BEFORE ME, the undersigned notary public, personally came and appeared before Adam B. Lawler, who, after being duly sworn under oath, did state:

1. I am an attorney practicing with the law firm of Lawler Brown Law Firm.

2. I reside in Williamson County, Illinois and my office address is 1600 W. Main St., Marion, IL 62959 (Williamson County).

3. I am admitted to practice in the following state and jurisdictions:

   i) The State of Illinois – Admitted November 4, 2004;

   ii) The United States District Court for the Southern District of Illinois – Admitted March 27, 2006;

   iii) The United States District Court for the Central District of Illinois – Admitted April 24, 2006;

   iv) The United States District Court for the Southern District of New York (*pro hac vice only*) – Case No. 14-MD-2543 (In Re: General Motors LLC Ignition Switch Litigation) – Admitted *pro hac vice* on November 23, 2016; and

v)  The United States Bankruptcy Court for the Northern District of New York (*pro hac vice only*) – Case No. 24-11029 (In Re: Prime Capital Ventures, LLC) – Admitted *pro hac vice* on December 17, 2024.

4. I have never been held in contempt of court, censured, suspended or disbarred by any Court.

5. I have never been convicted of a crime, either a felony or a misdemeanor.

6. I am familiar with the provisions of the Judicial Code (28 U.S.C.), which pertain to the jurisdiction of, and practice in, the United States Bankruptcy Courts; the Bankruptcy Code (11 U.S.C.); the Federal Rules of Bankruptcy Procedure; the local rules of the Bankruptcy Court for the Northern District of New York; and the New York Rules of Professional Conduct.

7. I affirm to faithfully adhere to these rules and responsibilities identified in the authorities listed above.

Further affiant sayeth not.

_____
Adam B. Lawler

SWORN TO AND SUBSCRIBED BEFORE ME, this 21st day of January, 2025.



_____
Notary Public

My Commission Expires:

MEGAN L. BARNETT
OFFICIAL SEAL
Notary Public - State of Illinois
My Commission Expires
July 21, 2026

# United States District Court
## Southern District of Illinois

### Certificate of Good Standing
Presented to
### Adam B. Lawler

I, Monica A. Stump, Clerk of this Court, certify that Adam B. Lawler was duly admitted to practice in this Court on March 27, 2006, in Benton, Illinois, and is in good standing as a member of the bar of this Court.

In witness of this, I have subscribed my name and affixed the seal of this Court on the 30th, day of October, 2024.



Monica A. Stump
Clerk of Court

IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| IN RE: | ) | Chapter 11 |
| | ) | |
| PRIME CAPITAL VENTURES, LLC | ) | Case No. 24-11029 |
| | ) | |
| Debtor | ) | |
| | ) | |

### ORDER GRANTING MOTION FOR LIMITED ADMISSION
### *PRO HAC VICE*

Upon consideration of the Motion for Limited Admission - *Pro Hac Vice* by Adam B. Lawler for admission to appear *pro hac vice* on behalf of Farmers State Bank of Alto Pass, an Illinois banking institution, together with the Certificate of Good Standing and Sworn Statement of Attorney attached thereto, and payment having been made to the District Court Clerk, it is hereby,

**ORDERED** that Adam B. Lawler be, and the same hereby is admitted to this Court as counsel *pro hac vice* for Farmers State Bank of Alto Pass, an Illinois banking institution, in the above-captioned bankruptcy case and any adversary proceedings, other contested matters or other proceedings that arise herein.

###END OF ORDER###



# LAWLER BROWN
## LAW FIRM

**RECEIVED**
JAN 27 2025
OFFICE OF THE
BANKRUPTCY CLERK
ALBANY, NY

January 23, 2025

**FILED**
JAN 27 2025
OFFICE OF THE BANKRUPTCY CLERK
ALBANY, NY

***Sent Via UPS Second Day Air***
U.S. Bankruptcy Court
James T. Foley United States Courthouse
445 Broadway, Suite 330
Albany, NY 12207

RE: Prime Capital Ventures, LLC – Debtor
Chapter 11 Bankruptcy Case No. 24-11029-1-rel
Motion for Limited Admission – *Pro Hac Vice*

Dear Sir or Madam:

    Enclosed please find an original and one copy of the Motion for Limited Admission - Pro Hac Vice, Sworn Statement of Adam B. Lawler, Certificate of Good Standing issued by the United States District Court for the Southern District of Illinois, and proposed Order Granting Motion for Limited Admission – Pro Hac Vice, for filing in the above referenced matter. Please return a file stamped copy of the documents in the enclosed self-addressed stamped envelope.

    Upon acceptance of the Motion, please email the link for electronic payment of the filing fee to Megan Barnett at mbarnett@lblf.com.

    Should you have any questions or concerns, please do not hesitate to contact me directly at (618) 579.2222 or via email at alawler@lblf.com.

                              LAWLER BROWN LAW FIRM

                              */s/ Adam B. Lawler*
                            By: Adam B. Lawler

/mlb
Enclosures
cc:   Farmers State Bank (via email only)
cc:   Mike Twomey (via email only)

WWW.LBLF.COM

1600 West Main Street
P.O. Box 1148
Marion, Illinois 62959

TEL 618.993.2222