So Ordered.

Signed this 28 day of January, 2025.



Robert E. Littlefield, Jr.
United States Bankruptcy Judge

## IN THE UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| IN RE: | ) | Chapter 11 |
| | ) | |
| PRIME CAPITAL VENTURES, LLC | ) | Case No. 24-11029 |
| | ) | |
| Debtor | ) | |
| | ) | |

### ORDER GRANTING MOTION FOR LIMITED ADMISSION - *PRO HAC VICE*

Upon consideration of the Motion for Limited Admission - *Pro Hac Vice* by Adam B. Lawler for admission to appear *pro hac vice* on behalf of Farmers State Bank of Alto Pass, an Illinois banking institution, together with the Certificate of Good Standing and Sworn Statement of Attorney attached thereto, and payment having been made to the District Court Clerk, it is hereby,

**ORDERED** that Adam B. Lawler be, and the same hereby is admitted to this Court as counsel *pro hac vice* for Farmers State Bank of Alto Pass, an Illinois banking institution, in the above-captioned bankruptcy case and any adversary proceedings, other contested matters or other proceedings that arise herein.

**###END OF ORDER###**