So Ordered.

Signed this 29 day of January, 2025.



_____
Robert E. Littlefield, Jr.
United States Bankruptcy Judge

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF NEW YORK**

In re:

PRIME CAPITAL VENTURES, LLC,                Case No. 24-11029-REL
                                            Chapter 11

                    Debtor.

**ORDER, PURSUANT TO 11 U.S.C. §§ 105(a) AND 542(a) DIRECTING TURNOVER OF PROPERTY OF THE DEBTOR'S ESTATE**

Upon the motion (the "Motion")[1] of Prime Capital Ventures, LLC, the above-captioned debtor (the "Debtor"), seeking the entry of an order, pursuant to 11 U.S.C. §§ 105(a) and 542(a), directing Citibank, N.A., or any of its subsidiaries or affiliates (together, "Citi") to turn over to the Debtor the Debtor's deposits of approximately $751,385.21 in account no. ****6945 (the "Debtor Funds"); and a hearing on the Motion having been held before this Court on January 29, 2025 (the "Hearing"); and sufficient notice of the relief sought in the Motion and Hearing having been given

---

[1] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Motion.

to Citi; and after due deliberation and sufficient cause appearing therefore, it is

**ORDERED** that the Motion is granted as set forth herein; and it is further

**ORDERED** that pursuant to sections 105(a) and 542(a) of the Bankruptcy Code, Citi is hereby directed, within ten (10) days of entry of this Order, to turn over to the Debtor (i) all Debtor Funds including the contents of Citi Acct. No. *****6945 and (ii) all bank statements for Citi Acct. No. *****6945 from September 16, 2024 through the closing of the account; and it is further

**ORDERED**, that this Court shall retain jurisdiction with respect to any disputes that arise with respect to this Order.

###