**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF NEW YORK**

In re:

PRIME CAPITAL VENTURES, LLC,　　　　　　　　　Case No. 24-11029-REL
　　　　　　　　　　　　　　　　　　　　　　　Chapter 11

　　　　　　　　　　　　　Debtor.

**SUPPLEMENT TO THE FIRST AMENDED PLAN OF LIQUIDATION**
**PURSUANT TO CHAPTER 11 OF THE BANKRUPTCY CODE**

　　　Prime Capital Ventures, LLC, the above-captioned debtor (the "Debtor") in the above-captioned bankruptcy case submits this supplement (the "Plan Supplement") in support of confirmation of the First Amended Plan of Liquidation Pursuant to Chapter 11 of the Bankruptcy Code (the "Plan"). Capitalized terms used but not defined herein have the meanings set forth in the Plan. The documents contained in the Plan Supplement are integral to, part of, and incorporated by reference into the Plan. These documents have not yet been approved by the Bankruptcy Court. If the Plan is confirmed, the information contained herein and the documents contained in the Plan Supplement will be approved by the Bankruptcy Court pursuant to the Confirmation Order.

　　　The Oversight Committee, established in accordance with section 5.4 of the Plan, shall consist of the following members: (i) Compass-Charlotte 1031, LLC, (ii) ER Tennessee LLC, and (iii) Piper Capital Funding, LLC.

[*Continued on Next Page*]

      The Plan Supplement contains the following documents, as may be amended, modified or supplemented from time to time by the Debtor in accordance with the Plan:

    **Exhibit A**:    Plan Administrator Agreement

Dated:  New York, New York
       February 7, 2025

                               **KLESTADT WINTERS JURELLER
SOUTHARD & STEVENS, LLP**

                         By:  */s/ Fred Stevens*
                               Fred Stevens
                               Lauren C. Kiss
                               200 West 41st Street, 17th Floor
                               New York, New York 10036
                               Tel: (212) 972-3000
                               Fax: (212) 972-2245
                               Email: fstevens@klestadt.com
                                          lkiss@klestadt.com

                               *Counsel to Prime Capital Ventures, LLC,
                                   Debtor and Debtor-in-Possession*