**In re Prime Capital Ventures, LLC**
**Case No. 24-11029 (REL)**
**Tally of Votes For and/or Against Confirmation of the Debtor's First Amended Plan of Liquidation Pursuant to Chapter 11 of the Bankruptcy Code**
**Voting Deadline: February 14, 2025**

**VOTES TO ACCEPT:**

| Claimant Name | Amount of Claim | Date received | Proof of Claim Number | Notes |
|---|---|---|---|---|
| Compass-Charlotte 1031, LLC | $53,853,962.61 | 2/3/2025 | 2-1 | |
| Onward Holding, LLC | $14,000,000.00 | 2/11/2025 | 10-1 | |
| Camshaft CRE 1 LLC | $17,141,176.47 | 2/12/2025 | 15-1/16-1 | |
| Motos America Inc. | $3,000,000.00 | 2/13/2025 | 24-1 | Note creditor voted a lower amount than its $3,035,000 filed claim amount |
| ER Tennessee LLC | $15,773,329.76 | 2/13/2025 | 3-1 | |
| **TOTAL:** | **$103,768,468.84** | | | |

**VOTES TO REJECT:**

**NONE**