**In re Prime Capital Ventures, LLC**
**Case No. 24-11029 (REL)**
**Tally of Votes For and/or Against Confirmation of the Debtor's First Amended Plan of Liquidation Pursuant to Chapter 11 of the Bankruptcy Code**
**Voting Deadline: February 14, 2025**

**FLAWED BALLOTS SUBMITTED TO VOTING ACCEPT:**

| Claimant Name | Amount of Claim | Date received | Proof of Claim Number | Notes |
|---|---|---|---|---|
| Piper Capital Funding, LLC | $10,658,259.84 | By email- 2/13/2025 | 12 | Ballot form properly completed and sent by email, but not received in the mail by the voting deadline or at the time of filing the voting declaration. |

**FLAWED BALLOTS SUBMITTED VOTING TO REJECT:**

**NONE**