

200 West 41st Street
17th Floor
New York, NY 10036-7203
Telephone (212) 972-3000
Telefax (212) 972-2245
www.klestadt.com

Fred Stevens
Direct: (212) 679-5342
Email: FSTEVENS@KLESTADT.COM

February 26, 2025

**BY ECF & FEDERAL EXPRESS**
Honorable Robert E. Littlefield, Jr.
United States Bankruptcy Judge
U.S. Bankruptcy Court - NDNY
James T. Foley United States Courthouse
445 Broadway, Suite 330
Albany, NY  12207

Re:   In re Prime Capital Ventures, LLC USBC NDNY Case No. 24-11029 (REL)
      <u>Revised Proposed Order Approving the Debtor's Second Amended Disclosure
      Statement and Confirming the Debtor's First Amended Plan and Related Matters</u>

Dear Judge Littlefield:

  We are counsel to the Debtor, Prime Capital Ventures, LLC, in the above captioned proceeding.  Enclosed herewith please find the following documents:

- Revised Proposed Order Approving Adequacy of Debtor's Second Amended Disclosure Statement for First Amended Plan of Liquidation Pursuant to Chapter 11 of the Bankruptcy Code and Confirming Debtor's First Amended Plan of Liquidation Pursuant to Chapter 11 of the Bankruptcy Code, along with exhibit referenced therein (the "<u>Revised Proposed Order</u>") [Original Proposed Order Filed at Docket No. 155-1];

- A blackline comparison of the Revised Proposed Order to the prior version;

- Revised Proposed Plan Administrator Agreement [Original Plan Administrator Agreement Filed at Docket No. 147-1]; and

- A blackline comparison of the Revised Proposed Plan Administrator Agreement to the prior version.

  We are pleased to inform the Court that **all objections to approval of the Disclosure Statement and confirmation of the Plan have been resolved.**

**Honorable Robert E. Littlefield, Jr.**
**United States Bankruptcy Judge**
February 26, 2025
Page -2-

     If your Honor has any questions or concerns, please do not hesitate to contact our office. Otherwise, we can answer any questions that the Court may have at the hearing on these matters scheduled for March 4, 2025, at 10:00 a.m.  Thank you for your attention to this matter.

                                                Respectfully submitted,

                                                */s/ Fred Stevens*

                                                Fred Stevens

Encl.