**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>PRIME CAPITAL VENTURES, LLC,<br><br>*Debtor*. | Chapter 11<br><br>Case No. 24-11029 (REL) |

**MOTION FOR ADMISSION TO PRACTICE, *PRO HAC VICE*, OF CHRISTOPHER R. BRYANT**

Phoebe A. Wilkinson ("Movant"), a partner with the law firm Hogan Lovells US LLP, and a member in good standing of the Bar of the State of New York, admitted to practice before this Court, moves for the admission *pro hac vice* of Christopher R. Bryant a counsel with the firm Hogan Lovells LLP, pursuant to Local Bankruptcy Rule 2014-2, to act as counsel for Hogan Lovells US LLP, in the above captioned bankruptcy case and any related adversary proceedings.

Christopher R. Bryant is a member of the State Bar of New York (2001) and has been admitted to practice in the Southern District of New York.

Christopher R. Bryant is a member in good standing in all of the aforementioned jurisdictions and is not subject to any pending disciplinary proceedings in any jurisdiction. *See* attached **Exhibit A**, which is a true and correct copy of Christopher R. Bryant's New York Certificate of Good Standing.

**WHEREFORE**, the undersigned respectfully requests that the Court enter an Order admitting Christopher R. Bryant to practice, *pro hac vice*, before this Court for the purposes of representing Hogan Lovells US LLP in the instant matter and any related adversary proceedings.

Dated: New York, New York
March 20, 2025

Respectfully submitted,
**HOGAN LOVELLS US LLP**

*/s/ Phoebe A. Wilkinson*

Phoebe A. Wilkinson
390 Madison Avenue
New York, New York 10017
Telephone: (212) 918-3000
Facsimile: (212) 918-3100
Email: phoebe.wilkinson@hoganlovells.com

*Counsel to Hogan Lovells US LLP*

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>PRIME CAPITAL VENTURES, LLC,<br><br>*Debtor*. | Chapter 11<br><br>Case No. 24-11029 (REL) |

**DECLARATION IN SUPPORT OF MOTION FOR ADMISSION TO PRACTICE, PRO HAC VICE, OF CHRISTOPHER R. BRYANT**

I, Christopher R. Bryant, request admission, *pro hac vice*, to represent Hogan Lovells US LLP, in the above captioned bankruptcy case and any related adversary proceedings.

I am a resident of Suffolk County, New York, and practice law at the offices of Hogan Lovells US LLP in New York County, New York.

I certify that I am a member of the bar of the State of New York (2001) and have been admitted to practice in the Southern District of New York.

I certify that I am a member in good standing in the aforementioned jurisdictions and am not subject to any pending disciplinary proceedings in any jurisdiction. I also certify that I have never been convicted of a crime, either a felony or misdemeanor.

I also certify that I am generally familiar with the provisions of the Judicial Code (Title 28 U.S.C.), which pertain to the jurisdiction of, and practice in, the United States Bankruptcy Courts; the Bankruptcy Code (Title 11 U.S.C.); the Federal Rules of Bankruptcy Procedure; the Local Rules of the Bankruptcy Court for the Northern District of New York; and the New York Rules of Professional Conduct, and will faithfully adhere to these rules and responsibilities.

Dated: New York, New York
March 20, 2025

Respectfully submitted,
**HOGAN LOVELLS US LLP**

Christopher R. Bryant
390 Madison Avenue
New York, New York 10017
Telephone: (212) 918-3000
Facsimile: (212) 918-3100
Email: chris.bryant@hoganlovells.com

*Counsel to Hogan Lovells US LLP*

**Exhibit A**

# *Appellate Division of the Supreme Court*
# *of the State of New York*
# *Second Judicial Department*

*I, Darrell M. Joseph, Clerk of the Appellate Division of the Supreme Court of the State of New York, Second Judicial Department, do hereby certify that*

## *Christopher Robin Bryant*

*was duly licensed and admitted to practice as an Attorney and Counselor at Law in all the courts of this State on* ***April 18, 2001,*** *has duly taken and subscribed the oath of office prescribed by law, has been enrolled in the Roll of Attorneys and Counselors at Law on file in this office, is duly registered with the Office of Court Administration, and according to the records of this Court is currently in good standing as an Attorney and Counselor-at-Law.*

*In Witness Whereof, I have hereunto set my hand in the City of Brooklyn on March 17, 2025.*

*Clerk of the Court*

*CertID-00220525*