## **Exhibit D**

(Attached)

Phoebe A. Wilkinson
**HOGAN LOVELLS US LLP.**
390 Madison Avenue
New York, New York 10017
(212) 918-3000
*Counsel to Hogan Lovells US LLP*

Christopher R. Bryant
(*Admitted Pro Hac Vice*)
**HOGAN LOVELLS US LLP.**
390 Madison Avenue
New York, New York 10017
(212) 918-3000
*Former Counsel to the Putative Debtor*

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| In re: | |
| PRIME CAPITAL VENTURES, LLC, | Chapter 7 |
| Alleged Debtor. | Case No. 23-11302 (REL) |
| In re: | |
| PRIME CAPITAL VENTURES, LLC, | Chapter 11 |
| Debtor. | Case No. 24-11029 (REL) |

**STATEMENT IN CONNECTION WITH 2016-1(d) CERTIFICATION**

On Friday, May 31, 2024, Kris Daniel Roglieri, the principal of Prime Capital Ventures (the "Putative Debtor"), was arrested by the Federal Bureau of Investigation (the "FBI") on allegations of wire fraud. (*See* https://www.justice.gov/usao-ndny/pr/prime-capital-ventures-owner-arrested-fraud.) On Monday, June 3, 2024, United States Magistrate Judge Christian F.

Hummel ordered that Mr. Roglieri remain incarcerated in the Rensselaer County Correctional Facility until trial. (*See USA v. Roglieri*, 1:24-cr-00392-MAD, Dkt. No. 11.) Mr. Roglieri's subsequent requests to end his detainment have been denied, and he remains incarcerated as of this date.[1]

Due to Mr. Roglieri's incarceration, Hogan Lovells has been unable to contact Mr. Roglieri and unable to obtain the Putative Debtor's certification under Local Rule 2016-1(d).

Dated: March 21, 2025
New York, New York

/s/ *Phoebe A. Wilkinson*
Phoebe A. Wilkinson
**HOGAN LOVELLS US LLP.**
390 Madison Avenue
New York, New York 10017
(212) 918-3000
*Counsel to Hogan Lovells US LLP*

/s/ *Christopher R. Bryant*
Christopher R. Bryant
(*Admitted Pro Hac Vice*)
**HOGAN LOVELLS US LLP.**
390 Madison Avenue
New York, New York 10017
(212) 918-3000
*Former Counsel to the Putative Debtor*

---

[1] Pursuant to Federal Rule of Evidence 201, we respectfully request the Court takes judicial notice of Mr. Roglieri's ongoing incarceration.