UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

In re:

KRIS DANIEL ROGLIERI

                          *Debtor*.

Chapter 7

Case No. 24-10157

-------------------------------------------------------------X

## NOTICE OF TRUSTEE TURNOVER AND SALE MOTION

**PLEASE TAKE NOTICE**, that on **April 23, 2025 at 9:15 a.m**., Christian H. Dribusch, the chapter 7 trustee, will make a motion returnable before the Hon. Robert E. Littlefield, Jr., United States Bankruptcy Judge for the entry of an order pursuant to §542 and §543 of title 11 of the United States Code ("*Bankruptcy Code*") and Rule 9014 of the Federal Rules of Bankruptcy Procedure for an Order directing Paul A. Levine, Esq., as Receiver of Prime Capital Ventures, LLC to turnover a Richard Mille Tourbillion Watch to the Trustee of Debtor's bankruptcy estate and pursuant to Bankruptcy Code §363(b) authorizing the Trustee to sell the Watch, subject to a reserve, at auction scheduled for June 4, 5, & 6, 2025 (Belmont Weekend) in Saratoga, New York.

**YOUR RIGHTS MAY BE AFFECTED**.

Your rights may be affected by the Trustee's motion. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. If you do not have an attorney, you may wish to consult one.

If you do not want the Court to grant the motion, or if you want the Court to consider your views on the motion, then on or before **April 16, 2025**, you or your attorney must file a written response with the Clerk of the United States Bankruptcy Court, James T. Foley Courthouse, 445 Broadway, Albany, NY 12207. Thereafter you must attend the scheduled hearing in person at the above address **OR** by telephone via **518-217-2288**; and Conference ID: **939500229#**

If the above steps are not taken, the Court may decide that you do not oppose the relief sought in the motion and may grant an order granting the requested relief.

DATED: April 2, 2025

                                      */s/ Christian H. Dribusch*
                                      **Christian H. Dribusch**
                                      cdribusch@chd-law.com