So Ordered.

Signed this 24 day of April, 2025.



          Robert E. Littlefield, Jr.

         United States Bankruptcy Judge

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------x

In re:                     :

                        :         Chapter 11

PRIME CAPITAL VENTURES, LLC   :

                        :         Case No. 24-11029-REL

              Debtor.     :

-------------------------------------------------------x

**ORDER, PURSUANT TO FED. R. BANKR. P. 2004, AUTHORIZING THE DEBTOR TO EXAMINE AND SEEK DOCUMENTS AND INFORMATION FROM FINANCIAL INSTITUTIONS WITH ACCOUNTS OWNED OR CONTROLLED BY THE DEBTOR, ITS INSIDERS, OR ITS AFFILIATES, OR IN WHICH ANY OF THE FOREGOING ARE BELIEVED TO HAVE SOME DIRECT OR INDIRECT INTEREST**

Upon the application (the "Application")[1] of Prime Capital Ventures LLC (the "Debtor"),

for entry of an order, pursuant to 11 U.S.C. § 542(e) and Fed. R. Bankr. P. 2004, authorizing the

Debtor to issue subpoenas demanding the production of documents, whether in paper or electronic

format, from any financial institutions with accounts owned or controlled by the Debtor, its

insiders, or its affiliates, or in which any of the foregoing are believed to have some direct or

indirect interest (each a "Financial Institution" or "Examinee", collectively, the "Financial

---

[1] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Application.

Institutions" or "Examinees") in substantially the same form as that annexed to the Application as
Exhibit A (the "Proposed Subpoena"), and a hearing on the Motion having been held by the Court
on April 23, 2025 (the "Hearing"); and notice of the Motion and Hearing having been given to the
identified Examinees; and it appearing that no other or further notice is required; and after due
deliberation and sufficient cause appearing therefore, it is

> **ORDERED** that the Application is **GRANTED** as set forth herein; and it is further

> **ORDERED** that pursuant to Bankruptcy Rules 2004 and 9016, the Debtor is authorized to
serve subpoena(s) *duces tecum* (each a "Subpoena," collectively, the "Subpoenas") upon each of
the Examinees for the production of the documents in substantially the same form as the Proposed
Subpoena; and it is further

> **ORDERED** that the Examinees are directed to either timely comply with the terms of this
Order and any Subpoena issued to it and timely produce the documents required to be produced
under the Subpoena, or make a timely motion for a protective order or to quash the Subpoena; and
it is further

> **ORDERED** that unless otherwise ordered by this Court, the Subpoenas shall not seek the
production or inspection of documents or things on less than fourteen (14) days' notice; and it is
further

> **ORDERED** that the Debtor shall serve a copy of this Order with any subpoena that it
serves pursuant to this Order; and it is further

> **ORDERED** that subpoenas authorized by this Order may be served by the Debtor by
FedEx, other nationally recognized overnight carrier, or any other method of service permitted
under Bankruptcy Rule 9016 or by other means agreed to by the subpoenaed parties; and it is
further

**ORDERED** that this Court shall retain jurisdiction with respect to any disputes that arise with respect to this Order, or any Subpoena issued hereunder; and it is further

**ORDERED** that the Debtor is hereby authorized and approved to do such things, execute such documents, and expend such funds as may be necessary and consistent with this Order.

###