So Ordered.

Signed this 7 day of May, 2025.



_____
Robert E. Littlefield, Jr.
United States Bankruptcy Judge

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------x
In re:                                                  :
                                                        :     Chapter 11
PRIME CAPITAL VENTURES, LLC                             :
                                                        :     Case No. 24-11029-REL
                    Debtor.                             :
-----------------------------------------------------------x

**ORDER, PURSUANT TO 11 U.S.C. § 542(e) AND FED. R. BANKR. P. 2004, DIRECTING THE TURNOVER OF CERTAIN DOCUMENTS TO THE DEBTOR, AND AUTHORIZING THE DEBTOR TO EXAMINE AND SEEK DOCUMENTS AND INFORMATION FROM FORMER OFFICERS, REPRESENTATIVES, EMPLOYEES, AND AGENTS OF THE DEBTOR OR ITS AFFILIATES**

Upon the application (the "Application")[1] of Prime Capital Ventures LLC (the "Debtor"), for entry of an order, pursuant to 11 U.S.C. § 542(e) and Fed. R. Bankr. P. 2004, authorizing the Debtor to issue subpoenas demanding the production and turnover of all books, records, and documents, whether in paper or electronic format, including without limitation, all communications, emails, text messages, computers (desktop and laptop), account statements, hard drives, computer servers, back-up tapes, and electronically stored documents related to the Debtor, the Debtor's affiliates, and/or property of the Debtor, concerning or otherwise evidencing the

---

[1] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Application.

Debtor's assets and financial affairs (collectively, the "Books and Records")[2] from former officers, representatives, employees, and agents of the Debtor or its affiliates (each proposed examinee, an "Examinee," collectively, the "Examinees")[3], and requiring the Examinees to turn over the Books and Records to the Debtor; and a hearing on the Application having been held before this Court on May 7, 2025 (the "Hearing"); and sufficient notice of the relief sought in the Application and Hearing having been given to the Examinees; and after due deliberation and sufficient cause appearing therefore, it is

ORDERED that the Application is GRANTED as set forth herein; and it is further

ORDERED that pursuant to Bankruptcy Rules 2004 and 9016, the Debtor is authorized to serve subpoena(s) *duces tecum* (each a "Subpoena," collectively, the "Subpoenas") in substantially the same form as the Proposed Subpoena annexed to the Application as Exhibit A upon each of the Examinees; and it is further

ORDERED that the Examinees are directed to either timely comply with the terms of this Order and any Subpoena issued to it and timely produce the documents required to be produced

---

[2] The foregoing description of the Books and Records is not intended to be limiting and includes all books, records, correspondence, and other information and documents concerning the Debtor's financial affairs and estate.
[3] The Examinees include:

| EXAMINEE | RELATIONSHIP |
|---|---|
| Andrew Altschuler | VP of Business Development of the Debtor and/or its affiliates |
| Lukas Bull | Loan Officer for the Debtor and/or its affiliates |
| Jon Cosentino | EVP of the Debtor and/or its affiliates |
| Michael Geisler | SVP of Enrollment for the Debtor and/or its affiliates |
| Kimberly Humphrey a/k/a Kimberly Owen | VP of the Debtor and/or its affiliates |
| Gary Lockwood | Director of Working Capital Products for the Debtor and/or its affiliates |
| Thor Mault | Person in charge of IT and Technology for the Debtor and affiliates |
| Sam Perez | Client Relationship Manager for the Debtor and/or its affiliates |
| Chris Snyder | COO of the Debtor and/or its affiliates |
| Adam Steinberg | Client Relationship Manager for the Debtor and/or its affiliates |
| Victoria Swann | Associate Marketing Director of the Debtor and/or its affiliates |
| Alex Vasilakos | CMO of the Debtor and/or its affiliates |
| Brandon Wheeless | Consultant to the Debtor |

under the Subpoena, or make a timely motion for a protective order or to quash the Subpoena; and it is further

**ORDERED** that unless otherwise ordered by this Court, the Subpoenas shall seek the production or inspection of documents or things on less than fourteen (14) days' notice; and it is further

**ORDERED** that subpoenas authorized by this Order may be served by the Debtor by FedEx, other nationally recognized overnight carrier, or any other method of service permitted under Bankruptcy Rule 9016 or by other means agreed to by the subpoenaed parties; and it is further

**ORDERED** that the Examinees are directed to turn over and produce to the Debtor all Books and Records relating to the Debtor's property or financial affairs in accordance with 11 U.S.C. § 542(e) within fourteen (14) days of service of this Order; and it is further

**ORDERED**, that this Court shall retain jurisdiction with respect to any disputes that arise with respect to this Order, or any Subpoena issued hereunder.

###