So Ordered.

Signed this 7 day of May, 2025.



_____
Robert E. Littlefield, Jr.
United States Bankruptcy Judge

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x
In re:                                                      :
                                                            :    Chapter 11
PRIME CAPITAL VENTURES, LLC                                 :
                                                            :    Case No. 24-11029-REL
                          Debtor.                           :
------------------------------------------------------------x

**ORDER, PURSUANT TO FED. R. BANKR. P. 2004, AUTHORIZING THE DEBTOR TO EXAMINE AND SEEK DOCUMENTS AND INFORMATION FROM PARTIES INVOLVED IN THE BAILEY HOTEL AND THE DEBTOR'S PURPORTED FUNDING OF THE PROJECT**

Upon the application (the "Application")[1] of Prime Capital Ventures LLC (the "Debtor"), for entry of an order, pursuant to Fed. R. Bankr. P. 2004, authorizing the Debtor to issue subpoenas in substantially the same form as that annexed hereto as Exhibit A (the "Proposed Subpoena") demanding the production of all documents related to the Debtor, the Debtor's affiliates, and/or property of the Debtor, the purported lending transaction between the Debtor and ALUX Properties, LLC ("ALUX") with respect to "The Bailey" hotel, and the Debtor's business model from the parties involved in such transactions (each proposed examinee, an "Examinee,"

---

[1] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Application.

collectively, the "Examinees")[2]; and a hearing on the Application having been held before this Court on May 7, 2025 (the "Hearing"); and sufficient notice of the relief sought in the Application and Hearing having been given to the Examinees; and after due deliberation and sufficient cause appearing therefore, it is

**ORDERED** that the Application is **GRANTED** as set forth herein; and it is further

**ORDERED** that pursuant to Bankruptcy Rules 2004 and 9016, the Debtor is authorized to serve subpoena(s) *duces tecum* (each a "Subpoena," collectively, the "Subpoenas") in substantially the same form as the Proposed Subpoena annexed to the Application as Exhibit A upon each of the Examinees; and it is further

**ORDERED** that the Examinees are directed to either timely comply with the terms of this Order and any Subpoena issued to it and timely produce the documents required to be produced under the Subpoena, or make a timely motion for a protective order or to quash the Subpoena; and it is further

**ORDERED** that unless otherwise ordered by this Court, the Subpoenas shall seek the production or inspection of documents or things on less than fourteen (14) days' notice; and it is further

---

[2] The Examinees include:

| EXAMINEE(S) | RELATIONSHIP |
|---|---|
| ALUX Properties, LLC | The purported borrower of the Debtor and owner of "The Bailey" Hotel. |
| Bailey, LLC<br>Bailey-ATL Atlanta, LLC<br>Bailey Atlanta, LLC<br>Bailey Hotel, LLC<br>Bailey Wellness Center, LLC | Entities identified in the lending documents between Blackwater and ALUX as related to ALUX and "The Bailey" hotel project. |
| Blackwater Capital Group, LLC | Lender to ALUX with a nearly identical agreement to that later used by the Debtor. |
| Chamblee Ryan, P.C. | Counsel to Blackwater in the transaction.[2] |
| Kim Firm LLC | Counsel to ALUX and Bailey related entities.[2] |
| Taylor English Duma LLP | Designated counsel to ALUX pursuant to Blackwater agreement.[2] |
| Vanguard Holdings Group, LLC | Recipient of the Blackwater's Borrower Prepayment from ALUX |
| Wheeless, Brandon[2] | Principal of the ALUX and Bailey related entities. |

2

**ORDERED** that subpoenas authorized by this Order may be served by the Debtor by FedEx, other nationally recognized overnight carrier, or any other method of service permitted under Bankruptcy Rule 9016 or by other means agreed to by the subpoenaed parties; and it is further

**ORDERED**, that this Court shall retain jurisdiction with respect to any disputes that arise with respect to this Order, or any Subpoena issued hereunder.

###