## EXHIBIT B – LIST OF EXAMINEES

| EXAMINEE(S) | EXAMINEE'S BUSINESS | TRANSFERS IDENTIFIED FROM THE DEBTOR TO EXAMINEE | ADDRESS(ES) |
|---|---|---|---|
| 1stDibs.Com Inc. | Seller of high-end furniture, lighting, décor, gifts, art, watches, and jewelry. www.1stdibs.com | $275,951 | 300 Park Avenue South New York, NY 10010 Attn: Melanie Goins, General Counsel |
| Automative Intellect Design Inc., d/b/a Ai Design | Customizer of high-end cars. www.aidesign.com | $1,788,155 | 64 Marbledale Rd. Tuckahoe, NY 10707  Lee Auerbach Auerbach Law Group, P.C. 81 Main Street, Suite 307 White Plains, NY 10601 |
| Bonhams Butterfields Trust | Auctioneer of high-end art, cars, and other fine collectables. www.bonhams.com | $3,811,000 | 580 Madison Ave. New York, NY 10022  601 California St., #150 San Francisco, CA 94108 Attn: Lisa Gerhauser, General Counsel |
| Cars USA Shipping LLC | Shippers of high-end automobiles. www.carsworldwide.com | $218,448 | 15205 Main Street Gardena, CA 90248 |
| Cedric DuPont Antiques | Dealer in high-end antiquities. www.cedricdupontantiques.com | $165,100 | 3415 S Dixie Hwy West Palm Beach, FL 33405 |
| Giganti & Giganti Fine Jewelry | Seller of fine jewelry and watches. https://gigantijewelry.com/ | $121,000 | 3325 Robbins Road Springfield, IL 62704 |
| G-Man LLC -and- City National Bank[1] | Debtor transferred $340,000 to "G-MAN LLC" from its Citi account on May 10, 2023. Debtor needs to first subpoena the recipient bank, City National Bank, to identify "G-MAN LLC". | $340,000 | City National Bank 555 South Flower Street Los Angeles, CA 90071 |

---

[1] Note that City National Bank will not receive the standard subpoena but simply one that seeks any information identifying the name and address of the holder of the recipient account of this transaction from the Debtor's Citi account:

```
05/10/23  32313000206   SAME DAY DR TRANSFER                                    340,000.00
          650000000571 GID:D0331301039001 FED20230510MMQFMPYZ013488 USER
          REF:D13032137771 REF:D13032137771 CR BK ID:122016066
          CR BK:CITY NATIONAL BANK BENEF:127355274 G-MAN LLC
          INSTRUCT DATE:05/10/23 ADVICE TYPE:SWIFT
```

| EXAMINEE(S) | EXAMINEE'S BUSINESS | TRANSFERS IDENTIFIED FROM THE DEBTOR TO EXAMINEE | ADDRESS(ES) |
|---|---|---|---|
| Hunter Motorsports | Motorcycle dealer. https://huntermotorcycle.com/ | $70,000 | 873 Franklin Avenue Thornwood, NY 10594 |
| Luxury Bazaar | Seller of luxury watches. https://www.luxurybazaar.com/ | $260,000 | 1225 Industrial Blvd. Southampton, PA 18966 |
| JK Technologies | "[S]pecializes in the importation of vehicles destined for private collections and museums." https://jktechnologies.net/ | $468,080 | 3500 Sweet Air Street Baltimore, MD 21211 |
| New Country Motor Car Group | Dealer of luxury automobiles. https://www.newcountry.com/ | $2,055,312 | 358 Broadway #403 Saratoga Springs, NY 12866 |
| Platinum Times LLC[2] | Seller of luxury watches. https://platinumtimesco.com/ | $2,225,000 | 1600 Water St. Suite A195 Laredo, TX 78040 |
| RENNtech, Inc. | "[P]remier Mercedes-Benz specialist". https://www.renntechmercedes.com/ | $110,582 | 7825 SW Ellipse Way Stuart, FL 34997 |
| RM Sotheby's | Collector car auction company. https://rmsothebys.com/ | $8,289,090 | 1334 York Ave. New York, NY 10021 |
| S2T LLC | Lamborghini dealer. https://www.lamborghini.com/en-en/dealerships/lamborghini-paramus | $142,186 | 401 Route 17 Paramus, NJ 07652 |
| Timepiece Trading, LLC | Seller of luxury watches. https://timepiecetradingllc.com/ | $545,000 | 169 E Flagler St. #1000 Miami, FL 33131 |
| Topgear LLC Top Gear Imports | Seller of rare and collectible automobiles. https://www.topgearporsche.com/ | $1,300,000 | 40-26 Broadway Fair Lawn, NJ 07410 |
| Visbeen Architects | Architectural firm. https://www.visbeen.com/ | $215,189 | 3351 Claystone St. SE G22 Grand Rapids, MI 49546 |
| Wrist Aficionado | Seller of luxury watches. https://wristaficionado.com/ | $618,110 | 19 East 62nd Street New York, NY 10065 |
| XO Global LLC | Seller of private jet services. https://flyxo.com/ | $835,132 | 500 E. Broward Blvd., 19th Floor Fort Lauderdale, FL 33394 |

---

[2] This transfer was believed to be in connection with the sale of a Richard Mille RM 52-01 Tourbillon Skull watch in January 2023.

Exhibit B-3