# LAWLER BROWN
## LAW FIRM

May 28, 2025

**Sent Via Regular Mail**
U.S. Bankruptcy Court
James T. Foley United States Courthouse
445 Broadway, Suite 330
Albany, NY 12207

**FILED**

JUN 0 5 2025

OFFICE OF THE BANKRUPTCY CLERK
ALBANY, NY

RE: Debtor: Prime Capital Ventures, LLC
Creditor: Farmers State Bank of Alto Pass
United States Bankruptcy Court for the Northern District of New York
Chapter 11 Bankruptcy Case No. 24-11029

Dear Sir or Madam:

Please be advised that this law firm and the undersigned are counsel to Farmers State Bank of Alto Pass, in the above referenced case. Farmers State Bank of Alto Pass and Debtor entered a Stipulated and Agreed Order Regarding Motion for Relief from the Automatic Stay on March 19, 2025. Therefore, I write to request that I no longer receive notices on behalf of Farmers State Bank of Alto Pass in the above referenced case.

Should you have any questions or concerns, please do not hesitate to contact me directly at (618) 579.2222 or via email at alawler@lblf.com.

LAWLER BROWN LAW FIRM

By: Adam B. Lawler

/jms

1600 West Main Street
P.O. Box 1148
Marion, Illinois 62959

WWW.LBLF.COM

TEL 618.993.2222