UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF NEW YORK
ALBANY DIVISION

---

In re:

    PRIME CAPITAL VENTURES, LLC            Chapter 11
                                                     Case No.: 24-11029
                             *Debtor*.

---

### UNITED STATES TRUSTEE'S APPLICATION FOR ORDER APPROVING APPOINTMENT OF CHAPTER 11 TRUSTEE

TO:    THE HONORABLE ROBERT E. LITTLEFIELD, JR.,
          UNITED STATES BANKRUPTCY JUDGE:

William K. Harrington, United States Trustee for Region 2, in furtherance of his duties and responsibilities set forth in 28 U.S.C. § 586(a) and in pursuant to Federal Rule of Bankruptcy Procedure 2007.1, hereby seeks an order approving his appointment of Yann Geron, Esq. as chapter 11 trustee in this case. In support of this application, the United States Trustee respectfully states as follows:

    1.    By Order entered June 5, 2025, this Court directed the United States Trustee to appoint a chapter 11 trustee in this case.

    2.    Pursuant to 11 U.S.C. § 1104(d), in the course of making the appointment, the United States Trustee consulted with the following parties-in-interest in this case and/or their counsel:

        a.    William L. Esser, IV, Esq.

        b.    Michael Patrick Everman, Esq.

        c.    Douglas T. Tabachnik, Esq.

        d.    Paul A. Levine, Esq.

   e.  Edward LoBello, Esq.

   f.  Marianne T. O'Toole, Esq.

   g.  Stephen A. Donato, Esq.

   h.  Chad P. Miesen, Esq.

   i.  Fred Stevens, Esq.

   j.  Lauren Kiss, Esq.

   k.  Justin A. Heller, Esq.

   l.  Matthew Michael Zapala, Esq.

   m.  Jay Robert Bender, Esq.

   n.  Christopher R. Bryant, Esq.

   o.  Benjamin O. Gilbert

   p.  Matthew F. Kye, Esq.

   q.  Adam B. Lawler, Esq.

   r.  Joseph P. Lombardo, Esq.

   s.  Phoebe A. Wilkinson, Esq.

   t.  Matthew A. Toporowski, Esq.

   u.  Kevin J. Smith, Esq.

   v.  Allen H. Martin, Esq.

  3. After consultation with the parties-in-interest listed above, the United States Trustee selected Yann Geron, Esq. to serve as chapter 11 trustee in this case.

  4. To the best of the United States Trustee's knowledge, Mr. Geron has no connections with the debtors, creditors, any other parties-in-interest, their respective attorneys,

the United States Trustee, and persons employed in the Office of the United States Trustee, other than those connections set forth on the Declaration of Disinterestedness of Yann Geron, Esq., attached hereto as <u>Exhibit A</u>.

WHEREFORE, the United States Trustee respectfully requests that the Court enter an Order Approving the Appointment of Yann Geron, Esq. as the chapter 11 trustee, pursuant to 11 U.S.C. §1104(a), and for such other and further relief as the Court deems just and proper. A proposed form of order is attached hereto as <u>Exhibit B</u>.

Dated: Albany, New York  
      June 5, 2025

Respectfully submitted,

WILLIAM K. HARRINGTON  
UNITED STATES TRUSTEE, REGION 2

By: <u>/s/ Lisa M. Penpraze</u>  
Assistant United States Trustee  
Leo O'Brien Federal Building  
11A Clinton Ave., Room 620  
Albany, NY 12207  
Bar Roll No.: 105165  
lisa.penpraze@usdoj.gov  
(518) 434-4553