So Ordered.

Signed this 9 day of June, 2025.



_____
Robert E. Littlefield, Jr.
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF NEW YORK
ALBANY DIVISION

In re:

    PRIME CAPITAL VENTURES, LLC          Chapter 11
                                                            Case No.: 24-11029
                                *Debtor*.

## ORDER APPROVING APPOINTMENT OF CHAPTER 11 TRUSTEE

Upon this Court's Order Directing Appointment of Trustee Pursuant to 11 U.S.C. § 1104 entered June 5, 2025 (ECF 282) and the United States Trustee's Application for Order Approving Appointment of Chapter 11 Trustee, and after due deliberation, it is hereby

**ORDERED**, that the appointment of Yann Geron, Esq. as chapter 11 trustee in this bankruptcy case be and hereby is APPROVED pursuant to 11 U.S.C. § 1104(d).

####