**KLESTADT WINTERS JURELLER**
  **SOUTHARD & STEVENS, LLP**
200 West 41st Street, 17th Floor
New York, NY 10036-7203
Telephone: (212) 972-3000
Facsimile: (212) 972-2245
Fred Stevens
Lauren Kiss
Kevin Collins

*Proposed Special Litigation Counsel to Yann*
*Geron, Chapter 11 Trustee of Prime Capital*
*Ventures, LLC*

**Adjourned Hearing Date: June 18, 2025**
**Hearing Time: 10:30 a.m.**

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------x

| | |
|---|---|
| In re: | : |
| | :      Chapter 11 |
| PRIME CAPITAL VENTURES, LLC | : |
| | :      Case No. 24-11029-REL |
| Debtor. | : |

---------------------------------------------------------x

### NOTICE OF CHAPTER 11 TRUSTEE'S ADOPTION OF CERTAIN APPLICATIONS FILED BY THE DEBTOR AND INTENT TO PROSECUTE THEM

**TO ALL PROPOSED EXAMINEES, ALL PARTIES HAVING FILED NOTICES OF APPEARANCE AND A REQUEST FOR NOTICES IN THE DEBTOR'S CASE, AND THE UNITED STATES TRUSTEE:**

     **PLEASE TAKE NOTICE,** that Prime Capital Ventures, LLC, the above-captioned debtor (the "Debtor"), filed the following applications (collectively, the "Applications") seeking the entry of orders, pursuant to 11 U.S.C. § 542(e) and Fed. R. Bankr. P. 2004, authorizing the Debtor to issue subpoenas and pursue discovery:

| Dkt. No. | General Description of Proposed Examinees |
|---|---|
| 224 | Various parties in connection with the Debtor's transfers to Bravo Enterprises Mid-South LLC, and Matthew Thacker-Rhodes |
| 226 | Various parties in connection with the Debtor's Transfers to Indigo Pharmaceutical LLC[1] |

---

[1] Note that the Chapter 11 Trustee has agreed to seek an adjournment of the hearing on this application and extension of the time to object for the following examinees only: (i) Indigo Pharmaceutical LLC; (ii) ARX, Accurate RX Specialty Pharmacy, Corp.; and (iii) Dr. Murray Friedman.

| Dkt. No. | General Description of Proposed Examinees |
|---|---|
| 228 | Various parties in connection with the Debtor's $20 million Transfer to Berone Capital Fund LP and the series of transfers and other events that came after, including any financial institutions where the recipients of the Debtor's funds hold accounts and transact business |
| 265 | Transferees of the Debtor on account of goods and services that are suspected to be for the benefit of non-debtor(s) |
| 267 | Various parties in connection with the Debtor's lending transactions with Norwell Ventures, LLC and Hudson & Hudson LLC |

**PLEASE TAKE FURTHER NOTICE**, that the Court adjourned the original hearings on the Applications to June 18, 2025, at 10:30 a.m. (the "New Hearing Date").

**PLEASE TAKE FURTHER NOTICE**, that on June 10, 2025, this Court entered an order approving the United States Trustee's appointment of Yann Geron, as Chapter 11 trustee (the "Trustee") of the Debtor on June 5, 2025 [Dkt. Nos. 287 and 282, respectively], and the Debtor ceased to be a debtor in possession.

**PLEASE TAKE FURTHER NOTICE**, that the Trustee hereby adopts the Debtor's Applications as the successor movant therein and intends to go forward with the presentment of the Applications for consideration by the Court on the New Hearing Date.

Dated:  New York, New York
June 11, 2025

**KLESTADT WINTERS JURELLER
SOUTHARD & STEVENS, LLP**

By:  /s/ Fred Stevens
Fred Stevens
Lauren C. Kiss
Kevin Collins
200 West 41st Street, 17th Floor
New York, New York 10036
Tel: (212) 972-3000
Fax: (212) 972-2245
Email: fstevens@klestadt.com
lkiss@klestadt.com
kcollins@klestadt.com

*Proposed Special Litigation Counsel to Yann Geron, Chapter 11 Trustee of Prime Capital Ventures, LLC*