UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF NEW YORK
--------------------------------------------------------X

In re:                                                                                          Chapter 11

PRIME CAPITAL VENTURES, LLC.                                    Case No. 24-11029

        Debtor.

--------------------------------------------------------X

## EX-PARTE APPLICATION TO APPEAR PRO HAC VICE

Robert D. Nosek, Esq. ("Applicant") of Certilman Balin Adler & Hyman, LLP. hereby files this Application for the entry of an order, substantially in the form attached hereto as Exhibit "A", granting admission pro hac vice for the purpose of appearing as counsel for Berone Capital Partners LLC, Berone Capital LLC, Berone Capital Equity Fund I, LLP and 405 Motorsports LLC f/k/a Berone Capital Equity Partners LLC (collectively, "Berone") and Jeremiah Beguesse and Fabian Stone (collectively the "Barone Principals, and collectively with Berone the "Berone Witnesses"), and to participate in this Chapter 11 case and any adversary proceedings, other contested matters or other proceedings arising herein (the "Chapter 11 Proceeding"). In support of this Application, the Applicant respectfully represents as follows:

1. The Applicant is a member in good standing of the bar of the 2nd Dept. Supreme Court, State of New York, and has been admitted in the Eastern and Southern Districts of New York.

2. Additionally, the Applicant is not subject to any pending disciplinary proceedings in any jurisdiction.

8591003.1

3. In further support of the Application, Applicant submits the Declaration of Attorney Robert D. Nosek in Support of Ex Parte Application to Appear Pro Hac Vice, sworn to on June 17, 2025.

**WHEREFORE,** the Applicant requests this Court enter an order admitting Robert D. Nosek of admission *pro hac vice.*

Dated: East Meadow, New York
June 17, 2025

**CERTILMAN BALIN ADLER & HYMAN, LLP.**

By: /s/Robert D. Nosek
Robert D. Nosek, Esq.
90 Merrick Avenue
East Meadow, NY 11554
rnosek@certilmanbalin.com

8591003.1