UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF NEW YORK
--------------------------------------------------------X

In re:                                              Chapter 11

PRIME CAPITAL VENTURES, LLC.                        Case No. 24-11029

        Debtor.

--------------------------------------------------------X

# DECLARATION OF ATTORNEY ROBERT D. NOSEK IN SUPPORT OF EX PARTE APPLICATION TO APPEAR PRO HAC VICE

1. I am a resident of New York State and am of counsel with the law firm of Certilman Balin Adler & Hyman, LLP.  with offices at 90 Merrick Avenue, East Meadow, New York 11554.

2. I submit this Declaration in accordance with the Ex Parte Application to Appear Pro Hac Vice for the purpose of appearing as counsel on behalf of Berone Capital Partners LLC, Berone Capital LLC, Berone Capital Equity Fund I, LLP and 405 Motorsports LLC f/k/a Berone Capital Equity Partners LLC (collectively, "Berone") and Jeremiah Beguesse and Fabian Stone (collectively the "Barone Principals, and collectively with Berone the "Berone Witnesses").

3. The Courts in which I am admitted and the dates of admission are as follows:

| Courts | Year of Admission |
| --- | --- |
| 2nd Dept. Supreme Court, State of New York | 1999 |
| Southern District of New York | 1999 |
| Eastern District of New York | 1999 |

8591076.1

4. I certify that I am a member of good standing in all of said jurisdictions at all times and am not subject to any pending disciplinary proceedings in any jurisdiction, as evidenced by the Certificate of Good Standing annexed hereto as Exhibit "B".

5. I have not been held in contempt of court, censured, or suspended or disbarred by any court and I have not been convicted of a felony or misdemeanor.

6. I acknowledge that I shall be subject to the jurisdiction of the United States Bankruptcy Court for the Northern District of New York with respect to any acts occurring during the course of my participation in this matter and that I am generally familiar with the local rules of the United States Bankruptcy Court, Northern District of New York.

7. Pursuant to 28 U.S.C. §1746, I declare under penalty of perjury that the foregoing is true and correct.

Dated: East Meadow, New York
       June 17, 2025

/s/Robert D. Nosek
Robert D. Nosek, Esq.

8591076.1