So Ordered.

Signed this 18 day of June, 2025.



_____

Robert E. Littlefield, Jr.

United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

In re:                                              Chapter 11

    PRIME CAPITAL VENTURES, LLC,       Case No. 24-11029

    Debtor.

-----------------------------------------------------------X

### ORDER GRANTING EX PARTE APPLICATION TO APPEAR PRO HAC VICE

**UPON,** the motion of Robert D. Nosek for pro hac vice admission to appear as counsel for Berone Capital Partners LLC, Berone Capital LLC, Berone Capital Equity Fund I, LLP and 405 Motorsports LLC f/k/a Berone Capital Equity Partners LLC (collectively, "Berone") and Jeremiah Beguesse and Fabian Stone (collectively the "Berone Principals, and collectively with Berone the "Berone Witnesses"), in the above referenced bankruptcy case, and payment having been made to the District Court, it is hereby

**ORDERED,** that the Ex Parte Application to Appear Pro Hac Vice is granted; and it is further

1

**ORDERED,** that Robert D. Nosek, Esq. may appear, *pro hac vice*, as counsel for Berone Capital Partners LLC, Berone Capital LLC, Berone Capital Equity Fund I, LLP and 405 Motorsports LLC f/k/a Berone Capital Equity Partners LLC (collectively, "Berone") and Jeremiah Beguesse and Fabian Stone (collectively the "Berone Principals, and collectively with Berone the "Berone Witnesses"), in this bankruptcy case and any related proceedings that may arise.

# # #