So Ordered.

Signed this 15 day of July, 2025.



_____

Robert E. Littlefield, Jr.
United States Bankruptcy Judge

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF NEW YORK**

In re:

PRIME CAPITAL VENTURES, LLC,

Case No. 24-11029-REL
Chapter 11

Debtor.

**ORDER AUTHORIZING THE RETENTION OF GERON LEGAL**
**ADVISORS LLC AS GENERAL COUNSEL TO THE TRUSTEE**
**EFFECTIVE AS OF JUNE 5, 2025**

Upon the application (the "Application")[1] of Yann Geron (the "Trustee"), the chapter 11

trustee of the estate of Prime Capital Ventures, LLC (the "Debtor"), the above-captioned debtor

in the above-referenced chapter 11 case, for an order approving his retention of Geron Legal

Advisors LLC ("GLA") as his general counsel; and upon the declaration of Yann Geron attached

to the Application as Exhibit B (the "Geron Declaration"); and it appearing that GLA represents

no interest adverse to the Trustee or the Debtor's estate, that GLA is a disinterested person as that

---

[1] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Application.

Case 24-11029-1-rel    Doc 309    Filed 07/15/25    Entered 07/15/25 16:29:46    Desc
Main Document        Page 2 of 2

term is defined in 11 U.S.C. § 101(14), and that its employment is necessary and in the best

interests of the estate; and for good and sufficient cause, it is hereby

ORDERED, that the retention of GLA as the Trsutee's general counsel is hereby

approved pursuant to section 327(a) of the Bankruptcy Code effective as of June 5, 2025; and it

is further

ORDERED, that the compensation to be paid to GLA shall be subject to the approval of

this Court upon notice and a hearing pursuant to sections 330 and 331 of the Bankruptcy Code,

the Federal Rules of Bankruptcy Procedure, the Local Bankruptcy Rules and such other

procedures as may be fixed by order of this Court, for professional services rendered and

expenses incurred by GLA; and it is further

ORDERED, that the Court may retain jurisdiction to hear and determine all matters

arising from the implementation of this Order; and it is further

ORDERED, that if there is any inconsistency between the terms of this Order, the

Application, and the Geron Declaration, the terms of this Order shall govern.

###