UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF NEW YORK

---

In re:

PRIME CAPITAL VENTURES, LLC,

                          Debtor.

Case No. 24-11029-REL
Chapter 11

---

### STIPULATION AND ORDER AUTHORIZING THE TRUSTEE TO PAY THE SECURED CLAIM OF DENALI STATE BANK AND WOODSIDE CREDIT, LLC IN CONNECTION WITH THE SALE OF THE DEBTOR'S 2020 LAMBORGHINI AVENTADOR

This Stipulation and Order (the "Stipulation") is entered into by and between Yann Geron (the "Trustee"), as Chapter 11 trustee of the estate of Prime Capital Ventures, LLC (the "Debtor"), and Denali State Bank and Woodside Credit, LLC (collectively, the "Secured Creditor", and together with Trustee, the "Parties").

### RECITALS

**WHEREAS**, on September 16, 2024 (the "Petition Date"), the Debtor filed a voluntary petition for relief under Chapter 11 of title 11 of the United States Code (the "Bankruptcy Code") in the United States Bankruptcy Court for the Northern District of New York (the "Court") [DE 1]; and

**WHEREAS,** on January 28, 2025, the Court approved a stipulation [DE 134] between the Debtor, the Chapter 7 trustee of the related bankruptcy estate of Kris Daniel Roglieri (the "Roglieri Trustee"), and counsel to the Secured Creditor which recognized and allowed the Secured Creditor's lien against the Debtor's 2020 Lamborghini Aventador (VIN

ZHWUM6ZD9LLA09436) (the "Lamborghini"), as evidenced by the recordation and acknowledge of the lien with the New York State Department of Motor Vehicles on the Vehicle's title; and

**WHEREAS**, on January 29, 2025, the Court approved a stipulation [DE 136] between the Debtor, the Roglieri Trustee, and the United States of America pursuant to which the following automobiles were deemed property of the Debtor's bankruptcy estate:

| Year | Make | Model | VIN |
|---|---|---|---|
| 2020 | Lamborghini | Aventador | ZHWUM6ZD9LLA09436 |
| 2009 | Mercedes Benz | SL65 | WDBSK79F79F158279 |
| 2014 | Mercedes Benz | SLS | DRJ7HA7EA010865 |
| 2015 | Ferrari | 458 | ZFF75VFA3F0209725 |

(collectively, the "Vehicles"); and

**WHEREAS**, on June 5, 2025, the Court entered an order directing the United States Trustee to appoint a trustee pursuant to section 1104 of the Bankruptcy Code [DE 282], and Yann Geron was appointed as Trustee [DE 283]; and

**WHEREAS**, on June 10, 2025, the Court entered an order approving the appointment of Yann Geron as Trustee [DE 287]; and

**WHEREAS**, the Trustee is seeking authority to sell the Vehicles, including the Lamborghini; and

**WHEREAS**, the Parties wish to confirm payment of the Secured Creditor's claim and release of its lien in connection with the sale of the Lamborghini.

***NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED*** by, between and among the Parties, as follows:

1.      The recitals set forth above in this Stipulation are incorporated by reference as if fully set forth in the Parties' agreements and are a part of this Stipulation.

2

2. Within five (5) business days of the Trustee's receipt of the Lamborghini sale proceeds, the Trustee shall pay the Secured Creditor's claim in full in the estimated amount of $444,921.58[1] from the proceeds in the Debtor's estate via bank wire.

3. Within ten (10) business days of its receipt of the payment identified in Paragraph 2 above, the Secured Creditor shall provide the Trustee with a Release of Lien and such other documents as may be reasonably requested by the Trustee or auctioneer in connection with transfer of title of the Lamborghini pursuant to the Trustee's sale.

4. This Stipulation is subject to Court approval and shall not be enforceable until such approval is obtained. If Court approval of the Stipulation is not obtained, then the Parties will be returned to the *status quo ante* as if this Stipulation had not been negotiated or executed, unless otherwise ordered by the Court.

5. This Stipulation shall be binding upon and inure to the benefit of the Parties and their successors and assigns.

6. This Stipulation and the rights and obligations under this Stipulation shall be governed by and construed and interpreted in accordance with the Bankruptcy Code and the laws of the State of New York. The Court shall retain exclusive jurisdiction over the terms, conditions, interpretations, implementations, and any and all disputes relating to the Stipulation that may arise among and between the Parties.

7. This Stipulation constitutes the entire agreement between the Parties and supersedes all prior agreements and undertakings between the Parties relating to the subject matter hereof. There are no other covenants, promises, agreements, conditions, or understandings, either

---

[1] This amount represents the payoff amount provided by the Secured Creditor on July 28, 2025, detailed as follows: (i) principal: $392,068.57, (ii) accrued interest: $36,740.01, and (iii) costs and fees: $16,113.00. This amount will increase nominally through the payoff date due to accrued interest and legal fees (together with the payoff amount provided by the Secured Creditor on July 28, 2025, the "Final Amount"). The Trustee is authorized to pay the Final Amount to the Secured Creditor.

oral or written, express or implied, between the Parties, except for this Stipulation with respect to its subject matter.

8. This Stipulation may be signed in multiple counterparts and by facsimile or email transmission, each of which, when taken together, shall constitute one executed original.

9. This Stipulation shall be deemed to have been jointly drafted by the Parties in construing and interpreting this Stipulation. No provision shall be construed and interpreted for or against any of the Parties because such provision or any other provision of the Stipulation was prepared or requested by such Party.

| | |
|---|---|
| Dated: New York, New York<br>August 13, 2025 | GERON LEGAL ADVISORS LLC<br>*Attorneys for Yann Geron, Chapter 11 Trustee*<br><br>By:  *s/ Yann Geron*<br>      Yann Geron<br>      370 Lexington Avenue, Suite 1208<br>      New York, New York 10017<br>      (646) 560-3224<br>      ygeron@geronlegaladvisors.com |
| Dated: New York, New York<br>August 13, 2025 | HARRIS BEACH MURTHA CULLINA PLLC<br>*Attorneys for the Secured Creditor*<br><br>By:  *s/ Brian D. Roy*<br>      Brian D. Roy<br>      333 West Washington Street, Suite 200<br>      Syracuse, New York 13202<br>      (315) 423-7100<br>      broy@harrisbeachmurtha.com |

4