UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF NEW YORK

In re:

     Prime Capital Ventures, LLC                     Case No. 24-11029 (REL)

Notes to the Monthly Operating Report

On September 16, 2024, Prime Capital Ventures, LLC (the "Debtor") filed a voluntary petition for relief under chapter 11 of title 11 of the United States Code (the "Bankruptcy Code") with the United States Bankruptcy Court for the Northern District of New York (the "Court"), which case is pending under Case No. 24-11029 (REL) ("Case No. 3").

Background

On December 19, 2023 ("Petition Date 1"), Compass-Charlotte 1031, LLC, 526 Murfreesboro, LLC, and Newlight Technologies, Inc., filed an involuntary bankruptcy petition against the Debtor under chapter 7 of title 11 of the United States Code with the United States Bankruptcy Court, which case was pending under Case No. 23-11302 (REL) (the "Case No. 1"). Christian H. Dribusch was appointed interim chapter 7 trustee in Case No. 1, but on January 9, 2024, the Court entered an order granting the petitioning creditors' motion to dismiss the case [Case No. 1, Dkt. No. 87].

On January 12, 2024, Compass-Charlotte 1031, LLC commenced an action in the United States District Court for the Northern District of New York (the "District Court") captioned Compass-Charlotte 1031, LLC v. Prime Capital Ventures, LLC, et al., Case No. 24-CV-55 (MAD/CFH) (N.D.N.Y.) (the "Receivership Action"). On January 24, 2024, the District Court entered a Memorandum-Decision and Order that, among other things, appointed Paul Levine as the permanent receiver for the Debtor and related defendants (the "Receiver").

On February 15, 2024, Kris Daniel Roglieri ("Roglieri"), the principal of the Debtor, filed a voluntary bankruptcy petition under subchapter V of chapter 11 of the Bankruptcy Code in this Court commencing Case No. 24-10157 (REL) (the "Roglieri Case"). On May 15, 2024, the Court entered an order converting the Roglieri Case to one under chapter 7 [Roglieri Case Dkt. No. 159]. Christian H. Dribusch (the "Roglieri Trustee") was appointed interim chapter 7 trustee of Roglieri's estate and has since qualified and is currently serving as permanent trustee therein.

On May 14, 2024, the Debtor, by and through the District Court-Appointed Receiver, filed a voluntary petition for relief under chapter 11 of the Bankruptcy Code in this Court,

commencing Case No. 24-10531 (REL) ("Case No. 2"). On July 23, 2024, this Court entered a memorandum decision and order dismissing Case No. 2 [Case No. 2 Dkt. No. 85].

The Receivership Action is currently stayed due to the pendency of appeals and the Receiver has been hamstrung in his ability to collect and liquidate the Debtor's assets. The Roglieri Trustee, who is in possession and control of all membership interests of the Debtor by and through Roglieri's bankruptcy estate, has exercised the necessary powers and executed the necessary documents to assume control of the Debtor.

On June 5, 2025, the Court entered an order directing the Office of the United States Trustee (the "U.S. Trustee") to appoint a trustee pursuant to section 1104 of the Bankruptcy Code [Docket No. 282] and the U.S. Trustee appointed Yann Geron as the Chapter 11 Trustee (the "Chapter 11 Trustee") [Docket No. 283]. On June 10, 2025, the Court entered an order approving the appointment of Yann Geron as the Chapter 11 Trustee [Docket No. 287].

General Notes

These General Notes and Specific Disclosures Regarding the Monthly Operating Report (the "General Notes") pertain to, are incorporated by reference in, and comprise an integral part of the Monthly Operating Report ("MOR"). The General Notes should be referred to, considered, and reviewed in connection with any review of the MOR.

The MOR does not purport to represent financial statements prepared in accordance with Generally Accepted Accounting Principles in the United States ("GAAP"), nor are they intended to be fully reconciled with the financial statements of the Debtor (whether publicly filed or otherwise). Additionally, the MOR contains unaudited information that is subject to further review and potential adjustment, and reflect the Chapter 11 Trustee's reasonable efforts to report the assets and liabilities.

In preparing the MOR, the Chapter 11 Trustee relied upon information derived from the Receiver's and the Debtor's available books and records. Although the Chapter 11 Trustee has made reasonable efforts to gather, secure and review the Debtor's books and records, the Chapter 11 Trustee is not satisfied at the time of this filing that he has a complete set of books and records of the Debtor. Parties should be advised that inadvertent errors or omissions, as well as the discovery of conflicting, revised, or subsequent information, may cause a material change to the MOR.

