UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF NEW YORK

In re:

PRIME CAPITAL VENTURES, LLC,                    Case No. 24-11029-PGR
                                                Chapter 11

                        Debtor.

**AUCTIONEER'S REPORT OF SALE RELATING TO
AUTOMOBILE AUCTION CONDUCTED ON SEPTEMBER 20, 2025**

Megan A. Hennessey, submits this report of sale pursuant to 28 U.S.C. § 1746 and Bankruptcy Rule 2014, and states:

1)   I am the Executive Director of the Saratoga Automobile Museum ("SAM"), which was retained as auctioneer to Yann Geron (the "Trustee"), the Chapter 11 trustee of the estate of Prime Capital Ventures, LLC (the "Debtor"), the above-captioned debtor, to market and sell the following automobiles on behalf of the Debtor's bankruptcy estate:

| Year | Make | Model | VIN |
|---|---|---|---|
| 2020 | Lamborghini | Aventador | ZHWUM6ZD9LLA09436 |
| 2009 | Mercedes Benz | SL65 | WDBSK79F79F158279 |
| 2014 | Mercedes Benz | SLS | DRJ7HA7EA010865 |
| 2015 | Ferrari | 458 | ZFF75VFA3F0209725 |

(collectively, the "Automobiles") [DE 340 and 341].

2)   Pursuant to Local Bankruptcy Rule 6005-1(c), I state the following:

   a)   The auction sale of the Automobiles occurred on September 20, 2025 (the "Auction Sale").

   b)   The Auction Sale took place at Saratoga Casino Hotel in Saratoga Springs, New York pursuant to the notices and online marketing. See saratogaautoauction.org.

   c)   The Auction Sale commenced at 10:00 a.m. and ended at approximately 5:00 p.m.

   d)   The winning bids are reflected in the auctioneer purchaser report annexed as Exhibit A.

   e)   All Automobile auction sales have been completed.

   f)   The gross amount realized by the Auction Sale was $2,288,000 (including the 10% buyers' premiums).

g) Pursuant to its approved retention terms, SAM has been paid a commission of 10% of the gross sale proceeds of $2,080,000 (net of buyers' premiums) for a total commission of $208,000.

h) SAM incurred reasonable and necessary expenses of $14,693.15, as further detailed on Exhibit B.

i) No sale proceeds have been retained by Auctioneer.

j) A total of 793 registered bidders participated in the Auction Sale. A copy of the bidder numbers list is annexed as Exhibit C.

k) All Automobiles were sold at the Auction Sale.

l) A copy of the terms and conditions of the Auction Sale are attached as Exhibit D.

m) The Auction Sale was advertised and parties were able to inspect the Automobiles prior to the Auction Sale as follows:

- The Auction Sale of the Automobiles was advertised on the SAM website and by direct advertising to the possible interested bidders, linking them to the internet sale information.
- In addition, the Auction Sale of the Automobiles was advertised through marketing materials both in hard copy and digital online format as further detailed on Exhibit E.
- The Automobiles were available for inspection at the site of the auction on September 18-20, 2025.
- Signage was prominently displayed at the auction site.

n) Based upon the final sale proceeds, sales tax was collected in the amount of $0.00 and will be remitted to the appropriate taxing authority by SAM.

o) SAM has not sought reimbursement of its bond premium from the sale proceeds as the Debtor's bankruptcy estate directly paid the auctioneer bond pursuant to the order authorizing SAM's retention [DE 340]. The auctioneer bond appears on the docket for the Debtor's case at DE 343.

Dated: October 17, 2025

 s/ Megan A. Hennessey
 Megan A. Hennessey