| | |
|---|---|
| **SARATOGA AUTOMOBILE MUSEUM**<br>*Auctioneer*<br>Megan Hennessey, Executive Director<br>110 Avenue of the Pines<br>Saratoga Springs, New York 12866<br>(518) 401-5185<br>megan@saratogaautomuseum.org | Hearing Date: December 23, 2025<br>At: 10:30 a.m. (ET)<br><br>Objection Deadline: December 16, 2025 |

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF NEW YORK

In re:

PRIME CAPITAL VENTURES, LLC,              Case No. 24-11029-PGR
                                          Chapter 11

                       Debtor.

### FEE APPLICATION OF SARATOGA AUTOMOBILE MUSEUM RELATING TO AUCTION CONDUCTED ON SEPTEMBER 20, 2025

TO THE HONORABLE PATRICK G. RADEL,
UNITED STATES BANKRUPTCY JUDGE:

Saratoga Automobile Museum ("SAM"), auctioneer to Yann Geron, (the "Trustee"), the Chapter 11 trustee of the estate of Prime Capital Ventures, LLC (the "Debtor"), the above-captioned debtor, as and for its application, pursuant to 11 U.S.C. §§ 330(a) and 331, and Rule 2016 of the Federal Rules of Bankruptcy Procedures, seeking approval of its commissions and reimbursement of expenses (the "Application"), respectfully sets forth and represents:

1. I am the Executive Director of SAM. By order dated September 3, 2025, the Trustee was authorized to retain SAM as his auctioneers to market and sell the following automobiles:

| Year | Make | Model | VIN |
|---|---|---|---|
| 2020 | Lamborghini | Aventador | ZHWUM6ZD9LLA09436 |
| 2009 | Mercedes Benz | SL65 | WDBSK79F79F158279 |
| 2014 | Mercedes Benz | SLS | DRJ7HA7EA010865 |
| 2015 | Ferrari | 458 | ZFF75VFA3F0209725 |

(collectively, the "Automobiles") [DE 341].

2. SAM makes this application for an allowance of compensation for professional services rendered to the Trustee and reimbursement of expenses in connection with the auction sale of the Automobiles which was conducted on September 20, 2025 (the "Auction Sale").

3. SAM advertised and auctioned the Automobiles as further detailed in the Auctioneer's Report of Sale (the "Auctioneer Report"), which was filed on October 20, 2025 [DE 345].

4. Pursuant to LBR 6005-1 and the Order Authorizing the Trustee to Retain SAM as his Auctioneer [DE 340], SAM was authorized to automatically deduct payment of its commissions and expenses from the sale proceeds, provided that such payments are subject to a fee application. Here, SAM's commission for services rendered in connection with the Auction Sale was $208,000, which amount is 10% of the gross sale proceeds of $2,080,000 (net of buyers' premiums), plus reimbursement of its actual and necessary expenses in the amount of $14,693.15. SAM turned over the net sale proceeds to the Trustee on October 10, 2025.

5. All services rendered were consistent with its approved retention terms and at the request of the Trustee on behalf of the Debtor's estate. SAM did not render any services on behalf of any other entity, including any committee, creditor, or other person.

6. SAM has not entered into any agreement to share compensation with any other individual or organization prohibited by 18 U.S.C. 155 or 11 U.S.C. 504.

(continued on the next page)

**WHEREFORE**, SAM requests that this Court enter an order, in substantially the same form as that annexed as Exhibit A, approving its fee application, and granting such other and further relief as may be just and proper.

Dated: October 28, 2025

SARATOGA AUTOMOBILE MUSEUM
Auctioneer

By: */s/ Megan Hennessey*
Megan Hennessey, Executive Director
110 Avenue of the Pines
Saratoga Springs, New York 12866
(518) 401-5185
megan@saratogaautomuseum.org