**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF NEW YORK**

In re:

PRIME CAPITAL VENTURES, LLC,                    Case No. 24-11029-PGR
                                                Chapter 11

                    Debtor.

**STIPULATION AND ORDER BY AND BETWEEN TRUSTEE AND CITIBANK, N.A. FOR THE TURNOVER OF FUNDS PURSUANT TO BANKRUPTCY CODE §§541 AND 542**

This Stipulation and Order (the "Stipulation") is entered into by and between Yann Geron (the "Trustee"), Chapter 11 trustee of the estate of Prime Capital Ventures, LLC (the "Debtor"), the above-captioned debtor, and Citibank, N.A. ("Citibank") (collectively, the Trustee and Citibank are, the "Parties").

**RECITALS**

**WHEREAS**, on September 16, 2024, the Debtor filed a voluntary petition for relief under Chapter 11 of Title 11 of the United States Code (the "Bankruptcy Code") in the United States Bankruptcy Court for the Northern District of New York (the "Bankruptcy Court") [DE 1]; and

**WHEREAS**, on June 5, 2025, the Court entered an order directing the U.S. Trustee to appoint a trustee pursuant to section 1104 of the Bankruptcy Code [DE 282], and the U.S. Trustee appointed Yann Geron as the Trustee [DE 283]; and

**WHEREAS**, on June 10, 2025, this Court entered an order approving the appointment of Yann Geron as the Trustee [DE 287]; and

**WHEREAS**, prior to the Trustee's appointment, the Debtor maintained a bank account with Citibank (the "Account"); and

**WHEREAS**, as of August 31, 2025, the Account had a cash balance of $5,000 (the "Funds"); and

**WHEREAS**, the Trustee has asserted that the Funds are property of the Debtor's estate under Bankruptcy Code §541 and demanded the turnover of the Funds from Citibank pursuant to Bankruptcy Code §542(a); and

**WHEREAS**, in response to the Trustee's demand, Citibank has advised that it will comply with a Bankruptcy Court order to release the Funds.

## STIPULATION

**NOW THEREFORE**, relying specifically on the foregoing recitals and in consideration of the mutual promises and covenants contained herein, the Parties hereby stipulate and agree as follows:

1. <u>Incorporation of Recitals</u>. The foregoing recitals are hereby incorporated herein by reference and are expressly acknowledged and agreed to by the Parties.

2. <u>Bankruptcy Court Approval Required</u>. This Stipulation is subject in all respects to the approval of the Bankruptcy Court evidenced by the entry of this "So Ordered" Stipulation.

3. <u>Turnover of the Funds by Citibank</u>.  Within fourteen (14) business days of entry of this "So Ordered" Stipulation, Citibank will turn the Funds over to the Trustee by wire transfer to "Yann Geron, Chapter 11 Trustee of Prime Capital Ventures, LLC" (with wiring instructions provided by the Trustee or his counsel).

4. <u>Execution in Counterparts</u>.  This Stipulation may be executed in one or more counterparts, each of which shall be deemed an original but all of which together shall constitute one and the same instrument.  Any signature delivered by a Party via electronic transmission shall be deemed an original signature hereto.

5. <u>Bankruptcy Court Jurisdiction</u>.  The Bankruptcy Court shall retain jurisdiction with respect to all matters arising from or related to this Stipulation, including, without limitation, for purposes of enforcing the terms and conditions of this Stipulation.

6. <u>Costs</u>. Each Party to this Stipulation shall bear their and its own attorneys' fees and costs with respect to the matters addressed herein.

| | |
|---|---|
| Dated:  New York, New York<br>October 31, 2025 | Dated:  New York, New York<br>November 7, 2025 |
| **CITIBANK, N.A.** | **GERON LEGAL ADVISORS LLC** |
| By:  */s/ Amanda Protess*<br>Amanda B. Protess, Esq.<br>388 Greenwich Street, 17th Floor<br>New York, New York 10013<br>(212) 816-7678<br>amanda.protess@citi.com | By:  */s/ Yann Geron*<br>Yann Geron<br>Nicole N. Santucci<br>Jeannette Litos<br>370 Lexington Avenue, Suite 1208<br>New York, New York 10017<br>(646) 560-3224<br>ygeron@geronlegaladvisors.com<br>nsantucci@geronlegaladvisors.com<br>jlitos@geronlegaladvisors.com<br><br>*Counsel to Yann Geron, Chapter 11 trustee of Prime Capital Ventures, LLC* |