**KLESTADT WINTERS JURELLER
  SOUTHARD & STEVENS, LLP**
200 West 41st Street, 17th Floor
New York, NY 10036-7203
Telephone: (212) 972-3000
Facsimile: (212) 972-2245
Fred Stevens
Lauren Kiss
Kevin Collins

*Special Litigation Counsel to Yann Geron,
 Chapter 11 Trustee of Prime Capital
 Ventures, LLC*

**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------x
In re:                                                                  :
                                                                              :    Chapter 11
PRIME CAPITAL VENTURES, LLC                     :
                                                                              :    Case No. 24-11029-REL
                                             Debtor.              :
-----------------------------------------------------------x

## SUPPLEMENTAL DECLARATION OF FRED STEVENS DISCLOSING REVISED PROFESSIONAL FEE HOURLY RATES

FRED STEVENS, being duly sworn, deposes and says:

1. I am an attorney at law, duly admitted to practice in the State of New York, as well as before the United States District Courts for the Southern and Eastern Districts of New York and the United States Court of Appeals for the Second Circuit. I am a partner of the law firm known as Klestadt Winters Jureller Southard & Stevens, LLP ("KWJS&S"). KWJS&S maintains an office for the practice of law at 200 West 41st Street, 17th Floor, New York, New York 10036-7203.

2. Effective on January 1, 2026, the hourly rates of KWJS&S' professionals will be set as follows:

- Partners - $795 to $995 per hour;

- Associates - $525 to 625 per hour; and

- Paralegals - $295 per hour.

3. The hourly rates set forth above will be the firm's standard hourly rates effective as of January 1, 2026.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: New York, New York
January 6, 2026

*/s/Fred Stevens*
Fred Stevens