UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF NEW YORK
ALBANY DIVISION

In re:

PRIME CAPTIAL VENTURES, LLC                          Case No. 24-11029-1-pgr
                                                      Chapter 11

                    Debtor.

## NOTICE OF APPEARANCE
## FOR THE UNITED STATES TRUSTEE AND REQUEST FOR SERVICE

**PLEASE TAKE NOTICE:** The undersigned appears for the United States Trustee in this case and hereby requests inclusion on the ECF service list.

Harrison E. Strauss - Trial Attorney
OFFICE OF UNITED STATES TRUSTEE
Leo O'Brien Federal Building
11A Clinton Ave., Room 620
Albany, New York 12207
(518) 434-4553

                    /s/ Harrison E. Strauss
                    Harrison E. Strauss - Trial Attorney
                    OFFICE OF UNITED STATE TRUSTEE
                    Leo O'Brien Federal Building
                    11A Clinton Ave., Room 620
                    Albany, New York 12207
                    (518) 434-4553
                    Harrison.Strauss@usdoj.gov