**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF NEW YORK**

In re:

PRIME CAPITAL VENTURES, LLC,                Case No. 24-11029-PGR
                                            Chapter 11

                        Debtor.

# SUPPLEMENT TO THE TRUSTEE'S PLAN OF LIQUIDATION
# PURSUANT TO CHAPTER 11 OF THE BANKRUPTCY CODE

Yann Geron, as chapter 11 trustee (the "Trustee") of Prime Capital Ventures, LLC, the above-captioned debtor (the "Debtor"), in the above-captioned bankruptcy case submits this supplement (the "Plan Supplement") in support of confirmation of the Trustee's Plan of Liquidation Pursuant to Chapter 11 of the Bankruptcy Code (the "Plan"). Capitalized terms used but not defined herein have the meanings set forth in the Plan. The documents contained in the Plan Supplement are integral to, part of, and incorporated by reference into the Plan. These documents have not yet been approved by the Bankruptcy Court. If the Plan is confirmed, the information contained herein and the documents contained in the Plan Supplement will be approved by the Bankruptcy Court pursuant to the Confirmation Order.

The Oversight Committee, established in accordance with section 5.4 of the Plan, shall consist of the following members: (i) Compass-Charlotte 1031, LLC, (ii) ER Tennessee LLC, (iii) Piper Capital Funding, LLC, and (iv) 526 Murfreesboro, LLC.

[*Continued on Next Page*]

The Plan Supplement contains the following documents, as may be amended, modified or supplemented from time to time by the Trustee in accordance with the Plan:

**Exhibit A**:    Plan Administrator Agreement

Dated:  New York, New York
        January 23, 2026

                              **KLESTADT WINTERS JURELLER
        SOUTHARD & STEVENS, LLP**

By: */s/ Fred Stevens*
     Fred Stevens
     Lauren C. Kiss
     200 West 41st Street, 17th Floor
     New York, New York 10036
     Tel: (212) 972-3000
     Fax: (212) 972-2245
     Email: fstevens@klestadt.com
            lkiss@klestadt.com

*Special Litigation Counsel to Yann Geron,
    Chapter 11 Trustee of Prime Capital
    Ventures, LLC*