So Ordered.

Signed this 26 day of January, 2026.



_____
Patrick G. Radel
United States Bankruptcy Judge

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF NEW YORK**

In re:

PRIME CAPITAL VENTURES, LLC,

                        Debtor.

Case No. 24-11029-PGR
Chapter 11

**ORDER AUTHORIZING THE RETENTION OF KLESTADT WINTERS
JURELLER SOUTHARD & STEVENS, LLP AS SPECIAL LITIGATION
COUNSEL TO THE CHAPTER 11 TRUSTEE EFFECTIVE AS OF JUNE 6, 2025**

Upon the application (the "Application")[1] of Yann Geron (the "Trustee"), the chapter 11 trustee of the estate of Prime Capital Ventures, LLC (the "Debtor"), the above-captioned debtor in the above-referenced chapter 11 case (the "Bankruptcy Case"), for an order approving his retention of Klestadt Winters Jureller Southard & Stevens, LLP ("KWJS&S") as his special litigation counsel; and upon the declaration of Fred Stevens attached to the Application as Exhibit B (the "Stevens Declaration"); and it appearing that KWJS&S represents no interest

---

[1] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Application.

1

adverse to the Trustee or the Debtor's estate, and that its employment is necessary and in the best interests of the estate; and for good and sufficient cause, it is hereby

**ORDERED**, that the retention of KWJS&S as the Trustee's special litigation counsel is hereby approved pursuant to section 327(e) of the Bankruptcy Code effective as of June 6, 2025; and it is further

**ORDERED**, that the compensation to be paid to KWJS&S shall be subject to the approval of this Court upon notice and a hearing pursuant to sections 330 and 331 of the Bankruptcy Code, the Federal Rules of Bankruptcy Procedure, the Local Bankruptcy Rules and such other procedures as may be fixed by order of this Court, for professional services rendered and expenses incurred by KWJS&S; and it is further

**ORDERED**, that the Court may retain jurisdiction to hear and determine all matters arising from the implementation of this Order; and it is further

**ORDERED**, that if there is any inconsistency between the terms of this Order, the Application, and the Stevens Declaration, the terms of this Order shall govern.

###