| | |
|---|---|
| YANN GERON, CHAPTER 11 TRUSTEE<br>c/o Geron Legal Advisors LLC<br>370 Lexington Avenue, Suite 1208<br>New York, New York 10017<br>(646) 560-3224<br>ygeron@geronlegaladvisors.com | **Objection Date:**<br><br>February 13, 2026, at 12:00 noon (ET) |

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF NEW YORK**

---

In re:

PRIME CAPITAL VENTURES, LLC,

                Debtor.

Case No. 24-11029-REL
Chapter 11

---

## NOTICE OF TRUSTEE'S INTENT TO ABANDON PROPERTY

TO ALL KNOWN CREDITORS AND PARTIES-IN-INTEREST, ALL PARTIES HAVING FILED NOTICES OF APPEARANCE, AND THE UNITED STATES TRUSTEE:

    **PLEASE TAKE NOTICE** that, pursuant to 11 U.S.C. § 554 and Rule 6007 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), Yann Geron (the "Trustee"), as Chapter 11 trustee of the estate of Prime Capital Ventures, LLC (the "Debtor"), the above-captioned debtor, intends to abandon all of his right, title and interest, if any, in certain all of the Debtor's property, as follows:

**Property to be Abandoned:** The Debtor's interest, if any, in the real property located at 600 Linkhorn Drive, Virginia Beach, VA 2345 (the "Property").

**Reason for Abandonment:** The Trustee is abandoning the Property to the United States of America (the "Government") in connection with the Government's civil forfeiture claims asserted in the case captioned *United States of America v. Real property commonly known as 600 Linkhorn Drive, Virginia Beach, VA 23451, et al.*, Civil Action No. 24-cv-1345 (MAD/DJS). However, the Government has not yet obtained a judgment in that matter, and the forfeiture of the Property is being actively contested by B and R Acquisition Partners, LLC ("B&R"), a creditor of the Debtor. B&R obtained a judgment lien against the property on or around February 28, 2024 (the "B&R Lien"). The Trustee fully reserves any and all claims and rights with respect to the B&R Lien including any claim to avoid or challenge the lien, or seek a money judgment on account of B&R obtaining the B&R Lien, including those claims that the B&R Lien or the value thereof is: (i) void or voidable because it was created in violation of the District Court's grant of exclusive control over the Property to a federal equity receiver (see *Compass-Charlotte 1031, LLC v. Prime Capital Ventures, LLC, et al.*, Case No. 24-cv-55 (MAD/CFH) (N.D.N.Y. Jan. 2024), Dkt. No. 8 at pp. 2-3 (Jan. 12, 2024), Dkt. No. 56 at p. 22 (Jan. 24, 2024), and (ii) avoidable as an actual fraudulent transfer pursuant to 11 U.S.C. § 548(a)(1)(A), and/or N.Y. Debt. & Cred. L. § 273(a)(1), and/or Va. Code § 55.1-400 (collectively, the "Lien Challenge Claims"). The Trustee intends to pursue such Lien Challenge Claims in the event that: (a) the Government is not successful in obtaining a

judgment of forfeiture with respect to the Property; or (b) the Government's forfeiture claim is unresolved at the time of expiration of the statute of limitations with respect to any Lien Challenge Claims and the parties have not agreed to toll the time to bring Lien Challenge Claims.

**Party the Property is Being Abandoned to:** The Government.

**PLEASE TAKE FURTHER NOTICE** that the abandonment of the Property shall not constitute an abandonment of any other assets, claims, or rights of the Debtor's estate, including any Lien Challenge Claims.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to 11 U.S.C. § 554(a), objections or responses, if any, to the proposed abandonment of the Property, must conform to the Federal Rules of Bankruptcy Procedure and the Local Bankruptcy Rules for the Northern District of New York and be served upon the following parties: (i) Yann Geron, Chapter 11 Trustee, c/o Geron Legal Advisors LLC, 370 Lexington Avenue, Suite 1208, New York, New York 10017; (ii) United States Trustee for the Northern District of New York, 11A Clinton Avenue, Room 620, Albany, New York 12207, Attn: Lisa M. Penpraze, Assistant United States Trustee; and (iii) those persons who have formally appeared and requested service in this case pursuant to Rule 2002 of the Federal 2 Rules of Bankruptcy Procedure, so as to be received no later than **12:00 noon (ET) on February 13, 2026** (the "Objection Date"). Unless timely objections are filed by the Objection Date, the abandonment Property will be deemed effective as of the filing date, without the need for any hearing or further order of the Court.

**PLEASE TAKE FURTHER NOTICE** that, if objections are received, a hearing on the intended abandonment of the Property will be scheduled before the Honorable Patrick G. Radel, at a date and time to be set by the Court, and upon such additional notice as the Court may direct.

Dated:  New York, New York
January 30, 2026

*/s/ Yann Geron*
Yann Geron, Chapter 11 Trustee of the Estate of Prime Capital Ventures, LLC
c/o Geron Legal Advisors LLC
370 Lexington Avenue, Suite 1208
New York, New York 10017
(646) 560-3224
ygeron@geronlegaladvisors.com