**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF NEW YORK**

---

In re:

PRIME CAPITAL VENTURES, LLC,                Case No. 24-11029-PGR
                                            Chapter 11

                    Debtor.

---

**NOTICE OF (I) ENTRY OF AN ORDER CONFIRMING TRUSTEE'S PLAN
OF LIQUIDATION PURSUANT TO CHAPTER 11 OF THE BANKRUPTCY CODE;
(II) OCCURRENCE OF EFFECTIVE DATE; (III) ADMINISTRATIVE
EXPENSE CLAIM BAR DATE; AND (IV) REJECTION DAMAGES BAR DATE**

TO ALL CREDITORS, AND PARTIES IN INTEREST OF THE ABOVE DEBTOR, PLEASE TAKE NOTICE OF THE FOLLOWING:

Confirmation of the Plan.  On February 11, 2026 (the "Confirmation Date"), the United States Bankruptcy Court for the Northern District of New York (the "Bankruptcy Court") entered its *Findings of Fact, Conclusions of Law, and Order (I) Pursuant to 11 U.S.C. § 1125 Approving Adequacy of Disclosure Statement for Trustee's Plan of Liquidation Pursuant to Chapter 11 of the Bankruptcy Code, as Modified and (II) Pursuant to 11 U.S.C. § 1129 and Fed. R. Bankr. P. 3020 Confirming Trustee's Plan of Liquidation Pursuant to Chapter 11 of the Bankruptcy Code* [Docket No. 401] (the "Confirmation Order").  Unless otherwise defined herein, capitalized terms used herein shall have the meanings ascribed to them in the Plan or the Confirmation Order, as applicable.  The Plan, the Disclosure Statement and the Confirmation Order may be viewed at (i) the Office of the Clerk, United States Bankruptcy Court for the Northern District of New York, and (ii) the Bankruptcy Court's website www.nynb.uscourts.gov  (a PACER account is required).  Copies are also available upon request to the undersigned special litigation counsel to the Trustee.

Effective Date.  Pursuant to the Confirmation Order, the Trustee[1] hereby certifies and gives notice that the Plan became effective in accordance with its terms, and the Effective Date occurred on February 26, 2026 (the "Effective Date").

Bar Date for Administrative Expense Claims. Pursuant to section 5.9 of the Plan, any person asserting an Administrative Expense Claim must file and serve an Administrative Expense Claim on or before March 30, 2026.  Persons asserting an Administrative Expense Claim that fail to file an Administrative Expense Claim on or before March 30, 2026, shall be forever barred for asserting any such right to payment as against the Debtor, the Estate, the Trustee, the Post-Confirmation Estate, the Roglieri Trustee, the Successor Roglieri Trustee, the Plan Administrator, or the Oversight Committee.

---

[1] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Plan.

<u>Bar Date for Rejection Damages</u>.  Pursuant to section 6.2 of the Plan, except as expressly provided in the Plan, all executory contracts and unexpired leases not previously assumed are rejected as of the Effective Date.  All claims arising from the rejection of an executory contract must be filed no later than March 30, 2026.  Persons asserting a claim for rejection damages that fail to file a claim for rejection damages on or before March 30, 2026, shall be forever barred for asserting any such right to payment as against the Debtor, the Estate, the Trustee, the Post-Confirmation Estate, the Roglieri Trustee, the Successor Roglieri Trustee, the Plan Administrator, or the Oversight Committee.

Dated: New York, New York
February 26, 2026

**KLESTADT WINTERS JURELLER SOUTHARD & STEVENS, LLP**

By: */s/ Fred Stevens*
Fred Stevens
Lauren C. Kiss
200 West 41st Street, 17th Floor
New York, New York 10036
Tel: (212) 972-3000
Fax: (212) 972-2245
Email: fstevens@klestadt.com
lkiss@klestadt.com

*Special Litigation Counsel to Yann Geron, Chapter 11 Trustee of Prime Capital Ventures, LLC*