**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF NEW YORK**

In re:

PRIME CAPITAL VENTURES, LLC,　　　　　　　　Case No. 24-11029-PGR
　　　　　　　　　　　　　　　　　　　　　　　　Chapter 11

　　　　　　　　　　　　　Debtor.

**NOTICE OF (I) ENTRY OF AN ORDER CONFIRMING
TRUSTEE'S PLAN OF LIQUIDATION PURSUANT TO CHAPTER
11 OF THE BANKRUPTCY CODE; (II) OCCURRENCE OF
EFFECTIVE DATE; AND (III) FEE APPLICATION DEADLINE**

TO ALL PARTIES SEEKING PAYMENT OF PROFESSIONAL FEE CLAIMS OR RECEIVER PROFESSIONAL FEE CLAIMS:

　　　Confirmation of the Plan. On February 11, 2026 (the "Confirmation Date"), the United States Bankruptcy Court for the Northern District of New York (the "Bankruptcy Court") entered its *Findings of Fact, Conclusions of Law, and Order (I) Pursuant to 11 U.S.C. § 1125 Approving Adequacy of Disclosure Statement for Trustee's Plan of Liquidation Pursuant to Chapter 11 of the Bankruptcy Code, as Modified and (II) Pursuant to 11 U.S.C. § 1129 and Fed. R. Bankr. P. 3020 Confirming Trustee's Plan of Liquidation Pursuant to Chapter 11 of the Bankruptcy Code* [Docket No. 401] (the "Confirmation Order"). Unless otherwise defined herein, capitalized terms used herein shall have the meanings ascribed to them in the Plan or the Confirmation Order, as applicable. The Plan, the Disclosure Statement and the Confirmation Order may be viewed at (i) the Office of the Clerk, United States Bankruptcy Court for the Northern District of New York, and (ii) the Bankruptcy Court's website www.nynb.uscourts.gov  (a PACER account is required). Copies are also available upon request to the undersigned counsel to the Plan Administrator.

　　　Effective Date. Pursuant to the Confirmation Order, the Plan Administrator[1] hereby certifies and gives notice that the Plan became effective in accordance with its terms, and the Effective Date occurred on February 26, 2026 (the "Effective Date").

　　　　　　　　　　　　　　　　*[Continued on Next Page]*

---

[1] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Plan.

   <u>Fee Application Deadline</u>.  All parties seeking payment of Professional Fee Claims arising prior to the Effective Date, or Receiver Professional Fee Claims, must file with the Bankruptcy Court a final application and/or an application for payment of reasonable fees and expenses on or before April 6, 2026.  Any Professional or Receiver Professional failing to file and serve such application on or before April 6, 2026 shall be forever barred from asserting any such right to payment against the Debtor, its Estate, the Plan Administrator, the Post-Confirmation Estate, or the Oversight Committee.

Dated: New York, New York
    March 6, 2026

               **KLESTADT WINTERS JURELLER**
               **SOUTHARD & STEVENS, LLP**

            By: */s/ Lauren C. Kiss*
              Fred Stevens
              Lauren C. Kiss
              200 West 41st Street, 17th Floor
              New York, New York 10036
              Tel: (212) 972-3000
              Fax: (212) 972-2245
              Email: fstevens@klestadt.com
                 lkiss@klestadt.com

              *Counsel to Yann Geron, Plan Administrator*