The Chapter 11 Trustee, his attorneys and financial advisors do not guarantee or warrant the accuracy or completeness of the data that is provided in the MOR, and shall not be liable for any loss or injury arising out of or caused in whole or in part by the acts, omissions, whether negligent or otherwise, in procuring, compiling, collecting, interpreting, reporting, communicating, or delivering the information contained in the MOR. Except as expressly required by the Bankruptcy Code, the Chapter 11 Trustee, his attorneys and financial advisors expressly do not undertake any obligation to update, modify, revise, or re-categorize the information provided in the MOR or to notify any third party should the

information be updated, modified, revised, or re-categorized.  The Chapter 11 Trustee, his employees, agents, and advisors disclaim any liability to any third party arising out of or related to the information contained in the MOR and reserve all rights with respect thereto.

In reviewing and signing the MOR, the Chapter 11 Trustee relied upon the efforts, statements, and representations of his professionals and in certain instances upon the Receiver's professionals. The Chapter 11 Trustee has not (and could not have) personally verified the accuracy of each such statement and representation.

## Specific Notes

Part 1: Cash Receipts and Disbursements

Below is a detailed reconciliation of the bank accounts known to the Debtor:

**PRIME CAPITAL VENTURES LLC**
**Bank Activity Summary**
**7/31/2025**

| Party | *Trustee* | *Debtor* | *Receiver* | | | |
|---|---|---|---|---|---|---|
| Bank Name | **Axos** | **Axos** | **M&T Bank** | | **Citibank** | |
| Purposes | DIP 24-11029 | DIP 24-11029 | DIP 24-10531 | Escrow | Savings | |
| Account Number | **0713** | **6937** | **3147** | **6839** | **6945** | **Total** |
| Opening Balance | $ 1,843,170.76 | $ - | $ - | $ 100,183.84 | $ - | $ 1,943,354.60 |
| Deposits | 1,689.00 | - | - | 8.51 | - | 1,697.51 |
| Withdrawals | - | - | - | (25.00) | - | (25.00) |
| Checks | - | - | - | - | - | - |
| Transfers (C) | - | - | - | - | - | - |
| Ending Balance | $ 1,844,859.76 | $ - | $ - | $ 100,167.35 | $ - | $ 1,945,027.11 |
| | | | | | | |
| Uncleared Deposits | | - | - | - | - | - |
| Outstanding Checks | | - | - | - | - | - |
| | | | | | | |
| Adjusted Balance | $ 1,844,859.76 | $ - | $ - | $ 100,167.35 | $ - | $ 1,945,027.11 |
| | | | (A) | (B) | | |

(A) - Account closed as of 10/7/2024

(B) - Per Docket entry #108 in the Kris Daniel Roglieri chapter 11 (Case No. 24-10157), Paul A. Levine, Esq., in his capacity as Permanent Receiver for Prime Capital Ventures LLC, is to hold these funds until a further order of the United States District Court for the Northern District of New York.

(C) – On June 9, 2025, the appointment of Yann Geron as the Chapter 11 Trustee was approved by the Court. In connection with his appointment, the Debtor's funds were transferred to an account under his control.



Date  7/31/25          Page      1
Primary Account          ████0713

PRIME CAPITAL VENTURES LLC, DEBTOR
YANN GERON, TRUSTEE
CASE #24-11029
370 LEXINGTON AVENUE, SUITE 1208
NEW YORK NY 10017

Account Title:          PRIME CAPITAL VENTURES LLC, DEBTOR
                        YANN GERON, TRUSTEE
                        CASE #24-11029

| Trustee Checking | | Number of Enclosures | 0 |
|---|---|---|---|
| Account Number | ████0713 | Statement Dates   7/01/25 thru   7/31/25 | |
| Previous Balance | 1,843,170.76 | Days in the statement period | 31 |
| 1 Deposits/Credits | 1,689.00 | Avg Daily Ledger | 1,844,532.85 |
| Checks/Debits | .00 | Avg Daily Collected | 1,844,478.37 |
| Maintenance Fee | .00 | | |
| Interest Paid | .00 | | |
| Ending Balance | 1,844,859.76 | | |

## DEPOSITS AND OTHER CREDITS

| Date | Description | Amount |
|---|---|---|
| 7/07 | MyDeposit | 1,689.00 |

## DAILY BALANCE INFORMATION

| Date | Balance | Date | Balance |
|---|---|---|---|
| 7/01 | 1,843,170.76 | 7/07 | 1,844,859.76 |

*** END OF STATEMENT ***

# IMPORTANT DISCLOSURE TO OUR CONSUMER CUSTOMERS

## In Case of Errors or Questions About Your Electronic Transfers

In Case of Errors or Questions About Your Electronic Transfers, Telephone us at 1-888-502-2967 or Write us at the address on the front of this statement as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

- Tell us your name and account number (if any).
- Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
- Tell us the dollar amount of the suspected error.

We will tell you all the results of our investigation within 10 business days and will correct any error promptly. If we need more time, we may take up to 45 days to investigate your complaint. In that case, we will provisionally credit your account for the amount you think is in error, so that you may have use of the money during the time it takes us to complete our investigation. For transfers initiated outside the United States or transfers resulting from a point of sale (POS) debit card transactions, the time period for provisional credit is 10 business days and the time to resolve the investigation is 90 days.

## IMPORTANT DISCLOSURES TO OUR BUSINESS CUSTOMERS

Errors related to any transaction on a business account will be governed by any agreement between us and/or all applicable rules and regulations governing such transactions, including the rules of the Automated Clearing House Association (NACHA Rules) as may be amended from time to time. If you think this statement is wrong, please telephone us at the number listed on the front of this statement immediately.

## For our 24-hour Automated Banking System, please call the number located on the front of the Statement.
## CONSUMER BILLING RIGHTS SUMMARY REGARDING YOUR RESERVE LINE

### What to do if you think you find a mistake on your statement:

Contact us at the address shown on the front of this statement as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you within 60 days after the error appeared on your statement.
- Tell us your name and account number.
- Tell us the dollar amount of the suspected error.
- Describe the error you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.

You must notify us of any potential errors in writing or electronically. You may call us, but if you do, we are not required to investigate any potential errors and you may have to pay the amount in question.
While we investigate whether or not there has been an error, the following are true:
- We cannot try to collect the amount in question, or report you as delinquent on that amount.
- The amount in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or other fees related to that amount.
- While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
- We can apply any unpaid amount against your credit limit.

## REPORTS TO AND FROM CREDIT BUREAUS FOR RESERVE LINES
We may report information about your account to credit bureaus. Late payments, missed payments or other defaults on your account may be reflected in your credit report.

## CONSUMER REPORT DISPUTES

We may report information about negative account activity on consumer and small business deposit accounts and consumer reserve lines to Consumer Reporting Agencies (CRA). As a result, this may prevent you from obtaining services at other financial institutions. If you believe we have inaccurately reported information to a CRA, you may submit a dispute by calling 1-800-428-9623 or by writing to Chex Systems, Attention Consumer Relations, 7805 Hudson Road, Suite 100, Woodbury, MN 55125. In order to assist you with your dispute, you must provide your name, address and phone number; the account number; the specific information you are disputing; the explanation of why it is incorrect; and any supporting documentation (i.e. affidavit of identity theft). If applicable.

©2018 Axos Bank. All Rights Reserved.
DEP 950 (10/18)



**M&T** Bank

| FOR INQUIRIES CALL: | ALBANY (518) 426-6363 |
| --- | --- |

00    0 02056M NM  017

000005721 FIDS1548D01701534473 01 000000 017308 001          P

PRIME CAPITAL VENTURES LLC
DEBTOR IN POSSESSION #24-10531(REL)
PAUL A LEVINE, TRUSTEE
ROGLIERI DISGORGED RETAINER MONIES
677 BROADWAY STE 8
ALBANY NY 12207-2953

| ACCOUNT TYPE | |
| --- | --- |
| M&T BUSINESS INTEREST CHECKING | |
| ACCOUNT NUMBER | STATEMENT PERIOD |
| ███████6839 | 07/01/25 - 07/31/25 |

| | |
| --- | --- |
| BEGINNING BALANCE | $100,183.84 |
| DEPOSITS & CREDITS | 0.00 |
| LESS CHECKS & DEBITS | 0.00 |
| INTEREST | 8.51 |
| LESS SERVICE CHARGES | 25.00 |
| ENDING BALANCE | $100,167.35 |

| ANNUAL INTEREST RATE | | |
| --- | --- | --- |
| 06/30/2025 | - 07/31/2025 | 0.10% |

INTEREST PAID YEAR TO DATE          $58.17

## ACCOUNT ACTIVITY

| POSTING DATE | TRANSACTION DESCRIPTION | DEPOSITS & OTHER CREDITS (+) | WITHDRAWALS & OTHER DEBITS (-) | DAILY BALANCE |
| --- | --- | --- | --- | --- |
| 07/01/2025 | BEGINNING BALANCE | | | $100,183.84 |
| 07/09/2025 | SERVICE CHARGE FOR ACCOUNT ███████6839 | | $25.00 | 100,158.84 |
| 07/31/2025 | INTEREST PAYMENT | $8.51 | | 100,167.35 |
| | NUMBER OF DEPOSITS/CHECKS PAID | 0 | 0 | |



00005721 07220 0001-0001 DIDS1548D01708534541 00 L 00017308

PAGE 1 OF 1

MANUFACTURERS AND TRADERS TRUST COMPANY
327 GREAT OAKS BLVD ALBANY, NY 12203-5971