**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF NEW YORK**

In re:

PRIME CAPITAL VENTURES, LLC,                Case No. 24-11029-PGR
                                            Chapter 11

                              Debtor.

### SUMMARY OF FIRST AND FINAL APPLICATION OF KLESTADT WINTERS JURELLER SOUTHARD & STEVENS, LLP, SPECIAL LITIGATION COUNSEL TO THE CHAPTER 11 TRUSTEE, FOR ALLOWANCE OF <u>COMPENSATION AND REIMBURSEMENT OF DISBURSEMENTS</u>

Name of Applicant:                          Klestadt Winters Jureller Southard
                                            & Stevens, LLP

Role in This Case:                          Special Litigation Counsel to Chapter 11
                                            Trustee

Effective Date of Retention:                June 6, 2025

Period for Which Compensation
and Reimbursement is Sought:                June 6, 2025 through February 25, 2026

Compensation Sought as Actual,
Reasonable and Necessary for
Application Period:                         $366,753.25

Amount of Compensation Previously
Approved for Payment During
Application Period:                         $0.00

Amount of Compensation Previously
Paid to Applicant on Account of
Application Period:                         $0.00

Reimbursement of Expenses Sought
as Actual, Reasonable and Necessary
during Application Period:                  $7,451.93

Amount of Expense Reimbursement
Previously Approved for Payment
during Application Period:                  $0.00

Amount of Expense Reimbursement
Previously Paid to Applicant
During Application Period:                              $0.00

Number of Hours of Work Performed          528.90
During Application Period:

This is an: _☐ interim _☒ final application

ii

**Fees by Professional**

| Name | Position/Experience | Hourly Rates | | Total Hours | Total Compensation |
|---|---|---|---|---|---|
| Fred N. Stevens | Partner; admitted in 2000. | 2025<br>2026 | $875<br>$895 | 173.20<br>49.10 | $145,775.00<br>$41,662.25 |
| Brendan M. Scott | Partner; admitted in 2006 | 2025 | $795 | 2.50 | $1,987.50 |
| Lauren C. Kiss | Partner; admitted in 2012. | 2025<br>2026 | $750<br>$795 | 62.60<br>77.40 | $46,950.00<br>$54,298.50 |
| Christopher Reilly | Associate; admitted in 2015. | 2026 | $625 | 2.60 | $1,625.00 |
| Kevin Collins | Associate; admitted in 2025. | 2025<br>2026 | $495<br>$525 | 109.60<br>22.00 | $54,252.00<br>$11,392.50 |
| Dovid Feldman | Summer Associate | 2026 | $395 | 2.70 | $1,066.50 |
| Kristen Strine | Paralegal. | 2025<br>2026 | $275<br>$295 | 7.80<br>5.60 | $2,145.00<br>$1,652.00 |
| Lily Nevins-Perle | Paralegal. | 2025<br>2026 | $275<br>$295 | 6.20<br>7.60 | $1,705.00<br>$2,242.00 |
| **Total** | **Blended Hourly Rate: $693.43** | | | **528.90** | **$366,753.25** |

**Fees by Project Category**

| Activity | Hours | Fees |
|---|---|---|
| Asset Analysis and Recovery | 250.90 | $166,108.25 |
| Asset Disposition | 2.50 | $2,186.50 |
| Case Administration | 47.20 | $31,663.25 |
| Claims Administration and Objections | 35.10 | $25,564.00 |
| Fee/Employment Applications | 14.10 | $6,584.00 |
| Fee/Employment Objections | 2.10 | $1,829.50 |
| Litigation | 61.70 | $51,399.50 |
| Plan and Disclosure Statement | 115.30 | $81,418.25 |
| **Total** | **528.90** | **$366,753.25** |

**Expense Summary**

| Disbursement | Amount |
|---|---|
| Federal Express | $1,204.27 |
| Hotel Fees | $1,186.14 |
| Lexis Nexis | $792.23 |
| Mailings | $455.39 |
| Mileage | $275.50 |
| PACER | $220.60 |
| Parking | $9.00 |
| Photocopy | $1,079.10 |
| Postage | $913.07 |
| Title Search | $65.31 |
| Taxi | $39.10 |
| Tolls | $56.22 |
| Trains | $937.00 |
| Transcript | $219.00 |
| **Total Disbursements** | **$7,451.93** |

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF NEW YORK**

In re:

PRIME CAPITAL VENTURES, LLC,                        Case No. 24-11029-PGR
                                                    Chapter 11

                             Debtor.

**FIRST AND FINAL APPLICATION OF KLESTADT
WINTERS JURELLER SOUTHARD & STEVENS, LLP, SPECIAL LITIGATION
COUNSEL TO THE CHAPTER 11 TRUSTEE, FOR ALLOWANCE OF
<u>COMPENSATION AND REIMBURSEMENT OF DISBURSEMENTS</u>**

**TO THE HONORABLE PATRICK G. RADEL,**
**UNITED STATES BANKRUPTCY JUDGE:**

Klestadt Winters Jureller Southard & Stevens, LLP ("<u>KWJS&S</u>" or "<u>Applicant</u>"), special

litigation counsel to Yann Geron (the "<u>Trustee</u>"), the chapter 11 trustee of the estate of Prime Capital

Ventures, LLC (the "<u>Debtor</u>"), the above-captioned debtor, respectfully submits this application (the

"<u>Application</u>") for allowance and payment of compensation for professional services rendered to the

Trustee and reimbursement of disbursements advanced in connection with KWJS&S's

representation of the Trustee in the Debtor's chapter 11 bankruptcy case during the period from June

6, 2025 through February 25, 2026 (the "<u>Application Period</u>"), and in support of its Application,

respectfully represents as follows:

**<u>PRELIMINARY STATEMENT</u>**

The Debtor was created by its Principal, Kris Roglieri ("<u>Roglieri</u>"), in December 2021 as "a

fund specifically designed to provide capital for large development, commercial development and

commercial real estate transactions from $50 "million to more than $1 billion."[1]  The Debtor

advertised that it would offer non-recourse lines of credit with rates at 4 to 6% with interest-only

1

payments but would require borrowers to provide 20% cash upfront based on the total project cost (the "Borrower Prepayments").  The Borrower Prepayments would be held by the Debtor "'as prepaid interest throughout the term of the loan.'"[2]  The Debtor obtained millions of dollars in Borrower Prepayments from multiple companies throughout the country which in most cases, upon information and belief, were used by the Debtor and Roglieri before the loans were closed and funded.[3]

On May 28, 2024, a criminal complaint was filed by the United States of America (the "Government") against Roglieri commencing Case No. 24-cr-00392 (MAD) (N.D.N.Y.) (the "Criminal Case"), wherein Roglieri is charged with five counts of wire fraud in violation of 18 U.S.C. § 1343, and for forfeiture of assets pursuant to 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c).[4]  In the Criminal Case, the Government alleges, among other things, that Roglieri and others used the Debtor to operate a fraud and money laundering scheme.[5]  Roglieri was arrested on May 31, 2024[6] and has been incarcerated since his arrest.[7]  On November 13, 2025, Roglieri pled guilty pursuant to a plea agreement to conspiracy to commit wire fraud and his sentencing is currently scheduled for April 3, 2026.

Prior to the appointment of the Trustee, KWJS&S represented the Debtor and performed substantial work in connection with the significant investigation that needed to be undertaken in the chapter 11 case.  KWJS&S continued its investigation as counsel to the Trustee.

---

1 *See* Petitioning Creditors' Motion for a Trustee, Case No. 23-11302, Dkt. No. 4, ¶¶ 22-23 (Dec. 19, 2023) (quoting May 2, 2022, marketing in DealMaker Magazine).
2 Id., ¶26.
3 Id., ¶37.
4 Criminal Case, Dkt. No. 1 and Indictment at Dkt. No. 35 (Sept. 19, 2024).
5 Criminal Case, Dkt. No. 1, ¶4.
6 Id. at Dkt. No. 12.
7 Id. at Dkt. No. 32 (Aug. 5, 2024).

2

As set forth herein, KWJS&S's efforts throughout the case contributed significantly to the Trustee's ability to confirm the Plan.  By this Application, KWJS&S seeks entry of an order awarding KWJS&S attorneys' fees in the amount of $366,753.25, along with reimbursement of disbursements and expenses in the amount of $7,451.93 and authorizing the Plan Administrator to pay such amounts to KWJS&S.

## JURISDICTION AND VENUE

1.     This Court has jurisdiction over this Application pursuant to 28 U.S.C. §§ 157 and 1334.  Venue of this case is proper in this district pursuant to 28 U.S.C. §§ 1408 and 1409.  The statutory predicates for the relief sought herein are section 330 of title 11 of the United States Code (the "Bankruptcy Code"), rule 2016 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), and rule 2016-1 of the Local Bankruptcy Rules for the Northern District of New York (the "Local Rules").

## INTRODUCTION

2.     On September 16, 2024 (the "Petition Date"), the Debtor filed a voluntary petition for relief under chapter 11 of the Bankruptcy Code in the United States Bankruptcy Court for the Northern District of New York (the "Bankruptcy Court") [Docket No. 1]

3.     Information regarding the Debtor is set forth in the *Local Bankruptcy Rule 2015 Affirmation* [Docket No. 6].

4.     On June 5, 2025, the Court entered an order directing the U.S. Trustee to appoint a trustee pursuant to section 1104 of the Bankruptcy Code [Docket No. 282], and the U.S. Trustee appointed Yann Geron as the Trustee [Docket No. 283].

5.     On June 10, 2025, the Court entered an order approving the appointment of Yann Geron as the Trustee [Docket No. 287].

3

**<u>PROFESSIONAL FEE MATTERS</u>**

6.     On June 16, 2025, the Trustee filed an application to retain KWJS&S as its special litigation counsel, which application was approved by order dated January 26, 2026 (the "<u>Retention Order</u>") [Docket No. 383].  A copy of the Retention Order is annexed hereto as **<u>Exhibit A</u>**.  Pursuant to the Retention Order, subject to Court approval, KWJS&S is entitled to receive compensation on an hourly basis, plus reimbursement of actual and necessary expenses incurred by KWJS&S.

7.     By this Application, KWJS&S respectfully seeks an order of this Court, pursuant to Bankruptcy Code section 330, (a) allowing KWJS&S the sum of (i) $366,753.25 as compensation for services rendered during the Application Period, and (ii) $7,451.93 as reimbursement for expenses incurred during the Application Period, and (b) authorizing and directing the Plan Administrator to pay KWJS&S the allowed amounts.

8.     All services performed and expenses incurred by KWJS&S for which compensation and reimbursement are requested were performed or incurred for and on behalf of the Trustee, were necessary, and were beneficial to the Debtor's estate.

9.     Pursuant to Local Rule 2016-1(b)(7), the Plan Administrator does not currently have sufficient funds to pay the amounts sought by KWJS&S herein, as well as the amounts sought by the Debtor's professionals, Trustee's other professionals, Trustee's commissions and other administrative expense claims, including the allowed substantial contribution claim of Compass-Charlotte 1031, LLC ("<u>Compass Charlotte</u>").  It is KWJS&S's understanding that approved professional fees and expenses and other approved administrative expense claims will be paid on a *pro rata* basis from funds in the estate and litigation recoveries until paid in full.

10.     Pursuant to the United States Trustee Guidelines For Reviewing Applications For Compensation And Reimbursement Of Expenses Filed Under 11 U.S.C. § 330, dated January 30,

1996 (the "U.S. Trustee Guidelines"), KWJS&S has segregated its time entries during the Application Period into the following project categories, which correspond to the major tasks undertaken by KWJS&S during the same period:

A.     Asset Analysis and Recovery
B.     Asset Disposition
C.     Case Administration
D.     Claims Administration and Objections
E.     Fee/Employment Applications
F.     Fee/Employment Objections
G.     Litigation
H.     Plan and Disclosure Statement

11.     In this section of the Application, KWJS&S summarizes the services performed during the Application Period by project category.

**A.     Asset Analysis and Recovery**

12.     The "Asset Analysis and Recovery" project category includes work advising the Trustee on preserving estate assets and maximizing recovery for creditors by, among other things, investigating the Debtor's financial affairs.

13.     A significant amount of time during the Application Period was spent continuing to investigate third parties to determine what, if any, assets of and transfers made by the Debtor may be recoverable for the benefit of the Debtor's creditors.

14.     In connection therewith, KWJS&S, as counsel to the Trustee, issued over twenty-five (25) subpoenas *duces tecum* as authorized by orders of the Bankruptcy Court and the Trustee has amassed a significant database of documents deposited into a Driven/Relativity searchable database for use in connection with the investigation and prospective litigation and recovery effort.  KWJS&S spent a significant amount of time analyzing the documents received in response to the subpoenas.

15.     A total of 250.90 hours amounting to $166,108.25 in fees were incurred by KWJS&S in connection with this project category during the Application Period.

5

**B.     Asset Disposition**

16.     The "Asset Disposition" project category includes time charges by KWJS&S in assisting the Trustee in formulating and implementing a strategy to sell the Debtor's assets, which consisted of, among other things, a certain watch and automobiles.

17.     A total of 2.50 hours amounting to $2,186.50 in fees were incurred by KWJS&S in connection with the Asset Disposition project category during the Application Period.

**C.     Case Administration**

18.     The "Case Administration" project category includes time charges by KWJS&S in relation to time spent concerning the operation and administration of the chapter 11 case. KWJS&S has been responsible for monitoring the chapter 11 case on a daily basis and advising the Trustee with respect to the administration of the chapter 11 case.

19.     Throughout the Application Period, KWJS&S maintained frequent communication with the Trustee, the U.S. Trustee and several other parties-in-interest, responding to inquiries and providing relevant information as requested by the parties.  KWJS&S endeavored to maintain a constructive dialogue with each of these key constituencies.  Toward that end, KWJS&S held internal meetings to discuss the status of the chapter 11 case throughout the Application Period.

20.     In addition, KWJS&S filed numerous pleadings with the Court and prepared for court hearings, including drafting and submitting agendas and proposed orders.  KWJS&S worked diligently to ensure proper service of all the pleadings.  Prior to the court hearings, KWJS&S conferred with other parties to prepare for the hearings.

21.     A total of 47.20 hours amounting to $31,663.25 in fees were incurred by KWJS&S in connection with the Case Administration project category during the Application Period.

6

**D.     Claims Administration and Objections**

22.     The "Claims Administration and Objections" project category includes time charges by KWJS&S in relation to the review of various claims filed or asserted by parties in interest in the chapter 11 case, including the substantial contribution claim asserted by Compass Charlotte.  During the Application Period, KWJS&S negotiated a stipulation with Compass Charlotte which, among other things, fixed its substantial contribution claim and reduced and allowed its general unsecured claim, subject to Court approval.

23.     After learning that one of the creditors was not served at the appropriate notice address with the bar date notice, KWJS&S finalized a stipulation and motion seeking to allow its late filed claim as timely filed and obtained Court approval of the stipulation.

24.     A total of 35.10 hours amounting to $25,564.00 in fees were incurred by KWJS&S in connection with the Case Administration project category during the Application Period.

**E.     Fee/Employment Applications**

25.     The "Fee/Employment Application" project category includes time charges by KWJS&S related to the retention of KWJS&S, as special litigation counsel to the Trustee, and KWJS&S's preparation of its fee application as counsel to the Debtor.

26.     A total of 14.10 hours amounting to $6,584.00 in fees were incurred by KWJS&S in connection with this project category during the Application Period.

**F.     Fee/Employment Objections**

27.     The services provided to the Trustee by KWJS&S and billed under the project category entitled "Fee/Employment Objections" relate to KWJS&S's work in connection with the fee application filed by Hogan Lovells (US) LLP ("Hogan"), which included continued discussions with counsel to Hogan in an attempt to resolve the Trustee's objections to Hogan's fee application.

7

28.     A total of 2.10 hours amounting to $1,829.50 in fees were incurred by KWJS&S in connection with this project category during the Application Period.

### G.     Litigation

29.     The "Litigation" project category includes time charges by KWJS&S in relation to litigation focused services offered to the Trustee during the Application Period.

30.     Among other things, KWJS&S negotiated a resolution with ER Tennessee LLC ("ER Tennessee") which was approved by the Bankruptcy Court which stipulation, among other things, divided certain funds in the Debtor's estate between ER Tennessee and the Debtor's estate, fixed and allowed ER Tennessee's allowed general unsecured claim, and transferred to the estate ER Tennessee's third-party claims, if any, against Prime's former attorneys, auditors, or other professionals, and any financial institutions used by Prime or its management, for aiding and abetting Prime and its management in the conduct of their fraudulent scheme.

31.     A total of 61.70 hours amounting to $51,399.50 in fees were incurred by KWJS&S in connection with this project category during the Application Period.

### H.     Plan and Disclosure Statement

32.     The "Plan and Disclosure" project category includes time charges by KWJS&S in relation to the Plan and related disclosure statement.

33.     During the Application Period, KWJS&S discussed plan strategy and treatment and classification of claims with the Trustee and drafted the Trustee's plan [Docket No. 365-1] and accompanying Disclosure Statement for the Trustee's Plan of Liquidation Pursuant to Chapter 11 of the Bankruptcy Code [Docket No. 365].

34.     The Plan proposed by KWJS&S represented the culmination of substantial efforts by KWJS&S to propose a fair and equitable resolution of the financial and legal issues presented in the

8

chapter 11 case, which efforts resulted in a plan that maximized value for the Debtor's creditors. KWJS&S resolved all objections to the Plan and the Court confirmed the Plan by order entered on February 11, 2026 [Docket No. 401] and the effective date occurred on February 26, 2026 [Docket No. 407].

35.    As part of the plan process, KWJS&S conducted significant research regarding the Ponzi presumption and the necessary proofs to obtain such a finding.

36.    A total of 115.30 hours amounting to $81,418.25 in fees were incurred by KWJS&S in connection with this project category during the Application Period.

**TIME AND DISBURSEMENT RECORDS AND STAFFING**

37.    The persons at KWJS&S that assisted the Trustee on the above matters during the Application Period are as follows:

a.    Fred Stevens is an equity partner at KWJS&S.  Mr. Stevens is a graduate of St. John's University School of Law and was admitted to practice before this Court in 2000. Mr. Stevens' rates of $875 per hour in 2025 and $895 in 2026 are reasonable and such rates were Mr. Stevens' normal and customary rates during the Application Period.

b.    Brendan M. Scott is a partner employed with KWJS&S.  Mr. Scott is a graduate of University of Pittsburgh School of Law and was admitted to practice before this Court in 2006.  Mr. Scott's rate of $795 during 2025 was reasonable, and such rate was Mr. Scott's normal and customary rate during the Application Period.

c.    Lauren C. Kiss is a partner employed by KWJS&S.  Ms. Kiss is a graduate of St. John's University School of Law and was admitted to practice before this Court in 2012. Ms. Kiss' rates of $750 per hour in 2025 and $795 in 2026 are reasonable and such rates were Ms. Kiss' normal and customary rates during the Application Period.

d. Christopher Reilly is an associate employed by KWJS&S. Mr. Reilly is a graduate of New York Law School and was admitted to practice before this Court in 2015. Mr. Reilly's rate of $625 per hour in 2026 is reasonable and such rate was Mr. Reilly's normal and customary rate during the Application Period.

e. Kevin Collins is an associate employed by KWJS&S. Mr. Collins is a graduate of Boston College School of Law and was admitted to practice before this Court in 2025. Mr. Collins' rates of $495 per hour in 2025 and $525 in 2026 are reasonable and such rates were Mr. Collins' normal and customary rate during the Application Period.

f. Kristen Strine is a bankruptcy paralegal employed by KWJS&S. Ms. Strine's rates of $275 per hour in 2025 and $295 in 2026 are reasonable and such rates were Ms. Strine's normal and customary rates during the Application Period.

g. Lily Nevins-Perle is a bankruptcy paralegal employed by KWJS&S. Ms. Nevins-Perle rates of $275 per hour in 2025 and $295 in 2026 are reasonable and such rates were Ms. Nevins-Perle's normal and customary rates during the Application Period.

38. The total fee for the services rendered in connection with representing the Trustee during the Application Period is $366,753.25, based upon a total of 528.90 hours. The blended hourly rate for all attorney services provided during the Application Period is $717.32 and $693.43 (including all time).

## LEGAL AUTHORITY FOR REQUESTED COMPENSATION

39. Section 330(a)(1) of the Bankruptcy Code provides that a bankruptcy court may award "reasonable compensation for actual, necessary services rendered by the trustee, examiner, ombudsman, professional person, or attorney and by any paraprofessional person employed by any such person; and …reimbursement of actual, necessary expenses." See 11 U.S.C. §330(a)(1).

10

40.     When determining reasonable compensation for professionals, courts utilize the standards found within section 330 of the Bankruptcy Code. Section 330, and specifically subsection (a)(3), which was amended in 1994 to codify the factors historically relied upon by courts found in Johnson v. Georgia Highway Express, 488 F.2d 714 (5th Cir. 1977) and Am. Benefit Life Ins. Co. v. Baddock (In re First Colonial Corp.), 544 F.2d 1291, 1294 (5th Cir. 1977).

41.     Under section 330(a)(3), the court is provided with latitude to consider "all relevant factors," with express enumeration of the following criteria:

    i.     the time spent on such services;

    ii.    the rates charged for such services;

    iii.   whether the services were necessary to the administration of, or beneficial at the time at which the services were rendered toward the completion of, a case under this title;

    iv.   whether the services were performed within a reasonable amount of time commensurate with the complexity, importance, and nature of the problem, issue, or task addressed;

    v.    with respect to a professional person, whether the person is board certified or otherwise has demonstrated skill and experience in the bankruptcy field; and

    vi.   whether the compensation is reasonable based on the customary compensation charged by comparably skilled practitioners in cases other than cases under this title.

11 U.S.C. §330(a)(3).

42.     Courts in the Second Circuit have employed the "lodestar approach" for calculating judicial awards of compensation to attorneys. Developed by the Third Circuit in Lindy Bros. Builders Inc. v. American Radiator and Standard Sanitary Corp., 487 F.2d 161 (3d Cir. 1973), the "lodestar approach" involves multiplying the hours spent on a case, based on attorney time records, by a reasonable hourly rate of compensation for each attorney based on those normally charged for similar work by attorneys of comparable skill and experience, Arbor Hill Concerned Citizens

11

Neighborhood Ass'n v. Cty of Albany, 522 F.3d 182, 186 (2d Cir. N.Y. 2007); Savoie v. Merchants Bank, 166 F.3d 456, 460 (2d Cir. 1999); Detroit v. Grinnell Corp., 560 F.2d 1093, 1098 (2d Cir. N.Y. 1977). The resulting "lodestar" figure is presumed reasonable.  Arbor Hill, 522 F.3d at 189; Madison Realty Capital, L.P. v. Morris, 2009 U.S. Dist. LEXIS 129175, at *22 (S.D.N.Y. June 25, 2009) (citing Arbor Hill)

43.     Once calculated, the lodestar amount may be adjusted upward or downward to take into account the facts of the particular case. See, Savoie v. Merchants Bank, 166 F.3d at 460. Factors reflecting the litigation risk, complexity of the issues, contingent nature of the engagement, skill of the attorneys, and other factors may thereafter be employed to arrive at a reasonable and just compensation in excess of the lodestar figure. Savoie v. Merchants Bank, 166 F.3d at 460; In re Flag Telecom Holdings, 2010 U.S. Dist. LEXIS 119702, at *69 (S.D.N.Y. Nov. 5, 2010).

44.     Applicant respectfully submits that the services rendered during the Application Period for which Applicant seeks compensation clearly satisfy the requisite standards of reasonableness including, inter alia, the following:  the time and labor required; the novelty and difficulty of the questions and matters resolved; the skill required to perform the services properly; the experience, reputation and ability of the attorney performing the services; the fees charged and fees awarded in similar cases; the time involved; the undesirability of the case; and the results obtained.  KWJS&S respectfully submits that application of the foregoing criteria more than justifies awarding payment in full of the compensation requested in this Application because the number of hours expended by and the hourly rates of KWJS&S are more than reasonable.

## DISBURSEMENTS

45.     KWJS&S has incurred reasonable and necessary out-of-pocket disbursements in connection with its representation of the Trustee during the Application Period.  KWJS&S has

expended a total of $7,451.93 in actual disbursements on behalf of the Trustee during that period, as set forth in greater detail on **Exhibit C** attached hereto.  The requested disbursements are customarily charged to and paid by KWJS&S's clients.

### A.      Photocopy Expenses

46.      During the Application Period, KWJS&S incurred $1,079.10 in disbursements for photocopies on behalf of the Trustee.  The Trustee was charged $.10 per photocopy for all photocopies made by KWJS&S.  KWJS&S hereby certifies that this entire amount of $1,079.10 was incurred on behalf of the Trustee in connection with furnishing copies of documents at the request of parties in interest or as required by the Bankruptcy Code, the Bankruptcy Rules or the Local Rules.

47.      Accordingly, KWJS&S respectfully requests reimbursement for photocopying expenses incurred during the Application Period in the amount of $1,079.10.

### B.      LexisNexis and Westlaw Legal Research

48.      During the Application Period, KWJS&S incurred $792.23 in LexisNexis charges for legal research.  KWJS&S hereby certifies that KWJS&S incurred $792.23 in fees from LexisNexis.  Accordingly, KWJS&S respectfully requests reimbursement for LexisNexis charges incurred during the Application Period in the amount of $792.23.

### C.      Travel

49.      KWJS&S also incurred out-of-pocket expenses for travel in the chapter 11 case during the Application Period in the sum of $2,502.96.  The travel expenses include hotel fees (totaling $1,186.14), train fees (totaling $937.00) taxi fees (totaling $39.10), tolls (totaling $56.22), parking fees (totaling $9.00) and mileage (totaling $275.50), which were incurred for the hearings at the Bankruptcy Court in Albany, New York on June 18, 2025, August 27, 2025, October 30, 2025,

and February 10, 2026. KWJS&S's travel expenses are included on **Exhibit C** annexed hereto and made a part hereof.

50.  Accordingly, KWJS&S respectfully requests reimbursement for travel expenses incurred during the Application Period in the amount of $2,502.96.

**D.  Additional Expenses**

51.  KWJS&S incurred additional expenses during the Application Period for Federal Express ($1,204.27), postage ($913.07), mailings ($455.39), PACER charges ($220.60), title report (totaling $65.31), and transcription costs ($219.00). These expenses, totaling $3,077.64, were incurred in connection with providing necessary services for the benefit of the Trustee.

52.  Accordingly, KWJS&S respectfully requests reimbursement of these additional expenses in the total amount of $3,077.64.

53.  Based on the foregoing, KWJS&S requests entry of an order allowing reimbursement of KWJS&S's disbursements in the total sum of $7,451.93.

**DECLARATION PURSUANT TO BANKRUPTCY RULE 2016**

54.  No agreement or understanding exists between the Trustee and any other person, or KWJS&S and any other person, for a division of compensation received or to be received for services rendered in or in connection with this case.

55.  No agreement or understanding prohibited by 18 U.S.C. §155 has been or will be made by KWJS&S. The services were performed for and on behalf of the Trustee.

**CERTIFICATION**

56.  Attached hereto as **Exhibit D** is the certification of Fred Stevens.

57.  Attached hereto as **Exhibit E** is the certification Yann Geron in accordance with Local Rule 2016-1(d).

14

**WHEREFORE**, KWJS&S respectfully requests that this Court enter an order (a) allowing KWJS&S the sum of (i) $366,753.25 as compensation for services rendered during the Application Period, and (ii) $7,451.93 as reimbursement for expenses incurred during the Application Period, (b) authorizing and directing the Plan Administrator to pay KWJS&S the allowed amounts allowed and (c) granting KWJS&S such other and further relief as the Court deems just and appropriate.

Dated:   New York, New York
         April 3, 2026

**KLESTADT WINTERS JURELLER**
**SOUTHARD & STEVENS, LLP**


By:   */s/ Fred Stevens*
      Fred Stevens
      Lauren C. Kiss
      200 West 41st St., 17th Floor
      New York, New York 10036
      Tel: (212) 972-3000
      Fax: (212) 972-2245
      Email: fstevens@klestadt.com
             lkiss@klestadt.com

      *Special Litigation Counsel to Yann Geron,*
      *Chapter 11 Trustee of Prime Capital*
      *Ventures, LLC*

15

# <u>Exhibit A</u>

So Ordered.

Signed this 26 day of January, 2026.



_____

Patrick G. Radel
United States Bankruptcy Judge

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF NEW YORK**

In re:

PRIME CAPITAL VENTURES, LLC,           Case No. 24-11029-PGR
                                        Chapter 11

                          Debtor.

**ORDER AUTHORIZING THE RETENTION OF KLESTADT WINTERS
JURELLER SOUTHARD & STEVENS, LLP AS SPECIAL LITIGATION
COUNSEL TO THE CHAPTER 11 TRUSTEE EFFECTIVE AS OF JUNE 6, 2025**

Upon the application (the "Application")[1] of Yann Geron (the "Trustee"), the chapter 11

trustee of the estate of Prime Capital Ventures, LLC (the "Debtor"), the above-captioned debtor

in the above-referenced chapter 11 case (the "Bankruptcy Case"), for an order approving his

retention of Klestadt Winters Jureller Southard & Stevens, LLP ("KWJS&S") as his special

litigation counsel; and upon the declaration of Fred Stevens attached to the Application as

Exhibit B (the "Stevens Declaration"); and it appearing that KWJS&S represents no interest

---

[1] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the
Application.

1

adverse to the Trustee or the Debtor's estate, and that its employment is necessary and in the best interests of the estate; and for good and sufficient cause, it is hereby

**ORDERED**, that the retention of KWJS&S as the Trustee's special litigation counsel is hereby approved pursuant to section 327(e) of the Bankruptcy Code effective as of June 6, 2025; and it is further

**ORDERED**, that the compensation to be paid to KWJS&S shall be subject to the approval of this Court upon notice and a hearing pursuant to sections 330 and 331 of the Bankruptcy Code, the Federal Rules of Bankruptcy Procedure, the Local Bankruptcy Rules and such other procedures as may be fixed by order of this Court, for professional services rendered and expenses incurred by KWJS&S; and it is further

**ORDERED**, that the Court may retain jurisdiction to hear and determine all matters arising from the implementation of this Order; and it is further

**ORDERED**, that if there is any inconsistency between the terms of this Order, the Application, and the Stevens Declaration, the terms of this Order shall govern.

###

# **Exhibit B**

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement

## for

## Prime Capital Ventures - Receiver (Dribusch Trustee)

| Date | Professional | Matter ID/Client Sort<br>Matter Description<br>Narrative | Component | Hours | Units | Price | Value |
|---|---|---|---|---|---|---|---|
| **Matter Description (First Line): Asset Analysis and Recovery** | | | | | | | |
| 06/06/2025 | Stevens, Fred | 11537.002/ Prime Capital Ventures - Receiver (Dribusch Trustee)<br>Asset Analysis and Recovery<br>Reviewing Reign litigation documents re inconsistency in claims [.6].  Emails with Mr. Rubin and Ms. Watson re call re Reign [.2].  Email Mr. Nosek regarding production for Berone [.1].  Emails with Mr. Sporn, Roglieri criminal counsel [.1]. | Fees | 1.00 | 0.00 | 875.00 | 875.00 |
| 06/06/2025 | Collins, Kevin | 11537.002/ Prime Capital Ventures - Receiver (Dribusch Trustee)<br>Asset Analysis and Recovery<br>Organize and review over twenty-five document productions received pursuant to 2004 subpoenas [1.2]. | Fees | 1.20 | 0.00 | 495.00 | 594.00 |
| 06/08/2025 | Kiss, Lauren | 11537.002/ Prime Capital Ventures - Receiver (Dribusch Trustee)<br>Asset Analysis and Recovery<br>Reviewing letter from Chase in response to the subpoena. | Fees | 0.10 | 0.00 | 750.00 | 75.00 |
| 06/09/2025 | Collins, Kevin | 11537.002/ Prime Capital Ventures - Receiver (Dribusch Trustee)<br>Asset Analysis and Recovery<br>Review over twenty document productions received from targets of 2004 subpoenas [1]. | Fees | 1.00 | 0.00 | 495.00 | 495.00 |

client sort begins with 'prime' and date is >=6/6/25 and date is <=2/25/26

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement

## for

## Prime Capital Ventures - Receiver (Dribusch Trustee)

| Date | Professional | Matter ID/Client Sort<br>Matter Description<br>Narrative | Component | Hours | Units | Price | Value |
|---|---|---|---|---|---|---|---|
| 06/10/2025 | Kiss, Lauren | 11537.002/ Prime Capital Ventures - Receiver (Dribusch Trustee)<br>Asset Analysis and Recovery<br>Zoom call with Messrs. Stevens and Rubin regarding document production and follow up discussion with Mr. Stevens [.5]. | Fees | 0.50 | 0.00 | 750.00 | 375.00 |
| 06/10/2025 | Stevens, Fred | 11537.002/ Prime Capital Ventures - Receiver (Dribusch Trustee)<br>Asset Analysis and Recovery<br>Zoom call with Messrs. Stevens and Rubin regarding document production and follow up discussion with Ms. Kiss [.5].  Email Ms. Volkov regarding adjournment of Indigo portion of motion [.1].  Email Mr. Nosek regarding the hearing on Berone 2004 [.1]. | Fees | 0.70 | 0.00 | 875.00 | 612.50 |

3/19/2026 4:24:31 PM

client sort begins with 'prime' and date is >=6/6/25 and date
is <=2/25/26

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement

## for

## Prime Capital Ventures - Receiver (Dribusch Trustee)

| Date | Professional | Matter ID/Client Sort<br>Matter Description<br>Narrative | Component | Hours | Units | Price | Value |
|---|---|---|---|---|---|---|---|
| 06/11/2025 | Stevens, Fred | 11537.002/ Prime Capital Ventures - Receiver (Dribusch Trustee)<br>Asset Analysis and Recovery<br>Drafting preliminary transition report in preparation for download discussion with Trustee and Trustee team [.9]. Emails to Trustee team and Innovative rep regarding conversion of accounts [.2]. Reviewing Sheppard Mullin production and transfer to master server for review [.6]. Drafting Trustee's notice of adoption of pending 2004 applications and intent to go forward on them [.5]. Reviewing transaction history for Shore United and search of database re same and email Mr. Collins regarding subpoena inquiry [.3]. Email Mr. Everman regarding Humphrey call [.1]. | Fees | 2.60 | 0.00 | 875.00 | 2,275.00 |
| 06/16/2025 | Stevens, Fred | 11537.002/ Prime Capital Ventures - Receiver (Dribusch Trustee)<br>Asset Analysis and Recovery<br>Reviewing and revising Shore Bank amended subpoena to cover identifying information [.3]. | Fees | 0.30 | 0.00 | 875.00 | 262.50 |
| 06/16/2025 | Collins, Kevin | 11537.002/ Prime Capital Ventures - Receiver (Dribusch Trustee)<br>Asset Analysis and Recovery<br>Draft updated subpoena and document request for Shore Bank [.6]. | Fees | 0.60 | 0.00 | 495.00 | 297.00 |

client sort begins with 'prime' and date is >=6/6/25 and date
is <=2/25/26

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement

## for

## Prime Capital Ventures - Receiver (Dribusch Trustee)

| Date | Professional | Matter ID/Client Sort<br>Matter Description<br>Narrative | Component | Hours | Units | Price | Value |
|---|---|---|---|---|---|---|---|
| 06/17/2025 | Stevens, Fred | 11537.002/ Prime Capital Ventures - Receiver (Dribusch Trustee)<br>Asset Analysis and Recovery<br>Reviewing each case cited by Reign and Geron regarding issues with pending litigation rules and drafting summary, and legal research regarding decisions and authority for permitting 2004 discovery with pending litigation and preparing outline for hearing [4.9]. | Fees | 4.90 | 0.00 | 875.00 | 4,287.50 |
| 06/17/2025 | Stevens, Fred | 11537.002/ Prime Capital Ventures - Receiver (Dribusch Trustee)<br>Asset Analysis and Recovery<br>Nonbillable travel to Albany for hearings [2.1]. | Fees | 2.10 | 0.00 | 437.50 | 918.75 |
| 06/18/2025 | Kiss, Lauren | 11537.002/ Prime Capital Ventures - Receiver (Dribusch Trustee)<br>Asset Analysis and Recovery<br>Attending June 18th hearing by phone [.5]; discussing revised 2004 orders and status with Mr. Stevens [.3]; revising non-debtor 2004 order and emailing with Mr. Stevens regarding same [.4]; revising Indigo 2004 order and uploading same [.2]; revising Bravo 2004 order and uploading same [.2]; revising Hudson 2004 order and uploading same [.2]; reviewing docket entries for adjournments to July 9 and updating calendar invite [.1]. | Fees | 1.90 | 0.00 | 750.00 | 1,425.00 |

client sort begins with 'prime' and date is >=6/6/25 and date
is <=2/25/26

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement

### for

### Prime Capital Ventures - Receiver (Dribusch Trustee)

| Date | Professional | Matter ID/Client Sort<br>Matter Description<br>Narrative | Component | Hours | Units | Price | Value |
|---|---|---|---|---|---|---|---|
| 06/18/2025 | Stevens, Fred | 11537.002/ Prime Capital Ventures - Receiver (Dribusch Trustee)<br>Asset Analysis and Recovery<br>Preparation for hearings on 2004 application and pretrial conference [1.1].  Appearance at omnibus hearings [.7].  Discussing revised 2004 orders and status with Ms. Kiss [.3]; reviewing 2004 order and email Ms. Kiss regarding same [.1].  Telephone conference with Mr. Russell, Sheppard Mullin, regarding production issues [.2]. | Fees | 2.40 | 0.00 | 875.00 | 2,100.00 |
| 06/18/2025 | Stevens, Fred | 11537.002/ Prime Capital Ventures - Receiver (Dribusch Trustee)<br>Asset Analysis and Recovery<br>Nonbillable travel time from Albany [2.6]. | Fees | 2.60 | 0.00 | 437.50 | 1,137.50 |
| 06/19/2025 | Stevens, Fred | 11537.002/ Prime Capital Ventures - Receiver (Dribusch Trustee)<br>Asset Analysis and Recovery<br>Email Ms. Volkov regarding adjourned hearing [.1]. | Fees | 0.10 | 0.00 | 875.00 | 87.50 |
| 06/20/2025 | Stevens, Fred | 11537.002/ Prime Capital Ventures - Receiver (Dribusch Trustee)<br>Asset Analysis and Recovery<br>Reviewing all relevant pleadings and drafting detailed report to Mr. Geron and GLA team related to the $100,000 retainer returned from Pashman and related claims [.8]. | Fees | 0.80 | 0.00 | 875.00 | 700.00 |

3/19/2026 4:24:31 PM

client sort begins with 'prime' and date is >=6/6/25 and date is <=2/25/26

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement

## for

## Prime Capital Ventures - Receiver (Dribusch Trustee)

| Date | Professional | Matter ID/Client Sort<br>Matter Description<br>Narrative | Component | Hours | Units | Price | Value |
|---|---|---|---|---|---|---|---|
| 06/20/2025 | Stevens, Fred | 11537.002/ Prime Capital Ventures - Receiver (Dribusch Trustee)<br>Asset Analysis and Recovery<br>Email Mr. Russell regarding Sheppard Mullin production [.1]. | Fees | 0.10 | 0.00 | 875.00 | 87.50 |
| 06/23/2025 | Stevens, Fred | 11537.002/ Prime Capital Ventures - Receiver (Dribusch Trustee)<br>Asset Analysis and Recovery<br>Legal research regarding ability of Maryland bank (Shore United) to provide identifying information regarding transfer [.6]. Reviewing Indigo production [.3]. | Fees | 0.90 | 0.00 | 875.00 | 787.50 |
| 06/24/2025 | Kiss, Lauren | 11537.002/ Prime Capital Ventures - Receiver (Dribusch Trustee)<br>Asset Analysis and Recovery<br>Zoom call with Messrs. Stevens and Collins regarding status of discovery and strategy. | Fees | 0.80 | 0.00 | 750.00 | 600.00 |
| 06/24/2025 | Collins, Kevin | 11537.002/ Prime Capital Ventures - Receiver (Dribusch Trustee)<br>Asset Analysis and Recovery<br>Organize and review productions received from third-party witnesses pursuant to 2004 discovery [2]; meet with Mr. Stevens and Ms. Kiss to discuss status of case and strategy thereon [.8]; begin drafting seven subpoenas to be issued against Norwell and Hudson, and Thacker-Rhodes parties [1.4]. | Fees | 4.20 | 0.00 | 495.00 | 2,079.00 |

3/19/2026 4:24:31 PM

client sort begins with 'prime' and date is >=6/6/25 and date is <=2/25/26

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement

## for

## Prime Capital Ventures - Receiver (Dribusch Trustee)

| Date | Professional | Matter ID/Client Sort<br>Matter Description<br>Narrative | Component | Hours | Units | Price | Value |
|------|--------------|----------------------------------------------------------|-----------|-------|-------|-------|-------|
| 06/24/2025 | Stevens, Fred | 11537.002/ Prime Capital Ventures -<br>Receiver (Dribusch Trustee)<br>Asset Analysis and Recovery<br>Zoom call with Ms. Kiss and Mr. Collins<br>regarding status of discovery and strategy<br>[.8]. | Fees | 0.80 | 0.00 | 875.00 | 700.00 |
| 06/25/2025 | Nevins-Perle, Lily | 11537.002/ Prime Capital Ventures -<br>Receiver (Dribusch Trustee)<br>Asset Analysis and Recovery<br>Preparing and transmitting service of<br>subpoenas via FedEx and first-class mail,<br>per Mr. Collins' request. | Fees | 0.80 | 0.00 | 275.00 | 220.00 |
| 06/25/2025 | Nevins-Perle, Lily | 11537.002/ Prime Capital Ventures -<br>Receiver (Dribusch Trustee)<br>Asset Analysis and Recovery<br>Postage for service of subpoena to CJI<br>Trading. | POSTAGE | 0.00 | 1.00 | 2.04 | 2.04 |
| 06/25/2025 | Collins, Kevin | 11537.002/ Prime Capital Ventures -<br>Receiver (Dribusch Trustee)<br>Asset Analysis and Recovery<br>Draft/finalize 10 subpoenas to be issued<br>against Norwell and Hudson parties, Indigo<br>parties, and Thacker-Rhodes. | Fees | 2.40 | 0.00 | 495.00 | 1,188.00 |
| 06/26/2025 | Kiss, Lauren | 11537.002/ Prime Capital Ventures -<br>Receiver (Dribusch Trustee)<br>Asset Analysis and Recovery<br>Responding to Ms. Protess regarding<br>discovery. | Fees | 0.10 | 0.00 | 750.00 | 75.00 |

client sort begins with 'prime' and date is >=6/6/25 and date
is <=2/25/26

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement

## for

## Prime Capital Ventures - Receiver (Dribusch Trustee)

| Date | Professional | Matter ID/Client Sort<br>Matter Description<br>Narrative | Component | Hours | Units | Price | Value |
|---|---|---|---|---|---|---|---|
| 06/26/2025 | Stevens, Fred | 11537.002/ Prime Capital Ventures - Receiver (Dribusch Trustee)<br>Asset Analysis and Recovery<br>Emails with Sheppard Mullin regarding production and brief review of same [.4]. | Fees | 0.40 | 0.00 | 875.00 | 350.00 |
| 06/27/2025 | Collins, Kevin | 11537.002/ Prime Capital Ventures - Receiver (Dribusch Trustee)<br>Asset Analysis and Recovery<br>Draft/finalize ten subpoenas to serve against Roglieri benefit transferees [1.5]. | Fees | 1.50 | 0.00 | 495.00 | 742.50 |
| 06/30/2025 | Collins, Kevin | 11537.002/ Prime Capital Ventures - Receiver (Dribusch Trustee)<br>Asset Analysis and Recovery<br>Draft/finalize eighteen subpoenas to be issued against Roglieri benefit transferees [3.1]. | Fees | 3.10 | 0.00 | 495.00 | 1,534.50 |
| 06/30/2025 | Stevens, Fred | 11537.002/ Prime Capital Ventures - Receiver (Dribusch Trustee)<br>Asset Analysis and Recovery<br>Reviewing Indigo production regarding potential dismissal of 2004 application [1.1]. Emails with Ms. Volkov regarding issues with production and adjournment v. dismissal [.3]. | Fees | 1.40 | 0.00 | 875.00 | 1,225.00 |
| 06/30/2025 | Kiss, Lauren | 11537.002/ Prime Capital Ventures - Receiver (Dribusch Trustee)<br>Asset Analysis and Recovery<br>Responding to Ms. Protess regarding protective order. | Fees | 0.10 | 0.00 | 750.00 | 75.00 |

client sort begins with 'prime' and date is >=6/6/25 and date
is <=2/25/26

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement

## for

## Prime Capital Ventures - Receiver (Dribusch Trustee)

| Date | Professional | Matter ID/Client Sort<br>Matter Description<br>Narrative | Component | Hours | Units | Price | Value |
|---|---|---|---|---|---|---|---|
| 07/01/2025 | Kiss, Lauren | 11537.002/ Prime Capital Ventures -<br>Receiver (Dribusch Trustee)<br>Asset Analysis and Recovery<br>Reviewing emails and notice of withdrawal<br>of Indigo 2004 motion [.2]. | Fees | 0.20 | 0.00 | 750.00 | 150.00 |
| 07/01/2025 | Stevens, Fred | 11537.002/ Prime Capital Ventures -<br>Receiver (Dribusch Trustee)<br>Asset Analysis and Recovery<br>Emails with Ms. Volkov regarding Indigo<br>production [.1].  Reviewing and revising<br>withdrawal of Indigo 2004, file with the<br>Court and circulate [.3]. | Fees | 0.40 | 0.00 | 875.00 | 350.00 |
| 07/02/2025 | Stevens, Fred | 11537.002/ Prime Capital Ventures -<br>Receiver (Dribusch Trustee)<br>Asset Analysis and Recovery<br>Emails with Ms. O'Connell and Ms. Volkov<br>regarding withdrawal of motion [.1]. | Fees | 0.10 | 0.00 | 875.00 | 87.50 |
| 07/03/2025 | Feldman, Dovid | 11537.002/ Prime Capital Ventures -<br>Receiver (Dribusch Trustee)<br>Asset Analysis and Recovery<br>Research, draft, and send a memo to Mr.<br>Stevens in regards to KYC/Finra 2090,<br>explaining what it is, what a claim entails,<br>and how damages are calculated [2.7]. | Fees | 2.70 | 0.00 | 395.00 | 1,066.50 |

client sort begins with 'prime' and date is >=6/6/25 and date
is <=2/25/26

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement

## for

## Prime Capital Ventures - Receiver (Dribusch Trustee)

| Date | Professional | Matter ID/Client Sort<br>Matter Description<br>Narrative | Component | Hours | Units | Price | Value |
|---|---|---|---|---|---|---|---|
| 07/03/2025 | Stevens, Fred | 11537.002/ Prime Capital Ventures - Receiver (Dribusch Trustee)<br>Asset Analysis and Recovery<br>Reviewing significant portions of new discovery regarding tracing of $2 million from December 2023 raise, and Bailey ATL transfers [4.8]. Telephone conference with Mr. Esser [.2].  Request research regarding aiding and abetting claims to Mr. Feldman and reviewing research [.5]. | Fees | 5.50 | 0.00 | 875.00 | 4,812.50 |
| 07/07/2025 | Collins, Kevin | 11537.002/ Prime Capital Ventures - Receiver (Dribusch Trustee)<br>Asset Analysis and Recovery<br>Redraft and reissue subpoena to specific target in further support of recovery of assets [.5]; organize and update chart of document productions received to date [.5]; review over one hundred and fifty documents received pursuant to Rule 2004 discovery in support of recovery of assets for the estate [7.5]. | Fees | 8.50 | 0.00 | 495.00 | 4,207.50 |
| 07/07/2025 | Stevens, Fred | 11537.002/ Prime Capital Ventures - Receiver (Dribusch Trustee)<br>Asset Analysis and Recovery<br>Email with Mr. Nosek regarding adjournment of 2004 with respect to Berone [.1]. | Fees | 0.10 | 0.00 | 875.00 | 87.50 |

3/19/2026 4:24:31 PM

client sort begins with 'prime' and date is >=6/6/25 and date is <=2/25/26

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement

## for

## Prime Capital Ventures - Receiver (Dribusch Trustee)

| Date | Professional | Matter ID/Client Sort<br>Matter Description<br>Narrative | Component | Hours | Units | Price | Value |
|------|-------------|-----------------------------------------------------------|-----------|-------|-------|-------|-------|
| 07/07/2025 | Nevins-Perle, Lily | 11537.002/ Prime Capital Ventures -<br>Receiver (Dribusch Trustee)<br>Asset Analysis and Recovery<br>Preparing and transmitting service of<br>subpoena via FedEx, per Mr. Collins'<br>request. | Fees | 0.20 | 0.00 | 275.00 | 55.00 |
| 07/08/2025 | Kiss, Lauren | 11537.002/ Prime Capital Ventures -<br>Receiver (Dribusch Trustee)<br>Asset Analysis and Recovery<br>Emailing with Ms. Protess regarding<br>confidentiality agreement. | Fees | 0.10 | 0.00 | 750.00 | 75.00 |
| 07/08/2025 | Collins, Kevin | 11537.002/ Prime Capital Ventures -<br>Receiver (Dribusch Trustee)<br>Asset Analysis and Recovery<br>Review over fifty documents received<br>pursuant to Rule 2004 discovery in support<br>of recovery of assets for the estate [2.5]. | Fees | 2.50 | 0.00 | 495.00 | 1,237.50 |
| 07/08/2025 | Stevens, Fred | 11537.002/ Prime Capital Ventures -<br>Receiver (Dribusch Trustee)<br>Asset Analysis and Recovery<br>Legal research regarding production vicinity<br>and location permissions under rule 45 and<br>exceptions with BR 2004 order and email<br>Mr. Sturtz regarding subpoena to JK<br>Technologies [.7].  Reviewing all filings and<br>production by JK Technologies in forfeiture<br>litigation regarding sourcing and documents<br>[1.0]. | Fees | 1.70 | 0.00 | 875.00 | 1,487.50 |

client sort begins with 'prime' and date is >=6/6/25 and date
is <=2/25/26

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement

## for

## Prime Capital Ventures - Receiver (Dribusch Trustee)

| Date | Professional | Matter ID/Client Sort Matter Description Narrative | Component | Hours | Units | Price | Value |
|---|---|---|---|---|---|---|---|
| 07/09/2025 | Collins, Kevin | 11537.002/ Prime Capital Ventures - Receiver (Dribusch Trustee) Asset Analysis and Recovery Review over one hundred documents received pursuant to Rule 2004 discovery in support of recovery of assets for the estate [5.3]. | Fees | 5.30 | 0.00 | 495.00 | 2,623.50 |
| 07/09/2025 | Stevens, Fred | 11537.002/ Prime Capital Ventures - Receiver (Dribusch Trustee) Asset Analysis and Recovery Preparation for and appearance at hearings on Berone 2004 and ER Tennessee pretrial conference [1.3]. Further review of JK Tech submissions and pleadings and differences in issuance of invoices and further correspondence with counsel regarding resolution of inquiry [1.0]. | Fees | 2.30 | 0.00 | 875.00 | 2,012.50 |
| 07/10/2025 | Stevens, Fred | 11537.002/ Prime Capital Ventures - Receiver (Dribusch Trustee) Asset Analysis and Recovery Emails with Mr. Sturtz, counsel to JK Tech, regarding relationship and subpoena compliance and reviewing additional documents produced by him [.4]. | Fees | 0.40 | 0.00 | 875.00 | 350.00 |
| 07/11/2025 | Stevens, Fred | 11537.002/ Prime Capital Ventures - Receiver (Dribusch Trustee) Asset Analysis and Recovery Email Mr. Nosek regarding deadline to file response to Trustee request [.1]. | Fees | 0.10 | 0.00 | 875.00 | 87.50 |

client sort begins with 'prime' and date is >=6/6/25 and date is <=2/25/26

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement

## for

## Prime Capital Ventures - Receiver (Dribusch Trustee)

| Date | Professional | Matter ID/Client Sort<br>Matter Description<br>Narrative | Component | Hours | Units | Price | Value |
|---|---|---|---|---|---|---|---|
| 07/11/2025 | Collins, Kevin | 11537.002/ Prime Capital Ventures - Receiver (Dribusch Trustee)<br>Asset Analysis and Recovery<br>Review of over one hundred document productions received pursuant to Rule 2004 subpoenas [4]. | Fees | 4.00 | 0.00 | 495.00 | 1,980.00 |
| 07/15/2025 | Stevens, Fred | 11537.002/ Prime Capital Ventures - Receiver (Dribusch Trustee)<br>Asset Analysis and Recovery<br>Telephone conference with Ms. Berkoff regarding representation of subpoena target, extension, and the precise issue that the Trustee is looking at [.4]. | Fees | 0.40 | 0.00 | 875.00 | 350.00 |
| 07/16/2025 | Kiss, Lauren | 11537.002/ Prime Capital Ventures - Receiver (Dribusch Trustee)<br>Asset Analysis and Recovery<br>Reviewing Citibank's proposed confidentiality agreement and emailing with Ms. Protess regarding same. | Fees | 0.20 | 0.00 | 750.00 | 150.00 |
| 07/16/2025 | Collins, Kevin | 11537.002/ Prime Capital Ventures - Receiver (Dribusch Trustee)<br>Asset Analysis and Recovery<br>Respond to targets of Rule 2004 subpoena [.3]. | Fees | 0.30 | 0.00 | 495.00 | 148.50 |

3/19/2026 4:24:31 PM

client sort begins with 'prime' and date is >=6/6/25 and date
is <=2/25/26

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement

## for

## Prime Capital Ventures - Receiver (Dribusch Trustee)

| Date | Professional | Matter ID/Client Sort<br>Matter Description<br>Narrative | Component | Hours | Units | Price | Value |
|---|---|---|---|---|---|---|---|
| 07/17/2025 | Stevens, Fred | 11537.002/ Prime Capital Ventures - Receiver (Dribusch Trustee)<br>Asset Analysis and Recovery<br>Lengthy Telephone conference with Mr. Shaw, McGuire Woods, counsel to Wells Fargo, regarding case and other financial institutions potential vulnerability [.6]. | Fees | 0.60 | 0.00 | 875.00 | 525.00 |
| 07/18/2025 | Kiss, Lauren | 11537.002/ Prime Capital Ventures - Receiver (Dribusch Trustee)<br>Asset Analysis and Recovery<br>Telephone call with Ms. Protess regarding confidentiality agreement and changes to same. | Fees | 0.20 | 0.00 | 750.00 | 150.00 |
| 07/18/2025 | Stevens, Fred | 11537.002/ Prime Capital Ventures - Receiver (Dribusch Trustee)<br>Asset Analysis and Recovery<br>Reviewing correspondence from Bonhams regarding issues with subpoena and need for additional court order, and legal research regarding necessity [.7]. | Fees | 0.70 | 0.00 | 875.00 | 612.50 |
| 07/20/2025 | Stevens, Fred | 11537.002/ Prime Capital Ventures - Receiver (Dribusch Trustee)<br>Asset Analysis and Recovery<br>Reviewing Bonhams position related to issuance of subpoena [.1].  Reviewing all documents in database re Bonhams (only 3) [.2].  Legal research regarding changes to name of entity authorized for examination under BR 2004 [.5]. | Fees | 0.80 | 0.00 | 875.00 | 700.00 |

client sort begins with 'prime' and date is >=6/6/25 and date is <=2/25/26

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement

## for

## Prime Capital Ventures - Receiver (Dribusch Trustee)

| Date | Professional | Matter ID/Client Sort<br>Matter Description<br>Narrative | Component | Hours | Units | Price | Value |
|---|---|---|---|---|---|---|---|
| 07/21/2025 | Stevens, Fred | 11537.002/ Prime Capital Ventures - Receiver (Dribusch Trustee)<br>Asset Analysis and Recovery<br>Email with Mr. Schwartz, counsel to Truss, regarding deadline to respond to subpoena [.1]. | Fees | 0.10 | 0.00 | 875.00 | 87.50 |
| 07/22/2025 | Stevens, Fred | 11537.002/ Prime Capital Ventures - Receiver (Dribusch Trustee)<br>Asset Analysis and Recovery<br>Telephone conference with Mr. Zucker regarding issues with production and new representation of recipient of Roglieri benefit transfer [.3]. | Fees | 0.30 | 0.00 | 875.00 | 262.50 |
| 07/23/2025 | Stevens, Fred | 11537.002/ Prime Capital Ventures - Receiver (Dribusch Trustee)<br>Asset Analysis and Recovery<br>Reviewing discovery and criminal proceeding and plea regarding Chris Snyder service address [.3]. | Fees | 0.30 | 0.00 | 875.00 | 262.50 |
| 07/23/2025 | Collins, Kevin | 11537.002/ Prime Capital Ventures - Receiver (Dribusch Trustee)<br>Asset Analysis and Recovery<br>Draft/issue subpoenas to specific targets in support of 2004 discovery [.5]. | Fees | 0.50 | 0.00 | 495.00 | 247.50 |
| 07/24/2025 | Strine, Kristen | 11537.002/ Prime Capital Ventures - Receiver (Dribusch Trustee)<br>Asset Analysis and Recovery<br>Performing Lexis searches on Mr. Synder. | Fees | 0.30 | 0.00 | 275.00 | 82.50 |

client sort begins with 'prime' and date is >=6/6/25 and date
is <=2/25/26

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement

## for

## Prime Capital Ventures - Receiver (Dribusch Trustee)

| Date | Professional | Matter ID/Client Sort<br>Matter Description<br>Narrative | Component | Hours | Units | Price | Value |
|---|---|---|---|---|---|---|---|
| 07/24/2025 | Nevins-Perle, Lily | 11537.002/ Prime Capital Ventures - Receiver (Dribusch Trustee)<br>Asset Analysis and Recovery<br>Preparing and transmitting service of subpoena via FedEx, per Mr. Collins' request. | Fees | 0.10 | 0.00 | 275.00 | 27.50 |
| 07/25/2025 | Collins, Kevin | 11537.002/ Prime Capital Ventures - Receiver (Dribusch Trustee)<br>Asset Analysis and Recovery<br>Draft confidentiality agreement for purposes of receiving 2004 document discovery productions from financial institutions [.5]. | Fees | 0.50 | 0.00 | 495.00 | 247.50 |
| 07/28/2025 | Kiss, Lauren | 11537.002/ Prime Capital Ventures - Receiver (Dribusch Trustee)<br>Asset Analysis and Recovery<br>Telephone call with Mr. Collins discussing proposed confidentiality agreement with the banks and emailing with Ms. Protess regarding same. | Fees | 0.20 | 0.00 | 750.00 | 150.00 |
| 07/30/2025 | Stevens, Fred | 11537.002/ Prime Capital Ventures - Receiver (Dribusch Trustee)<br>Asset Analysis and Recovery<br>Begin drafting application to examine Bonhams [1.2]. Email Jason Anthony, SEC, regarding Reign/Berone issues and offer to assist in the investigation [.3].  Emails with Mr. Collins and Mr. Snyder regarding document production [.1]. | Fees | 1.60 | 0.00 | 875.00 | 1,400.00 |

3/19/2026 4:24:31 PM

client sort begins with 'prime' and date is >=6/6/25 and date
is <=2/25/26

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement

## for

## Prime Capital Ventures - Receiver (Dribusch Trustee)

| Date | Professional | Matter ID/Client Sort<br>Matter Description<br>Narrative | Component | Hours | Units | Price | Value |
|---|---|---|---|---|---|---|---|
| 07/30/2025 | Collins, Kevin | 11537.002/ Prime Capital Ventures - Receiver (Dribusch Trustee)<br>Asset Analysis and Recovery<br>Conduct review of over fifty document productions received from financial institutions and potential preferential transferees [2]. | Fees | 2.00 | 0.00 | 495.00 | 990.00 |
| 07/30/2025 | Collins, Kevin | 11537.002/ Prime Capital Ventures - Receiver (Dribusch Trustee)<br>Asset Analysis and Recovery<br>Telephone call with Ms. Kiss discussing proposed confidentiality agreement with the banks [.1]. | Fees | 0.10 | 0.00 | 495.00 | 49.50 |
| 07/31/2025 | Stevens, Fred | 11537.002/ Prime Capital Ventures - Receiver (Dribusch Trustee)<br>Asset Analysis and Recovery<br>Continue drafting Bonhams application [.6]. Telephone conference with Mr. Tabachnik, counsel to HL, regarding dynamics to payment and settlement [.4]. Analysis of HL claims by search of database for fund flows [.8]. | Fees | 1.80 | 0.00 | 875.00 | 1,575.00 |

3/19/2026 4:24:31 PM

client sort begins with 'prime' and date is >=6/6/25 and date
is <=2/25/26

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement

## for

## Prime Capital Ventures - Receiver (Dribusch Trustee)

| Date | Professional | Matter ID/Client Sort<br>Matter Description<br>Narrative | Component | Hours | Units | Price | Value |
|---|---|---|---|---|---|---|---|
| 08/01/2025 | Stevens, Fred | 11537.002/ Prime Capital Ventures -<br>Receiver (Dribusch Trustee)<br>Asset Analysis and Recovery<br>Reviewing discovery via targeted search terms and drafting outline of timeline of Hogan Lovells involvement with the debtor and isolation of issue areas with respect to representation [3.4].  Telephone conference with Mr. Corbi, Camshaft counsel, regarding requests for communications and privileged emails [.5]. | Fees | 3.90 | 0.00 | 875.00 | 3,412.50 |
| 08/01/2025 | Nevins-Perle, Lily | 11537.002/ Prime Capital Ventures -<br>Receiver (Dribusch Trustee)<br>Asset Analysis and Recovery<br>Preparing to transmit and transmitting empty thumb drive and return FedEx envelope to Chris Snyder via FedEx, per Mr. Collins' instructions. | Fees | 0.30 | 0.00 | 275.00 | 82.50 |
| 08/03/2025 | Stevens, Fred | 11537.002/ Prime Capital Ventures -<br>Receiver (Dribusch Trustee)<br>Asset Analysis and Recovery<br>Complete drafting 2004 application, notice, order, document demand re Bonham 2004 on $3.8 million transfer and circulating to team to finalize [1.8].  Drafting memo to client re Bonhams, ER Tennessee AP issues, and Hogan Lovells discovery and issues [.3]. | Fees | 2.10 | 0.00 | 875.00 | 1,837.50 |

client sort begins with 'prime' and date is >=6/6/25 and date
is <=2/25/26

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement

## for

## Prime Capital Ventures - Receiver (Dribusch Trustee)

| Date | Professional | Matter ID/Client Sort<br>Matter Description<br>Narrative | Component | Hours | Units | Price | Value |
|---|---|---|---|---|---|---|---|
| 08/05/2025 | Kiss, Lauren | 11537.002/ Prime Capital Ventures - Receiver (Dribusch Trustee)<br>Asset Analysis and Recovery<br>Updating service list for Bonhams [.1]; telephone call with Ms. Strine regarding service of 2004 application [.1]; reviewing and revising Bonhams 2004 application and related documents [.4]; reviewing Mr. Collins's comments to 2004 application and revising same [.2]; finalizing documents for filing [.2]. | Fees | 1.00 | 0.00 | 750.00 | 750.00 |
| 08/05/2025 | Collins, Kevin | 11537.002/ Prime Capital Ventures - Receiver (Dribusch Trustee)<br>Asset Analysis and Recovery<br>Review/edit Bonhams Rule 2004 Application for issuance of subpoena [.9]. | Fees | 0.90 | 0.00 | 495.00 | 445.50 |
| 08/06/2025 | Kiss, Lauren | 11537.002/ Prime Capital Ventures - Receiver (Dribusch Trustee)<br>Asset Analysis and Recovery<br>Revising and filing Bonhams 2004 application and notice of hearing [.2]; emailing with Ms. Strine regarding service of documents [.1]; reviewing Judge Littlefield's rules and emailing with Ms. Strine regarding chambers copy [.1]; reviewing certificate of service and emailing with Ms. Strine regarding filing of same [.1]. | Fees | 0.50 | 0.00 | 750.00 | 375.00 |

3/19/2026 4:24:31 PM

client sort begins with 'prime' and date is >=6/6/25 and date
is <=2/25/26

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement

## for

## Prime Capital Ventures - Receiver (Dribusch Trustee)

| Date | Professional | Matter ID/Client Sort<br>Matter Description<br>Narrative | Component | Hours | Units | Price | Value |
|---|---|---|---|---|---|---|---|
| 08/06/2025 | Strine, Kristen | 11537.002/ Prime Capital Ventures -<br>Receiver (Dribusch Trustee)<br>Asset Analysis and Recovery<br>Assisting Ms. Nevins-Perle with service of<br>2004 application. | Fees | 0.20 | 0.00 | 275.00 | 55.00 |
| 08/06/2025 | Strine, Kristen | 11537.002/ Prime Capital Ventures -<br>Receiver (Dribusch Trustee)<br>Asset Analysis and Recovery<br>Postage for service of 2004 application. | POSTAGE | 0.00 | 31.00 | 2.72 | 84.32 |
| 08/06/2025 | Nevins-Perle, Lily | 11537.002/ Prime Capital Ventures -<br>Receiver (Dribusch Trustee)<br>Asset Analysis and Recovery<br>Preparing and transmitting service of notice<br>and application, per Ms. Strine's<br>instructions. | Fees | 0.40 | 0.00 | 275.00 | 110.00 |
| 08/06/2025 | Nevins-Perle, Lily | 11537.002/ Prime Capital Ventures -<br>Receiver (Dribusch Trustee)<br>Asset Analysis and Recovery<br>Postage for service of notice and application. | POSTAGE | 0.00 | 31.00 | 2.72 | 84.32 |
| 08/11/2025 | Stevens, Fred | 11537.002/ Prime Capital Ventures -<br>Receiver (Dribusch Trustee)<br>Asset Analysis and Recovery<br>Telephone conference with Ms. Berkoff,<br>counsel to Roglieri benefit transfer target,<br>regarding extension and defense theory [.2].<br>Emails with Mr. Corbi regarding call on<br>Prime [.1].  Reviewing supplemental<br>production from Sheppard Mullin of<br>approximately 1,000 documents [.6]. | Fees | 0.90 | 0.00 | 875.00 | 787.50 |

3/19/2026 4:24:31 PM

client sort begins with 'prime' and date is >=6/6/25 and date
is <=2/25/26

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement

## for

## Prime Capital Ventures - Receiver (Dribusch Trustee)

| Date | Professional | Matter ID/Client Sort<br>Matter Description<br>Narrative | Component | Hours | Units | Price | Value |
|---|---|---|---|---|---|---|---|
| 08/11/2025 | Nevins-Perle, Lily | 11537.002/ Prime Capital Ventures - Receiver (Dribusch Trustee)<br>Asset Analysis and Recovery<br>Preparing FedEx labels to transmit empty thumb drive and return a FedEx envelope to Chris Snyder, per Mr. Collins' instructions. | Fees | 0.20 | 0.00 | 275.00 | 55.00 |
| 08/12/2025 | Stevens, Fred | 11537.002/ Prime Capital Ventures - Receiver (Dribusch Trustee)<br>Asset Analysis and Recovery<br>Preparation of detailed timeline of relevant time period with Hogan and search for relevant discovery related to Hogan issues and production to Camshaft prior to call upon request by counsel [.8].  Two lengthy calls with William Morten, Camshaft, and counsel Richard Corbi for parts, regarding broad agenda on Camshaft claim, Hogan Lovells litigation, requested discovery related to Kris Roglieri, relationship with Prime, and relationship of both parties to Hogan Lovells, and review of all discovery and gameplan to date [2.9]. | Fees | 3.70 | 0.00 | 875.00 | 3,237.50 |
| 08/14/2025 | Stevens, Fred | 11537.002/ Prime Capital Ventures - Receiver (Dribusch Trustee)<br>Asset Analysis and Recovery<br>Email with Ms. Hestin, counsel to Wells Fargo, regarding subpoena [.1]. | Fees | 0.10 | 0.00 | 875.00 | 87.50 |

client sort begins with 'prime' and date is >=6/6/25 and date
is <=2/25/26

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement

## for

## Prime Capital Ventures - Receiver (Dribusch Trustee)

| Date | Professional | Matter ID/Client Sort<br>Matter Description<br>Narrative | Component | Hours | Units | Price | Value |
|---|---|---|---|---|---|---|---|
| 08/19/2025 | Collins, Kevin | 11537.002/ Prime Capital Ventures - Receiver (Dribusch Trustee)<br>Asset Analysis and Recovery<br>Review over thirty document productions pursuant to Rule 2004 discovery [2.5]. | Fees | 2.50 | 0.00 | 495.00 | 1,237.50 |
| 08/24/2025 | Stevens, Fred | 11537.002/ Prime Capital Ventures - Receiver (Dribusch Trustee)<br>Asset Analysis and Recovery<br>Reviewing bank documents and related discovery to trace $2 million transfer to CPH LLC [.8]. | Fees | 0.80 | 0.00 | 875.00 | 700.00 |
| 08/25/2025 | Stevens, Fred | 11537.002/ Prime Capital Ventures - Receiver (Dribusch Trustee)<br>Asset Analysis and Recovery<br>Email SEC agent regarding investigation of Reign [.1]. | Fees | 0.10 | 0.00 | 875.00 | 87.50 |
| 08/25/2025 | Stevens, Fred | 11537.002/ Prime Capital Ventures - Receiver (Dribusch Trustee)<br>Asset Analysis and Recovery<br>Reviewing bank statements and drafting tracing memo to trace the 1800 $5 million payment past the statements previously obtained to source HL retainer, Pashman retainer, and other expenditures via LCF [3.2]. | Fees | 3.20 | 0.00 | 875.00 | 2,800.00 |

client sort begins with 'prime' and date is >=6/6/25 and date is <=2/25/26

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement

## for

## Prime Capital Ventures - Receiver (Dribusch Trustee)

| Date | Professional | Matter ID/Client Sort<br>Matter Description<br>Narrative | Component | Hours | Units | Price | Value |
|---|---|---|---|---|---|---|---|
| 08/25/2025 | Collins, Kevin | 11537.002/ Prime Capital Ventures - Receiver (Dribusch Trustee)<br>Asset Analysis and Recovery<br>Conduct review of over twenty-five document productions pursuant to Rule 2004 discovery [2.5]. | Fees | 2.50 | 0.00 | 495.00 | 1,237.50 |
| 08/26/2025 | Stevens, Fred | 11537.002/ Prime Capital Ventures - Receiver (Dribusch Trustee)<br>Asset Analysis and Recovery<br>Reviewing bank statements for KeyBank four related entities in further effort to trace 1800 $5 million transfer and its layering through at least 4 individual and entity accounts [2.3]. | Fees | 2.30 | 0.00 | 875.00 | 2,012.50 |
| 08/26/2025 | Collins, Kevin | 11537.002/ Prime Capital Ventures - Receiver (Dribusch Trustee)<br>Asset Analysis and Recovery<br>Conduct review of over twenty-five document productions pursuant to Rule 2004 discovery [2]. | Fees | 2.00 | 0.00 | 495.00 | 990.00 |
| 08/27/2025 | Collins, Kevin | 11537.002/ Prime Capital Ventures - Receiver (Dribusch Trustee)<br>Asset Analysis and Recovery<br>Conduct review of over twenty document productions pursuant to Rule 2004 discovery [1.2]. | Fees | 1.20 | 0.00 | 495.00 | 594.00 |

3/19/2026 4:24:31 PM

client sort begins with 'prime' and date is >=6/6/25 and date is <=2/25/26

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement

## for

## Prime Capital Ventures - Receiver (Dribusch Trustee)

| Date | Professional | Matter ID/Client Sort<br>Matter Description<br>Narrative | Component | Hours | Units | Price | Value |
|------|-------------|----------------------|-----------|-------|-------|-------|-------|
| 08/27/2025 | Stevens, Fred | 11537.002/ Prime Capital Ventures - Receiver (Dribusch Trustee)<br>Asset Analysis and Recovery<br>Order and reviewing Carfax reports on two unscheduled vehicles and providing report to Ms. Santucci regarding ownership [.6]. | Fees | 0.60 | 0.00 | 875.00 | 525.00 |
| 08/28/2025 | Stevens, Fred | 11537.002/ Prime Capital Ventures - Receiver (Dribusch Trustee)<br>Asset Analysis and Recovery<br>Drafting and finalizing complex analysis of Richard Mille evidence for each estate ownership and legal analysis resting on NY CLS 392 sale of used watches in the state [3.2]. | Fees | 3.20 | 0.00 | 875.00 | 2,800.00 |
| 08/29/2025 | Strine, Kristen | 11537.002/ Prime Capital Ventures - Receiver (Dribusch Trustee)<br>Asset Analysis and Recovery<br>Uploading 2004 order. | Fees | 0.10 | 0.00 | 275.00 | 27.50 |
| 09/02/2025 | Stevens, Fred | 11537.002/ Prime Capital Ventures - Receiver (Dribusch Trustee)<br>Asset Analysis and Recovery<br>Email with Mr. Zucker regarding document production [.1].  Drafting analysis of potential claims and causes of action for future litigation campaign [1.7]. | Fees | 1.80 | 0.00 | 875.00 | 1,575.00 |

client sort begins with 'prime' and date is >=6/6/25 and date
is <=2/25/26

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement

## for

## Prime Capital Ventures - Receiver (Dribusch Trustee)

| Date | Professional | Matter ID/Client Sort<br>Matter Description<br>Narrative | Component | Hours | Units | Price | Value |
|---|---|---|---|---|---|---|---|
| 09/02/2025 | Nevins-Perle, Lily | 11537.002/ Prime Capital Ventures -<br>Receiver (Dribusch Trustee)<br>Asset Analysis and Recovery<br>Preparing and transmitting service of<br>subpoenas via FedEx, per Mr. Collins'<br>request. | Fees | 0.20 | 0.00 | 275.00 | 55.00 |
| 09/02/2025 | Collins, Kevin | 11537.002/ Prime Capital Ventures -<br>Receiver (Dribusch Trustee)<br>Asset Analysis and Recovery<br>Draft four Rule 2004 subpoenas to be issued<br>as to certain alleged transferees in<br>furtherance of asset recovery for the debtor's<br>estate [.5]; review over one hundred<br>document productions received from<br>subpoena targets [4]. | Fees | 4.50 | 0.00 | 495.00 | 2,227.50 |
| 09/03/2025 | Stevens, Fred | 11537.002/ Prime Capital Ventures -<br>Receiver (Dribusch Trustee)<br>Asset Analysis and Recovery<br>Reviewing all Berone related documents<br>produced by the Receiver and drafting<br>catalog [1.8].  Telephone conference with<br>Mr. Nosek, Berone counsel, regarding<br>transfers and documents [.3].  Emails with<br>Mr. Levine and Mr. Esser regarding<br>production by Berone or on account of<br>Berone in receivership case [.2]. | Fees | 2.30 | 0.00 | 875.00 | 2,012.50 |

client sort begins with 'prime' and date is >=6/6/25 and date
is <=2/25/26

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement

## for

## Prime Capital Ventures - Receiver (Dribusch Trustee)

| Date | Professional | Matter ID/Client Sort<br>Matter Description<br>Narrative | Component | Hours | Units | Price | Value |
|---|---|---|---|---|---|---|---|
| 09/09/2025 | Collins, Kevin | 11537.002/ Prime Capital Ventures - Receiver (Dribusch Trustee)<br>Asset Analysis and Recovery<br>Review over seventy-five document productions pursuant to Rule 2004 subpoenas [4.1]. | Fees | 4.10 | 0.00 | 495.00 | 2,029.50 |
| 09/09/2025 | Stevens, Fred | 11537.002/ Prime Capital Ventures - Receiver (Dribusch Trustee)<br>Asset Analysis and Recovery<br>Telephone conference with Mr. Nosek, counsel to Berone, regarding case, discovery, pending motion, voluntary production and open issues [.8]. | Fees | 0.80 | 0.00 | 875.00 | 700.00 |
| 09/10/2025 | Stevens, Fred | 11537.002/ Prime Capital Ventures - Receiver (Dribusch Trustee)<br>Asset Analysis and Recovery<br>Preparation for and attendance on adjourned hearing on 2004 application related to Berone/Reign $20 million transfer [1.1]. | Fees | 1.10 | 0.00 | 875.00 | 962.50 |
| 09/10/2025 | Stevens, Fred | 11537.002/ Prime Capital Ventures - Receiver (Dribusch Trustee)<br>Asset Analysis and Recovery<br>Reviewing discovery from receiver and emails with receiver and team regarding same [.2]. | Fees | 0.20 | 0.00 | 875.00 | 175.00 |

client sort begins with 'prime' and date is >=6/6/25 and date
is <=2/25/26

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement

## for

## Prime Capital Ventures - Receiver (Dribusch Trustee)

| Date | Professional | Matter ID/Client Sort<br>Matter Description<br>Narrative | Component | Hours | Units | Price | Value |
|---|---|---|---|---|---|---|---|
| 09/10/2025 | Collins, Kevin | 11537.002/ Prime Capital Ventures - Receiver (Dribusch Trustee)<br>Asset Analysis and Recovery<br>Review over seventy-five document productions received pursuant to Rule 2004 subpoenas [3.5]; meeting with counsel of Rule 2004 subpoena target to discuss production and scope of subpoena [.5]. | Fees | 4.00 | 0.00 | 495.00 | 1,980.00 |
| 09/11/2025 | Collins, Kevin | 11537.002/ Prime Capital Ventures - Receiver (Dribusch Trustee)<br>Asset Analysis and Recovery<br>Review over twenty document productions received pursuant to Rule 2004 subpoenas [1]. | Fees | 1.00 | 0.00 | 495.00 | 495.00 |
| 09/12/2025 | Collins, Kevin | 11537.002/ Prime Capital Ventures - Receiver (Dribusch Trustee)<br>Asset Analysis and Recovery<br>Review over seventy-five document productions received pursuant to Rule 2004 subpoenas [3.1]. | Fees | 3.10 | 0.00 | 495.00 | 1,534.50 |
| 09/15/2025 | Kiss, Lauren | 11537.002/ Prime Capital Ventures - Receiver (Dribusch Trustee)<br>Asset Analysis and Recovery<br>Reviewing emails from Citibank and emailing with Mr. Collins regarding same. | Fees | 0.10 | 0.00 | 750.00 | 75.00 |

client sort begins with 'prime' and date is >=6/6/25 and date
is <=2/25/26

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement

## for

## Prime Capital Ventures - Receiver (Dribusch Trustee)

| Date | Professional | Matter ID/Client Sort<br>Matter Description<br>Narrative | Component | Hours | Units | Price | Value |
|---|---|---|---|---|---|---|---|
| 09/15/2025 | Collins, Kevin | 11537.002/ Prime Capital Ventures - Receiver (Dribusch Trustee)<br>Asset Analysis and Recovery<br>Review over fifty document productions received pursuant to Rule 2004 subpoenas [3.2]. | Fees | 3.20 | 0.00 | 495.00 | 1,584.00 |
| 09/15/2025 | Stevens, Fred | 11537.002/ Prime Capital Ventures - Receiver (Dribusch Trustee)<br>Asset Analysis and Recovery<br>Drafting analysis of the forfeiture matters and MLARS systems and the possibility of estimating claims and distributions as a result of the forfeiture [.3]. | Fees | 0.30 | 0.00 | 875.00 | 262.50 |
| 09/15/2025 | Stevens, Fred | 11537.002/ Prime Capital Ventures - Receiver (Dribusch Trustee)<br>Asset Analysis and Recovery<br>Email Mr. Elgidely regarding issues with Citi confidentiality agreement and production [.1]. | Fees | 0.10 | 0.00 | 875.00 | 87.50 |
| 09/16/2025 | Stevens, Fred | 11537.002/ Prime Capital Ventures - Receiver (Dribusch Trustee)<br>Asset Analysis and Recovery<br>Telephone conference with Mr. Ryniker regarding tax issues and estate allocations and the watch analysis for division between estates, Pashman retainer tracing and work assignment [.5]. | Fees | 0.50 | 0.00 | 875.00 | 437.50 |

client sort begins with 'prime' and date is >=6/6/25 and date
is <=2/25/26

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement

### for

### Prime Capital Ventures - Receiver (Dribusch Trustee)

| Date | Professional | Matter ID/Client Sort<br>Matter Description<br>Narrative | Component | Hours | Units | Price | Value |
|---|---|---|---|---|---|---|---|
| 09/17/2025 | Kiss, Lauren | 11537.002/ Prime Capital Ventures - Receiver (Dribusch Trustee)<br>Asset Analysis and Recovery<br>Reviewing proposed confidentiality agreement from Citibank in advance of call [.1]; conference call with Messrs. Stevens and Elgidely regarding bank confidentiality agreements [.6]; reviewing sample protective orders [.5]; reviewing and revising Citibank's confidentiality agreement [.5]; emailing with Mr. Stevens regarding same [.1]. | Fees | 1.80 | 0.00 | 750.00 | 1,350.00 |
| 09/17/2025 | Stevens, Fred | 11537.002/ Prime Capital Ventures - Receiver (Dribusch Trustee)<br>Asset Analysis and Recovery<br>Conference call with Ms. Kiss and Mr. Elgidely regarding bank confidentiality agreements [.6]. | Fees | 0.60 | 0.00 | 875.00 | 525.00 |
| 09/17/2025 | Collins, Kevin | 11537.002/ Prime Capital Ventures - Receiver (Dribusch Trustee)<br>Asset Analysis and Recovery<br>Review over one hundred document productions received pursuant to Rule 2004 subpoenas [5.3]. | Fees | 5.30 | 0.00 | 495.00 | 2,623.50 |

3/19/2026 4:24:31 PM

client sort begins with 'prime' and date is >=6/6/25 and date
is <=2/25/26

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement

## for

## Prime Capital Ventures - Receiver (Dribusch Trustee)

| Date | Professional | Matter ID/Client Sort<br>Matter Description<br>Narrative | Component | Hours | Units | Price | Value |
|------|--------------|----------------------------------------------------------|-----------|-------|-------|-------|-------|
| 09/18/2025 | Stevens, Fred | 11537.002/ Prime Capital Ventures - Receiver (Dribusch Trustee)<br>Asset Analysis and Recovery<br>Reviewing and revising Citibank confi agreement proposed [.2]. Drafting analysis of the forfeiture action interplay with the watch and other assets, the watch ownership, and legal research regarding proof of ownership of the watch and personal property assets [1.1]. | Fees | 1.30 | 0.00 | 875.00 | 1,137.50 |
| 09/18/2025 | Collins, Kevin | 11537.002/ Prime Capital Ventures - Receiver (Dribusch Trustee)<br>Asset Analysis and Recovery<br>Review over one hundred document productions received pursuant to Rule 2004 subpoenas [4.5]. | Fees | 4.50 | 0.00 | 495.00 | 2,227.50 |
| 09/19/2025 | Kiss, Lauren | 11537.002/ Prime Capital Ventures - Receiver (Dribusch Trustee)<br>Asset Analysis and Recovery<br>Emailing with Ms. Protress regarding comments to confidentiality agreement. | Fees | 0.10 | 0.00 | 750.00 | 75.00 |
| 09/22/2025 | Kiss, Lauren | 11537.002/ Prime Capital Ventures - Receiver (Dribusch Trustee)<br>Asset Analysis and Recovery<br>Reviewing Mr. Stevens' analysis of watch ownership in advance of call [.2]; conference call with Messrs. Stevens, Geron and Urquides and Ms. Santucci regarding watch and related inter-estate issues [1.0]. | Fees | 1.20 | 0.00 | 750.00 | 900.00 |

client sort begins with 'prime' and date is >=6/6/25 and date
is <=2/25/26

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement

## for

## Prime Capital Ventures - Receiver (Dribusch Trustee)

| Date | Professional | Matter ID/Client Sort Matter Description Narrative | Component | Hours | Units | Price | Value |
|---|---|---|---|---|---|---|---|
| 09/22/2025 | Stevens, Fred | 11537.002/ Prime Capital Ventures - Receiver (Dribusch Trustee) Asset Analysis and Recovery Lengthy call with Trustee, Mses. Santucci and Kiss, and Mr. Urquides regarding sale of vehicles, Richard Mille ownership facts, forfeiture action, UST position, Court changes, and open issues [1.0]. | Fees | 1.00 | 0.00 | 875.00 | 875.00 |
| 09/25/2025 | Kiss, Lauren | 11537.002/ Prime Capital Ventures - Receiver (Dribusch Trustee) Asset Analysis and Recovery Executing confidentiality agreement with Citibank, emailing with Ms. Protress regarding same, and discussing other required agreements with Mr. Collins. | Fees | 0.20 | 0.00 | 750.00 | 150.00 |
| 09/25/2025 | Collins, Kevin | 11537.002/ Prime Capital Ventures - Receiver (Dribusch Trustee) Asset Analysis and Recovery Review confidentiality agreement with financial institution [.5]; and draft same for a different financial institution for purposes of receiving discovery pursuant to Rule 2004 subpoena [.5]. | Fees | 1.00 | 0.00 | 495.00 | 495.00 |

client sort begins with 'prime' and date is >=6/6/25 and date
is <=2/25/26

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement

## for

## Prime Capital Ventures - Receiver (Dribusch Trustee)

| Date | Professional | Matter ID/Client Sort Matter Description Narrative | Component | Hours | Units | Price | Value |
|---|---|---|---|---|---|---|---|
| 09/30/2025 | Collins, Kevin | 11537.002/ Prime Capital Ventures - Receiver (Dribusch Trustee) Asset Analysis and Recovery Draft confidentiality acknowledgement letter to share with financial advisors in order for them to review productions received from financial institutions [.5]. | Fees | 0.50 | 0.00 | 495.00 | 247.50 |
| 10/02/2025 | Kiss, Lauren | 11537.002/ Prime Capital Ventures - Receiver (Dribusch Trustee) Asset Analysis and Recovery Reviewing motion to compel and related issues [.2]. | Fees | 0.20 | 0.00 | 750.00 | 150.00 |
| 10/02/2025 | Stevens, Fred | 11537.002/ Prime Capital Ventures - Receiver (Dribusch Trustee) Asset Analysis and Recovery Email Mr. Rubin regard Reign issues [.1]. Reviewing motion in Roglieri regarding compelling sale of intellectual property and whether the estate has an interest in those funds and drafting memo and request for related information from RK [.5]. Reviewing Hogan sourcing issues and drafting memo outlining litigation history, questions to answer re sourcing second Hogan retainer, and debtor-creditor relationship of Prime capital to payors of the retainer [.6]. | Fees | 1.20 | 0.00 | 875.00 | 1,050.00 |

3/19/2026 4:24:31 PM

client sort begins with 'prime' and date is >=6/6/25 and date
is <=2/25/26

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement

## for

## Prime Capital Ventures - Receiver (Dribusch Trustee)

| Date | Professional | Matter ID/Client Sort<br>Matter Description<br>Narrative | Component | Hours | Units | Price | Value |
|---|---|---|---|---|---|---|---|
| 10/04/2025 | Stevens, Fred | 11537.002/ Prime Capital Ventures -<br>Receiver (Dribusch Trustee)<br>Asset Analysis and Recovery<br>Reviewing CMD transaction and search for<br>information related to transfer of automobile<br>and potential source of HL's second retainer<br>[.4]. | Fees | 0.40 | 0.00 | 875.00 | 350.00 |
| 10/04/2025 | Stevens, Fred | 11537.002/ Prime Capital Ventures -<br>Receiver (Dribusch Trustee)<br>Asset Analysis and Recovery<br>Email Mr. Lenihan, Hurwitz, regarding<br>Reign financial and related information [.2]. | Fees | 0.20 | 0.00 | 875.00 | 175.00 |
| 10/06/2025 | Stevens, Fred | 11537.002/ Prime Capital Ventures -<br>Receiver (Dribusch Trustee)<br>Asset Analysis and Recovery<br>Telephone conference with Mr. Lenihan<br>with synergy with Reign alleged fraud and<br>means of recovery [.6]. | Fees | 0.60 | 0.00 | 875.00 | 525.00 |
| 10/06/2025 | Collins, Kevin | 11537.002/ Prime Capital Ventures -<br>Receiver (Dribusch Trustee)<br>Asset Analysis and Recovery<br>Review over one hundred document<br>productions received pursuant to Rule 2004<br>discovery [2.7]. | Fees | 2.70 | 0.00 | 495.00 | 1,336.50 |
| 10/09/2025 | Stevens, Fred | 11537.002/ Prime Capital Ventures -<br>Receiver (Dribusch Trustee)<br>Asset Analysis and Recovery<br>Drafting email analysis to trustee related to<br>Mille watch issue [.3]. | Fees | 0.30 | 0.00 | 875.00 | 262.50 |

client sort begins with 'prime' and date is >=6/6/25 and date
is <=2/25/26

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement

## for

## Prime Capital Ventures - Receiver (Dribusch Trustee)

| Date | Professional | Matter ID/Client Sort<br>Matter Description<br>Narrative | Component | Hours | Units | Price | Value |
|---|---|---|---|---|---|---|---|
| 10/09/2025 | Collins, Kevin | 11537.002/ Prime Capital Ventures - Receiver (Dribusch Trustee)<br>Asset Analysis and Recovery<br>Draft/edit confidentiality agreement acknowledgement form [.3]; review over twenty-five document productions received pursuant to Rule 2004 discovery [1.8]. | Fees | 2.10 | 0.00 | 495.00 | 1,039.50 |
| 10/17/2025 | Collins, Kevin | 11537.002/ Prime Capital Ventures - Receiver (Dribusch Trustee)<br>Asset Analysis and Recovery<br>Review over seventy-five document productions received pursuant to Rule 2004 discovery [3.8]. | Fees | 3.80 | 0.00 | 495.00 | 1,881.00 |
| 10/20/2025 | Stevens, Fred | 11537.002/ Prime Capital Ventures - Receiver (Dribusch Trustee)<br>Asset Analysis and Recovery<br>Email Mr. Tabachnik regarding resolution on 2004 and adjournment of pending hearings [.1]. | Fees | 0.10 | 0.00 | 875.00 | 87.50 |
| 10/21/2025 | Collins, Kevin | 11537.002/ Prime Capital Ventures - Receiver (Dribusch Trustee)<br>Asset Analysis and Recovery<br>Review over seventy-five document productions received pursuant to Rule 2004 discovery. [4] | Fees | 4.00 | 0.00 | 495.00 | 1,980.00 |

client sort begins with 'prime' and date is >=6/6/25 and date
is <=2/25/26

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement

## for

## Prime Capital Ventures - Receiver (Dribusch Trustee)

| Date | Professional | Matter ID/Client Sort<br>Matter Description<br>Narrative | Component | Hours | Units | Price | Value |
|---|---|---|---|---|---|---|---|
| 10/22/2025 | Stevens, Fred | 11537.002/ Prime Capital Ventures - Receiver (Dribusch Trustee)<br>Asset Analysis and Recovery<br>Telephone conference with Mr. Tabachnik regarding resolution of all issues with HL and dynamics of any resolution [.9]. | Fees | 0.90 | 0.00 | 875.00 | 787.50 |
| 10/25/2025 | Stevens, Fred | 11537.002/ Prime Capital Ventures - Receiver (Dribusch Trustee)<br>Asset Analysis and Recovery<br>Email Mr. Corbi and Mr. Morton regarding status of document production [.2]. Drafting analysis of Hogan issues, framing for resolution discussion, issues overlapping with chapter 7 estate, and framework for resolution, following review of cash analysis related to Hogan issues and discovery [.8]. | Fees | 1.00 | 0.00 | 875.00 | 875.00 |
| 10/26/2025 | Stevens, Fred | 11537.002/ Prime Capital Ventures - Receiver (Dribusch Trustee)<br>Asset Analysis and Recovery<br>Emails with Mr. Geron regarding call on plan and litigation, HL settlement position, and hearing protocol [.2]. | Fees | 0.20 | 0.00 | 875.00 | 175.00 |
| 10/27/2025 | Kiss, Lauren | 11537.002/ Prime Capital Ventures - Receiver (Dribusch Trustee)<br>Asset Analysis and Recovery<br>Reviewing comments to KeyBank's confidentiality agreement and related documents and discussing same with Mr. Collins [.3]. | Fees | 0.30 | 0.00 | 750.00 | 225.00 |

3/19/2026 4:24:31 PM

client sort begins with 'prime' and date is >=6/6/25 and date is <=2/25/26

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement

## for

## Prime Capital Ventures - Receiver (Dribusch Trustee)

| Date | Professional | Matter ID/Client Sort<br>Matter Description<br>Narrative | Component | Hours | Units | Price | Value |
|---|---|---|---|---|---|---|---|
| 10/27/2025 | Collins, Kevin | 11537.002/ Prime Capital Ventures - Receiver (Dribusch Trustee)<br>Asset Analysis and Recovery<br>Edit confidentiality agreement for purposes of sharing discovery received from financial institution pursuant to Rule 2004 subpoena [.6]. | Fees | 0.60 | 0.00 | 495.00 | 297.00 |
| 10/28/2025 | Stevens, Fred | 11537.002/ Prime Capital Ventures - Receiver (Dribusch Trustee)<br>Asset Analysis and Recovery<br>Lengthy email to Mr. William, Camshaft principal, regarding status of case, plan agenda, document requests related to Hogan Lovells [.4]. | Fees | 0.40 | 0.00 | 875.00 | 350.00 |
| 10/29/2025 | Stevens, Fred | 11537.002/ Prime Capital Ventures - Receiver (Dribusch Trustee)<br>Asset Analysis and Recovery<br>Telephone conference with Mr. Widlanski regarding potential representation of estate in connection with third party claims against banks and insiders [.5]. Reviewing document production by Berone, independent investigation of private equity investments, and drafting Berone assessment, calculation of unaccounted for funds, and circulating to Berone counsel [1.6]. | Fees | 2.10 | 0.00 | 875.00 | 1,837.50 |

client sort begins with 'prime' and date is >=6/6/25 and date
is <=2/25/26

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement

## for

## Prime Capital Ventures - Receiver (Dribusch Trustee)

| Date | Professional | Matter ID/Client Sort<br>Matter Description<br>Narrative | Component | Hours | Units | Price | Value |
|---|---|---|---|---|---|---|---|
| 10/30/2025 | Kiss, Lauren | 11537.002/ Prime Capital Ventures - Receiver (Dribusch Trustee)<br>Asset Analysis and Recovery<br>Attending pre-trial conference in adversary and 2004 motions. | Fees | 0.40 | 0.00 | 750.00 | 300.00 |
| 10/30/2025 | Stevens, Fred | 11537.002/ Prime Capital Ventures - Receiver (Dribusch Trustee)<br>Asset Analysis and Recovery<br>Preparation for and appearance at hearings on adjourned 2004 application for Berone/Reign [1.6]. | Fees | 1.60 | 0.00 | 875.00 | 1,400.00 |
| 10/31/2025 | Collins, Kevin | 11537.002/ Prime Capital Ventures - Receiver (Dribusch Trustee)<br>Asset Analysis and Recovery<br>Review of over twenty-five documents received pursuant to Rule 2004 discovery [2.8]. | Fees | 2.80 | 0.00 | 495.00 | 1,386.00 |
| 11/02/2025 | Stevens, Fred | 11537.002/ Prime Capital Ventures - Receiver (Dribusch Trustee)<br>Asset Analysis and Recovery<br>Reviewing H&H / Norwell information and drafting claim assessment list [.3]. Reviewing productions from RBC, Flagstar and TD Bank and mapping and tracing fund flow from $20 million from Prime [1.3]. | Fees | 1.60 | 0.00 | 875.00 | 1,400.00 |

client sort begins with 'prime' and date is >=6/6/25 and date is <=2/25/26

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement

## for

## Prime Capital Ventures - Receiver (Dribusch Trustee)

| Date | Professional | Matter ID/Client Sort<br>Matter Description<br>Narrative | Component | Hours | Units | Price | Value |
|---|---|---|---|---|---|---|---|
| 11/05/2025 | Stevens, Fred | 11537.002/ Prime Capital Ventures - Receiver (Dribusch Trustee)<br>Asset Analysis and Recovery<br>Email with Ms. Berkoff, counsel to RENNtech, regarding extension of time to answer subpoena [.1]. | Fees | 0.10 | 0.00 | 875.00 | 87.50 |
| 11/06/2025 | Collins, Kevin | 11537.002/ Prime Capital Ventures - Receiver (Dribusch Trustee)<br>Asset Analysis and Recovery<br>Review over seventy-five document productions received pursuant to Rule 2004 discovery [4]. | Fees | 4.00 | 0.00 | 495.00 | 1,980.00 |
| 11/07/2025 | Stevens, Fred | 11537.002/ Prime Capital Ventures - Receiver (Dribusch Trustee)<br>Asset Analysis and Recovery<br>Reviewing revised stipulation regarding Richard Mille watch [.2]. | Fees | 0.20 | 0.00 | 875.00 | 175.00 |
| 11/07/2025 | Collins, Kevin | 11537.002/ Prime Capital Ventures - Receiver (Dribusch Trustee)<br>Asset Analysis and Recovery<br>Review over seventy-five document productions received pursuant to Rule 2004 discovery [4.2]. | Fees | 4.20 | 0.00 | 495.00 | 2,079.00 |
| 11/10/2025 | Stevens, Fred | 11537.002/ Prime Capital Ventures - Receiver (Dribusch Trustee)<br>Asset Analysis and Recovery<br>Emails with Ms. Santucci and Mr. Geron regarding history of watch and stipulation proposal with chapter 7 estate [.3]. | Fees | 0.30 | 0.00 | 875.00 | 262.50 |

client sort begins with 'prime' and date is >=6/6/25 and date
is <=2/25/26

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement

## for

## Prime Capital Ventures - Receiver (Dribusch Trustee)

| Date | Professional | Matter ID/Client Sort<br>Matter Description<br>Narrative | Component | Hours | Units | Price | Value |
|---|---|---|---|---|---|---|---|
| 11/14/2025 | Stevens, Fred | 11537.002/ Prime Capital Ventures - Receiver (Dribusch Trustee)<br>Asset Analysis and Recovery<br>Reviewing documents and legal research regarding trust fund claim by 1800, express trust, constructive trust, property interest [1.9]. Email to Mr. Miesen regarding position with respect to trust claim [.2]. Reviewing Roglieri plea agreement and matching forfeited property to the property in agreement and email Ms. Santucci regarding same [.3]. | Fees | 2.40 | 0.00 | 875.00 | 2,100.00 |
| 11/17/2025 | Stevens, Fred | 11537.002/ Prime Capital Ventures - Receiver (Dribusch Trustee)<br>Asset Analysis and Recovery<br>Analysis of watch and open issues with chapter 7 estate at request of Trustee to frame discussion on open issues and potential resolution and drafting memo to trustee regarding same [.4]. | Fees | 0.40 | 0.00 | 875.00 | 350.00 |
| 11/19/2025 | Stevens, Fred | 11537.002/ Prime Capital Ventures - Receiver (Dribusch Trustee)<br>Asset Analysis and Recovery<br>Conference with Ms. Santucci and Mr. Geron regarding issues and strategy for call with Roglieri trustee regarding watch [1.0]. Attending call with Roglieri trustee and Prime trustee teams regarding watch and open issues between estates [.7]. | Fees | 1.70 | 0.00 | 875.00 | 1,487.50 |

client sort begins with 'prime' and date is >=6/6/25 and date
is <=2/25/26

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement

## for

## Prime Capital Ventures - Receiver (Dribusch Trustee)

| Date | Professional | Matter ID/Client Sort<br>Matter Description<br>Narrative | Component | Hours | Units | Price | Value |
|---|---|---|---|---|---|---|---|
| 11/24/2025 | Scott, Brendan | 11537.002/ Prime Capital Ventures - Receiver (Dribusch Trustee)<br>Asset Analysis and Recovery<br>Begin analysis of legal issues relating to potential trust funds, including reviewing memo, reviewing case information and researching law. | Fees | 1.00 | 0.00 | 795.00 | 795.00 |
| 11/24/2025 | Stevens, Fred | 11537.002/ Prime Capital Ventures - Receiver (Dribusch Trustee)<br>Asset Analysis and Recovery<br>Email and call to Ms. Conger, AUSA, and reviewing docket for current AUSAs and position [.3]. | Fees | 0.30 | 0.00 | 875.00 | 262.50 |
| 11/24/2025 | Collins, Kevin | 11537.002/ Prime Capital Ventures - Receiver (Dribusch Trustee)<br>Asset Analysis and Recovery<br>Review claims in preparation of meeting with Mr. Stevens and Ms. Kiss and financial advisors [1]. | Fees | 1.00 | 0.00 | 495.00 | 495.00 |
| 11/25/2025 | Scott, Brendan | 11537.002/ Prime Capital Ventures - Receiver (Dribusch Trustee)<br>Asset Analysis and Recovery<br>Researching law re: express/constructive trusts in bankruptcy. | Fees | 1.40 | 0.00 | 795.00 | 1,113.00 |

client sort begins with 'prime' and date is >=6/6/25 and date
is <=2/25/26

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement

## for

## Prime Capital Ventures - Receiver (Dribusch Trustee)

| Date | Professional | Matter ID/Client Sort<br>Matter Description<br>Narrative | Component | Hours | Units | Price | Value |
|---|---|---|---|---|---|---|---|
| 12/01/2025 | Stevens, Fred | 11537.002/ Prime Capital Ventures - Receiver (Dribusch Trustee)<br>Asset Analysis and Recovery<br>Reviewing complaint against Reign and Karo just filed in EDNY re connection to our complaint [.6]. | Fees | 0.60 | 0.00 | 875.00 | 525.00 |
| 12/03/2025 | Stevens, Fred | 11537.002/ Prime Capital Ventures - Receiver (Dribusch Trustee)<br>Asset Analysis and Recovery<br>Reviewing discovery from Chris Snyder, prior 2004 order and subpoenas issued to Snyder and Humphrey, and availability of Dropbox files identified in discovery [.8]. | Fees | 0.80 | 0.00 | 875.00 | 700.00 |
| 12/09/2025 | Stevens, Fred | 11537.002/ Prime Capital Ventures - Receiver (Dribusch Trustee)<br>Asset Analysis and Recovery<br>Meeting with Mr. Ryniker to review potential recovery on outstanding loans receivable and method for recovery [1.3]. | Fees | 1.30 | 0.00 | 875.00 | 1,137.50 |
| 12/17/2025 | Stevens, Fred | 11537.002/ Prime Capital Ventures - Receiver (Dribusch Trustee)<br>Asset Analysis and Recovery<br>Reviewing all prior Caruso correspondence and documents regarding claim and prior settlement offer and failure of Caruso to respond to it [1.3].  Emails with Mr. Roy regarding confirmation and resolution [.1]. | Fees | 1.40 | 0.00 | 875.00 | 1,225.00 |

client sort begins with 'prime' and date is >=6/6/25 and date
is <=2/25/26

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement

## for

## Prime Capital Ventures - Receiver (Dribusch Trustee)

| Date | Professional | Matter ID/Client Sort<br>Matter Description<br>Narrative | Component | Hours | Units | Price | Value |
|------|--------------|----------------------------------------------------------|-----------|-------|-------|-------|-------|
| 12/19/2025 | Stevens, Fred | 11537.002/ Prime Capital Ventures - Receiver (Dribusch Trustee)<br>Asset Analysis and Recovery<br>Drafting analysis of Berone transfers and schedule of litigation [1.6]. | Fees | 1.60 | 0.00 | 875.00 | 1,400.00 |
| 01/13/2026 | Stevens, Fred | 11537.002/ Prime Capital Ventures - Receiver (Dribusch Trustee)<br>Asset Analysis and Recovery<br>Email Mr. Esser regarding timing of response [.1]. | Fees | 0.10 | 0.00 | 895.00 | 89.50 |
| 01/19/2026 | Stevens, Fred | 11537.002/ Prime Capital Ventures - Receiver (Dribusch Trustee)<br>Asset Analysis and Recovery<br>Drafting statement in response to Berone objections to 2004 and supplemental statement requested by the court [1.3]. | Fees | 1.30 | 0.00 | 895.00 | 1,163.50 |
| 01/21/2026 | Stevens, Fred | 11537.002/ Prime Capital Ventures - Receiver (Dribusch Trustee)<br>Asset Analysis and Recovery<br>Telephone conference with Ms. Berkoff regarding issues for potential litigation against her client and discovery re wrong payor claims [.3]. Email insurance agent regarding policy on Virginia Beach [.2]. | Fees | 0.50 | 0.00 | 895.00 | 447.50 |

client sort begins with 'prime' and date is >=6/6/25 and date
is <=2/25/26

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement

## for

## Prime Capital Ventures - Receiver (Dribusch Trustee)

| Date | Professional | Matter ID/Client Sort<br>Matter Description<br>Narrative | Component | Hours | Units | Price | Value |
|---|---|---|---|---|---|---|---|
| 01/21/2026 | Stevens, Fred | 11537.002/ Prime Capital Ventures - Receiver (Dribusch Trustee)<br>Asset Analysis and Recovery<br>Continued drafting supplemental statement re Berone with review of record and comparison of accounting presented to district court v. bankruptcy court [1.3]. | Fees | 1.30 | 0.00 | 895.00 | 1,163.50 |
| 01/22/2026 | Reilly, Christopher | 11537.002/ Prime Capital Ventures - Receiver (Dribusch Trustee)<br>Asset Analysis and Recovery<br>Review of supplemental statement in support of Berone 2004 Application [.3]; research regarding exceptions to the "pending proceeding" exemption to Rule 2004 [1.5]; preparation of email to Mr. Stevens summarizing findings on same [.8]. | Fees | 2.60 | 0.00 | 625.00 | 1,625.00 |
| 01/22/2026 | Collins, Kevin | 11537.002/ Prime Capital Ventures - Receiver (Dribusch Trustee)<br>Asset Analysis and Recovery<br>Review of thirty documents received pursuant to Rule 2004 discovery to determine viability of recovery of transfers made by the Debtor [2]. | Fees | 2.00 | 0.00 | 525.00 | 1,050.00 |

client sort begins with 'prime' and date is >=6/6/25 and date
is <=2/25/26

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement

## for

## Prime Capital Ventures - Receiver (Dribusch Trustee)

| Date | Professional | Matter ID/Client Sort<br>Matter Description<br>Narrative | Component | Hours | Units | Price | Value |
|---|---|---|---|---|---|---|---|
| 01/22/2026 | Stevens, Fred | 11537.002/ Prime Capital Ventures - Receiver (Dribusch Trustee)<br>Asset Analysis and Recovery<br>Drafting statement in response to Berone objections following review of record on statements made regarding Berone in various federal cases [1.7].  Legal research regarding 2004 discovery [.9]. | Fees | 2.60 | 0.00 | 895.00 | 2,327.00 |
| 01/23/2026 | Stevens, Fred | 11537.002/ Prime Capital Ventures - Receiver (Dribusch Trustee)<br>Asset Analysis and Recovery<br>Reviewing and revising statement in response to Berone 2004 [.8]. | Fees | 0.80 | 0.00 | 895.00 | 716.00 |
| 01/23/2026 | Kiss, Lauren | 11537.002/ Prime Capital Ventures - Receiver (Dribusch Trustee)<br>Asset Analysis and Recovery<br>Reviewing and revising supplemental reply to Berone 2004 application. | Fees | 0.80 | 0.00 | 795.00 | 636.00 |
| 01/26/2026 | Stevens, Fred | 11537.002/ Prime Capital Ventures - Receiver (Dribusch Trustee)<br>Asset Analysis and Recovery<br>Reviewing and revising supplemental statement related to Berone transfers and 2004 examination and email to Ms. Santucci for review [.8]. | Fees | 0.80 | 0.00 | 895.00 | 716.00 |

client sort begins with 'prime' and date is >=6/6/25 and date
is <=2/25/26

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement

## for

## Prime Capital Ventures - Receiver (Dribusch Trustee)

| Date | Professional | Matter ID/Client Sort Matter Description Narrative | Component | Hours | Units | Price | Value |
|---|---|---|---|---|---|---|---|
| 01/27/2026 | Stevens, Fred | 11537.002/ Prime Capital Ventures - Receiver (Dribusch Trustee) Asset Analysis and Recovery Reviewing and revising and finalize Berone response statement and circulate to Mr. Nosek [1.2].  Drafting email to Mr. Roglieri's criminal counsel regarding turnover of computer [.2].  Telephone conference with Mr. Rosenthal, AUSA regarding providing documents and positions on civil forfeiture [.3]. | Fees | 1.70 | 0.00 | 895.00 | 1,521.50 |
| 01/28/2026 | Stevens, Fred | 11537.002/ Prime Capital Ventures - Receiver (Dribusch Trustee) Asset Analysis and Recovery Begin review of Berone production regarding investments [.4]. | Fees | 0.40 | 0.00 | 895.00 | 358.00 |
| 01/30/2026 | Stevens, Fred | 11537.002/ Prime Capital Ventures - Receiver (Dribusch Trustee) Asset Analysis and Recovery Reviewing production from Berone regarding discovery [.7].  Telephone conference with Mr. Nosek regarding discovery and claims [.4].  Email with Ms. Matthews regarding insurance on Virginia Beach property [.1]. | Fees | 1.20 | 0.00 | 895.00 | 1,074.00 |

client sort begins with 'prime' and date is >=6/6/25 and date
is <=2/25/26

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement

## for

## Prime Capital Ventures - Receiver (Dribusch Trustee)

| Date | Professional | Matter ID/Client Sort<br>Matter Description<br>Narrative | Component | Hours | Units | Price | Value |
|---|---|---|---|---|---|---|---|
| 01/30/2026 | Collins, Kevin | 11537.002/ Prime Capital Ventures -<br>Receiver (Dribusch Trustee)<br>Asset Analysis and Recovery<br>Review of over fifty documents received<br>from insiders received pursuant to Rule<br>2004 discovery to determine viability of<br>recovery of transfers made by the Debtor<br>[3.2]. | Fees | 3.20 | 0.00 | 525.00 | 1,680.00 |
| 02/02/2026 | Stevens, Fred | 11537.002/ Prime Capital Ventures -<br>Receiver (Dribusch Trustee)<br>Asset Analysis and Recovery<br>Emails with Mr. Nosek regarding resolution<br>of Berone 2004 and outstanding documents<br>[.2].  Drafting and filing notices of<br>adjournment request for 2004 [.1].<br>Reviewing documents produced in<br>Alux/Blackwater litigation that were<br>previously not available [.8].  Emails with<br>Mr. Esser regarding Ponzi analysis [.1]. | Fees | 1.20 | 0.00 | 895.00 | 1,074.00 |
| 02/02/2026 | Collins, Kevin | 11537.002/ Prime Capital Ventures -<br>Receiver (Dribusch Trustee)<br>Asset Analysis and Recovery<br>Review of over fifty documents received<br>from Roglieri benefit transferees pursuant to<br>Rule 2004 discovery to determine viability<br>of recovery of transfers made by the Debtor<br>[4.2]. | Fees | 4.20 | 0.00 | 525.00 | 2,205.00 |

client sort begins with 'prime' and date is >=6/6/25 and date
is <=2/25/26

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement

## for

## Prime Capital Ventures - Receiver (Dribusch Trustee)

| Date | Professional | Matter ID/Client Sort<br>Matter Description<br>Narrative | Component | Hours | Units | Price | Value |
|---|---|---|---|---|---|---|---|
| 02/04/2026 | Stevens, Fred | 11537.002/ Prime Capital Ventures - Receiver (Dribusch Trustee)<br>Asset Analysis and Recovery<br>Email Mr. Roglieri criminal counsel regarding protocol for meeting with Roglieri and production of laptop [.3]. | Fees | 0.30 | 0.00 | 895.00 | 268.50 |
| 02/05/2026 | Collins, Kevin | 11537.002/ Prime Capital Ventures - Receiver (Dribusch Trustee)<br>Asset Analysis and Recovery<br>Review of of over seventy-five documents received from Roglieri benefit transferees. | Fees | 6.30 | 0.00 | 525.00 | 3,307.50 |
| 02/05/2026 | Stevens, Fred | 11537.002/ Prime Capital Ventures - Receiver (Dribusch Trustee)<br>Asset Analysis and Recovery<br>Reviewing correspondence and chart of findings from Ms. Berkoff on client recipients and email request for supporting documents [.4]. | Fees | 0.40 | 0.00 | 895.00 | 358.00 |
| 02/06/2026 | Collins, Kevin | 11537.002/ Prime Capital Ventures - Receiver (Dribusch Trustee)<br>Asset Analysis and Recovery<br>Review of over twenty documents received from Roglieri benefit transferees pursuant to Rule 2004 discovery to determine viability of recovery of transfers made by the Debtor [2.3]. | Fees | 2.30 | 0.00 | 525.00 | 1,207.50 |

client sort begins with 'prime' and date is >=6/6/25 and date
is <=2/25/26

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement

## for

## Prime Capital Ventures - Receiver (Dribusch Trustee)

| Date | Professional | Matter ID/Client Sort<br>Matter Description<br>Narrative | Component | Hours | Units | Price | Value |
|---|---|---|---|---|---|---|---|
| 02/11/2026 | Stevens, Fred | 11537.002/ Prime Capital Ventures - Receiver (Dribusch Trustee)<br>Asset Analysis and Recovery<br>Emails with Mr. Collins and Ms. Holocek regarding production of documents and Key Bank waiver [.3]. | Fees | 0.30 | 0.00 | 895.00 | 268.50 |
| 02/11/2026 | Collins, Kevin | 11537.002/ Prime Capital Ventures - Receiver (Dribusch Trustee)<br>Asset Analysis and Recovery<br>Review Keybank confidentiality agreement [.5] and search and gather KeyBank bank statements of debtor's principal to share with counsel for chapter 7 estate of debtor's principal [1.5]; update subpoena tracker to share with Mr. Ryniker, financial advisor [.8]. | Fees | 2.80 | 0.00 | 525.00 | 1,470.00 |
| 02/13/2026 | Stevens, Fred | 11537.002/ Prime Capital Ventures - Receiver (Dribusch Trustee)<br>Asset Analysis and Recovery<br>Emails with Mr. Sandler regarding considerations on reviewing bank claims on contingency, estate dynamics, and Ponzi finding [.3].  Email with Mr. Esser regarding bank claims [.1]. | Fees | 0.40 | 0.00 | 895.00 | 358.00 |
| 02/19/2026 | Stevens, Fred | 11537.002/ Prime Capital Ventures - Receiver (Dribusch Trustee)<br>Asset Analysis and Recovery<br>Email Ms. Berkoff regarding extension of time to produce documents [.1]. | Fees | 0.10 | 0.00 | 895.00 | 89.50 |

client sort begins with 'prime' and date is >=6/6/25 and date
is <=2/25/26

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement

## for

## Prime Capital Ventures - Receiver (Dribusch Trustee)

| Date | Professional | Matter ID/Client Sort<br>Matter Description<br>Narrative | Component | Hours | Units | Price | Value |
|---|---|---|---|---|---|---|---|
| 02/24/2026 | Kiss, Lauren | 11537.002/ Prime Capital Ventures - Receiver (Dribusch Trustee)<br>Asset Analysis and Recovery<br>Reviewing withdrawal of 2004 application with respect to Berone. | Fees | 0.10 | 0.00 | 795.00 | 79.50 |
| 02/24/2026 | Stevens, Fred | 11537.002/ Prime Capital Ventures - Receiver (Dribusch Trustee)<br>Asset Analysis and Recovery<br>Preliminary review of production by Berone [.5].  Telephone conference with Mr. Nosek regarding production [.2].  Drafting and filing notice of withdrawal of Berone 2004 [.2].  Email Mr. Esser regarding withdrawal of Berone 2004 [.1]. | Fees | 1.00 | 0.00 | 895.00 | 895.00 |
| | | **Matter Description (First Line): Asset Analysis and Recovery** | | **250.90** | **63.00** | | **166,278.93** |

**Matter Description (First Line): Asset Disposition**

| Date | Professional | Matter ID/Client Sort<br>Matter Description<br>Narrative | Component | Hours | Units | Price | Value |
|---|---|---|---|---|---|---|---|
| 06/19/2025 | Stevens, Fred | 11537.003/ Prime Capital Ventures - Receiver (Dribusch Trustee)<br>Asset Disposition<br>Email introduction for Mr. Geron to Mr. Roy regarding sale of Ferrari [.2]. | Fees | 0.20 | 0.00 | 875.00 | 175.00 |
| 07/23/2025 | Stevens, Fred | 11537.003/ Prime Capital Ventures - Receiver (Dribusch Trustee)<br>Asset Disposition<br>Telephone conference with Ms. O'Toole, trustee for Roglieri, regarding asset sales [.3]. | Fees | 0.30 | 0.00 | 875.00 | 262.50 |

3/19/2026 4:24:31 PM

client sort begins with 'prime' and date is >=6/6/25 and date
is <=2/25/26

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement

## for

## Prime Capital Ventures - Receiver (Dribusch Trustee)

| Date | Professional | Matter ID/Client Sort<br>Matter Description<br>Narrative | Component | Hours | Units | Price | Value |
|------|--------------|-----------------------------------------------------------|-----------|-------|-------|-------|-------|
| 10/20/2025 | Kiss, Lauren | 11537.003/ Prime Capital Ventures - Receiver (Dribusch Trustee)<br>Asset Disposition<br>Reviewing sales report and related documents from Saratoga Automobile Museum. | Fees | 0.20 | 0.00 | 750.00 | 150.00 |
| 11/24/2025 | Stevens, Fred | 11537.003/ Prime Capital Ventures - Receiver (Dribusch Trustee)<br>Asset Disposition<br>Reviewing requests for lien releases [.4]. Telephone conference with Mr. Levine regarding lien release requests and assessment of 1800 Park issue [.2]. | Fees | 0.60 | 0.00 | 875.00 | 525.00 |
| 01/23/2026 | Stevens, Fred | 11537.003/ Prime Capital Ventures - Receiver (Dribusch Trustee)<br>Asset Disposition<br>Emails with insurance broker and Ms. Santucci regarding coverage on Virginia property [.2]. | Fees | 0.20 | 0.00 | 895.00 | 179.00 |
| 01/27/2026 | Stevens, Fred | 11537.003/ Prime Capital Ventures - Receiver (Dribusch Trustee)<br>Asset Disposition<br>Emails with Ms. Matthews regarding insurance on Virginia Beach property [.2]. Drafting detailed footnote for notice of abandonment regarding reservation of rights on Virginia Beach Property [.6]. | Fees | 0.80 | 0.00 | 895.00 | 716.00 |

client sort begins with 'prime' and date is >=6/6/25 and date is <=2/25/26

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement

## for

## Prime Capital Ventures - Receiver (Dribusch Trustee)

| Date | Professional | Matter ID/Client Sort<br>Matter Description<br>Narrative | Component | Hours | Units | Price | Value |
|---|---|---|---|---|---|---|---|
| 01/29/2026 | Stevens, Fred | 11537.003/ Prime Capital Ventures - Receiver (Dribusch Trustee)<br>Asset Disposition<br>Reviewing and revising notice of abandonment on Virginia Beach Property and email Ms. Santucci regarding same [.2]. | Fees | 0.20 | 0.00 | 895.00 | 179.00 |
| | | **Matter Description (First Line): Asset Disposition** | | **2.50** | **0.00** | | **2,186.50** |
| **Matter Description (First Line): Case Administration** | | | | | | | |
| 06/06/2025 | Stevens, Fred | 11537.001/ Prime Capital Ventures - Receiver (Dribusch Trustee)<br>Case Administration<br>Conference with Ms. Santucci and Mr. Geron regarding case and transition [.7]. Emails with Mr. Roy regarding trustee [.1]. | Fees | 0.80 | 0.00 | 875.00 | 700.00 |
| 06/08/2025 | Kiss, Lauren | 11537.001/ Prime Capital Ventures - Receiver (Dribusch Trustee)<br>Case Administration<br>Reviewing letter from Citibank regarding account closure. | Fees | 0.10 | 0.00 | 750.00 | 75.00 |
| 06/09/2025 | Stevens, Fred | 11537.001/ Prime Capital Ventures - Receiver (Dribusch Trustee)<br>Case Administration<br>Telephone conference with Mr. Sporn and Mr. Roglieri's legal team regarding Reign/Berone transaction [.7]. | Fees | 0.70 | 0.00 | 875.00 | 612.50 |

client sort begins with 'prime' and date is >=6/6/25 and date is <=2/25/26

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement

## for

## Prime Capital Ventures - Receiver (Dribusch Trustee)

| Date | Professional | Matter ID/Client Sort<br>Matter Description<br>Narrative | Component | Hours | Units | Price | Value |
|---|---|---|---|---|---|---|---|
| 06/09/2025 | Stevens, Fred | 11537.001/ Prime Capital Ventures - Receiver (Dribusch Trustee)<br>Case Administration<br>Email creditor regarding inquiry regarding claim sale [.1]. | Fees | 0.10 | 0.00 | 875.00 | 87.50 |
| 06/11/2025 | Kiss, Lauren | 11537.001/ Prime Capital Ventures - Receiver (Dribusch Trustee)<br>Case Administration<br>Attending transition call between Messrs. Stevens, Dribusch and GLA professionals and then follow up call with Mr. Stevens and GLA professionals [.5]; follow up discussion with Mr. Stevens [.1]; reviewing plea agreement with Kimmy Humphrey [.5]; reviewing notice of adoption of applications [.1]. | Fees | 1.20 | 0.00 | 750.00 | 900.00 |
| 06/11/2025 | Stevens, Fred | 11537.001/ Prime Capital Ventures - Receiver (Dribusch Trustee)<br>Case Administration<br>Attending transition call between Messrs. Stevens, Dribusch and GLA professionals and then follow up call with Ms. Kiss (for part) and GLA professionals [1.8]; follow up discussion with Ms. Kiss [.1]; reviewing plea agreement with Kimmy Humphrey [.5]. | Fees | 2.40 | 0.00 | 875.00 | 2,100.00 |

client sort begins with 'prime' and date is >=6/6/25 and date
is <=2/25/26

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement

## for

## Prime Capital Ventures - Receiver (Dribusch Trustee)

| Date | Professional | Matter ID/Client Sort<br>Matter Description<br>Narrative | Component | Hours | Units | Price | Value |
|---|---|---|---|---|---|---|---|
| 06/16/2025 | Kiss, Lauren | 11537.001/ Prime Capital Ventures - Receiver (Dribusch Trustee)<br>Case Administration<br>Reviewing complaint filed by Ms. Oliver against Mr. Dribusch and related emails. | Fees | 0.20 | 0.00 | 750.00 | 150.00 |
| 06/16/2025 | Stevens, Fred | 11537.001/ Prime Capital Ventures - Receiver (Dribusch Trustee)<br>Case Administration<br>Reviewing Oliver complaint and email Ms. O'Toole and Mr. LaMonica regarding same [.2].  Email Mr. Geron and GLA team regarding dealings with Ms. Oliver [.1]. | Fees | 0.30 | 0.00 | 875.00 | 262.50 |
| 06/17/2025 | Kiss, Lauren | 11537.001/ Prime Capital Ventures - Receiver (Dribusch Trustee)<br>Case Administration<br>Emailing with Ms. Nevins-Perle regarding June 18th hearing [.1]; reviewing Court's online calendar for June 18th hearing, gathering documents to include in binder, and preparing folder for same [.5]; emailing with Mses. Strine and Nevins-Perle regarding certificate of service [.1]; reviewing certificate of service and emailing with Ms. Strine regarding same [.1]; reviewing and revising binder index for June 18th hearing [.3]; telephone call with Ms. Nevins-Perle regarding hearing binder [.1]; discussing June 18th hearing with Mr. Stevens [.2]. | Fees | 1.40 | 0.00 | 750.00 | 1,050.00 |

client sort begins with 'prime' and date is >=6/6/25 and date
is <=2/25/26

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement

## for

## Prime Capital Ventures - Receiver (Dribusch Trustee)

| Date | Professional | Matter ID/Client Sort Matter Description Narrative | Component | Hours | Units | Price | Value |
|---|---|---|---|---|---|---|---|
| 06/17/2025 | (None) | 11537.001/ Prime Capital Ventures - Receiver (Dribusch Trustee) Case Administration LexisNexis charges for legal research for April 2025, invoice no. 3095770081. | LEXIS | 0.00 | 1.00 | 45.31 | 45.31 |
| 06/17/2025 | (None) | 11537.001/ Prime Capital Ventures - Receiver (Dribusch Trustee) Case Administration LexisNexis charges for legal research for May 2025, invoice no. 3095816778. | LEXIS | 0.00 | 1.00 | 49.00 | 49.00 |
| 06/17/2025 | Nevins-Perle, Lily | 11537.001/ Prime Capital Ventures - Receiver (Dribusch Trustee) Case Administration Preparing hearing binder and index for Mr. Stevens. | Fees | 1.80 | 0.00 | 275.00 | 495.00 |
| 06/18/2025 | Stevens, Fred | 11537.001/ Prime Capital Ventures - Receiver (Dribusch Trustee) Case Administration Meeting with Mr. Dribusch regarding transition of open matters [.6].  Meeting with Ms. Penpraze regarding case [.4]. | Fees | 1.00 | 0.00 | 875.00 | 875.00 |
| 06/18/2025 | (None) | 11537.001/ Prime Capital Ventures - Receiver (Dribusch Trustee) Case Administration Veritext invoice no. 8419309 for transcript of hearing. | TRANS | 0.00 | 1.00 | 219.00 | 219.00 |

client sort begins with 'prime' and date is >=6/6/25 and date
is <=2/25/26

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement

## for

## Prime Capital Ventures - Receiver (Dribusch Trustee)

| Date | Professional | Matter ID/Client Sort<br>Matter Description<br>Narrative | Component | Hours | Units | Price | Value |
|---|---|---|---|---|---|---|---|
| 06/18/2025 | Strine, Kristen | 11537.001/ Prime Capital Ventures -<br>Receiver (Dribusch Trustee)<br>Case Administration<br>Filling out form for hearing of June 18th<br>hearing and filing same. | Fees | 0.20 | 0.00 | 275.00 | 55.00 |
| 06/19/2025 | Stevens, Fred | 11537.001/ Prime Capital Ventures -<br>Receiver (Dribusch Trustee)<br>Case Administration<br>Email introduction of Mr. Levine to Mr.<br>Geron [.1]. | Fees | 0.10 | 0.00 | 875.00 | 87.50 |
| 06/20/2025 | Stevens, Fred | 11537.001/ Prime Capital Ventures -<br>Receiver (Dribusch Trustee)<br>Case Administration<br>Emails with Mr. Esser and Ms. Penpraze<br>regarding adjournment of matters to July 9<br>related to Hogan Lovells [.1]. | Fees | 0.10 | 0.00 | 875.00 | 87.50 |
| 06/25/2025 | (None) | 11537.001/ Prime Capital Ventures -<br>Receiver (Dribusch Trustee)<br>Case Administration<br>FedEx invoice no. 8-908-65873 for<br>shipment to REV2, LLC. | FEDEX | 0.00 | 1.00 | 24.62 | 24.62 |
| 06/30/2025 | Nevins-Perle, Lily | 11537.001/ Prime Capital Ventures -<br>Receiver (Dribusch Trustee)<br>Case Administration<br>Preparing FedEx labels, printing subpoenas<br>and transmitting same via FedEx, per Mr.<br>Collins' request. | Fees | 0.90 | 0.00 | 275.00 | 247.50 |

client sort begins with 'prime' and date is >=6/6/25 and date
is <=2/25/26

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement

## for

## Prime Capital Ventures - Receiver (Dribusch Trustee)

| Date | Professional | Matter ID/Client Sort<br>Matter Description<br>Narrative | Component | Hours | Units | Price | Value |
|------|-------------|-----------------------------------------------------------|-----------|-------|-------|-------|-------|
| 06/30/2025 | Nevins-Perle, Lily | 11537.001/ Prime Capital Ventures - Receiver (Dribusch Trustee)<br>Case Administration<br>Photocopy and printing charges for June 2025. | PHOTOCOPY | 0.00 | 994.00 | 0.10 | 99.40 |
| 07/07/2025 | (None) | 11537.001/ Prime Capital Ventures - Receiver (Dribusch Trustee)<br>Case Administration<br>FedEx invoice no. 8-922-25211 for shipment to Blackwater Capital. | FEDEX | 0.00 | 1.00 | 31.98 | 31.98 |
| 07/07/2025 | (None) | 11537.001/ Prime Capital Ventures - Receiver (Dribusch Trustee)<br>Case Administration<br>FedEx invoice no. 8-922-25211 for shipment to Blackwater Capital. | FEDEX | 0.00 | 1.00 | 25.29 | 25.29 |
| 07/07/2025 | (None) | 11537.001/ Prime Capital Ventures - Receiver (Dribusch Trustee)<br>Case Administration<br>FedEx invoice no. 8-922-25211 for shipment to Blackwater Capital. | FEDEX | 0.00 | 1.00 | 17.11 | 17.11 |
| 07/07/2025 | (None) | 11537.001/ Prime Capital Ventures - Receiver (Dribusch Trustee)<br>Case Administration<br>FedEx invoice no. 8-922-25211 for shipment to Blackwater Capital. | FEDEX | 0.00 | 1.00 | 25.29 | 25.29 |

client sort begins with 'prime' and date is >=6/6/25 and date
is <=2/25/26

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement

## for

## Prime Capital Ventures - Receiver (Dribusch Trustee)

| Date | Professional | Matter ID/Client Sort<br>Matter Description<br>Narrative | Component | Hours | Units | Price | Value |
|------|--------------|-----------------------------------------|-----------|-------|-------|-------|-------|
| 07/10/2025 | (None) | 11537.001/ Prime Capital Ventures - Receiver (Dribusch Trustee)<br>Case Administration<br>FedEx invoice no. 8-929-88959 for returned shipment send to Blackwater Capital Group, LLC. | FEDEX | 0.00 | 1.00 | 22.32 | 22.32 |
| 07/15/2025 | (None) | 11537.001/ Prime Capital Ventures - Receiver (Dribusch Trustee)<br>Case Administration<br>FedEx invoice no. 8-916-24728 for shipment to Matthew Thacker-Rhodes on 6/25/25. | FEDEX | 0.00 | 1.00 | 29.78 | 29.78 |
| 07/15/2025 | (None) | 11537.001/ Prime Capital Ventures - Receiver (Dribusch Trustee)<br>Case Administration<br>FedEx invoice no. 8-916-24728 for second shipment to Matthew Thacker-Rhodes on 6/25/25. | FEDEX | 0.00 | 1.00 | 24.85 | 24.85 |
| 07/15/2025 | (None) | 11537.001/ Prime Capital Ventures - Receiver (Dribusch Trustee)<br>Case Administration<br>FedEx invoice no. 8-916-24728 for shipment to Truss Financial, Joe Lineburg on 6/25/25. | FEDEX | 0.00 | 1.00 | 17.04 | 17.04 |

client sort begins with 'prime' and date is >=6/6/25 and date
is <=2/25/26

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement

## for

## Prime Capital Ventures - Receiver (Dribusch Trustee)

| Date | Professional | Matter ID/Client Sort<br>Matter Description<br>Narrative | Component | Hours | Units | Price | Value |
|---|---|---|---|---|---|---|---|
| 07/15/2025 | (None) | 11537.001/ Prime Capital Ventures - Receiver (Dribusch Trustee)<br>Case Administration<br>FedEx invoice no. 8-916-24728 for shipment to Truss Financial, Yeshaya Gorkin on 6/25/25. | FEDEX | 0.00 | 1.00 | 22.03 | 22.03 |
| 07/15/2025 | (None) | 11537.001/ Prime Capital Ventures - Receiver (Dribusch Trustee)<br>Case Administration<br>FedEx invoice no. 8-916-24728 for shipment to Bravo Enterprises Mid-South on 6/25/25. | FEDEX | 0.00 | 1.00 | 25.19 | 25.19 |
| 07/15/2025 | (None) | 11537.001/ Prime Capital Ventures - Receiver (Dribusch Trustee)<br>Case Administration<br>FedEx invoice no. 8-916-24728 for shipment to Christopher Pace, Bravo Enterprises on 6/25/25. | FEDEX | 0.00 | 1.00 | 25.19 | 25.19 |
| 07/15/2025 | (None) | 11537.001/ Prime Capital Ventures - Receiver (Dribusch Trustee)<br>Case Administration<br>FedEx invoice no. 8-916-24728 for shipment to Hudson & Hudson LLC on 6/25/25. | FEDEX | 0.00 | 1.00 | 20.96 | 20.96 |
| 07/15/2025 | (None) | 11537.001/ Prime Capital Ventures - Receiver (Dribusch Trustee)<br>Case Administration<br>FedEx invoice no. 8-916-24728 for shipment to 1stDibs.com Inc. on 6/30/25. | FEDEX | 0.00 | 1.00 | 22.26 | 22.26 |

3/19/2026 4:24:31 PM

client sort begins with 'prime' and date is >=6/6/25 and date
is <=2/25/26

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement

## for

## Prime Capital Ventures - Receiver (Dribusch Trustee)

| Date | Professional | Matter ID/Client Sort<br>Matter Description<br>Narrative | Component | Hours | Units | Price | Value |
|---|---|---|---|---|---|---|---|
| 07/15/2025 | (None) | 11537.001/ Prime Capital Ventures - Receiver (Dribusch Trustee)<br>Case Administration<br>FedEx invoice no. 8-916-24728 for shipment to Bonhams Butterfields Trust on 6/30/25. | FEDEX | 0.00 | 1.00 | 32.74 | 32.74 |
| 07/15/2025 | (None) | 11537.001/ Prime Capital Ventures - Receiver (Dribusch Trustee)<br>Case Administration<br>FedEx invoice no. 8-916-24728 for shipment to Cars USA Shipping LLC on 6/30/25. | FEDEX | 0.00 | 1.00 | 27.70 | 27.70 |
| 07/15/2025 | (None) | 11537.001/ Prime Capital Ventures - Receiver (Dribusch Trustee)<br>Case Administration<br>FedEx invoice no. 8-916-24728 for shipment to Cedric DuPont Antiques on 6/30/25. | FEDEX | 0.00 | 1.00 | 25.45 | 25.45 |
| 07/15/2025 | (None) | 11537.001/ Prime Capital Ventures - Receiver (Dribusch Trustee)<br>Case Administration<br>FedEx invoice no. 8-916-24728 for shipment to Giganti & Giganti Fine Jewelry on 6/30/25. | FEDEX | 0.00 | 1.00 | 21.18 | 21.18 |
| 07/15/2025 | (None) | 11537.001/ Prime Capital Ventures - Receiver (Dribusch Trustee)<br>Case Administration<br>FedEx invoice no. 8-916-24728 for shipment to G-Man LLC on 6/30/25. | FEDEX | 0.00 | 1.00 | 27.70 | 27.70 |

3/19/2026 4:24:31 PM

client sort begins with 'prime' and date is >=6/6/25 and date
is <=2/25/26

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement

## for

## Prime Capital Ventures - Receiver (Dribusch Trustee)

| Date | Professional | Matter ID/Client Sort<br>Matter Description<br>Narrative | Component | Hours | Units | Price | Value |
|---|---|---|---|---|---|---|---|
| 07/15/2025 | (None) | 11537.001/ Prime Capital Ventures - Receiver (Dribusch Trustee)<br>Case Administration<br>FedEx invoice no. 8-916-24728 for shipment to Hunter Motorsports on 6/30/25. | FEDEX | 0.00 | 1.00 | 17.22 | 17.22 |
| 07/15/2025 | (None) | 11537.001/ Prime Capital Ventures - Receiver (Dribusch Trustee)<br>Case Administration<br>FedEx invoice no. 8-916-24728 for shipment to Luxury Bazaar on 6/30/25. | FEDEX | 0.00 | 1.00 | 17.22 | 17.22 |
| 07/15/2025 | (None) | 11537.001/ Prime Capital Ventures - Receiver (Dribusch Trustee)<br>Case Administration<br>FedEx invoice no. 8-916-24728 for shipment to JK Technologies on 6/30/25. | FEDEX | 0.00 | 1.00 | 17.22 | 17.22 |
| 07/15/2025 | (None) | 11537.001/ Prime Capital Ventures - Receiver (Dribusch Trustee)<br>Case Administration<br>FedEx invoice no. 8-916-24728 for shipment to New Country Motor Car Group on 6/30/25. | FEDEX | 0.00 | 1.00 | 17.22 | 17.22 |
| 07/15/2025 | (None) | 11537.001/ Prime Capital Ventures - Receiver (Dribusch Trustee)<br>Case Administration<br>FedEx invoice no. 8-916-24728 for shipment to Platinum Times LLC on 6/30/25. | FEDEX | 0.00 | 1.00 | 27.14 | 27.14 |

3/19/2026 4:24:31 PM

client sort begins with 'prime' and date is >=6/6/25 and date
is <=2/25/26

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement

## for

## Prime Capital Ventures - Receiver (Dribusch Trustee)

| Date | Professional | Matter ID/Client Sort<br>Matter Description<br>Narrative | Component | Hours | Units | Price | Value |
|---|---|---|---|---|---|---|---|
| 07/15/2025 | (None) | 11537.001/ Prime Capital Ventures -<br>Receiver (Dribusch Trustee)<br>Case Administration<br>FedEx invoice no. 8-916-24728 for<br>shipment to RENNtech, Inc. on 6/30/25. | FEDEX | 0.00 | 1.00 | 25.45 | 25.45 |
| 07/15/2025 | (None) | 11537.001/ Prime Capital Ventures -<br>Receiver (Dribusch Trustee)<br>Case Administration<br>FedEx invoice no. 8-916-24728 for<br>shipment to RM Sotheby's on 6/30/25. | FEDEX | 0.00 | 1.00 | 17.22 | 17.22 |
| 07/15/2025 | (None) | 11537.001/ Prime Capital Ventures -<br>Receiver (Dribusch Trustee)<br>Case Administration<br>FedEx invoice no. 8-916-24728 for<br>shipment to Timepiece Trading, LLC on<br>6/30/25. | FEDEX | 0.00 | 1.00 | 30.49 | 30.49 |
| 07/15/2025 | (None) | 11537.001/ Prime Capital Ventures -<br>Receiver (Dribusch Trustee)<br>Case Administration<br>FedEx invoice no. 8-916-24728 for<br>shipment to Topgear LLC on 6/30/25. | FEDEX | 0.00 | 1.00 | 17.22 | 17.22 |
| 07/15/2025 | (None) | 11537.001/ Prime Capital Ventures -<br>Receiver (Dribusch Trustee)<br>Case Administration<br>FedEx invoice no. 8-916-24728 for<br>shipment to Visbeen Architects on 6/30/25. | FEDEX | 0.00 | 1.00 | 17.44 | 17.44 |

3/19/2026 4:24:31 PM

client sort begins with 'prime' and date is >=6/6/25 and date
is <=2/25/26

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement

### for

### Prime Capital Ventures - Receiver (Dribusch Trustee)

| Date | Professional | Matter ID/Client Sort Matter Description Narrative | Component | Hours | Units | Price | Value |
|---|---|---|---|---|---|---|---|
| 07/15/2025 | (None) | 11537.001/ Prime Capital Ventures - Receiver (Dribusch Trustee) Case Administration FedEx invoice no. 8-916-24728 for shipment to Wrist Aficionado on 6/30/25. | FEDEX | 0.00 | 1.00 | 17.22 | 17.22 |
| 07/15/2025 | (None) | 11537.001/ Prime Capital Ventures - Receiver (Dribusch Trustee) Case Administration FedEx invoice no. 8-916-24728 for shipment to XO Gobal LLC on 6/30/25. | FEDEX | 0.00 | 1.00 | 54.25 | 54.25 |
| 07/15/2025 | (None) | 11537.001/ Prime Capital Ventures - Receiver (Dribusch Trustee) Case Administration FedEx invoice no. 8-916-24728 for returned shipment from Truss Financial (unable to deliver) on 6/30/25. | FEDEX | 0.00 | 1.00 | 22.46 | 22.46 |
| 07/15/2025 | (None) | 11537.001/ Prime Capital Ventures - Receiver (Dribusch Trustee) Case Administration FedEx invoice no. 8-922-25211 for shipment to Bonhams Butterfields Trust on 6/30/25. | FEDEX | 0.00 | 1.00 | 22.26 | 22.26 |
| 07/15/2025 | (None) | 11537.001/ Prime Capital Ventures - Receiver (Dribusch Trustee) Case Administration FedEx invoice no. 8-922-25211 for returned shipment sent to Top Gear Imports. | FEDEX | 0.00 | 1.00 | 22.46 | 22.46 |

client sort begins with 'prime' and date is >=6/6/25 and date is <=2/25/26

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement

## for

## Prime Capital Ventures - Receiver (Dribusch Trustee)

| Date | Professional | Matter ID/Client Sort Matter Description Narrative | Component | Hours | Units | Price | Value |
|---|---|---|---|---|---|---|---|
| 07/17/2025 | (None) | 11537.001/ Prime Capital Ventures - Receiver (Dribusch Trustee) Case Administration FedEx invoice no. 8-937-00530 for returned shipment originally sent to XO Global LLC. | FEDEX | 0.00 | 1.00 | 26.65 | 26.65 |
| 07/21/2025 | Kiss, Lauren | 11537.001/ Prime Capital Ventures - Receiver (Dribusch Trustee) Case Administration Reviewing notes to May monthly operating reports and revising same [.5]; emailing with Mr. Ryniker and Ms. Protess separately regarding May monthly operating report [.1]; reviewing account closure notice and emailing with Ms. Protess regarding same [.1]. | Fees | 0.70 | 0.00 | 750.00 | 525.00 |
| 07/22/2025 | Stevens, Fred | 11537.001/ Prime Capital Ventures - Receiver (Dribusch Trustee) Case Administration Public Access to Court Electronic Records for Quarter ending June 30, 2025. | PACER | 0.00 | 1.00 | 77.60 | 77.60 |
| 07/22/2025 | Kiss, Lauren | 11537.001/ Prime Capital Ventures - Receiver (Dribusch Trustee) Case Administration Public Access to Court Electronic Records for Quarter ending June 30, 2025. | PACER | 0.00 | 1.00 | 27.20 | 27.20 |

client sort begins with 'prime' and date is >=6/6/25 and date
is <=2/25/26

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement

## for

## Prime Capital Ventures - Receiver (Dribusch Trustee)

| Date | Professional | Matter ID/Client Sort<br>Matter Description<br>Narrative | Component | Hours | Units | Price | Value |
|---|---|---|---|---|---|---|---|
| 07/24/2025 | (None) | 11537.001/ Prime Capital Ventures - Receiver (Dribusch Trustee)<br>Case Administration<br>FedEx invoice no. 8-943-59730 for shipment to Chris Snyder. | FEDEX | 0.00 | 1.00 | 21.11 | 21.11 |
| 07/24/2025 | (None) | 11537.001/ Prime Capital Ventures - Receiver (Dribusch Trustee)<br>Case Administration<br>FedEx invoice no. 8-943-59730 for returned shipment sent to Blackwater Capital Group. | FEDEX | 0.00 | 1.00 | 26.70 | 26.70 |
| 07/29/2025 | Stevens, Fred | 11537.001/ Prime Capital Ventures - Receiver (Dribusch Trustee)<br>Case Administration<br>Email Ms. Santucci regarding professional fee estimates in connection with auto sale disclosures [.1]. Email Trustee regarding Dan Rubin's request for withdrawal and open issues [.1]. | Fees | 0.20 | 0.00 | 875.00 | 175.00 |
| 07/30/2025 | Nevins-Perle, Lily | 11537.001/ Prime Capital Ventures - Receiver (Dribusch Trustee)<br>Case Administration<br>Photocopy and printing charges for July 2025. | PHOTOCOPY | 0.00 | 104.00 | 0.10 | 10.40 |
| 08/01/2025 | (None) | 11537.001/ Prime Capital Ventures - Receiver (Dribusch Trustee)<br>Case Administration<br>FedEx invoice no. 8-950-56132 for shipment to Chris Snyder. | FEDEX | 0.00 | 1.00 | 34.42 | 34.42 |

client sort begins with 'prime' and date is >=6/6/25 and date
is <=2/25/26

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement

## for

## Prime Capital Ventures - Receiver (Dribusch Trustee)

| Date | Professional | Matter ID/Client Sort<br>Matter Description<br>Narrative | Component | Hours | Units | Price | Value |
|---|---|---|---|---|---|---|---|
| 08/05/2025 | Stevens, Fred | 11537.001/ Prime Capital Ventures -<br>Receiver (Dribusch Trustee)<br>Case Administration<br>Email Mr. Von Richter, creditor, re case<br>status [.1]. | Fees | 0.10 | 0.00 | 875.00 | 87.50 |
| 08/07/2025 | Kiss, Lauren | 11537.001/ Prime Capital Ventures -<br>Receiver (Dribusch Trustee)<br>Case Administration<br>Reviewing notice of deficiency and emailing<br>with Ms. Santucci regarding same. | Fees | 0.10 | 0.00 | 750.00 | 75.00 |
| 08/11/2025 | (None) | 11537.001/ Prime Capital Ventures -<br>Receiver (Dribusch Trustee)<br>Case Administration<br>FedEx invoice no. 8-957-10413 for<br>shipment to Chris Snyder. | FEDEX | 0.00 | 1.00 | 34.34 | 34.34 |
| 08/14/2025 | Kiss, Lauren | 11537.001/ Prime Capital Ventures -<br>Receiver (Dribusch Trustee)<br>Case Administration<br>Reviewing correspondence regarding<br>adjournments to October and discussing<br>same with Mr. Stevens [.1]. | Fees | 0.10 | 0.00 | 750.00 | 75.00 |

client sort begins with 'prime' and date is >=6/6/25 and date
is <=2/25/26

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement

## for

## Prime Capital Ventures - Receiver (Dribusch Trustee)

| Date | Professional | Matter ID/Client Sort<br>Matter Description<br>Narrative | Component | Hours | Units | Price | Value |
|---|---|---|---|---|---|---|---|
| 08/14/2025 | Stevens, Fred | 11537.001/ Prime Capital Ventures - Receiver (Dribusch Trustee)<br>Case Administration<br>Emails with chambers and parties regarding adjournment of hearings and status of investigation to secure the adjournment [.2]. Telephone conference with Mr. Esser, counsel to Compass, regarding status of case and issues with adjournment [.3]. | Fees | 0.50 | 0.00 | 875.00 | 437.50 |
| 08/14/2025 | (None) | 11537.001/ Prime Capital Ventures - Receiver (Dribusch Trustee)<br>Case Administration<br>FedEx invoice no. 8-965-81839 for shipment from Chris Snyder to KWJSS. | FEDEX | 0.00 | 1.00 | 22.17 | 22.17 |
| 08/16/2025 | (None) | 11537.001/ Prime Capital Ventures - Receiver (Dribusch Trustee)<br>Case Administration<br>Mr. Stevens' Amtrak fare to Albany on 6/17/25. | TRAIN | 0.00 | 1.00 | 79.00 | 79.00 |
| 08/19/2025 | (None) | 11537.001/ Prime Capital Ventures - Receiver (Dribusch Trustee)<br>Case Administration<br>Mr. Stevens' Amtrak fare to Albany on 4/20/25. | TRAIN | 0.00 | 1.00 | 139.00 | 139.00 |
| 08/19/2025 | (None) | 11537.001/ Prime Capital Ventures - Receiver (Dribusch Trustee)<br>Case Administration<br>Mr. Stevens' Hilton hotel fees in Albany on 4/22/25. | HOTEL | 0.00 | 1.00 | 224.95 | 224.95 |

client sort begins with 'prime' and date is >=6/6/25 and date
is <=2/25/26

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement

## for

## Prime Capital Ventures - Receiver (Dribusch Trustee)

| Date | Professional | Matter ID/Client Sort<br>Matter Description<br>Narrative | Component | Hours | Units | Price | Value |
|---|---|---|---|---|---|---|---|
| 08/19/2025 | (None) | 11537.001/ Prime Capital Ventures -<br>Receiver (Dribusch Trustee)<br>Case Administration<br>Mr. Stevens' Amtrak fare to Albany on<br>5/20/25. | TRAIN | 0.00 | 1.00 | 68.00 | 68.00 |
| 08/19/2025 | (None) | 11537.001/ Prime Capital Ventures -<br>Receiver (Dribusch Trustee)<br>Case Administration<br>Mr. Stevens' Amtrak fare from Albany to<br>NYC on 5/21/25. | TRAIN | 0.00 | 1.00 | 91.00 | 91.00 |
| 08/19/2025 | (None) | 11537.001/ Prime Capital Ventures -<br>Receiver (Dribusch Trustee)<br>Case Administration<br>Mr. Stevens' Hilton hotel fees in Albany on<br>6/18/25. | HOTEL | 0.00 | 1.00 | 181.90 | 181.90 |
| 08/19/2025 | (None) | 11537.001/ Prime Capital Ventures -<br>Receiver (Dribusch Trustee)<br>Case Administration<br>Mr. Stevens' Amtrak fare to NYC on<br>6/18/25. | TRAIN | 0.00 | 1.00 | 68.00 | 68.00 |
| 08/20/2025 | Stevens, Fred | 11537.001/ Prime Capital Ventures -<br>Receiver (Dribusch Trustee)<br>Case Administration<br>Email Mr. Levine regarding tax notices [.1]. | Fees | 0.10 | 0.00 | 875.00 | 87.50 |
| 08/21/2025 | Stevens, Fred | 11537.001/ Prime Capital Ventures -<br>Receiver (Dribusch Trustee)<br>Case Administration<br>Email Mr. Von Richter, creditor, regarding<br>lien against property in Tulsa [.1]. | Fees | 0.10 | 0.00 | 875.00 | 87.50 |

client sort begins with 'prime' and date is >=6/6/25 and date
is <=2/25/26

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement

## for

## Prime Capital Ventures - Receiver (Dribusch Trustee)

| Date | Professional | Matter ID/Client Sort Matter Description Narrative | Component | Hours | Units | Price | Value |
|---|---|---|---|---|---|---|---|
| 08/22/2025 | Stevens, Fred | 11537.001/ Prime Capital Ventures - Receiver (Dribusch Trustee) Case Administration Emails with Mr. Geron and Ms. Santucci regarding asset issues and drafting outline of discussion topics for three asset classes with competing claims - Pashman retainer, two cars, and Richard Mille, and issues regarding each [.5]. | Fees | 0.50 | 0.00 | 875.00 | 437.50 |
| 08/22/2025 | Nevins-Perle, Lily | 11537.001/ Prime Capital Ventures - Receiver (Dribusch Trustee) Case Administration Printing documents, preparing hearing binder index, and assembling binder with exhibit tabs, per Mr. Stevens' request. | Fees | 0.70 | 0.00 | 275.00 | 192.50 |
| 08/26/2025 | Kiss, Lauren | 11537.001/ Prime Capital Ventures - Receiver (Dribusch Trustee) Case Administration Attending call (in part) with Mr. Stevens and Geron Legal Advisors regarding ER Tennessee litigation, remaining assets, and strategy. | Fees | 1.50 | 0.00 | 750.00 | 1,125.00 |
| 08/26/2025 | Stevens, Fred | 11537.001/ Prime Capital Ventures - Receiver (Dribusch Trustee) Case Administration Travel to Albany, New York, for hearings [1.4]. | Fees | 1.40 | 0.00 | 437.50 | 612.50 |

client sort begins with 'prime' and date is >=6/6/25 and date is <=2/25/26

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement

## for

## Prime Capital Ventures - Receiver (Dribusch Trustee)

| Date | Professional | Matter ID/Client Sort<br>Matter Description<br>Narrative | Component | Hours | Units | Price | Value |
|------|-------------|------|-----------|-------|-------|-------|-------|
| 08/26/2025 | Stevens, Fred | 11537.001/ Prime Capital Ventures - Receiver (Dribusch Trustee)<br>Case Administration<br>Preparation for hearings on Bonhams 2004, Berone/Reign 2004, ER Tennessee adversary proceeding, and Hogan Lovells status conference [.5].  Attending lengthy call with Mses. Santucci and Kiss, and Trustee, regarding tracing of four asset classes and relationship between individual estate and corporate estate, and strategy in handling [.9] (note that entirety of call is split between ER Tennessee portion in the litigation category and the general case and other issue discussion with the Trustee team). | Fees | 1.40 | 0.00 | 875.00 | 1,225.00 |
| 08/28/2025 | Stevens, Fred | 11537.001/ Prime Capital Ventures - Receiver (Dribusch Trustee)<br>Case Administration<br>Drafting update and report on hearings for Mr. Esser [.2]. | Fees | 0.20 | 0.00 | 875.00 | 175.00 |
| 08/31/2025 | Nevins-Perle, Lily | 11537.001/ Prime Capital Ventures - Receiver (Dribusch Trustee)<br>Case Administration<br>Photocopy and printing charges for August 2025. | PHOTOCOPY | 0.00 | 1,878.00 | 0.10 | 187.80 |

3/19/2026 4:24:31 PM

client sort begins with 'prime' and date is >=6/6/25 and date
is <=2/25/26

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement

## for

## Prime Capital Ventures - Receiver (Dribusch Trustee)

| Date | Professional | Matter ID/Client Sort<br>Matter Description<br>Narrative | Component | Hours | Units | Price | Value |
|---|---|---|---|---|---|---|---|
| 09/02/2025 | (None) | 11537.001/ Prime Capital Ventures -<br>Receiver (Dribusch Trustee)<br>Case Administration<br>FedEx invoice no. 8-982-08107 for<br>shipment to Bonhams. | FEDEX | 0.00 | 1.00 | 22.03 | 22.03 |
| 09/02/2025 | (None) | 11537.001/ Prime Capital Ventures -<br>Receiver (Dribusch Trustee)<br>Case Administration<br>FedEx invoice no. 8-982-08107 for<br>shipment to Bonhams & Butterfield<br>Auctioneers Corp. | FEDEX | 0.00 | 1.00 | 22.03 | 22.03 |
| 09/02/2025 | (None) | 11537.001/ Prime Capital Ventures -<br>Receiver (Dribusch Trustee)<br>Case Administration<br>FedEx invoice no. 8-982-08107 for<br>shipment to Bonhams, Attn: Lisa Gerhauser. | FEDEX | 0.00 | 1.00 | 32.40 | 32.40 |
| 09/02/2025 | (None) | 11537.001/ Prime Capital Ventures -<br>Receiver (Dribusch Trustee)<br>Case Administration<br>FedEx invoice no. 8-982-08107 for<br>shipment to Bonhams & Butterfield, Attn:<br>Lisa Gerhauser. | FEDEX | 0.00 | 1.00 | 32.40 | 32.40 |
| 09/04/2025 | Stevens, Fred | 11537.001/ Prime Capital Ventures -<br>Receiver (Dribusch Trustee)<br>Case Administration<br>Email Mr. Krause regarding dismissal of<br>Case No. 2 [.1]. | Fees | 0.10 | 0.00 | 875.00 | 87.50 |

3/19/2026 4:24:31 PM

client sort begins with 'prime' and date is >=6/6/25 and date
is <=2/25/26

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement

## for

## Prime Capital Ventures - Receiver (Dribusch Trustee)

| Date | Professional | Matter ID/Client Sort Matter Description Narrative | Component | Hours | Units | Price | Value |
|---|---|---|---|---|---|---|---|
| 09/08/2025 | Kiss, Lauren | 11537.001/ Prime Capital Ventures - Receiver (Dribusch Trustee) Case Administration Reviewing July MOR and emailing with Mr. Ryniker regarding same [.1]; emailing comments to the MOR to Mr. Ryniker for District Court decision on appeal and Bankruptcy Court's closure of Case 2 [.2]. | Fees | 0.30 | 0.00 | 750.00 | 225.00 |
| 09/09/2025 | (None) | 11537.001/ Prime Capital Ventures - Receiver (Dribusch Trustee) Case Administration LexisNexis charges for legal research for June 2025, invoice no. 4590016268. | LEXIS | 0.00 | 1.00 | 13.72 | 13.72 |
| 09/09/2025 | (None) | 11537.001/ Prime Capital Ventures - Receiver (Dribusch Trustee) Case Administration LexisNexis charges for legal research for July 2025, invoice no. 4590017068. | LEXIS | 0.00 | 1.00 | 37.40 | 37.40 |
| 09/09/2025 | (None) | 11537.001/ Prime Capital Ventures - Receiver (Dribusch Trustee) Case Administration LexisNexis charges for legal research for August 2025, invoice no. 4590017785. | LEXIS | 0.00 | 1.00 | 7.52 | 7.52 |
| 09/11/2025 | Stevens, Fred | 11537.001/ Prime Capital Ventures - Receiver (Dribusch Trustee) Case Administration Email Mr. Esser regarding asset forfeiture issues [.1]. | Fees | 0.10 | 0.00 | 875.00 | 87.50 |

3/19/2026 4:24:31 PM

client sort begins with 'prime' and date is >=6/6/25 and date
is <=2/25/26

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement

## for

## Prime Capital Ventures - Receiver (Dribusch Trustee)

| Date | Professional | Matter ID/Client Sort Matter Description Narrative | Component | Hours | Units | Price | Value |
|---|---|---|---|---|---|---|---|
| 09/18/2025 | Kiss, Lauren | 11537.001/ Prime Capital Ventures - Receiver (Dribusch Trustee) Case Administration Reviewing Mr. Geron's email regarding call with Roglieri Trustee and her counsel and strategy going forward and discussing same with Mr. Stevens. | Fees | 0.20 | 0.00 | 750.00 | 150.00 |
| 09/18/2025 | Stevens, Fred | 11537.001/ Prime Capital Ventures - Receiver (Dribusch Trustee) Case Administration Telephone call with Ms. Kiss regarding position of Roglieri Trustee. | Fees | 0.20 | 0.00 | 875.00 | 175.00 |
| 09/29/2025 | Stevens, Fred | 11537.001/ Prime Capital Ventures - Receiver (Dribusch Trustee) Case Administration Lengthy telephone conference with Mr. Esser regarding comprehensive update on all fronts [.5]. | Fees | 0.50 | 0.00 | 875.00 | 437.50 |
| 09/30/2025 | Nevins-Perle, Lily | 11537.001/ Prime Capital Ventures - Receiver (Dribusch Trustee) Case Administration Photocopy and printing charges for September 2025. | PHOTOCOPY | 0.00 | 84.00 | 0.10 | 8.40 |
| 10/07/2025 | Kiss, Lauren | 11537.001/ Prime Capital Ventures - Receiver (Dribusch Trustee) Case Administration Reviewing August MOR and notes and emailing with Mr. Ryniker regarding same. | Fees | 0.20 | 0.00 | 750.00 | 150.00 |

3/19/2026 4:24:31 PM

client sort begins with 'prime' and date is >=6/6/25 and date
is <=2/25/26

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement

## for

## Prime Capital Ventures - Receiver (Dribusch Trustee)

| Date | Professional | Matter ID/Client Sort Matter Description Narrative | Component | Hours | Units | Price | Value |
|---|---|---|---|---|---|---|---|
| 10/07/2025 | Stevens, Fred | 11537.001/ Prime Capital Ventures - Receiver (Dribusch Trustee) Case Administration Email Mr. Cosgrove regarding agenda and update on case for creditor [.1]. | Fees | 0.10 | 0.00 | 875.00 | 87.50 |
| 10/12/2025 | Stevens, Fred | 11537.001/ Prime Capital Ventures - Receiver (Dribusch Trustee) Case Administration Email Mr. Cosgrove regarding status and update on account [.1]. | Fees | 0.10 | 0.00 | 875.00 | 87.50 |
| 10/16/2025 | Kiss, Lauren | 11537.001/ Prime Capital Ventures - Receiver (Dribusch Trustee) Case Administration Reviewing September MOR and emailing comments to same to Mr. Ryniker. | Fees | 0.20 | 0.00 | 750.00 | 150.00 |
| 10/21/2025 | (None) | 11537.001/ Prime Capital Ventures - Receiver (Dribusch Trustee) Case Administration LexisNexis invoice no. 3096060196 for online legal research for September 2025. | LEXIS | 0.00 | 1.00 | 3.03 | 3.03 |
| 10/25/2025 | Stevens, Fred | 11537.001/ Prime Capital Ventures - Receiver (Dribusch Trustee) Case Administration Drafting adjournment requests on Hogan application in Case 1 and Case 3, and 2004 on law firm discovery in Case 3, file and circulate [.3]. Drafting email to trustee regarding appearance at hearings and open issues [.1]. | Fees | 0.40 | 0.00 | 875.00 | 350.00 |

client sort begins with 'prime' and date is >=6/6/25 and date
is <=2/25/26

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement

## for

## Prime Capital Ventures - Receiver (Dribusch Trustee)

| Date | Professional | Matter ID/Client Sort<br>Matter Description<br>Narrative | Component | Hours | Units | Price | Value |
|---|---|---|---|---|---|---|---|
| 10/27/2025 | Kiss, Lauren | 11537.001/ Prime Capital Ventures -<br>Receiver (Dribusch Trustee)<br>Case Administration<br>Reviewing emails regarding strategy and<br>next steps and discussing same with Mr.<br>Stevens. | Fees | 0.30 | 0.00 | 750.00 | 225.00 |
| 10/27/2025 | Stevens, Fred | 11537.001/ Prime Capital Ventures -<br>Receiver (Dribusch Trustee)<br>Case Administration<br>Telephone conference with Ms. Kiss<br>regarding planning, plan, litigation, and<br>hearing [.2]. | Fees | 0.20 | 0.00 | 875.00 | 175.00 |
| 10/28/2025 | Collins, Kevin | 11537.001/ Prime Capital Ventures -<br>Receiver (Dribusch Trustee)<br>Case Administration<br>Public Access to Court Electronic Records<br>for Quarter ending September 30, 2025. | PACER | 0.00 | 1.00 | 4.10 | 4.10 |
| 10/29/2025 | Stevens, Fred | 11537.001/ Prime Capital Ventures -<br>Receiver (Dribusch Trustee)<br>Case Administration<br>Preparation for omnibus hearings, reviewing<br>pending pleadings, and preparing<br>presentation on case generally [.7]. | Fees | 0.70 | 0.00 | 875.00 | 612.50 |
| 10/29/2025 | Stevens, Fred | 11537.001/ Prime Capital Ventures -<br>Receiver (Dribusch Trustee)<br>Case Administration<br>Travel to Albany for hearings [1.6]. | Fees | 1.60 | 0.00 | 437.50 | 700.00 |

3/19/2026 4:24:31 PM

client sort begins with 'prime' and date is >=6/6/25 and date
is <=2/25/26

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement

## for

## Prime Capital Ventures - Receiver (Dribusch Trustee)

| Date | Professional | Matter ID/Client Sort Matter Description Narrative | Component | Hours | Units | Price | Value |
|---|---|---|---|---|---|---|---|
| 10/30/2025 | Kiss, Lauren | 11537.001/ Prime Capital Ventures - Receiver (Dribusch Trustee) Case Administration Public Access to Court Electronic Records for Quarter ending September 30, 2025. | PACER | 0.00 | 1.00 | 6.70 | 6.70 |
| 10/30/2025 | Stevens, Fred | 11537.001/ Prime Capital Ventures - Receiver (Dribusch Trustee) Case Administration Non working travel from Albany for hearings (billed at 1/2 rate) [1.7]. | Fees | 1.70 | 0.00 | 437.50 | 743.75 |
| 10/31/2025 | Stevens, Fred | 11537.001/ Prime Capital Ventures - Receiver (Dribusch Trustee) Case Administration Public Access to Court Electronic Records for Quarter ending September 30, 2025. | PACER | 0.00 | 1.00 | 31.80 | 31.80 |
| 11/03/2025 | Stevens, Fred | 11537.001/ Prime Capital Ventures - Receiver (Dribusch Trustee) Case Administration Reviewing notice of potential plea change for Mr. Roglieri, research regarding meaning of same, and emails with Mr. Esser and client regarding same [.4]. | Fees | 0.40 | 0.00 | 875.00 | 350.00 |
| 11/06/2025 | Kiss, Lauren | 11537.001/ Prime Capital Ventures - Receiver (Dribusch Trustee) Case Administration Discussing case status with Mr. Stevens. | Fees | 0.20 | 0.00 | 750.00 | 150.00 |

client sort begins with 'prime' and date is >=6/6/25 and date is <=2/25/26

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement

## for

## Prime Capital Ventures - Receiver (Dribusch Trustee)

| Date | Professional | Matter ID/Client Sort<br>Matter Description<br>Narrative | Component | Hours | Units | Price | Value |
|---|---|---|---|---|---|---|---|
| 11/06/2025 | Stevens, Fred | 11537.001/ Prime Capital Ventures -<br>Receiver (Dribusch Trustee)<br>Case Administration<br>Conference with Ms. Kiss regarding status<br>of case and plea of Roglieri [.2]. | Fees | 0.20 | 0.00 | 875.00 | 175.00 |
| 11/09/2025 | Stevens, Fred | 11537.001/ Prime Capital Ventures -<br>Receiver (Dribusch Trustee)<br>Case Administration<br>Emails with Mr. Geron and team regarding<br>meeting [.1]. | Fees | 0.10 | 0.00 | 875.00 | 87.50 |
| 11/11/2025 | Stevens, Fred | 11537.001/ Prime Capital Ventures -<br>Receiver (Dribusch Trustee)<br>Case Administration<br>Email Mr. Tabachnik regarding call and<br>open issues with HL [.1]. | Fees | 0.10 | 0.00 | 875.00 | 87.50 |
| 11/13/2025 | Kiss, Lauren | 11537.001/ Prime Capital Ventures -<br>Receiver (Dribusch Trustee)<br>Case Administration<br>Reviewing Mr. Roglieri's plea agreement. | Fees | 0.30 | 0.00 | 750.00 | 225.00 |
| 11/20/2025 | (None) | 11537.001/ Prime Capital Ventures -<br>Receiver (Dribusch Trustee)<br>Case Administration<br>LexisNexis invoice no. 3096121611 for<br>online legal research for October 2025. | LEXIS | 0.00 | 1.00 | 5.14 | 5.14 |

client sort begins with 'prime' and date is >=6/6/25 and date
is <=2/25/26

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement

## for

## Prime Capital Ventures - Receiver (Dribusch Trustee)

| Date | Professional | Matter ID/Client Sort<br>Matter Description<br>Narrative | Component | Hours | Units | Price | Value |
|------|-------------|----------------------------------------------------------|-----------|-------|-------|-------|-------|
| 11/21/2025 | Kiss, Lauren | 11537.001/ Prime Capital Ventures -<br>Receiver (Dribusch Trustee)<br>Case Administration<br>Zoom call with Messrs. Stevens, Geron,<br>Collins, and Urquides and Ms. Santucci<br>regarding status and next steps, including<br>plan and disclosure statement, inter-estate<br>issues, Roglieri's plea agreement, and<br>claims. | Fees | 1.00 | 0.00 | 750.00 | 750.00 |
| 11/21/2025 | Stevens, Fred | 11537.001/ Prime Capital Ventures -<br>Receiver (Dribusch Trustee)<br>Case Administration<br>Conference with Messrs. Geron, Urquides,<br>Collins, Mses. Santucci and Kiss, regarding<br>plan, ER Tennessee, 1800 Park, and map<br>strategy [1.0]. | Fees | 1.00 | 0.00 | 875.00 | 875.00 |
| 11/21/2025 | Collins, Kevin | 11537.001/ Prime Capital Ventures -<br>Receiver (Dribusch Trustee)<br>Case Administration<br>Meeting with Mr. Stevens, Ms. Kiss, and<br>client-Trustee Mr. Geron re plan, ER<br>Tennessee, 1800 Park, map strategy, status<br>of case and case strategy thereon [1]. | Fees | 1.00 | 0.00 | 495.00 | 495.00 |
| 11/25/2025 | Kiss, Lauren | 11537.001/ Prime Capital Ventures -<br>Receiver (Dribusch Trustee)<br>Case Administration<br>Reviewing October MOR and emailing<br>comments to same to Mr. Ryniker. | Fees | 0.20 | 0.00 | 750.00 | 150.00 |

client sort begins with 'prime' and date is >=6/6/25 and date
is <=2/25/26

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement

## for

## Prime Capital Ventures - Receiver (Dribusch Trustee)

| Date | Professional | Matter ID/Client Sort Matter Description Narrative | Component | Hours | Units | Price | Value |
|---|---|---|---|---|---|---|---|
| 11/26/2025 | Strine, Kristen | 11537.001/ Prime Capital Ventures - Receiver (Dribusch Trustee) Case Administration Updating service list and uploading documents to third party vendor for service. | Fees | 1.50 | 0.00 | 275.00 | 412.50 |
| 11/30/2025 | Stevens, Fred | 11537.001/ Prime Capital Ventures - Receiver (Dribusch Trustee) Case Administration Mr. Stevens' Uber to Amtrak in Albany on 8/27/25. | TAXI | 0.00 | 1.00 | 18.95 | 18.95 |
| 11/30/2025 | Stevens, Fred | 11537.001/ Prime Capital Ventures - Receiver (Dribusch Trustee) Case Administration Mr. Stevens' Amtrak to Albany on 8/25/25. | TRAIN | 0.00 | 1.00 | 115.00 | 115.00 |
| 11/30/2025 | Stevens, Fred | 11537.001/ Prime Capital Ventures - Receiver (Dribusch Trustee) Case Administration Carfax - Title Search on Prime Capital Vehicle on 8/28/25. | TITLE | 0.00 | 1.00 | 65.31 | 65.31 |
| 11/30/2025 | Stevens, Fred | 11537.001/ Prime Capital Ventures - Receiver (Dribusch Trustee) Case Administration Mr. Stevens' Amtrak from Albany on 8/28/25. | TRAIN | 0.00 | 1.00 | 139.00 | 139.00 |
| 11/30/2025 | Stevens, Fred | 11537.001/ Prime Capital Ventures - Receiver (Dribusch Trustee) Case Administration Mr. Stevens' Hilton Hotel in Albany on 8/27/25. | HOTEL | 0.00 | 1.00 | 253.73 | 253.73 |

client sort begins with 'prime' and date is >=6/6/25 and date is <=2/25/26

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement

## for

## Prime Capital Ventures - Receiver (Dribusch Trustee)

| Date | Professional | Matter ID/Client Sort<br>Matter Description<br>Narrative | Component | Hours | Units | Price | Value |
|---|---|---|---|---|---|---|---|
| 11/30/2025 | Stevens, Fred | 11537.001/ Prime Capital Ventures - Receiver (Dribusch Trustee)<br>Case Administration<br>Mr. Stevens' Amtrak to Albany on 10/28/25. | TRAIN | 0.00 | 1.00 | 139.00 | 139.00 |
| 11/30/2025 | Stevens, Fred | 11537.001/ Prime Capital Ventures - Receiver (Dribusch Trustee)<br>Case Administration<br>Mr. Stevens' Amtrak from Albany on 10/30/25. | TRAIN | 0.00 | 1.00 | 99.00 | 99.00 |
| 11/30/2025 | Stevens, Fred | 11537.001/ Prime Capital Ventures - Receiver (Dribusch Trustee)<br>Case Administration<br>Mr. Stevens' Hilton Hotel in Albany on 10/30/25. | HOTEL | 0.00 | 1.00 | 240.45 | 240.45 |
| 11/30/2025 | Stevens, Fred | 11537.001/ Prime Capital Ventures - Receiver (Dribusch Trustee)<br>Case Administration<br>Mr. Stevens' Uber to Amtrak in Albany on 10/30/25. | TAXI | 0.00 | 1.00 | 20.15 | 20.15 |
| 12/02/2025 | Kiss, Lauren | 11537.001/ Prime Capital Ventures - Receiver (Dribusch Trustee)<br>Case Administration<br>Reviewing Chris Snyder file sent by Mr. Ryniker. | Fees | 0.20 | 0.00 | 750.00 | 150.00 |

client sort begins with 'prime' and date is >=6/6/25 and date
is <=2/25/26

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement

## for

## Prime Capital Ventures - Receiver (Dribusch Trustee)

| Date | Professional | Matter ID/Client Sort<br>Matter Description<br>Narrative | Component | Hours | Units | Price | Value |
|---|---|---|---|---|---|---|---|
| 12/08/2025 | Kiss, Lauren | 11537.001/ Prime Capital Ventures -<br>Receiver (Dribusch Trustee)<br>Case Administration<br>Telephone call with Mr. Lester regarding original of lien release, emailing with Mr. Levine regarding same and follow up with Mr. Lester [.2]. | Fees | 0.20 | 0.00 | 750.00 | 150.00 |
| 12/16/2025 | (None) | 11537.001/ Prime Capital Ventures -<br>Receiver (Dribusch Trustee)<br>Case Administration<br>Certificate of Service tracking no. 7332397117 for service of documents. | MAILINGS | 0.00 | 1.00 | 202.80 | 202.80 |
| 12/16/2025 | (None) | 11537.001/ Prime Capital Ventures -<br>Receiver (Dribusch Trustee)<br>Case Administration<br>Certificate of Service tracking no. 7332397115 for service of documents. | MAILINGS | 0.00 | 1.00 | 252.59 | 252.59 |
| 12/19/2025 | Stevens, Fred | 11537.001/ Prime Capital Ventures -<br>Receiver (Dribusch Trustee)<br>Case Administration<br>Emails with Ms. Santucci regarding coverage at hearings and agenda [.1]. | Fees | 0.10 | 0.00 | 875.00 | 87.50 |
| 12/19/2025 | Kiss, Lauren | 11537.001/ Prime Capital Ventures -<br>Receiver (Dribusch Trustee)<br>Case Administration<br>Reviewing court's online calendar and organizing documents for binder. | Fees | 0.30 | 0.00 | 750.00 | 225.00 |

3/19/2026 4:24:31 PM

client sort begins with 'prime' and date is >=6/6/25 and date
is <=2/25/26

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement

## for

## Prime Capital Ventures - Receiver (Dribusch Trustee)

| Date | Professional | Matter ID/Client Sort<br>Matter Description<br>Narrative | Component | Hours | Units | Price | Value |
|---|---|---|---|---|---|---|---|
| 12/22/2025 | Kiss, Lauren | 11537.001/ Prime Capital Ventures -<br>Receiver (Dribusch Trustee)<br>Case Administration<br>Reviewing November monthly operating<br>report and emailing comments to same to<br>Mr. Ryniker [.2]. | Fees | 0.20 | 0.00 | 750.00 | 150.00 |
| 12/22/2025 | Strine, Kristen | 11537.001/ Prime Capital Ventures -<br>Receiver (Dribusch Trustee)<br>Case Administration<br>Drafting binder index for hearing binder. | Fees | 0.50 | 0.00 | 275.00 | 137.50 |
| 12/22/2025 | Nevins-Perle, Lily | 11537.001/ Prime Capital Ventures -<br>Receiver (Dribusch Trustee)<br>Case Administration<br>Preparing hearing binder for Mr. Stevens,<br>per Ms. Strine's instructions. | Fees | 0.30 | 0.00 | 275.00 | 82.50 |
| 12/23/2025 | Stevens, Fred | 11537.001/ Prime Capital Ventures -<br>Receiver (Dribusch Trustee)<br>Case Administration<br>Nonbillable travel from Albany for hearings<br>(billed at half rate) [1.8]. | Fees | 1.80 | 0.00 | 437.50 | 787.50 |
| 12/23/2025 | Stevens, Fred | 11537.001/ Prime Capital Ventures -<br>Receiver (Dribusch Trustee)<br>Case Administration<br>Preparation for and participation at hearings<br>on Berone 2004 application, ER Tennessee<br>settlement, and Saratoga fee application<br>[2.4]. | Fees | 2.40 | 0.00 | 875.00 | 2,100.00 |

client sort begins with 'prime' and date is >=6/6/25 and date
is <=2/25/26

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement

## for

## Prime Capital Ventures - Receiver (Dribusch Trustee)

| Date | Professional | Matter ID/Client Sort<br>Matter Description<br>Narrative | Component | Hours | Units | Price | Value |
|------|--------------|--------------------------------------------------------|-----------|-------|-------|-------|-------|
| 12/24/2025 | (None) | 11537.001/ Prime Capital Ventures -<br>Receiver (Dribusch Trustee)<br>Case Administration<br>LexisNexis invoice no. 3096171614 for<br>online legal research for November 2025. | LEXIS | 0.00 | 1.00 | 311.04 | 311.04 |
| 12/31/2025 | Nevins-Perle, Lily | 11537.001/ Prime Capital Ventures -<br>Receiver (Dribusch Trustee)<br>Case Administration<br>Photocopy and printing charges for<br>December 2025 | PHOTOCOPY | 0.00 | 6,818.00 | 0.10 | 681.80 |
| 12/31/2025 | Stevens, Fred | 11537.001/ Prime Capital Ventures -<br>Receiver (Dribusch Trustee)<br>Case Administration<br>Public Access to Court Electronic Records<br>for Quarter ending December 31, 2025. | PACER | 0.00 | 1.00 | 40.00 | 40.00 |
| 12/31/2025 | Kiss, Lauren | 11537.001/ Prime Capital Ventures -<br>Receiver (Dribusch Trustee)<br>Case Administration<br>Public Access to Court Electronic Records<br>for Quarter ending December 31, 2025. | PACER | 0.00 | 1.00 | 33.20 | 33.20 |
| 01/08/2026 | Stevens, Fred | 11537.001/ Prime Capital Ventures -<br>Receiver (Dribusch Trustee)<br>Case Administration<br>Email Ms. Penprace and UST attorneys<br>regarding status of H&L claim issues [.2]. | Fees | 0.20 | 0.00 | 895.00 | 179.00 |

client sort begins with 'prime' and date is >=6/6/25 and date
is <=2/25/26

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement

## for

## Prime Capital Ventures - Receiver (Dribusch Trustee)

| Date | Professional | Matter ID/Client Sort<br>Matter Description<br>Narrative | Component | Hours | Units | Price | Value |
|---|---|---|---|---|---|---|---|
| 01/20/2026 | (None) | 11537.001/ Prime Capital Ventures - Receiver (Dribusch Trustee)<br>Case Administration<br>LexisNexis charges for legal research for December 2025, invoice no. 3096226914. | LEXIS | 0.00 | 1.00 | 163.79 | 163.79 |
| 01/23/2026 | Nevins-Perle, Lily | 11537.001/ Prime Capital Ventures - Receiver (Dribusch Trustee)<br>Case Administration<br>Postage for service of plan supplement. | POSTAGE | 0.00 | 23.00 | 2.17 | 49.91 |
| 01/28/2026 | Kiss, Lauren | 11537.001/ Prime Capital Ventures - Receiver (Dribusch Trustee)<br>Case Administration<br>Reviewing Court's calendar for February 10 and organizing documents for binders and emailing with Ms. Strine regarding assembly of binders [.3]; reviewing correspondence regarding open matters and emailing with Mr. Stevens regarding pending matters on for February 10 [.1]. | Fees | 0.40 | 0.00 | 795.00 | 318.00 |
| 01/28/2026 | Nevins-Perle, Lily | 11537.001/ Prime Capital Ventures - Receiver (Dribusch Trustee)<br>Case Administration<br>Preparing FedEx label for delivery to Mr. Stevens, per his instructions. | Fees | 0.20 | 0.00 | 295.00 | 59.00 |

client sort begins with 'prime' and date is >=6/6/25 and date
is <=2/25/26

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement

## for

## Prime Capital Ventures - Receiver (Dribusch Trustee)

| Date | Professional | Matter ID/Client Sort<br>Matter Description<br>Narrative | Component | Hours | Units | Price | Value |
|---|---|---|---|---|---|---|---|
| 01/28/2026 | (None) | 11537.001/ Prime Capital Ventures - Receiver (Dribusch Trustee)<br>Case Administration<br>FedEx invoice no. 9-160-49000 for shipment from Dan Cosgrove to Mr. Stevens. | FEDEX | 0.00 | 1.00 | 31.54 | 31.54 |
| 01/31/2026 | Nevins-Perle, Lily | 11537.001/ Prime Capital Ventures - Receiver (Dribusch Trustee)<br>Case Administration<br>Photocopy and printing charges for January 2026. | PHOTOCOPY | 0.00 | 913.00 | 0.10 | 91.30 |
| 02/02/2026 | (None) | 11537.001/ Prime Capital Ventures - Receiver (Dribusch Trustee)<br>Case Administration<br>FedEx invoice no. 9-169-47974 for shipment to Brian Ryniker. | FEDEX | 0.00 | 1.00 | 36.37 | 36.37 |
| 02/04/2026 | Kiss, Lauren | 11537.001/ Prime Capital Ventures - Receiver (Dribusch Trustee)<br>Case Administration<br>Reviewing monthly operating report and telephone call with Mr. Ryniker regarding comments to same [.2]. | Fees | 0.20 | 0.00 | 795.00 | 159.00 |
| 02/04/2026 | Stevens, Fred | 11537.001/ Prime Capital Ventures - Receiver (Dribusch Trustee)<br>Case Administration<br>Email Ms. Litos and Mr. Ryniker regarding MORs [.1]. | Fees | 0.10 | 0.00 | 895.00 | 89.50 |

client sort begins with 'prime' and date is >=6/6/25 and date
is <=2/25/26

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement

## for

## Prime Capital Ventures - Receiver (Dribusch Trustee)

| Date | Professional | Matter ID/Client Sort Matter Description Narrative | Component | Hours | Units | Price | Value |
|------|-------------|---------------------------------------------------|-----------|-------|-------|-------|-------|
| 02/06/2026 | (None) | 11537.001/ Prime Capital Ventures - Receiver (Dribusch Trustee) Case Administration FedEx invoice no. 9-179-14628 for shipment to Lauren Kiss. | FEDEX | 0.00 | 1.00 | 50.94 | 50.94 |
| 02/09/2026 | Stevens, Fred | 11537.001/ Prime Capital Ventures - Receiver (Dribusch Trustee) Case Administration Travel to Albany for hearings (billed at 1/2 rate) [2.6]. | Fees | 2.60 | 0.00 | 447.50 | 1,163.50 |
| 02/10/2026 | Kiss, Lauren | 11537.001/ Prime Capital Ventures - Receiver (Dribusch Trustee) Case Administration Reviewing documents from StarSight and emailing with Ms. Strine regarding same. | Fees | 0.10 | 0.00 | 795.00 | 79.50 |
| 02/13/2026 | Kiss, Lauren | 11537.001/ Prime Capital Ventures - Receiver (Dribusch Trustee) Case Administration Hotel in Albany for Ms. Kiss. | HOTEL | 0.00 | 1.00 | 285.11 | 285.11 |
| 02/13/2026 | Kiss, Lauren | 11537.001/ Prime Capital Ventures - Receiver (Dribusch Trustee) Case Administration Parking in Albany for Ms. Kiss. | PARKING | 0.00 | 1.00 | 9.00 | 9.00 |
| 02/13/2026 | Kiss, Lauren | 11537.001/ Prime Capital Ventures - Receiver (Dribusch Trustee) Case Administration Mileage to/from Albany (190 miles each way.) | MILEAGE | 0.00 | 1.00 | 275.50 | 275.50 |

client sort begins with 'prime' and date is >=6/6/25 and date
is <=2/25/26

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement

## for

## Prime Capital Ventures - Receiver (Dribusch Trustee)

| Date | Professional | Matter ID/Client Sort<br>Matter Description<br>Narrative | Component | Hours | Units | Price | Value |
|------|-------------|----------------------------------------------------------|-----------|-------|-------|-------|-------|
| 02/13/2026 | Kiss, Lauren | 11537.001/ Prime Capital Ventures -<br>Receiver (Dribusch Trustee)<br>Case Administration<br>Tolls to/from Albany for Ms. Kiss. | TOLLS | 0.00 | 1.00 | 56.22 | 56.22 |
| 02/17/2026 | (None) | 11537.001/ Prime Capital Ventures -<br>Receiver (Dribusch Trustee)<br>Case Administration<br>LexisLexisNexis charges for legal research<br>for January 2026, invoice no. 3096265610. | LEXIS | 0.00 | 1.00 | 156.28 | 156.28 |
| 02/19/2026 | Kiss, Lauren | 11537.001/ Prime Capital Ventures -<br>Receiver (Dribusch Trustee)<br>Case Administration<br>Reviewing and revising notes to monthly<br>operating report. | Fees | 0.30 | 0.00 | 795.00 | 238.50 |
| 02/20/2026 | Strine, Kristen | 11537.001/ Prime Capital Ventures -<br>Receiver (Dribusch Trustee)<br>Case Administration<br>Redlining MOR Disclosure versions. | Fees | 0.20 | 0.00 | 295.00 | 59.00 |
| 02/23/2026 | Kiss, Lauren | 11537.001/ Prime Capital Ventures -<br>Receiver (Dribusch Trustee)<br>Case Administration<br>Preparing list of items for agenda call with<br>Trustee [.3]; discussing status and next steps<br>with Mr. Stevens [.3]; emailing documents<br>and agenda to Mr. Geron and Ms. Santucci<br>[.2]; emailing with RK Team regarding<br>litigation call, coordinating meeting, and<br>emailing with Ms. Nevins-Perle regarding<br>same [.2]. | Fees | 1.00 | 0.00 | 795.00 | 795.00 |

3/19/2026 4:24:31 PM

client sort begins with 'prime' and date is >=6/6/25 and date
is <=2/25/26

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement

## for

## Prime Capital Ventures - Receiver (Dribusch Trustee)

| Date | Professional | Matter ID/Client Sort Matter Description Narrative | Component | Hours | Units | Price | Value |
|---|---|---|---|---|---|---|---|
| 02/23/2026 | Stevens, Fred | 11537.001/ Prime Capital Ventures - Receiver (Dribusch Trustee) Case Administration Emails with Mr. Sporn regarding call to discuss EDs [.1].  Conference with Ms. Kiss regarding agenda to go effective and call with trustee [.3]. | Fees | 0.40 | 0.00 | 895.00 | 358.00 |
| 02/24/2026 | Kiss, Lauren | 11537.001/ Prime Capital Ventures - Receiver (Dribusch Trustee) Case Administration Conference call with Messrs. Stevens and Geron and Ms. Santucci regarding next steps and overall status, including claims, litigation, and discovery [1.0]; reviewing notes from call and calendaring relevant deadlines [.1]; reviewing and revising claims register [.7]; reviewing and gathering documents requested by Ms. Santucci and emailing with Ms. Santucci regarding same [.7]. | Fees | 2.50 | 0.00 | 795.00 | 1,987.50 |
| 02/24/2026 | Stevens, Fred | 11537.001/ Prime Capital Ventures - Receiver (Dribusch Trustee) Case Administration Telephone conference with Mses. Kiss, Santucci, Mr. Geron regarding complete agenda going forward, plan effective date, fee applications, discovery, and litigation [1.0]. | Fees | 1.00 | 0.00 | 895.00 | 895.00 |

client sort begins with 'prime' and date is >=6/6/25 and date
is <=2/25/26

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement

## for

## Prime Capital Ventures - Receiver (Dribusch Trustee)

| Date | Professional | Matter ID/Client Sort<br>Matter Description<br>Narrative | Component | Hours | Units | Price | Value |
|------|-------------|--------------------------------------|-----------|-------|-------|-------|-------|
| 02/25/2026 | Kiss, Lauren | 11537.001/ Prime Capital Ventures -<br>Receiver (Dribusch Trustee)<br>Case Administration<br>Telephone call with Ms. Strine regarding<br>documents to send to Ms. Santucci [.1]. | Fees | 0.10 | 0.00 | 795.00 | 79.50 |
| 02/25/2026 | Strine, Kristen | 11537.001/ Prime Capital Ventures -<br>Receiver (Dribusch Trustee)<br>Case Administration<br>Creating Dropbox and emailing link to Ms.<br>Santucci. | Fees | 0.10 | 0.00 | 295.00 | 29.50 |
| | | **Matter Description (First Line): Case Administration** | | 47.20 | 10,901.00 | | 38,252.02 |

**Matter Description (First Line): Claims Administration and Objections**

| Date | Professional | Matter ID/Client Sort<br>Matter Description<br>Narrative | Component | Hours | Units | Price | Value |
|------|-------------|--------------------------------------|-----------|-------|-------|-------|-------|
| 09/24/2025 | Kiss, Lauren | 11537.005/ Prime Capital Ventures -<br>Receiver (Dribusch Trustee)<br>Claims Administration and Objections<br>Discussing motion to file a late claim with<br>Mr. Collins. | Fees | 0.10 | 0.00 | 750.00 | 75.00 |
| 09/24/2025 | Collins, Kevin | 11537.005/ Prime Capital Ventures -<br>Receiver (Dribusch Trustee)<br>Claims Administration and Objections<br>Discussing motion to file a late claim with<br>Ms. Kiss [.1]. | Fees | 0.10 | 0.00 | 495.00 | 49.50 |
| 10/01/2025 | Collins, Kevin | 11537.005/ Prime Capital Ventures -<br>Receiver (Dribusch Trustee)<br>Claims Administration and Objections<br>Review/edit motion to approve late-filed<br>claim [3]. | Fees | 3.00 | 0.00 | 495.00 | 1,485.00 |

client sort begins with 'prime' and date is >=6/6/25 and date
is <=2/25/26

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement

## for

## Prime Capital Ventures - Receiver (Dribusch Trustee)

| Date | Professional | Matter ID/Client Sort<br>Matter Description<br>Narrative | Component | Hours | Units | Price | Value |
|---|---|---|---|---|---|---|---|
| 10/16/2025 | Kiss, Lauren | 11537.005/ Prime Capital Ventures - Receiver (Dribusch Trustee)<br>Claims Administration and Objections<br>Reviewing Brightsmith claim and related research from Mr. Collins regarding allowance of claim [.4]; reviewing stipulation and plan and emailing proposed next steps to Mr. Stevens [.3]. | Fees | 0.70 | 0.00 | 750.00 | 525.00 |
| 11/26/2025 | Kiss, Lauren | 11537.005/ Prime Capital Ventures - Receiver (Dribusch Trustee)<br>Claims Administration and Objections<br>Reviewing and revising updated stipulation allowing Brightsmith claim as timely filed claim [.4]; revising motion and order approving stipulation [.5]; discussing changes with Mr. Collins and notice procedures [.2]; revising motion based on discussion with Mr. Collins [.4]; emailing with Messrs. Von Richter and Potter regarding same [.1]. | Fees | 1.60 | 0.00 | 750.00 | 1,200.00 |
| 11/26/2025 | Collins, Kevin | 11537.005/ Prime Capital Ventures - Receiver (Dribusch Trustee)<br>Claims Administration and Objections<br>Edit stipulation allowing late claim filed by Brightsmith Tulsa LLP [.3]; drafting motion to approve late-filed claim [.6]. | Fees | 0.90 | 0.00 | 495.00 | 445.50 |

3/19/2026 4:24:31 PM

client sort begins with 'prime' and date is >=6/6/25 and date
is <=2/25/26

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement

## for

## Prime Capital Ventures - Receiver (Dribusch Trustee)

| Date | Professional | Matter ID/Client Sort<br>Matter Description<br>Narrative | Component | Hours | Units | Price | Value |
|------|--------------|------------------------------------------------|-----------|-------|-------|-------|-------|
| 12/01/2025 | Kiss, Lauren | 11537.005/ Prime Capital Ventures -<br>Receiver (Dribusch Trustee)<br>Claims Administration and Objections<br>Reviewing claim stipulation and responding<br>to Mr. Von Richter's email [.2]. | Fees | 0.20 | 0.00 | 750.00 | 150.00 |
| 12/02/2025 | Kiss, Lauren | 11537.005/ Prime Capital Ventures -<br>Receiver (Dribusch Trustee)<br>Claims Administration and Objections<br>Revising claim stipulation with Brightsmith<br>[.2]; emailing with Mr. Geron regarding<br>stipulation and approval of same [.2]. | Fees | 0.40 | 0.00 | 750.00 | 300.00 |
| 12/03/2025 | Kiss, Lauren | 11537.005/ Prime Capital Ventures -<br>Receiver (Dribusch Trustee)<br>Claims Administration and Objections<br>Updating motion to approve late filed claims<br>and emailing with Ms. Santucci regarding<br>same. | Fees | 0.10 | 0.00 | 750.00 | 75.00 |
| 12/05/2025 | Kiss, Lauren | 11537.005/ Prime Capital Ventures -<br>Receiver (Dribusch Trustee)<br>Claims Administration and Objections<br>Emailing with Mr. Von Richer regarding<br>claim stipulation. | Fees | 0.10 | 0.00 | 750.00 | 75.00 |
| 12/22/2025 | Stevens, Fred | 11537.005/ Prime Capital Ventures -<br>Receiver (Dribusch Trustee)<br>Claims Administration and Objections<br>Drafting outline for global settlement with<br>Compass on substantial contribution claim<br>[.8]. | Fees | 0.80 | 0.00 | 875.00 | 700.00 |

client sort begins with 'prime' and date is >=6/6/25 and date
is <=2/25/26

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement

## for

## Prime Capital Ventures - Receiver (Dribusch Trustee)

| Date | Professional | Matter ID/Client Sort<br>Matter Description<br>Narrative | Component | Hours | Units | Price | Value |
|---|---|---|---|---|---|---|---|
| 12/22/2025 | Kiss, Lauren | 11537.005/ Prime Capital Ventures - Receiver (Dribusch Trustee)<br>Claims Administration and Objections<br>Searching for information on Compass Charlotte's substantial contribution claim and emailing with Mr. Stevens regarding same. | Fees | 0.20 | 0.00 | 750.00 | 150.00 |
| 12/26/2025 | Stevens, Fred | 11537.005/ Prime Capital Ventures - Receiver (Dribusch Trustee)<br>Claims Administration and Objections<br>Legal research regarding substantial contribution claims and proof [.7]. Reviewing invoices from four law firms re Compass request for substantial contribution claim [.8].  Drafting memorandum regarding analysis of claim and proposal for remedy [1.9].  Drafting stipulation of settlement for claim, GUC claim, third-party claim assignment for contemplated settlement with Compass [1.6]. | Fees | 5.00 | 0.00 | 875.00 | 4,375.00 |
| 12/29/2025 | Kiss, Lauren | 11537.005/ Prime Capital Ventures - Receiver (Dribusch Trustee)<br>Claims Administration and Objections<br>Finalizing and filing motion to approve Brightsmith's late filed claim as timely filed [.3]; emailing with Ms. Strine regarding service of same [.1].  Telephone call with Mr. Stevens regarding Compass settlement [.3]. | Fees | 0.70 | 0.00 | 750.00 | 525.00 |

client sort begins with 'prime' and date is >=6/6/25 and date
is <=2/25/26

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement

## for

## Prime Capital Ventures - Receiver (Dribusch Trustee)

| Date | Professional | Matter ID/Client Sort Matter Description Narrative | Component | Hours | Units | Price | Value |
|---|---|---|---|---|---|---|---|
| 12/29/2025 | Stevens, Fred | 11537.005/ Prime Capital Ventures - Receiver (Dribusch Trustee) Claims Administration and Objections Telephone conference with Ms. Kiss regarding Compass resolution and email to Trustee re approval [.4]. | Fees | 0.40 | 0.00 | 875.00 | 350.00 |
| 12/30/2025 | Stevens, Fred | 11537.005/ Prime Capital Ventures - Receiver (Dribusch Trustee) Claims Administration and Objections Email with Mr. Esser regarding potential resolution of claim issues [.1]. | Fees | 0.10 | 0.00 | 875.00 | 87.50 |
| 01/07/2026 | Strine, Kristen | 11537.005/ Prime Capital Ventures - Receiver (Dribusch Trustee) Claims Administration and Objections Serving Trustee's Motion to Approve Late Filing of Proof of Claim. | Fees | 0.60 | 0.00 | 295.00 | 177.00 |
| 01/07/2026 | Strine, Kristen | 11537.005/ Prime Capital Ventures - Receiver (Dribusch Trustee) Claims Administration and Objections Postage for service of Trustee's Motion to Approve Late Filed Claim. | POSTAGE | 0.00 | 29.00 | 2.17 | 62.93 |

client sort begins with 'prime' and date is >=6/6/25 and date
is <=2/25/26

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement

## for

## Prime Capital Ventures - Receiver (Dribusch Trustee)

| Date | Professional | Matter ID/Client Sort Matter Description Narrative | Component | Hours | Units | Price | Value |
|---|---|---|---|---|---|---|---|
| 01/07/2026 | Kiss, Lauren | 11537.005/ Prime Capital Ventures - Receiver (Dribusch Trustee)<br>Claims Administration and Objections<br>Zoom call with Messrs. Geron and Stevens and Ms. Santucci regarding substantial contribution claim of Compass Charlotte [1.0]; reviewing notice of appearance by UST and emailing with Ms. Strine regarding same [.1]. | Fees | 1.10 | 0.00 | 795.00 | 874.50 |
| 01/07/2026 | Stevens, Fred | 11537.005/ Prime Capital Ventures - Receiver (Dribusch Trustee)<br>Claims Administration and Objections<br>Zoom call with Mr. Geron and Mses. Kiss and Santucci regarding substantial contribution claim of Compass Charlotte [1.0]. | Fees | 1.00 | 0.00 | 895.00 | 895.00 |
| 01/08/2026 | Stevens, Fred | 11537.005/ Prime Capital Ventures - Receiver (Dribusch Trustee)<br>Claims Administration and Objections<br>Calls to and from Mr. Geron regarding administrative claim and terms of settlement plus status of case and plan [.6]. | Fees | 0.60 | 0.00 | 895.00 | 537.00 |
| 01/09/2026 | Kiss, Lauren | 11537.005/ Prime Capital Ventures - Receiver (Dribusch Trustee)<br>Claims Administration and Objections<br>Reviewing and revising certificate of service for Brightsmith service and emailing with Ms. Strine regarding changes to same. | Fees | 0.10 | 0.00 | 795.00 | 79.50 |

client sort begins with 'prime' and date is >=6/6/25 and date
is <=2/25/26

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement

## for

## Prime Capital Ventures - Receiver (Dribusch Trustee)

| Date | Professional | Matter ID/Client Sort<br>Matter Description<br>Narrative | Component | Hours | Units | Price | Value |
|---|---|---|---|---|---|---|---|
| 01/09/2026 | Stevens, Fred | 11537.005/ Prime Capital Ventures -<br>Receiver (Dribusch Trustee)<br>Claims Administration and Objections<br>Telephone conference with and emails with<br>Mr. Esser regarding position on<br>administrative claim [.3].  Drafting email to<br>UST regarding position and discussion<br>related to Compass administrative claim [.2]. | Fees | 0.50 | 0.00 | 895.00 | 447.50 |
| 01/12/2026 | Stevens, Fred | 11537.005/ Prime Capital Ventures -<br>Receiver (Dribusch Trustee)<br>Claims Administration and Objections<br>Emails with UST regarding Compass admin<br>claim [.1]. | Fees | 0.10 | 0.00 | 895.00 | 89.50 |
| 01/15/2026 | Stevens, Fred | 11537.005/ Prime Capital Ventures -<br>Receiver (Dribusch Trustee)<br>Claims Administration and Objections<br>Preparation for and telephone conference<br>with Ms. Champion and Mr. Strauss<br>regarding Compass issues and general case<br>issues [.8].  Telephone conference with Mr.<br>Geron regarding settlement and Compass<br>issues [.1]. | Fees | 0.90 | 0.00 | 895.00 | 805.50 |

client sort begins with 'prime' and date is >=6/6/25 and date
is <=2/25/26

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement

## for

## Prime Capital Ventures - Receiver (Dribusch Trustee)

| Date | Professional | Matter ID/Client Sort<br>Matter Description<br>Narrative | Component | Hours | Units | Price | Value |
|---|---|---|---|---|---|---|---|
| 01/16/2026 | Stevens, Fred | 11537.005/ Prime Capital Ventures -<br>Receiver (Dribusch Trustee)<br>Claims Administration and Objections<br>Telephone conference with Mr. Esser<br>regarding settlement [.3].  Reviewing and<br>revising settlement agreement and<br>circulating with Mr. Esser [.4].  Email Mr.<br>Geron and Ms. Santucci regarding reviewing<br>stipulation and consideration [.2]. | Fees | 0.90 | 0.00 | 895.00 | 805.50 |
| 01/19/2026 | Stevens, Fred | 11537.005/ Prime Capital Ventures -<br>Receiver (Dribusch Trustee)<br>Claims Administration and Objections<br>Emails with Mr. Esser regarding settlement<br>of claims [.1]. | Fees | 0.10 | 0.00 | 895.00 | 89.50 |
| 01/21/2026 | Stevens, Fred | 11537.005/ Prime Capital Ventures -<br>Receiver (Dribusch Trustee)<br>Claims Administration and Objections<br>Final review of settlement with Compass,<br>emails with Mr. Esser regarding same, load<br>and circulate for signature via Doculink [.4]. | Fees | 0.40 | 0.00 | 895.00 | 358.00 |
| 01/23/2026 | Kiss, Lauren | 11537.005/ Prime Capital Ventures -<br>Receiver (Dribusch Trustee)<br>Claims Administration and Objections<br>Reviewing revised version of stipulation for<br>Compass claim and related emails [.3];<br>drafting motion seeking approval of<br>stipulation with Compass [3.2]; researching<br>substantial contribution claim [1.3]. | Fees | 4.80 | 0.00 | 795.00 | 3,816.00 |

3/19/2026 4:24:31 PM

client sort begins with 'prime' and date is >=6/6/25 and date
is <=2/25/26

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement

## for

## Prime Capital Ventures - Receiver (Dribusch Trustee)

| Date | Professional | Matter ID/Client Sort<br>Matter Description<br>Narrative | Component | Hours | Units | Price | Value |
|---|---|---|---|---|---|---|---|
| 01/24/2026 | Stevens, Fred | 11537.005/ Prime Capital Ventures - Receiver (Dribusch Trustee)<br>Claims Administration and Objections<br>Emails with Mr. Esser regarding status of resolution and motion for its approval and consideration in the filing [.2]. | Fees | 0.20 | 0.00 | 895.00 | 179.00 |
| 01/26/2026 | Kiss, Lauren | 11537.005/ Prime Capital Ventures - Receiver (Dribusch Trustee)<br>Claims Administration and Objections<br>Reviewing claims for treble damages [.4]; drafting motion to approve Compass stipulation [1.3]; drafting notice of hearing [.2]. | Fees | 1.90 | 0.00 | 795.00 | 1,510.50 |
| 01/28/2026 | Kiss, Lauren | 11537.005/ Prime Capital Ventures - Receiver (Dribusch Trustee)<br>Claims Administration and Objections<br>Reviewing and revising motion seeking approval of Compass stipulation. | Fees | 0.60 | 0.00 | 795.00 | 477.00 |
| 02/02/2026 | Stevens, Fred | 11537.005/ Prime Capital Ventures - Receiver (Dribusch Trustee)<br>Claims Administration and Objections<br>Emails with Mr. Tabachnik and drafting and filing notices of adjournment of 2004 and fee applications in two cases regarding movement of Hogan Lovells [.3]. | Fees | 0.30 | 0.00 | 895.00 | 268.50 |

client sort begins with 'prime' and date is >=6/6/25 and date is <=2/25/26

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement

## for

## Prime Capital Ventures - Receiver (Dribusch Trustee)

| Date | Professional | Matter ID/Client Sort<br>Matter Description<br>Narrative | Component | Hours | Units | Price | Value |
|---|---|---|---|---|---|---|---|
| 02/03/2026 | Kiss, Lauren | 11537.005/ Prime Capital Ventures - Receiver (Dribusch Trustee)<br>Claims Administration and Objections<br>Reviewing Mr. Stevens' comments to the motion seeking approval of stipulation with Compass [.1]; reviewing Mr. Geron's comments to the motion and incorporating same into the motion and further revising same [.3]; emailing with Ms. Strine regarding service list and related issues [.1]. | Fees | 0.50 | 0.00 | 795.00 | 397.50 |
| 02/04/2026 | Kiss, Lauren | 11537.005/ Prime Capital Ventures - Receiver (Dribusch Trustee)<br>Claims Administration and Objections<br>Reviewing service list and emailing with Ms. Strine regarding same [.1]; telephone call with Ms. Strine regarding service list [.1]. | Fees | 0.20 | 0.00 | 795.00 | 159.00 |
| 02/04/2026 | Strine, Kristen | 11537.005/ Prime Capital Ventures - Receiver (Dribusch Trustee)<br>Claims Administration and Objections<br>Assembling an updated service list for upcoming service. | Fees | 0.90 | 0.00 | 295.00 | 265.50 |
| 02/04/2026 | Nevins-Perle, Lily | 11537.005/ Prime Capital Ventures - Receiver (Dribusch Trustee)<br>Claims Administration and Objections<br>Sharing service list with Ms. Kiss and Ms. Strine, per their request. | Fees | 0.10 | 0.00 | 295.00 | 29.50 |

client sort begins with 'prime' and date is >=6/6/25 and date is <=2/25/26

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement

## for

## Prime Capital Ventures - Receiver (Dribusch Trustee)

| Date | Professional | Matter ID/Client Sort<br>Matter Description<br>Narrative | Component | Hours | Units | Price | Value |
|---|---|---|---|---|---|---|---|
| 02/05/2026 | Kiss, Lauren | 11537.005/ Prime Capital Ventures - Receiver (Dribusch Trustee)<br>Claims Administration and Objections<br>Reviewing Mr. Esser's comments and updating motion to approve Compass stipulation [.1]; reviewing and finalizing motion [.8]; reviewing and finalizing notice of hearing [.2]; filing motion and notice of hearing [.1]; reviewing service list and emailing comments to same to Ms. Strine and emailing with Ms. Nevins-Perle regarding service of motion and notice [.3]. | Fees | 1.50 | 0.00 | 795.00 | 1,192.50 |
| 02/05/2026 | Stevens, Fred | 11537.005/ Prime Capital Ventures - Receiver (Dribusch Trustee)<br>Claims Administration and Objections<br>Email Mr. Esser regarding review of motion [.1]. | Fees | 0.10 | 0.00 | 895.00 | 89.50 |
| 02/06/2026 | Kiss, Lauren | 11537.005/ Prime Capital Ventures - Receiver (Dribusch Trustee)<br>Claims Administration and Objections<br>Reviewing certificate of service and emailing with Ms. Nevins-Perle regarding same [.1]. | Fees | 0.10 | 0.00 | 795.00 | 79.50 |

client sort begins with 'prime' and date is >=6/6/25 and date
is <=2/25/26

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement

## for

## Prime Capital Ventures - Receiver (Dribusch Trustee)

| Date | Professional | Matter ID/Client Sort / Matter Description / Narrative | Component | Hours | Units | Price | Value |
|---|---|---|---|---|---|---|---|
| 02/06/2026 | Nevins-Perle, Lily | 11537.005/ Prime Capital Ventures - Receiver (Dribusch Trustee) Claims Administration and Objections Preparing and transmitting service of motion and notice to notice of appearance parties and notice to creditors, preparing declaration of service and e-filing same, per Ms. Kiss' instructions. | Fees | 1.60 | 0.00 | 295.00 | 472.00 |
| 02/06/2026 | Nevins-Perle, Lily | 11537.005/ Prime Capital Ventures - Receiver (Dribusch Trustee) Claims Administration and Objections Postage for service of motion and notice. | POSTAGE | 0.00 | 21.00 | 2.72 | 57.12 |
| 02/06/2026 | Nevins-Perle, Lily | 11537.005/ Prime Capital Ventures - Receiver (Dribusch Trustee) Claims Administration and Objections Postage for service of notice. | POSTAGE | 0.00 | 76.00 | 1.63 | 123.88 |
| 02/09/2026 | Kiss, Lauren | 11537.005/ Prime Capital Ventures - Receiver (Dribusch Trustee) Claims Administration and Objections Reviewing motion seeking approval of Brightsmith Tulsa's claim as a timely filed claim and summarizing same in preparation for hearing [.4]. | Fees | 0.40 | 0.00 | 795.00 | 318.00 |
| 02/10/2026 | Kiss, Lauren | 11537.005/ Prime Capital Ventures - Receiver (Dribusch Trustee) Claims Administration and Objections Reviewing and formatting stipulation with Brightsmith Tulsa and uploading same [.1]. | Fees | 0.10 | 0.00 | 795.00 | 79.50 |

client sort begins with 'prime' and date is >=6/6/25 and date is <=2/25/26

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement

## for

## Prime Capital Ventures - Receiver (Dribusch Trustee)

| Date | Professional | Matter ID/Client Sort<br>Matter Description<br>Narrative | Component | Hours | Units | Price | Value |
|---|---|---|---|---|---|---|---|
| 02/12/2026 | Strine, Kristen | 11537.005/ Prime Capital Ventures - Receiver (Dribusch Trustee)<br>Claims Administration and Objections<br>Updating claims register. | Fees | 0.80 | 0.00 | 295.00 | 236.00 |
| 02/24/2026 | Stevens, Fred | 11537.005/ Prime Capital Ventures - Receiver (Dribusch Trustee)<br>Claims Administration and Objections<br>Telephone conference with Mr. Everman regarding potential objection to Compass settlement [.2]. Emails with Mr. Esser [.1]. | Fees | 0.30 | 0.00 | 895.00 | 268.50 |
| | | **Matter Description (First Line): Claims Administration and Objections** | | 35.10 | 126.00 | | 25,807.93 |
| **Matter Description (First Line): Fee/Employment Applications** | | | | | | | |
| 06/08/2025 | Kiss, Lauren | 11537.006/ Prime Capital Ventures - Receiver (Dribusch Trustee)<br>Fee/Employment Applications<br>Drafting KWJS&S's retention application as special litigation counsel. | Fees | 1.20 | 0.00 | 750.00 | 900.00 |
| 06/09/2025 | Kiss, Lauren | 11537.006/ Prime Capital Ventures - Receiver (Dribusch Trustee)<br>Fee/Employment Applications<br>Emailing requested documents and information to Ms. Santucci [.3]; drafting KWJSS's retention application as special litigation counsel [.6]; emailing with Mr. Stevens regarding application [.1]; reviewing Mr. Stevens' changes to the retention application and emailing with Ms. Litos regarding same [.1]. | Fees | 1.10 | 0.00 | 750.00 | 825.00 |

client sort begins with 'prime' and date is >=6/6/25 and date
is <=2/25/26

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement

## for

## Prime Capital Ventures - Receiver (Dribusch Trustee)

| Date | Professional | Matter ID/Client Sort<br>Matter Description<br>Narrative | Component | Hours | Units | Price | Value |
|---|---|---|---|---|---|---|---|
| 06/09/2025 | Stevens, Fred | 11537.006/ Prime Capital Ventures - Receiver (Dribusch Trustee)<br>Fee/Employment Applications<br>Reviewing and revising application, declaration and order for the Trustee's retention of KWJSS as special counsel [.3]. | Fees | 0.30 | 0.00 | 875.00 | 262.50 |
| 06/10/2025 | Kiss, Lauren | 11537.006/ Prime Capital Ventures - Receiver (Dribusch Trustee)<br>Fee/Employment Applications<br>Reviewing order approving Trustee's appointment and updating KWJSS's retention application as special litigation counsel [.1]. | Fees | 0.10 | 0.00 | 750.00 | 75.00 |
| 06/11/2025 | Kiss, Lauren | 11537.006/ Prime Capital Ventures - Receiver (Dribusch Trustee)<br>Fee/Employment Applications<br>Reviewing GLA's comments to the KWJSS's retention application and further revising same [.2]; finalizing retention application and emailing same to Ms. Santucci [.1]. | Fees | 0.30 | 0.00 | 750.00 | 225.00 |
| 06/13/2025 | Stevens, Fred | 11537.006/ Prime Capital Ventures - Receiver (Dribusch Trustee)<br>Fee/Employment Applications<br>Email Ms. Kiss regarding RK retention [.1]. | Fees | 0.10 | 0.00 | 875.00 | 87.50 |

client sort begins with 'prime' and date is >=6/6/25 and date
is <=2/25/26

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement

## for

## Prime Capital Ventures - Receiver (Dribusch Trustee)

| Date | Professional | Matter ID/Client Sort<br>Matter Description<br>Narrative | Component | Hours | Units | Price | Value |
|------|-------------|-------------|-----------|-------|-------|-------|-------|
| 07/15/2025 | Kiss, Lauren | 11537.006/ Prime Capital Ventures -<br>Receiver (Dribusch Trustee)<br>Fee/Employment Applications<br>Reviewing KWJSS's retention order as<br>special litigation counsel. | Fees | 0.10 | 0.00 | 750.00 | 75.00 |
| 01/12/2026 | Kiss, Lauren | 11537.006/ Prime Capital Ventures -<br>Receiver (Dribusch Trustee)<br>Fee/Employment Applications<br>Drafting letter to Judge Radel regarding<br>KWJSS retention order as special litigation<br>counsel [.5]. | Fees | 0.50 | 0.00 | 795.00 | 397.50 |
| 01/23/2026 | Kiss, Lauren | 11537.006/ Prime Capital Ventures -<br>Receiver (Dribusch Trustee)<br>Fee/Employment Applications<br>Reviewing Ms. Santucci's comments to the<br>letter to Judge Radel regarding KWJS&S's<br>retention order, finalizing and filing same<br>[.2]; revising, finalizing and uploading<br>proposed order [.1]. | Fees | 0.30 | 0.00 | 795.00 | 238.50 |
| 01/26/2026 | Kiss, Lauren | 11537.006/ Prime Capital Ventures -<br>Receiver (Dribusch Trustee)<br>Fee/Employment Applications<br>Reviewing KWJSS retention order as<br>special litigation counsel. | Fees | 0.10 | 0.00 | 795.00 | 79.50 |

3/19/2026 4:24:31 PM

client sort begins with 'prime' and date is >=6/6/25 and date
is <=2/25/26

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement

## for

## Prime Capital Ventures - Receiver (Dribusch Trustee)

| Date | Professional | Matter ID/Client Sort<br>Matter Description<br>Narrative | Component | Hours | Units | Price | Value |
|------|-------------|----------|-----------|-------|-------|-------|-------|
| 02/20/2026 | Kiss, Lauren | 11537.006/ Prime Capital Ventures - Receiver (Dribusch Trustee)<br>Fee/Employment Applications<br>Reviewing and revising KWJSS's time detail in preparation for fee application and emailing changes to Ms. Nevins-Perle (no charge). | Fees | 4.20 | 0.00 | 0.00 | 0.00 |
| 02/23/2026 | Kiss, Lauren | 11537.006/ Prime Capital Ventures - Receiver (Dribusch Trustee)<br>Fee/Employment Applications<br>Responding to Ms. Nevins-Perle's questions regarding time detail (no charge). | Fees | 0.50 | 0.00 | 0.00 | 0.00 |
| 02/24/2026 | Kiss, Lauren | 11537.006/ Prime Capital Ventures - Receiver (Dribusch Trustee)<br>Fee/Employment Applications<br>Drafting fee application as counsel to the Debtor. | Fees | 0.80 | 0.00 | 795.00 | 636.00 |
| 02/25/2026 | Kiss, Lauren | 11537.006/ Prime Capital Ventures - Receiver (Dribusch Trustee)<br>Fee/Employment Applications<br>Drafting KWJS&S's fee application as counsel to the Debtor [2.4]; reviewing local rules for fee application requirements and revising application with same [.8]; drafting certifications in support of fee application [.3]. | Fees | 3.50 | 0.00 | 795.00 | 2,782.50 |

client sort begins with 'prime' and date is >=6/6/25 and date
is <=2/25/26

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement

## for

## Prime Capital Ventures - Receiver (Dribusch Trustee)

| Date | Professional | Matter ID/Client Sort<br>Matter Description<br>Narrative | Component | Hours | Units | Price | Value |
|------|------------|----------------------------------------------------------|-----------|-------|-------|-------|-------|
| 02/25/2026 | Kiss, Lauren | 11537.006/ Prime Capital Ventures - Receiver (Dribusch Trustee)<br>Fee/Employment Applications<br>Discussing time detail with Mr. Stevens [.1]; skimming Mr. Collins' time detail and discussing changes to time detail with Mr. Collins [.6] (no charge). | Fees | 0.70 | 0.00 | 0.00 | 0.00 |
| 02/25/2026 | Collins, Kevin | 11537.006/ Prime Capital Ventures - Receiver (Dribusch Trustee)<br>Fee/Employment Applications<br>Meeting with Ms. Kiss regarding reviewing and revising time detail [.3] (No Charge). | Fees | 0.30 | 0.00 | 0.00 | 0.00 |
| **Matter Description (First Line): Fee/Employment Applications** | | | | **14.10** | **0.00** | | **6,584.00** |

**Matter Description (First Line): Fee/Employment Objections**

| Date | Professional | Matter ID/Client Sort<br>Matter Description<br>Narrative | Component | Hours | Units | Price | Value |
|------|------------|----------------------------------------------------------|-----------|-------|-------|-------|-------|
| 06/16/2025 | Stevens, Fred | 11537.007/ Prime Capital Ventures - Receiver (Dribusch Trustee)<br>Fee/Employment Objections<br>Reviewing and revising objection to Hogan fee application and email Ms. Penpraze regarding same [.4]. Reviewing source documents and drafting memo for Mr. Geron and GLA team regarding Hogan Lovells fee and retainer issues [.8]. Telephone conference with Mr. Tabachnik regarding positions and scheduling another call [.2]. | Fees | 1.40 | 0.00 | 875.00 | 1,225.00 |

client sort begins with 'prime' and date is >=6/6/25 and date
is <=2/25/26

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement

## for

## Prime Capital Ventures - Receiver (Dribusch Trustee)

| Date | Professional | Matter ID/Client Sort<br>Matter Description<br>Narrative | Component | Hours | Units | Price | Value |
|---|---|---|---|---|---|---|---|
| 06/17/2025 | Stevens, Fred | 11537.007/ Prime Capital Ventures -<br>Receiver (Dribusch Trustee)<br>Fee/Employment Objections<br>Emails with Mr. Tabachnik and Mr. Geron<br>regarding scheduling call to discuss fees<br>[.1]. | Fees | 0.10 | 0.00 | 875.00 | 87.50 |
| 11/14/2025 | Stevens, Fred | 11537.007/ Prime Capital Ventures -<br>Receiver (Dribusch Trustee)<br>Fee/Employment Objections<br>Telephone conference with Mr. Tabachnik<br>regarding case and potential resolution of<br>Hogan Lovells issues [.5]. | Fees | 0.50 | 0.00 | 875.00 | 437.50 |
| 02/02/2026 | Kiss, Lauren | 11537.007/ Prime Capital Ventures -<br>Receiver (Dribusch Trustee)<br>Fee/Employment Objections<br>Emailing with Mr. Stevens regarding Hogan<br>Lovell's fee application and reviewing<br>adjournment request for same. | Fees | 0.10 | 0.00 | 795.00 | 79.50 |
| | | **Matter Description (First Line): Fee/Employment Objections** | | 2.10 | 0.00 | | 1,829.50 |
| **Matter Description (First Line): Litigation** | | | | | | | |
| 06/16/2025 | Stevens, Fred | 11537.009/ Prime Capital Ventures -<br>Receiver (Dribusch Trustee)<br>Litigation<br>Reviewing superceding indictment against<br>Roglieri [.5]. | Fees | 0.50 | 0.00 | 875.00 | 437.50 |

client sort begins with 'prime' and date is >=6/6/25 and date
is <=2/25/26

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement

## for

## Prime Capital Ventures - Receiver (Dribusch Trustee)

| Date | Professional | Matter ID/Client Sort<br>Matter Description<br>Narrative | Component | Hours | Units | Price | Value |
|---|---|---|---|---|---|---|---|
| 06/17/2025 | Stevens, Fred | 11537.009/ Prime Capital Ventures - Receiver (Dribusch Trustee)<br>Litigation<br>Telephone conference with Mr. Lombardo regarding resolution to litigation and consent to adjourning pretrial conference [.3]. Email Mr. Roy regarding status of claims against Caruso [.1]. | Fees | 0.40 | 0.00 | 875.00 | 350.00 |
| 06/18/2025 | Kiss, Lauren | 11537.009/ Prime Capital Ventures - Receiver (Dribusch Trustee)<br>Litigation<br>Attending pretrial conference by phone in ER Tennessee matter [.1]. | Fees | 0.10 | 0.00 | 750.00 | 75.00 |
| 06/18/2025 | Stevens, Fred | 11537.009/ Prime Capital Ventures - Receiver (Dribusch Trustee)<br>Litigation<br>Email with Mr. Lombardo regarding pretrial conference [.1]. | Fees | 0.10 | 0.00 | 875.00 | 87.50 |

client sort begins with 'prime' and date is >=6/6/25 and date
is <=2/25/26

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement

## for

## Prime Capital Ventures - Receiver (Dribusch Trustee)

| Date | Professional | Matter ID/Client Sort Matter Description Narrative | Component | Hours | Units | Price | Value |
|---|---|---|---|---|---|---|---|
| 06/19/2025 | Stevens, Fred | 11537.009/ Prime Capital Ventures - Receiver (Dribusch Trustee) Litigation Legal research regarding 550 defenses for subsequent transferees and additional defenses available to them [.7]. Reviewing record and drafting memo regarding each instance of Hogan Lovells having actual knowledge of facts and circumstances leading to inquiry notice and the requirement to conduct an investigation [1.8]. Email Mr. Tabachnik regarding reference documents related to Hogan Lovells knowledge [.1]. Telephone conference with Mr. Tabachnik, Mr. Geron, and Ms. Santucci regarding issues with Hogan Lovells and continued discussion with client and GLA team following [.9]. Drafting email to Reign litigation counsel regarding method of getting discovery issue before the district court [.2]. Reviewing SDNY local rules and procedure for getting discovery issue before the district court in the Reign litigation [.7]. | Fees | 4.40 | 0.00 | 875.00 | 3,850.00 |
| 07/01/2025 | Kiss, Lauren | 11537.009/ Prime Capital Ventures - Receiver (Dribusch Trustee) Litigation Reviewing Judge Littlefield's rules and local rules in connection with pre-trial orders in preparation for pretrial conference [.2]. | Fees | 0.20 | 0.00 | 750.00 | 150.00 |

client sort begins with 'prime' and date is >=6/6/25 and date
is <=2/25/26

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement

## for

## Prime Capital Ventures - Receiver (Dribusch Trustee)

| Date | Professional | Matter ID/Client Sort<br>Matter Description<br>Narrative | Component | Hours | Units | Price | Value |
|------|--------------|---------------------------------------|-----------|-------|-------|-------|-------|
| 07/03/2025 | Stevens, Fred | 11537.009/ Prime Capital Ventures - Receiver (Dribusch Trustee)<br>Litigation<br>Reviewing record and drafting motion to request authority to conduct discovery [1.5]. | Fees | 1.50 | 0.00 | 875.00 | 1,312.50 |
| 07/04/2025 | Stevens, Fred | 11537.009/ Prime Capital Ventures - Receiver (Dribusch Trustee)<br>Litigation<br>Reviewing Trustee comments to letter to District Court in Reign litigation and email regarding same [.2]. | Fees | 0.20 | 0.00 | 875.00 | 175.00 |
| 07/07/2025 | Stevens, Fred | 11537.009/ Prime Capital Ventures - Receiver (Dribusch Trustee)<br>Litigation<br>Reviewing and revising letter to the District Court requesting permission to obtain discovery in the bankruptcy case under BR 2004, filing with the Court, and circulating to the parties [.9]. | Fees | 0.90 | 0.00 | 875.00 | 787.50 |
| 07/09/2025 | Kiss, Lauren | 11537.009/ Prime Capital Ventures - Receiver (Dribusch Trustee)<br>Litigation<br>Attending hearing on Berone 2004 application and ER Tennessee pretrial conference [1.0]. | Fees | 1.00 | 0.00 | 750.00 | 750.00 |

client sort begins with 'prime' and date is >=6/6/25 and date
is <=2/25/26

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement

## for

## Prime Capital Ventures - Receiver (Dribusch Trustee)

| Date | Professional | Matter ID/Client Sort<br>Matter Description<br>Narrative | Component | Hours | Units | Price | Value |
|------|-------------|------|-----------|-------|-------|-------|-------|
| 07/09/2025 | Stevens, Fred | 11537.009/ Prime Capital Ventures - Receiver (Dribusch Trustee)<br>Litigation<br>Telephone conference with Mr. Lombardo regarding potential resolution and issues in litigation [.3]. | Fees | 0.30 | 0.00 | 875.00 | 262.50 |
| 07/25/2025 | Kiss, Lauren | 11537.009/ Prime Capital Ventures - Receiver (Dribusch Trustee)<br>Litigation<br>Reviewing Reign and Berone pleadings in district court opposing discovery in Bankruptcy Court and related emails regarding same. | Fees | 0.20 | 0.00 | 750.00 | 150.00 |
| 07/25/2025 | Stevens, Fred | 11537.009/ Prime Capital Ventures - Receiver (Dribusch Trustee)<br>Litigation<br>Reviewing responses by Reign and Berone regarding Trustee's request for discovery from District Court in Prime v. Reign matter [.4]. | Fees | 0.40 | 0.00 | 875.00 | 350.00 |
| 07/28/2025 | Stevens, Fred | 11537.009/ Prime Capital Ventures - Receiver (Dribusch Trustee)<br>Litigation<br>Telephone conference with Mr. Rubin regarding status of Reign litigation, withdrawal, dismissal, and issues with discovery [.4]. | Fees | 0.40 | 0.00 | 875.00 | 350.00 |

client sort begins with 'prime' and date is >=6/6/25 and date
is <=2/25/26

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement

## for

## Prime Capital Ventures - Receiver (Dribusch Trustee)

| Date | Professional | Matter ID/Client Sort Matter Description Narrative | Component | Hours | Units | Price | Value |
|---|---|---|---|---|---|---|---|
| 08/04/2025 | Stevens, Fred | 11537.009/ Prime Capital Ventures - Receiver (Dribusch Trustee) Litigation Email Ms. Santucci re ER Tennessee analysis and review of same [.2]. | Fees | 0.20 | 0.00 | 875.00 | 175.00 |
| 08/08/2025 | Stevens, Fred | 11537.009/ Prime Capital Ventures - Receiver (Dribusch Trustee) Litigation Email Mr. Lombardo re ER Tennessee [.1]. | Fees | 0.10 | 0.00 | 875.00 | 87.50 |
| 08/12/2025 | Stevens, Fred | 11537.009/ Prime Capital Ventures - Receiver (Dribusch Trustee) Litigation Email to Mr. Geron regarding proposal for additional discovery [.1]. | Fees | 0.10 | 0.00 | 875.00 | 87.50 |
| 08/12/2025 | Collins, Kevin | 11537.009/ Prime Capital Ventures - Receiver (Dribusch Trustee) Litigation Meeting with Mr. Stevens and client regarding proposal to Mr. Geron on resolution of ER Tennessee adversary proceeding [.5]. | Fees | 0.50 | 0.00 | 495.00 | 247.50 |
| 08/12/2025 | Stevens, Fred | 11537.009/ Prime Capital Ventures - Receiver (Dribusch Trustee) Litigation Second call with Ms. Santucci, Mr. Geron, and then Mr. Collins regarding proposal to Mr. Geron on resolution of ER Tennessee adversary proceeding [.5]. | Fees | 0.50 | 0.00 | 875.00 | 437.50 |

3/19/2026 4:24:31 PM

client sort begins with 'prime' and date is >=6/6/25 and date is <=2/25/26

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement

## for

## Prime Capital Ventures - Receiver (Dribusch Trustee)

| Date | Professional | Matter ID/Client Sort<br>Matter Description<br>Narrative | Component | Hours | Units | Price | Value |
|---|---|---|---|---|---|---|---|
| 08/13/2025 | Stevens, Fred | 11537.009/ Prime Capital Ventures -<br>Receiver (Dribusch Trustee)<br>Litigation<br>Telephone conference with Mr. Lombardo<br>regarding potential resolution of adversary<br>proceeding [.5]. | Fees | 0.50 | 0.00 | 875.00 | 437.50 |
| 08/14/2025 | Stevens, Fred | 11537.009/ Prime Capital Ventures -<br>Receiver (Dribusch Trustee)<br>Litigation<br>Execution of stipulation of substitution in<br>Reign matter and emails with Mr. Geron and<br>outgoing counsel regarding same [.1]. | Fees | 0.10 | 0.00 | 875.00 | 87.50 |
| 08/15/2025 | Stevens, Fred | 11537.009/ Prime Capital Ventures -<br>Receiver (Dribusch Trustee)<br>Litigation<br>Reviewing stipulation and emails with Mr.<br>Collins regarding filing in Reign Litigation<br>[.1]. | Fees | 0.10 | 0.00 | 875.00 | 87.50 |
| 08/18/2025 | Stevens, Fred | 11537.009/ Prime Capital Ventures -<br>Receiver (Dribusch Trustee)<br>Litigation<br>Emails with Messrs. Lombardo and Geron<br>regarding call re FRE 408 [.1]. | Fees | 0.10 | 0.00 | 875.00 | 87.50 |
| 08/19/2025 | Stevens, Fred | 11537.009/ Prime Capital Ventures -<br>Receiver (Dribusch Trustee)<br>Litigation<br>Emails with Messrs. Geron and Lombardo<br>regarding scheduling FRE 408 conference<br>[.1]. | Fees | 0.10 | 0.00 | 875.00 | 87.50 |

client sort begins with 'prime' and date is >=6/6/25 and date
is <=2/25/26

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement

## for

## Prime Capital Ventures - Receiver (Dribusch Trustee)

| Date | Professional | Matter ID/Client Sort<br>Matter Description<br>Narrative | Component | Hours | Units | Price | Value |
|---|---|---|---|---|---|---|---|
| 08/20/2025 | Kiss, Lauren | 11537.009/ Prime Capital Ventures - Receiver (Dribusch Trustee)<br>Litigation<br>Reviewing District Court's opinion affirming in part and vacating in part the Bankruptcy Court's opinion. | Fees | 0.50 | 0.00 | 750.00 | 375.00 |
| 08/20/2025 | Stevens, Fred | 11537.009/ Prime Capital Ventures - Receiver (Dribusch Trustee)<br>Litigation<br>Reviewing District Court decision on appeal of dismissal of Case No. 2 and emails with Ms. Kiss, Ms. Penpraze, Mr. Esser, and client regarding same and drafting summary [.7]. | Fees | 0.70 | 0.00 | 875.00 | 612.50 |
| 08/22/2025 | Stevens, Fred | 11537.009/ Prime Capital Ventures - Receiver (Dribusch Trustee)<br>Litigation<br>Reviewing invoices and email Mr. Geron regarding payment to Innovative [.1]. Emails with Mr. Von Richter regarding claim for Brightsmith Tulsa and issues with lien [.2]. | Fees | 0.30 | 0.00 | 875.00 | 262.50 |

client sort begins with 'prime' and date is >=6/6/25 and date is <=2/25/26

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement

## for

## Prime Capital Ventures - Receiver (Dribusch Trustee)

| Date | Professional | Matter ID/Client Sort<br>Matter Description<br>Narrative | Component | Hours | Units | Price | Value |
|---|---|---|---|---|---|---|---|
| 08/26/2025 | Stevens, Fred | 11537.009/ Prime Capital Ventures - Receiver (Dribusch Trustee)<br>Litigation<br>Attending conference call in ER Tennessee adversary proceeding with Trustee and GLA team, and Messrs. Halperin, Lombardo, and Liu for ER re resolution and case status [1.0].  Telephone conference with Mr. Lombardo following call regarding preparation for pretrial conference [.3]. | Fees | 1.30 | 0.00 | 875.00 | 1,137.50 |
| 08/27/2025 | Kiss, Lauren | 11537.009/ Prime Capital Ventures - Receiver (Dribusch Trustee)<br>Litigation<br>Attending August 27th hearing concerning ER Tennessee pretrial conference and 2004 applications. | Fees | 2.80 | 0.00 | 750.00 | 2,100.00 |
| 08/27/2025 | Stevens, Fred | 11537.009/ Prime Capital Ventures - Receiver (Dribusch Trustee)<br>Litigation<br>Attending hearing on ER Tennessee litigation, Bonhams 2004 application, status conference on all areas and adjourned 2004 on Berone [2.8]. | Fees | 2.80 | 0.00 | 875.00 | 2,450.00 |
| 08/27/2025 | Stevens, Fred | 11537.009/ Prime Capital Ventures - Receiver (Dribusch Trustee)<br>Litigation<br>Travel from Albany to NYC following hearing (1/2 rate) [2.0]. | Fees | 2.00 | 0.00 | 437.50 | 875.00 |

client sort begins with 'prime' and date is >=6/6/25 and date
is <=2/25/26

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement

## for

## Prime Capital Ventures - Receiver (Dribusch Trustee)

| Date | Professional | Matter ID/Client Sort<br>Matter Description<br>Narrative | Component | Hours | Units | Price | Value |
|---|---|---|---|---|---|---|---|
| 09/10/2025 | Stevens, Fred | 11537.009/ Prime Capital Ventures -<br>Receiver (Dribusch Trustee)<br>Litigation<br>Conference with Messrs. Lombardo and<br>Halperin regarding ER Tennessee AP and<br>offer to resolve it [.5]. | Fees | 0.50 | 0.00 | 875.00 | 437.50 |
| 09/17/2025 | Stevens, Fred | 11537.009/ Prime Capital Ventures -<br>Receiver (Dribusch Trustee)<br>Litigation<br>Email Mr. Lombardo regarding pending<br>litigation [.1]. Reviewing prior litigation<br>claim assignments, catalog, and circulating<br>tally to Mr. Lombardo [.2]. | Fees | 0.30 | 0.00 | 875.00 | 262.50 |
| 09/29/2025 | Stevens, Fred | 11537.009/ Prime Capital Ventures -<br>Receiver (Dribusch Trustee)<br>Litigation<br>Email Mr. Lombardo regarding resolution of<br>ER Tennessee action [.1]. | Fees | 0.10 | 0.00 | 875.00 | 87.50 |
| 10/07/2025 | Kiss, Lauren | 11537.009/ Prime Capital Ventures -<br>Receiver (Dribusch Trustee)<br>Litigation<br>Reviewing and revising stipulation with ER<br>Tennessee [.8]; reviewing prior term sheets<br>and related information [.2]. | Fees | 1.00 | 0.00 | 750.00 | 750.00 |

3/19/2026 4:24:31 PM

client sort begins with 'prime' and date is >=6/6/25 and date
is <=2/25/26

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement

## for

## Prime Capital Ventures - Receiver (Dribusch Trustee)

| Date | Professional | Matter ID/Client Sort Matter Description Narrative | Component | Hours | Units | Price | Value |
|---|---|---|---|---|---|---|---|
| 10/07/2025 | Stevens, Fred | 11537.009/ Prime Capital Ventures - Receiver (Dribusch Trustee) Litigation Drafting stipulation of settlement between estate and ER Tennessee and enhanced claim assignment provision [2.3]. | Fees | 2.30 | 0.00 | 875.00 | 2,012.50 |
| 10/08/2025 | Stevens, Fred | 11537.009/ Prime Capital Ventures - Receiver (Dribusch Trustee) Litigation Reviewing and revising stipulation of settlement with ER Tennessee and circulating to Mr. Geron [.4]. | Fees | 0.40 | 0.00 | 875.00 | 350.00 |
| 10/10/2025 | Stevens, Fred | 11537.009/ Prime Capital Ventures - Receiver (Dribusch Trustee) Litigation Email Mr. Lombardo regarding settlement [.1]. | Fees | 0.10 | 0.00 | 875.00 | 87.50 |
| 10/15/2025 | Stevens, Fred | 11537.009/ Prime Capital Ventures - Receiver (Dribusch Trustee) Litigation Reviewing and revising changes to stipulation by Ms. Santucci with ER Tennessee and update stipulation and circulate [.4]. | Fees | 0.40 | 0.00 | 875.00 | 350.00 |

client sort begins with 'prime' and date is >=6/6/25 and date
is <=2/25/26

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement

## for

## Prime Capital Ventures - Receiver (Dribusch Trustee)

| Date | Professional | Matter ID/Client Sort<br>Matter Description<br>Narrative | Component | Hours | Units | Price | Value |
|------|-------------|-----------------|-----------|-------|-------|-------|-------|
| 10/21/2025 | Stevens, Fred | 11537.009/ Prime Capital Ventures - Receiver (Dribusch Trustee)<br>Litigation<br>Emails with Ms. Santucci and Mr. Lombardo regarding ER Tennessee payment [.1]. | Fees | 0.10 | 0.00 | 875.00 | 87.50 |
| 10/23/2025 | Stevens, Fred | 11537.009/ Prime Capital Ventures - Receiver (Dribusch Trustee)<br>Litigation<br>Reviewing and revising and execution of settlement agreement ER Tennessee and emails with client and Mr. Lombardo regarding same [.3]. Reviewing documents related to difference between Hudson and Norwell obligations and emails with Mr. Hendricks and client regarding those issues [.7]. | Fees | 1.00 | 0.00 | 875.00 | 875.00 |
| 10/30/2025 | Stevens, Fred | 11537.009/ Prime Capital Ventures - Receiver (Dribusch Trustee)<br>Litigation<br>Emails with Mr. Lombardo regarding hearing [.1]. | Fees | 0.10 | 0.00 | 875.00 | 87.50 |
| 10/31/2025 | Stevens, Fred | 11537.009/ Prime Capital Ventures - Receiver (Dribusch Trustee)<br>Litigation<br>Analysis of loan and relevant documents regarding Prime-Brightsmith Tulsa loan and emails with Mr. Ryniker, Ms. Kiss and Mr. von Richter regarding same [.5]. | Fees | 0.50 | 0.00 | 875.00 | 437.50 |

3/19/2026 4:24:31 PM

client sort begins with 'prime' and date is >=6/6/25 and date
is <=2/25/26

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement

## for

## Prime Capital Ventures - Receiver (Dribusch Trustee)

| Date | Professional | Matter ID/Client Sort<br>Matter Description<br>Narrative | Component | Hours | Units | Price | Value |
|------|------|------|------|------|------|------|------|
| 11/04/2025 | Stevens, Fred | 11537.009/ Prime Capital Ventures -<br>Receiver (Dribusch Trustee)<br>Litigation<br>Reviewing transfer information related to<br>ER transaction and begin drafting 9019<br>motion [.8]. | Fees | 0.80 | 0.00 | 875.00 | 700.00 |
| 11/06/2025 | Stevens, Fred | 11537.009/ Prime Capital Ventures -<br>Receiver (Dribusch Trustee)<br>Litigation<br>Drafting settlement motion re ER Tennessee<br>[.6]. | Fees | 0.60 | 0.00 | 875.00 | 525.00 |
| 11/11/2025 | Stevens, Fred | 11537.009/ Prime Capital Ventures -<br>Receiver (Dribusch Trustee)<br>Litigation<br>Legal research regarding violations of KYC<br>and anti-money laundering laws giving rise<br>to aiding and abetting claims [1.6]. | Fees | 1.60 | 0.00 | 875.00 | 1,400.00 |
| 11/11/2025 | Stevens, Fred | 11537.009/ Prime Capital Ventures -<br>Receiver (Dribusch Trustee)<br>Litigation<br>Drafting detailed motion re approval of ER<br>settlement [.8]. | Fees | 0.80 | 0.00 | 875.00 | 700.00 |

3/19/2026 4:24:31 PM

client sort begins with 'prime' and date is >=6/6/25 and date
is <=2/25/26

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement

## for

## Prime Capital Ventures - Receiver (Dribusch Trustee)

| Date | Professional | Matter ID/Client Sort<br>Matter Description<br>Narrative | Component | Hours | Units | Price | Value |
|------|--------------|------------------------------|-----------|-------|-------|-------|-------|
| 11/13/2025 | Kiss, Lauren | 11537.009/ Prime Capital Ventures -<br>Receiver (Dribusch Trustee)<br>Litigation<br>Reviewing and revising 9019 motion<br>seeking approval of stipulation with ER<br>Tennessee [.8]; reviewing Judge Radel's<br>rules [.1]; drafting notice of hearing [.2];<br>reviewing adjournments and calendaring<br>items for December 23 [.1]. | Fees | 1.20 | 0.00 | 750.00 | 900.00 |
| 11/13/2025 | Stevens, Fred | 11537.009/ Prime Capital Ventures -<br>Receiver (Dribusch Trustee)<br>Litigation<br>Reviewing and revising and complete<br>drafting of motion for approval of ER<br>Tennessee settlement with analysis of trust<br>claims and transfer of third party claims<br>[1.7].  Reviewing Roglieri plea agreement<br>and emails with client team regarding same<br>[.7]. | Fees | 2.40 | 0.00 | 875.00 | 2,100.00 |
| 11/14/2025 | Stevens, Fred | 11537.009/ Prime Capital Ventures -<br>Receiver (Dribusch Trustee)<br>Litigation<br>Email Mr. Lombardo regarding agreement<br>[.1].  Reviewing statements and drafting<br>tracing diagram for the $850k in retainers<br>received by Hogan Lovells and circulating<br>to counsel for Hogan [.8]. | Fees | 0.90 | 0.00 | 875.00 | 787.50 |

client sort begins with 'prime' and date is >=6/6/25 and date
is <=2/25/26

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement

## for

## Prime Capital Ventures - Receiver (Dribusch Trustee)

| Date | Professional | Matter ID/Client Sort<br>Matter Description<br>Narrative | Component | Hours | Units | Price | Value |
|------|------|------|------|------|------|------|------|
| 11/15/2025 | Stevens, Fred | 11537.009/ Prime Capital Ventures -<br>Receiver (Dribusch Trustee)<br>Litigation<br>Drafting amendments to ER Tennessee<br>settlement document [.3].  Reviewing<br>receivership case docket regarding positions<br>on 1800 trust fund claim and research<br>regarding same [.9].  Drafting email to team<br>and client outlining issues with 1800 [.3]. | Fees | 1.50 | 0.00 | 875.00 | 1,312.50 |
| 11/15/2025 | Scott, Brendan | 11537.009/ Prime Capital Ventures -<br>Receiver (Dribusch Trustee)<br>Litigation<br>Reviewing email from Mr. Stevens re:<br>potential express/constructive trust issues. | Fees | 0.10 | 0.00 | 795.00 | 79.50 |
| 11/16/2025 | Stevens, Fred | 11537.009/ Prime Capital Ventures -<br>Receiver (Dribusch Trustee)<br>Litigation<br>Reviewing discovery documents and data,<br>and pleadings in six other cases, and drafting<br>lengthy memo regarding Prime<br>Commercial/Prime Capital history and facts<br>related to 1800 Park with legal research<br>regarding express trust claim [4.2]. | Fees | 4.20 | 0.00 | 875.00 | 3,675.00 |

client sort begins with 'prime' and date is >=6/6/25 and date
is <=2/25/26

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement

## for

## Prime Capital Ventures - Receiver (Dribusch Trustee)

| Date | Professional | Matter ID/Client Sort<br>Matter Description<br>Narrative | Component | Hours | Units | Price | Value |
|------|-------------|----------------------------------------------------------|-----------|-------|-------|-------|-------|
| 11/19/2025 | Stevens, Fred | 11537.009/ Prime Capital Ventures - Receiver (Dribusch Trustee)<br>Litigation<br>Telephone conference with Mr. Lombardo regarding proposed change to ER Tennessee settlement [.2].  Reviewing and revising ER Tennessee settlement agreement and circulating draft to Mr. Lombardo for consideration [.3]. | Fees | 0.50 | 0.00 | 875.00 | 437.50 |
| 11/21/2025 | Stevens, Fred | 11537.009/ Prime Capital Ventures - Receiver (Dribusch Trustee)<br>Litigation<br>Email Mr. Lombardo regarding status of settlement [.1]. | Fees | 0.10 | 0.00 | 875.00 | 87.50 |
| 11/22/2025 | Stevens, Fred | 11537.009/ Prime Capital Ventures - Receiver (Dribusch Trustee)<br>Litigation<br>Emails with Mr. Miesen, counsel to 1800 Park, regarding call on litigation issues [.1]. | Fees | 0.10 | 0.00 | 875.00 | 87.50 |

3/19/2026 4:24:31 PM

client sort begins with 'prime' and date is >=6/6/25 and date
is <=2/25/26

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement

## for

## Prime Capital Ventures - Receiver (Dribusch Trustee)

| Date | Professional | Matter ID/Client Sort<br>Matter Description<br>Narrative | Component | Hours | Units | Price | Value |
|------|--------------|----------------------------------------------------------|-----------|-------|-------|-------|-------|
| 11/24/2025 | Stevens, Fred | 11537.009/ Prime Capital Ventures - Receiver (Dribusch Trustee)<br>Litigation<br>Reviewing amended ER Tennessee stipulation, load for signature, and emails with Mr. Geron regarding same [.3]. Reviewing and revising motion for approval of settlement with new section related to estate having exclusive right to recover fraudulently transferred funds [.8].  Email Mr. Lombardo regarding signed stipulation [.1]. | Fees | 1.20 | 0.00 | 875.00 | 1,050.00 |
| 11/25/2025 | Kiss, Lauren | 11537.009/ Prime Capital Ventures - Receiver (Dribusch Trustee)<br>Litigation<br>Reviewing and finalizing motion seeking approval of settlement with ER Tennessee [.4]; reviewing service list in file and emailing with Ms. Strine regarding same [.1]; discussing service list and revisions to same with Ms. Strine [.2]; discussing motion with Mr. Stevens [.1]; filing motion and notice of hearing in adversary proceeding and main case [.1]. | Fees | 0.90 | 0.00 | 750.00 | 675.00 |

client sort begins with 'prime' and date is >=6/6/25 and date
is <=2/25/26

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement

## for

## Prime Capital Ventures - Receiver (Dribusch Trustee)

| Date | Professional | Matter ID/Client Sort<br>Matter Description<br>Narrative | Component | Hours | Units | Price | Value |
|---|---|---|---|---|---|---|---|
| 11/25/2025 | Stevens, Fred | 11537.009/ Prime Capital Ventures -<br>Receiver (Dribusch Trustee)<br>Litigation<br>Attending call with Mr. Thiesen, counsel to<br>1800 Park, regarding wide array of issues<br>over trust, claim amount, and potential<br>settlement [.8]. | Fees | 0.80 | 0.00 | 875.00 | 700.00 |
| 11/26/2025 | Kiss, Lauren | 11537.009/ Prime Capital Ventures -<br>Receiver (Dribusch Trustee)<br>Litigation<br>Discussing service with Ms. Strine [.1];<br>reviewing service list, comparing to prior<br>service lists, and updating same [.8];<br>discussing assignment to prepare updated<br>service list with Ms. Strine [.1]; discussing<br>service with Ms. Strine [.1]; drafting<br>amended notice of hearing, emailing with<br>Mr. Stevens, and filing same [.3]. | Fees | 1.40 | 0.00 | 750.00 | 1,050.00 |
| 11/26/2025 | Stevens, Fred | 11537.009/ Prime Capital Ventures -<br>Receiver (Dribusch Trustee)<br>Litigation<br>Telephone conference with Mr. Rosenthal,<br>AUSA, regarding MLARS, forfeiture, plea<br>and evidence [.4]. | Fees | 0.40 | 0.00 | 875.00 | 350.00 |

client sort begins with 'prime' and date is >=6/6/25 and date
is <=2/25/26

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement

## for

## Prime Capital Ventures - Receiver (Dribusch Trustee)

| Date | Professional | Matter ID/Client Sort / Matter Description / Narrative | Component | Hours | Units | Price | Value |
|---|---|---|---|---|---|---|---|
| 12/01/2025 | Kiss, Lauren | 11537.009/ Prime Capital Ventures - Receiver (Dribusch Trustee) Litigation Telephone phone with clerk's office regarding amended notice of hearing and filing of same and emailing with Mr. Stevens and Ms. Strine regarding filing requirements [.2]; emailing with Ms. Strine regarding service of 9019 motion and notice [.1]. | Fees | 0.30 | 0.00 | 750.00 | 225.00 |
| 12/02/2025 | Kiss, Lauren | 11537.009/ Prime Capital Ventures - Receiver (Dribusch Trustee) Litigation Reviewing certificates of service and filing same in main case and adversary proceeding. | Fees | 0.20 | 0.00 | 750.00 | 150.00 |
| 12/08/2025 | Stevens, Fred | 11537.009/ Prime Capital Ventures - Receiver (Dribusch Trustee) Litigation Meeting with Messrs. Lifshitz and Widlanski regarding potential claims against financial institutions, terms of retention, and facts [1.5]. Preparation for and call with Mr. Hendricks, counsel to Norwell and Hudson & Hudson regarding issues with release, claim against estate, and collateral on good loan [.8]. | Fees | 2.30 | 0.00 | 875.00 | 2,012.50 |

client sort begins with 'prime' and date is >=6/6/25 and date
is <=2/25/26

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement

## for

## Prime Capital Ventures - Receiver (Dribusch Trustee)

| Date | Professional | Matter ID/Client Sort / Matter Description / Narrative | Component | Hours | Units | Price | Value |
|---|---|---|---|---|---|---|---|
| 12/15/2025 | Stevens, Fred | 11537.009/ Prime Capital Ventures - Receiver (Dribusch Trustee) Litigation Emails with Mr. Lombardo and Trustee team regarding payment on settlement [.2]. | Fees | 0.20 | 0.00 | 875.00 | 175.00 |
| 12/23/2025 | Kiss, Lauren | 11537.009/ Prime Capital Ventures - Receiver (Dribusch Trustee) Litigation Emailing with Mr. Stevens regarding December 23 hearing [.1]; uploading ER Tennessee stipulation for signature [.1]. | Fees | 0.20 | 0.00 | 750.00 | 150.00 |
| 01/06/2026 | Stevens, Fred | 11537.009/ Prime Capital Ventures - Receiver (Dribusch Trustee) Litigation Email Mr. Lifshitz regarding investigation of financial institutions [.1]. | Fees | 0.10 | 0.00 | 895.00 | 89.50 |
| 01/09/2026 | Kiss, Lauren | 11537.009/ Prime Capital Ventures - Receiver (Dribusch Trustee) Litigation Preparing notes in preparation for call [.2]; Zoom call with Messrs. Stevens, Ryniker, Collins, Knechtel and Barry regarding status and litigation strategy [.9]. | Fees | 1.10 | 0.00 | 795.00 | 874.50 |
| 01/09/2026 | Stevens, Fred | 11537.009/ Prime Capital Ventures - Receiver (Dribusch Trustee) Litigation Zoom call with Ms. Kiss, Messrs. Ryniker, Collins, Knechtel and Barry regarding status and litigation strategy [.9]. | Fees | 0.90 | 0.00 | 895.00 | 805.50 |

client sort begins with 'prime' and date is >=6/6/25 and date is <=2/25/26

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement

## for

## Prime Capital Ventures - Receiver (Dribusch Trustee)

| Date | Professional | Matter ID/Client Sort Matter Description Narrative | Component | Hours | Units | Price | Value |
|---|---|---|---|---|---|---|---|
| 01/09/2026 | Collins, Kevin | 11537.009/ Prime Capital Ventures - Receiver (Dribusch Trustee) Litigation Meet with Mr. Stevens, Ms. Kiss, Mr. Ryniker, and Mr. Barry to discuss status of case and case strategy thereon [.9]. | Fees | 0.90 | 0.00 | 525.00 | 472.50 |
| 01/11/2026 | Stevens, Fred | 11537.009/ Prime Capital Ventures - Receiver (Dribusch Trustee) Litigation Reviewing documents and complex record regarding Berone and Reign and missing $20 million and begin drafting complaint [2.3]. | Fees | 2.30 | 0.00 | 895.00 | 2,058.50 |
| 01/12/2026 | Stevens, Fred | 11537.009/ Prime Capital Ventures - Receiver (Dribusch Trustee) Litigation Reviewing prior court decisions regarding Berone and potential claims against transfer recipients [.6]. | Fees | 0.60 | 0.00 | 895.00 | 537.00 |
| 02/03/2026 | Stevens, Fred | 11537.009/ Prime Capital Ventures - Receiver (Dribusch Trustee) Litigation Email Ms. Santucci regarding Hogan Lovells negotiation status [.1].  Reviewing and revising motion for approval of the Compass settlement [.9].  Email Mr. Esser regarding motion timing [.1].  Email Ms. Santucci regarding motion review [.1]. | Fees | 1.20 | 0.00 | 895.00 | 1,074.00 |

client sort begins with 'prime' and date is >=6/6/25 and date
is <=2/25/26

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement

## for

## Prime Capital Ventures - Receiver (Dribusch Trustee)

| Date | Professional | Matter ID/Client Sort Matter Description Narrative | Component | Hours | Units | Price | Value |
|---|---|---|---|---|---|---|---|
| 02/16/2026 | Stevens, Fred | 11537.009/ Prime Capital Ventures - Receiver (Dribusch Trustee)<br>Litigation<br>Email Mr. Sandler regarding reviewing financial claims and conflicts for representation of trustee [.2].  Emails with Ms. Ghiglieri regarding case and interest in representing Plan Administrator as bank expert [.3].  Reviewing reports and mapping avoidance claims [.7]. | Fees | 1.20 | 0.00 | 895.00 | 1,074.00 |
| 02/21/2026 | Stevens, Fred | 11537.009/ Prime Capital Ventures - Receiver (Dribusch Trustee)<br>Litigation<br>Emails with Camshaft principal regarding case, confirmation, litigation, and 1800 Park [.2].  Email to Roglieri criminal counsel regarding matter [.1]. | Fees | 0.30 | 0.00 | 895.00 | 268.50 |
| 02/22/2026 | Stevens, Fred | 11537.009/ Prime Capital Ventures - Receiver (Dribusch Trustee)<br>Litigation<br>Email with Roglieri criminal counsel regarding call and Eds [.1]. | Fees | 0.10 | 0.00 | 895.00 | 89.50 |
| 02/25/2026 | Stevens, Fred | 11537.009/ Prime Capital Ventures - Receiver (Dribusch Trustee)<br>Litigation<br>Email Mr. Sandler regarding case, claims, retention of expert and retention [.2]. | Fees | 0.20 | 0.00 | 895.00 | 179.00 |
| | | **Matter Description (First Line): Litigation** | | 61.70 | 0.00 | | 51,399.50 |

client sort begins with 'prime' and date is >=6/6/25 and date
is <=2/25/26

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement

## for

## Prime Capital Ventures - Receiver (Dribusch Trustee)

| Date | Professional | Matter ID/Client Sort<br>Matter Description<br>Narrative | Component | Hours | Units | Price | Value |
|---|---|---|---|---|---|---|---|
| **Matter Description (First Line): Plan and Disclosure Statement** | | | | | | | |
| 11/21/2025 | Kiss, Lauren | 11537.011/ Prime Capital Ventures - Receiver (Dribusch Trustee)<br>Plan and Disclosure Statement<br>Reviewing Court's decision denying confirmation and noting items for internal discussion in amended plan and disclosure statement. | Fees | 0.50 | 0.00 | 750.00 | 375.00 |
| 11/24/2025 | Kiss, Lauren | 11537.011/ Prime Capital Ventures - Receiver (Dribusch Trustee)<br>Plan and Disclosure Statement<br>Zoom call with Messrs. Stevens, Collins and Barry regarding changes to the plan and disclosure statement and strategy for same [.8]; follow up discussion with Messrs. Stevens and Collins [.1]. | Fees | 0.90 | 0.00 | 750.00 | 675.00 |
| 11/24/2025 | Stevens, Fred | 11537.011/ Prime Capital Ventures - Receiver (Dribusch Trustee)<br>Plan and Disclosure Statement<br>Zoom call with Ms. Kiss, and Messrs. Collins and Barry regarding changes to the plan and disclosure statement and strategy for same [.8]; follow up discussion with Ms. Kiss and Mr. Collins [.1]. | Fees | 0.90 | 0.00 | 875.00 | 787.50 |

client sort begins with 'prime' and date is >=6/6/25 and date
is <=2/25/26

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement

## for

## Prime Capital Ventures - Receiver (Dribusch Trustee)

| Date | Professional | Matter ID/Client Sort Matter Description Narrative | Component | Hours | Units | Price | Value |
|---|---|---|---|---|---|---|---|
| 11/24/2025 | Collins, Kevin | 11537.011/ Prime Capital Ventures - Receiver (Dribusch Trustee) Plan and Disclosure Statement Attend meeting with Mr. Stevens and Ms. Kiss and financial advisors to discuss anticipated filing of plan/disclosure statement [.8]; follow up discussion with Mr. Stevens and Ms. Kiss [.1]. | Fees | 0.90 | 0.00 | 495.00 | 445.50 |
| 11/25/2025 | Kiss, Lauren | 11537.011/ Prime Capital Ventures - Receiver (Dribusch Trustee) Plan and Disclosure Statement Reviewing Local Bankruptcy rules for combined hearing on plan and disclosure statement and reviewing prior ex-parte application [.3]; discussing ex-parte motion with Mr. Stevens [.1]; drafting ex-parte motion seeking approval of combined plan and disclosure statement and related procedures and dates [2.2]. | Fees | 2.60 | 0.00 | 750.00 | 1,950.00 |
| 11/26/2025 | Kiss, Lauren | 11537.011/ Prime Capital Ventures - Receiver (Dribusch Trustee) Plan and Disclosure Statement Drafting third amended disclosure statement based on events that occurred since December 2024 [1.8]; revising ex parte application [.6]. | Fees | 2.40 | 0.00 | 750.00 | 1,800.00 |

client sort begins with 'prime' and date is >=6/6/25 and date
is <=2/25/26

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement

## for

## Prime Capital Ventures - Receiver (Dribusch Trustee)

| Date | Professional | Matter ID/Client Sort<br>Matter Description<br>Narrative | Component | Hours | Units | Price | Value |
|---|---|---|---|---|---|---|---|
| 12/02/2025 | Kiss, Lauren | 11537.011/ Prime Capital Ventures -<br>Receiver (Dribusch Trustee)<br>Plan and Disclosure Statement<br>Discussing status of plan and disclosure<br>statement with Mr. Stevens [.1]; revising<br>plan of liquidation [.5]. | Fees | 0.60 | 0.00 | 750.00 | 450.00 |
| 12/02/2025 | Stevens, Fred | 11537.011/ Prime Capital Ventures -<br>Receiver (Dribusch Trustee)<br>Plan and Disclosure Statement<br>Discussing status of plan and disclosure<br>statement with Ms. Kiss [.1]. | Fees | 0.10 | 0.00 | 875.00 | 87.50 |
| 12/03/2025 | Kiss, Lauren | 11537.011/ Prime Capital Ventures -<br>Receiver (Dribusch Trustee)<br>Plan and Disclosure Statement<br>Revising disclosure statement [1.3];<br>telephone call with Mr. Ryniker regarding<br>updated liquidation analysis and related<br>status [.6]; emailing with Ms. Nocella<br>regarding fees and expenses [.1]. | Fees | 2.00 | 0.00 | 750.00 | 1,500.00 |
| 12/07/2025 | Stevens, Fred | 11537.011/ Prime Capital Ventures -<br>Receiver (Dribusch Trustee)<br>Plan and Disclosure Statement<br>Reviewing and revising Trustee's disclosure<br>statement and drafting additions based upon<br>discovery and recent rulings, criminal<br>please, and discovery [3.1]. | Fees | 3.10 | 0.00 | 875.00 | 2,712.50 |

client sort begins with 'prime' and date is >=6/6/25 and date
is <=2/25/26

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement

## for

## Prime Capital Ventures - Receiver (Dribusch Trustee)

| Date | Professional | Matter ID/Client Sort<br>Matter Description<br>Narrative | Component | Hours | Units | Price | Value |
|---|---|---|---|---|---|---|---|
| 12/09/2025 | Kiss, Lauren | 11537.011/ Prime Capital Ventures - Receiver (Dribusch Trustee)<br>Plan and Disclosure Statement<br>Reviewing Mr. Stevens' comments to the disclosure statement [.3]; updating ex parte motion seeking a combined hearing based on Mr. Stevens' comments [.5]. | Fees | 0.80 | 0.00 | 750.00 | 600.00 |
| 12/10/2025 | Kiss, Lauren | 11537.011/ Prime Capital Ventures - Receiver (Dribusch Trustee)<br>Plan and Disclosure Statement<br>Reviewing Mr. Ryniker's updated liquidation analysis and noting comments to same [.3]; call with Mr. Ryniker regarding liquidation analysis [.5]; revising disclosure statement with additional information [1.6]; revising plan [.3]; emailing with Mr. Stevens regarding amended plan and disclosure statement [.1]; updating ex parte application for combined hearing [.4]. | Fees | 3.20 | 0.00 | 750.00 | 2,400.00 |
| 12/10/2025 | Stevens, Fred | 11537.011/ Prime Capital Ventures - Receiver (Dribusch Trustee)<br>Plan and Disclosure Statement<br>Reviewing and revising motion and order regarding joint hearing on approval of disclosure statement and confirmation of the plan [.8]. | Fees | 0.80 | 0.00 | 875.00 | 700.00 |

client sort begins with 'prime' and date is >=6/6/25 and date
is <=2/25/26

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement

## for

## Prime Capital Ventures - Receiver (Dribusch Trustee)

| Date | Professional | Matter ID/Client Sort<br>Matter Description<br>Narrative | Component | Hours | Units | Price | Value |
|---|---|---|---|---|---|---|---|
| 12/11/2025 | Kiss, Lauren | 11537.011/ Prime Capital Ventures -<br>Receiver (Dribusch Trustee)<br>Plan and Disclosure Statement<br>Reviewing updated liquidation analysis [.2];<br>revising liquidation analysis [.5]; reviewing<br>Mr. Ryniker's updated claim analysis [.1];<br>revising claims analysis [.5]; discussing<br>liquidation analysis and changes to same<br>with Mr. Stevens [.5]; reviewing Mr.<br>Stevens' changes to the liquidation analysis<br>[.2]; further revising liquidation analysis<br>[.5]; updating disclosure statement based on<br>changes to liquidation analysis and call with<br>Mr. Stevens [.8]; emailing with Mr. Geron<br>and Ms. Santucci regarding updated plan<br>and disclosure statement [.1]. | Fees | 3.40 | 0.00 | 750.00 | 2,550.00 |
| 12/11/2025 | Stevens, Fred | 11537.011/ Prime Capital Ventures -<br>Receiver (Dribusch Trustee)<br>Plan and Disclosure Statement<br>Reviewing plan, disclosure statement, and<br>liquidation analysis [.4].  Conference with<br>Ms. Kiss regarding issues with liquidation<br>analysis and plan terms [.5]. | Fees | 0.90 | 0.00 | 875.00 | 787.50 |

client sort begins with 'prime' and date is >=6/6/25 and date
is <=2/25/26

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement

## for

## Prime Capital Ventures - Receiver (Dribusch Trustee)

| Date | Professional | Matter ID/Client Sort<br>Matter Description<br>Narrative | Component | Hours | Units | Price | Value |
|---|---|---|---|---|---|---|---|
| 12/12/2025 | Stevens, Fred | 11537.011/ Prime Capital Ventures - Receiver (Dribusch Trustee)<br>Plan and Disclosure Statement<br>Telephone conference with Ms. Santucci regarding plan issues and changes [.5]. Telephone conference with Mr. Esser regarding terms of plan, 1800 Park proposal, HL, and potential resolution with Compass [.7]. | Fees | 1.20 | 0.00 | 875.00 | 1,050.00 |
| 12/14/2025 | Kiss, Lauren | 11537.011/ Prime Capital Ventures - Receiver (Dribusch Trustee)<br>Plan and Disclosure Statement<br>Reviewing Ms. Santucci's comments to the ex parte motion seeking a combined hearing [.2]; revising ex parte motion [.3]; reviewing Ms. Santucci's comments to the plan [.2]; revising plan [.7]; reviewing Ms. Santucci's comments to the disclosure statement [.3]; revising disclosure statement [.9]; emailing with Mr. Geron and Ms. Santucci regarding additional comments to documents and responding to questions [.2]. | Fees | 2.80 | 0.00 | 750.00 | 2,100.00 |

3/19/2026 4:24:31 PM

client sort begins with 'prime' and date is >=6/6/25 and date
is <=2/25/26

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement

## for

## Prime Capital Ventures - Receiver (Dribusch Trustee)

| Date | Professional | Matter ID/Client Sort<br>Matter Description<br>Narrative | Component | Hours | Units | Price | Value |
|---|---|---|---|---|---|---|---|
| 12/15/2025 | Kiss, Lauren | 11537.011/ Prime Capital Ventures - Receiver (Dribusch Trustee)<br>Plan and Disclosure Statement<br>Telephone call with Ms. Santucci regarding liquidation analysis [.2]; revising same based on call [.1]; telephone call with Mr. Ryniker regarding updated liquidation analysis [.3]; emailing with Mr. Geron regarding updated documents [.1]. | Fees | 0.70 | 0.00 | 750.00 | 525.00 |
| 12/16/2025 | Kiss, Lauren | 11537.011/ Prime Capital Ventures - Receiver (Dribusch Trustee)<br>Plan and Disclosure Statement<br>Reviewing and finalizing disclosure statement for filing [.7]; reviewing and finalizing plan for filing [.5]; filing disclosure statement and plan [.1]; drafting notice of filing of amended documents and blackline versions of same [.2]; reviewing and finalizing ex parte motion for combined hearing [.6]; filing ex parte motion and uploading order [.1]; emailing with Mr. Geron and Ms. Santucci regarding plan and disclosure statement [.1]. | Fees | 2.30 | 0.00 | 750.00 | 1,725.00 |
| 12/16/2025 | Stevens, Fred | 11537.011/ Prime Capital Ventures - Receiver (Dribusch Trustee)<br>Plan and Disclosure Statement<br>Final review of plan, disclosure statement and related motion [1.0].  Email Mr. Esser regarding plan [.1].  Email Mr. Everman regarding plan [.1]. | Fees | 1.20 | 0.00 | 875.00 | 1,050.00 |

client sort begins with 'prime' and date is >=6/6/25 and date
is <=2/25/26

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement

## for

## Prime Capital Ventures - Receiver (Dribusch Trustee)

| Date | Professional | Matter ID/Client Sort<br>Matter Description<br>Narrative | Component | Hours | Units | Price | Value |
|---|---|---|---|---|---|---|---|
| 12/17/2025 | Kiss, Lauren | 11537.011/ Prime Capital Ventures - Receiver (Dribusch Trustee)<br>Plan and Disclosure Statement<br>Telephone call with clerk's office regarding filing of plan documents and changes to same [.1]. | Fees | 0.10 | 0.00 | 750.00 | 75.00 |
| 12/17/2025 | Stevens, Fred | 11537.011/ Prime Capital Ventures - Receiver (Dribusch Trustee)<br>Plan and Disclosure Statement<br>Preparation of redlines of plan and disclosure statement to the last proposed by the debtor and emails with Mr. Esser regarding same [.3]. | Fees | 0.30 | 0.00 | 875.00 | 262.50 |
| 12/19/2025 | Kiss, Lauren | 11537.011/ Prime Capital Ventures - Receiver (Dribusch Trustee)<br>Plan and Disclosure Statement<br>Reviewing scheduling order [.1]; revising disclosure statement for solicitation [.5]; revising notice of combined hearing for solicitation [.2]; revising ballot for solicitation [.2]; revising assignment form for solicitation [.1]; drafting letter to accompany W-9 form [.1]; preparing solicitation file for service [1.4]. | Fees | 2.60 | 0.00 | 750.00 | 1,950.00 |

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement

## for

## Prime Capital Ventures - Receiver (Dribusch Trustee)

| Date | Professional | Matter ID/Client Sort<br>Matter Description<br>Narrative | Component | Hours | Units | Price | Value |
|------|-------------|-----------------------|-----------|-------|-------|-------|-------|
| 12/22/2025 | Kiss, Lauren | 11537.011/ Prime Capital Ventures - Receiver (Dribusch Trustee)<br>Plan and Disclosure Statement<br>Reviewing and revising disclosure statement for solicitation [.3]; filing disclosure statement and notice of combined hearing for solicitation [.2]; discussing solicitation service with Ms. Strine multiple times [.2]. | Fees | 0.70 | 0.00 | 750.00 | 525.00 |
| 12/22/2025 | Strine, Kristen | 11537.011/ Prime Capital Ventures - Receiver (Dribusch Trustee)<br>Plan and Disclosure Statement<br>Serving plan solicitation documents. | Fees | 5.00 | 0.00 | 275.00 | 1,375.00 |
| 12/22/2025 | Strine, Kristen | 11537.011/ Prime Capital Ventures - Receiver (Dribusch Trustee)<br>Plan and Disclosure Statement<br>Postage for service of solicitation documents.<br><br>3 @ $4.74<br>4 @ $2.17<br>17 @ $4.44<br>26 @ $5.04<br>30 @ $1.03<br>140 @ $0.74 | POSTAGE | 0.00 | 1.00 | 363.92 | 363.92 |

client sort begins with 'prime' and date is >=6/6/25 and date
is <=2/25/26

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement

## for

## Prime Capital Ventures - Receiver (Dribusch Trustee)

| Date | Professional | Matter ID/Client Sort Matter Description Narrative | Component | Hours | Units | Price | Value |
|------|-------------|---------------------------------------------------|-----------|-------|-------|-------|-------|
| 12/23/2025 | Kiss, Lauren | 11537.011/ Prime Capital Ventures - Receiver (Dribusch Trustee) Plan and Disclosure Statement Reviewing certificate of service from Ms. Strine and revising same [.5]; filing certificate of service and emailing with Ms. Strine [.1]. | Fees | 0.60 | 0.00 | 750.00 | 450.00 |
| 12/23/2025 | Nevins-Perle, Lily | 11537.011/ Prime Capital Ventures - Receiver (Dribusch Trustee) Plan and Disclosure Statement Putting return stickers on envelopes and bringing service to post office, per Ms. Strine's request. | Fees | 0.30 | 0.00 | 275.00 | 82.50 |
| 01/07/2026 | Kiss, Lauren | 11537.011/ Prime Capital Ventures - Receiver (Dribusch Trustee) Plan and Disclosure Statement Reviewing and revising memo of law in support of confirmation [1.2]; drafting Mr. Geron's declaration in support of confirmation [.9]. | Fees | 2.10 | 0.00 | 795.00 | 1,669.50 |

client sort begins with 'prime' and date is >=6/6/25 and date
is <=2/25/26

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement

## for

## Prime Capital Ventures - Receiver (Dribusch Trustee)

| Date | Professional | Matter ID/Client Sort Matter Description Narrative | Component | Hours | Units | Price | Value |
|------|--------------|---------------------------------------------------|-----------|-------|-------|-------|-------|
| 01/12/2026 | Kiss, Lauren | 11537.011/ Prime Capital Ventures - Receiver (Dribusch Trustee) Plan and Disclosure Statement Reviewing and revising plan administrator agreement [.8]; reviewing and revising Mr. Geron's declaration in support of confirmation [1.6]; reviewing and revising confirmation order [.8]; reviewing and revising memo of law in support of confirmation [1.1]. | Fees | 4.30 | 0.00 | 795.00 | 3,418.50 |
| 01/16/2026 | Kiss, Lauren | 11537.011/ Prime Capital Ventures - Receiver (Dribusch Trustee) Plan and Disclosure Statement Emailing with Mr. Stevens regarding votes on plan. | Fees | 0.10 | 0.00 | 795.00 | 79.50 |
| 01/16/2026 | Stevens, Fred | 11537.011/ Prime Capital Ventures - Receiver (Dribusch Trustee) Plan and Disclosure Statement Individual emails to large creditors with reminder of voting deadlines and claim assignment including Will Esser von Compass, Rich Corbi and client for Camshaft, Mr. Lombardo for ER Tennessee, Mr. Pinney for Piper Funding, Messrs. Cosgrove and Zapala for Mufreesboro, and Mr. Miesen for 1800 Park [.5]. | Fees | 0.50 | 0.00 | 895.00 | 447.50 |

client sort begins with 'prime' and date is >=6/6/25 and date is <=2/25/26

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement

## for

## Prime Capital Ventures - Receiver (Dribusch Trustee)

| Date | Professional | Matter ID/Client Sort Matter Description Narrative | Component | Hours | Units | Price | Value |
|------|-------------|---------------------------------------|-----------|-------|-------|-------|-------|
| 01/19/2026 | Stevens, Fred | 11537.011/ Prime Capital Ventures - Receiver (Dribusch Trustee) Plan and Disclosure Statement Lengthy call with Steven Solomon, counsel to creditor HCW Biolotics regarding plan, voting, claim assignment and plan moving forward [.7]. | Fees | 0.70 | 0.00 | 895.00 | 626.50 |
| 01/20/2026 | Kiss, Lauren | 11537.011/ Prime Capital Ventures - Receiver (Dribusch Trustee) Plan and Disclosure Statement Reviewing solicitation procedures and emailing with Mr. Lombardo regarding same [.1]; discussing plan status and related post-confirmation issues with Mr. Stevens [.3]. | Fees | 0.40 | 0.00 | 795.00 | 318.00 |
| 01/20/2026 | Stevens, Fred | 11537.011/ Prime Capital Ventures - Receiver (Dribusch Trustee) Plan and Disclosure Statement Emails with Mr. Lombardo regarding claim assignment and ballot [.1].  Email Mr. Esser regarding plan votes and resolution [.1]. | Fees | 0.20 | 0.00 | 895.00 | 179.00 |
| 01/20/2026 | Stevens, Fred | 11537.011/ Prime Capital Ventures - Receiver (Dribusch Trustee) Plan and Disclosure Statement Discussing plan status and related post-confirmation issues with Mr. Kiss [.3]. | Fees | 0.30 | 0.00 | 895.00 | 268.50 |

client sort begins with 'prime' and date is >=6/6/25 and date is <=2/25/26

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement

## for

## Prime Capital Ventures - Receiver (Dribusch Trustee)

| Date | Professional | Matter ID/Client Sort<br>Matter Description<br>Narrative | Component | Hours | Units | Price | Value |
|------|-------------|--------------------------------------------------------|-----------|-------|-------|-------|-------|
| 01/21/2026 | Kiss, Lauren | 11537.011/ Prime Capital Ventures - Receiver (Dribusch Trustee)<br>Plan and Disclosure Statement<br>Reviewing ballot report from Ms. Strine [.1]. | Fees | 0.10 | 0.00 | 795.00 | 79.50 |
| 01/21/2026 | Strine, Kristen | 11537.011/ Prime Capital Ventures - Receiver (Dribusch Trustee)<br>Plan and Disclosure Statement<br>Creating spreadsheet tracker for ballots and assignments. | Fees | 0.30 | 0.00 | 295.00 | 88.50 |
| 01/22/2026 | Nevins-Perle, Lily | 11537.011/ Prime Capital Ventures - Receiver (Dribusch Trustee)<br>Plan and Disclosure Statement<br>Scanning and emailing ballots received in mail per Mr. Stevens' request. | Fees | 0.10 | 0.00 | 295.00 | 29.50 |

client sort begins with 'prime' and date is >=6/6/25 and date is <=2/25/26

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement

## for

## Prime Capital Ventures - Receiver (Dribusch Trustee)

| Date | Professional | Matter ID/Client Sort<br>Matter Description<br>Narrative | Component | Hours | Units | Price | Value |
|------|-------------|------------------|-----------|-------|-------|-------|-------|
| 01/23/2026 | Kiss, Lauren | 11537.011/ Prime Capital Ventures - Receiver (Dribusch Trustee)<br>Plan and Disclosure Statement<br>Preparing service list for plan supplement service and emailing with Ms. Nevins-Perle regarding same [.2]; reviewing Ms. Santucci's comments to plan supplement and revising same [.1]; reviewing Ms. Santucci's comments to the plan administrator agreement and revising same [.3]; finalizing and filing plan supplement and plan administrator agreement [.2]; telephone call with clerk's office regarding plan supplement and related documents [.1]; reviewing and revising certificate of service [.1]. | Fees | 1.00 | 0.00 | 795.00 | 795.00 |
| 01/23/2026 | Nevins-Perle, Lily | 11537.011/ Prime Capital Ventures - Receiver (Dribusch Trustee)<br>Plan and Disclosure Statement<br>Preparing and transmitting service of plan supplement, preparing certificate of service and e-filing same, per Ms. Kiss' instructions. | Fees | 0.80 | 0.00 | 295.00 | 236.00 |
| 01/24/2026 | Stevens, Fred | 11537.011/ Prime Capital Ventures - Receiver (Dribusch Trustee)<br>Plan and Disclosure Statement<br>Reviewing proposed language for confirmation order proposed by Harris Beach re Caruso and email to Ms. Kiss for review [.2]. | Fees | 0.20 | 0.00 | 895.00 | 179.00 |

client sort begins with 'prime' and date is >=6/6/25 and date
is <=2/25/26

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement

## for

## Prime Capital Ventures - Receiver (Dribusch Trustee)

| Date | Professional | Matter ID/Client Sort<br>Matter Description<br>Narrative | Component | Hours | Units | Price | Value |
|---|---|---|---|---|---|---|---|
| 01/26/2026 | Kiss, Lauren | 11537.011/ Prime Capital Ventures - Receiver (Dribusch Trustee)<br>Plan and Disclosure Statement<br>Reviewing and revising Mr. Ryniker's declaration in support of confirmation [.8]; reviewing Ms. Santucci's comments to the proposed confirmation order and revising same [.3]; reviewing Mr. Roy's proposed comments to the confirmation order and emailing with Mr. Roy regarding same [.2]; reviewing Ms. Santucci's comments to Mr. Geron's declaration and revising same [.5]; revising memo of law with conforming changes [.8]. | Fees | 2.60 | 0.00 | 795.00 | 2,067.00 |
| 01/26/2026 | Stevens, Fred | 11537.011/ Prime Capital Ventures - Receiver (Dribusch Trustee)<br>Plan and Disclosure Statement<br>Emails with Mr. Zapala regarding votes by Cosgrove/Mufressboro and contact with client [.1].  Email Mr. Pinney regarding Piper votes [.1].  Email Mr. Solomon regarding creditor vote [.1]. | Fees | 0.30 | 0.00 | 895.00 | 268.50 |
| 01/27/2026 | Stevens, Fred | 11537.011/ Prime Capital Ventures - Receiver (Dribusch Trustee)<br>Plan and Disclosure Statement<br>Emails with Mr. Zapala regarding client votes [.1]. | Fees | 0.10 | 0.00 | 895.00 | 89.50 |

client sort begins with 'prime' and date is >=6/6/25 and date is <=2/25/26

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement

## for

## Prime Capital Ventures - Receiver (Dribusch Trustee)

| Date | Professional | Matter ID/Client Sort Matter Description Narrative | Component | Hours | Units | Price | Value |
|---|---|---|---|---|---|---|---|
| 01/28/2026 | Kiss, Lauren | 11537.011/ Prime Capital Ventures - Receiver (Dribusch Trustee) Plan and Disclosure Statement Drafting Mr. Ryniker's declaration in support of confirmation [1.3]; emailing with Ms. Strine regarding ballots received and information needed to complete voting declaration [.2]; discussing plan and ballots with Mr. Stevens [.2]; drafting Mr. Stevens' voting declaration [.6]; reviewing and revising Exhibit A to Mr. Stevens's declaration [.2]. | Fees | 2.50 | 0.00 | 795.00 | 1,987.50 |
| 01/28/2026 | Stevens, Fred | 11537.011/ Prime Capital Ventures - Receiver (Dribusch Trustee) Plan and Disclosure Statement Emails with Messrs. Henshaw and Pinney regarding Piper vote [.1].  Call to Dan Cosgrove regarding plan voting [.1].  Emails with Mr. Zapala regarding votes [.1]. | Fees | 0.30 | 0.00 | 895.00 | 268.50 |
| 01/28/2026 | Strine, Kristen | 11537.011/ Prime Capital Ventures - Receiver (Dribusch Trustee) Plan and Disclosure Statement Updating ballot spreadsheet and drafting exhibit to declaration regarding ballots and assignments. | Fees | 0.30 | 0.00 | 295.00 | 88.50 |

client sort begins with 'prime' and date is >=6/6/25 and date
is <=2/25/26

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement

## for

## Prime Capital Ventures - Receiver (Dribusch Trustee)

| Date | Professional | Matter ID/Client Sort<br>Matter Description<br>Narrative | Component | Hours | Units | Price | Value |
|---|---|---|---|---|---|---|---|
| 01/29/2026 | Kiss, Lauren | 11537.011/ Prime Capital Ventures - Receiver (Dribusch Trustee)<br>Plan and Disclosure Statement<br>Emailing with Ms. Santucci regarding changes to declarations for Messrs. Geron and Ryniker [.2]; reviewing objection by B&R Parties and proposed resolution and updating confirmation brief [.4]; searching for judgment and related information requested by Mr. Ryniker and emailing with Mr. Ryniker regarding same [.4]. | Fees | 1.00 | 0.00 | 795.00 | 795.00 |
| 01/29/2026 | Stevens, Fred | 11537.011/ Prime Capital Ventures - Receiver (Dribusch Trustee)<br>Plan and Disclosure Statement<br>Telephone conference with Mr. Everman regarding plan confirmation, issues with plan, and litigation [.6].  Email confirmation order draft to Mr. Everman regarding resolution of issue [.1]. | Fees | 0.70 | 0.00 | 895.00 | 626.50 |

3/19/2026 4:24:31 PM

client sort begins with 'prime' and date is >=6/6/25 and date
is <=2/25/26

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement

| 01/30/2026 | Kiss, Lauren | 11537.011/ Prime Capital Ventures - Receiver (Dribusch Trustee) | Fees | 9.20 | 0.00 | 795.00 | 7,314.00 |
|---|---|---|---|---|---|---|---|

Plan and Disclosure Statement
Emailing with Ms. Nevins-Perle regarding service of Mr. Ryniker's declaration [.1]; reviewing recent ballots and claim assignments received and emailing with Ms. Strine regarding same [.2]; reviewing Ms. Santucci's comments to Mr. Ryniker's declaration and incorporating same [.4]; searching for and obtaining support for items referenced in Mr. Ryniker's declaration [2.6]; call with Messrs. Ryniker and Knechtel regarding Mr. Ryniker's declaration [.5]; revising Mr. Ryniker's declaration [1.8]; telephone call with Ms. Strine regarding video recording of videos in Mr. Ryniker's declaration [.1]; skimming recordings [.1]; comparing prior version of confirmation order with revised order and noting additional differences [.2]; call with Mr. Stevens regarding Mr. Ryniker's declaration, confirmation hearing and related issues [.5]; emailing requested information to Mr. Roy [.1]; reviewing ballot received by email, reviewing claim amount for creditor and drafting flawed ballot report [.4]; reviewing service questions from Ms. Nevins-Perle and responding to same [.1]; telephone calls with Mr. Ryniker regarding declaration [.3]; updating Mr. Ryniker's declaration with comments by Mr. Stevens and Mr. Ryniker [.3]; reviewing and finalizing declaration [.6]; finalizing exhibits for filing [.6]; filing declaration and exhibits [.2]; emailing with Ms. Strine regarding binders for hearing [.1].

client sort begins with 'prime' and date is >=6/6/25 and date is <=2/25/26

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement

## for

## Prime Capital Ventures - Receiver (Dribusch Trustee)

| Date | Professional | Matter ID/Client Sort<br>Matter Description<br>Narrative | Component | Hours | Units | Price | Value |
|---|---|---|---|---|---|---|---|
| 01/30/2026 | Stevens, Fred | 11537.011/ Prime Capital Ventures - Receiver (Dribusch Trustee)<br>Plan and Disclosure Statement<br>Reviewing and revising Ryniker declaration [.9]. Calls with Ms. Kiss regarding declaration and confirmation documents [.5]. Emails with Mr. Esser regarding votes and motion to approve stipulation [.1]. Email Mr. Miesen regarding ballot for 1800 Park [.1]. Email Mr. Tabachnik regarding 1800 Park and settlement offer [.1]. | Fees | 1.70 | 0.00 | 895.00 | 1,521.50 |
| 01/30/2026 | Nevins-Perle, Lily | 11537.011/ Prime Capital Ventures - Receiver (Dribusch Trustee)<br>Plan and Disclosure Statement<br>Scanning and emailing received ballots [.1]; emailing Ms. Kiss regarding returned mail [.1]; and preparing service list [1.7]. | Fees | 1.90 | 0.00 | 295.00 | 560.50 |
| 01/30/2026 | Strine, Kristen | 11537.011/ Prime Capital Ventures - Receiver (Dribusch Trustee)<br>Plan and Disclosure Statement<br>Updating ballot tracking spreadsheet and declaration exhibit [.4]; saving videos from Youtube [.5]. | Fees | 0.90 | 0.00 | 295.00 | 265.50 |

3/19/2026 4:24:31 PM

client sort begins with 'prime' and date is >=6/6/25 and date is <=2/25/26

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement

## for

## Prime Capital Ventures - Receiver (Dribusch Trustee)

| Date | Professional | Matter ID/Client Sort<br>Matter Description<br>Narrative | Component | Hours | Units | Price | Value |
|------|--------------|--------------------------------------------------------|-----------|-------|-------|-------|-------|
| 02/02/2026 | Kiss, Lauren | 11537.011/ Prime Capital Ventures - Receiver (Dribusch Trustee)<br>Plan and Disclosure Statement<br>Reviewing ballots and organizing same [.2]; drafting Mr. Stevens' voting certification [.3]; revising Exhibits A and B to Mr. Stevens' declaration [.4]; reviewing and revising binder index for Mr. Ryniker's declaration [.1]; reviewing ballot from HCW Biologics Inc. [.1]; updating exhibits to voting certification and emailing with Mr. Stevens regarding same [.3]; discussing binders and service with Ms. Strine [.1]; revising binder index for February 10 hearing [.2]; reviewing and revising Mr. Geron's declaration [1.0]; reviewing and revising confirmation order [.6]; updating confirmation brief with cites to declarations [.8]; reviewing and revising confirmation brief [1.2]; reviewing and revising certificate of service [.1]; reviewing Mr. Stevens' additional comments to confirmation order [.1]. | Fees | 5.50 | 0.00 | 795.00 | 4,372.50 |
| 02/02/2026 | Stevens, Fred | 11537.011/ Prime Capital Ventures - Receiver (Dribusch Trustee)<br>Plan and Disclosure Statement<br>Reviewing voting certification and emails with Ms. Kiss regarding same [.4]. Reviewing and revising resolution into confirmation order on HL objection [.3]. | Fees | 0.70 | 0.00 | 895.00 | 626.50 |

client sort begins with 'prime' and date is >=6/6/25 and date
is <=2/25/26

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement

## for

## Prime Capital Ventures - Receiver (Dribusch Trustee)

| Date | Professional | Matter ID/Client Sort<br>Matter Description<br>Narrative | Component | Hours | Units | Price | Value |
|------|-------------|--------------------------|-----------|-------|-------|-------|-------|
| 02/02/2026 | Nevins-Perle, Lily | 11537.011/ Prime Capital Ventures - Receiver (Dribusch Trustee)<br>Plan and Disclosure Statement<br>Preparing and transmitting service of Declaration of Brian Ryniker and preparing certificate of service of same, per Ms. Kiss' instructions. | Fees | 0.70 | 0.00 | 295.00 | 206.50 |
| 02/02/2026 | Nevins-Perle, Lily | 11537.011/ Prime Capital Ventures - Receiver (Dribusch Trustee)<br>Plan and Disclosure Statement<br>Postage for service of Declaration of Brian Ryniker. | POSTAGE | 0.00 | 39.00 | 2.17 | 84.63 |

3/19/2026 4:24:31 PM

client sort begins with 'prime' and date is >=6/6/25 and date
is <=2/25/26

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement

## for

## Prime Capital Ventures - Receiver (Dribusch Trustee)

| Date | Professional | Matter ID/Client Sort<br>Matter Description<br>Narrative | Component | Hours | Units | Price | Value |
|---|---|---|---|---|---|---|---|
| 02/03/2026 | Kiss, Lauren | 11537.011/ Prime Capital Ventures - Receiver (Dribusch Trustee)<br>Plan and Disclosure Statement<br>Reviewing additional ballot and updating voting declaration and exhibits [.4]; discussing voting declaration and hearing with Mr. Stevens [.2]; reviewing decision denying confirmation, comparing prior documents to current documents and noting differences between same in preparation for confirmation hearing [1.3]; reviewing and finalizing voting declaration and exhibits [.3]; filing voting declaration [.1]; reviewing and updating binder index for hearing and emailing with Mr. Stevens and Ms. Strine separately regarding same [.3]; updating confirmation brief [.5]; updating Mr. Geron's declaration [.4]; updating confirmation order [.2]; emailing with Mr. Stevens regarding confirmation documents [.1]. | Fees | 3.80 | 0.00 | 795.00 | 3,021.00 |
| 02/03/2026 | Nevins-Perle, Lily | 11537.011/ Prime Capital Ventures - Receiver (Dribusch Trustee)<br>Plan and Disclosure Statement<br>E-filing certificate of service per Ms. Kiss' request. | Fees | 0.20 | 0.00 | 295.00 | 59.00 |

client sort begins with 'prime' and date is >=6/6/25 and date
is <=2/25/26

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement

## for

## Prime Capital Ventures - Receiver (Dribusch Trustee)

| Date | Professional | Matter ID/Client Sort<br>Matter Description<br>Narrative | Component | Hours | Units | Price | Value |
|---|---|---|---|---|---|---|---|
| 02/03/2026 | Stevens, Fred | 11537.011/ Prime Capital Ventures - Receiver (Dribusch Trustee)<br>Plan and Disclosure Statement<br>Emails with Mr. Tabachnik regarding confirmation order language [.2].  Telephone conference with Ms. Kiss regarding plan issues [.2].  Email Ms. Robie regarding chambers copies of confirmation package [.1].  Reviewing agenda [.1]. | Fees | 0.60 | 0.00 | 895.00 | 537.00 |
| 02/04/2026 | Kiss, Lauren | 11537.011/ Prime Capital Ventures - Receiver (Dribusch Trustee)<br>Plan and Disclosure Statement<br>Discussing changes to Ponzi Scheme analysis with Mr. Stevens. | Fees | 0.10 | 0.00 | 795.00 | 79.50 |
| 02/04/2026 | Strine, Kristen | 11537.011/ Prime Capital Ventures - Receiver (Dribusch Trustee)<br>Plan and Disclosure Statement<br>Assembling hearing binders for upcoming hearing. | Fees | 1.40 | 0.00 | 295.00 | 413.00 |
| 02/04/2026 | Nevins-Perle, Lily | 11537.011/ Prime Capital Ventures - Receiver (Dribusch Trustee)<br>Plan and Disclosure Statement<br>Pulling exhibit tabs for binders, per Ms. Strine's request. | Fees | 0.20 | 0.00 | 295.00 | 59.00 |

client sort begins with 'prime' and date is >=6/6/25 and date
is <=2/25/26

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement

## for

## Prime Capital Ventures - Receiver (Dribusch Trustee)

| Date | Professional | Matter ID/Client Sort<br>Matter Description<br>Narrative | Component | Hours | Units | Price | Value |
|---|---|---|---|---|---|---|---|
| 02/05/2026 | Kiss, Lauren | 11537.011/ Prime Capital Ventures - Receiver (Dribusch Trustee)<br>Plan and Disclosure Statement<br>Discussing revised confirmation documents with Ms. Stevens multiple times [.3]; reviewing Mr. Stevens' comments to brief [.1]; revising and finalizing brief [.8]; revising and finalizing Mr. Geron's declaration [.4]; revising and finalizing proposed confirmation order [.3]; filing brief and Mr. Geron's declaration [.1]; emailing with Ms. Nevins-Perle regarding binders [.1]. | Fees | 2.10 | 0.00 | 795.00 | 1,669.50 |
| 02/05/2026 | Stevens, Fred | 11537.011/ Prime Capital Ventures - Receiver (Dribusch Trustee)<br>Plan and Disclosure Statement<br>Reviewing and revising brief in support of confirmation, confirmation order and documents related to confirmation hearing and ponzi finding prior to finalization and filing [2.1].  Telephone conference with Ms. Kiss regarding confirmation documents [.3]. | Fees | 2.40 | 0.00 | 895.00 | 2,148.00 |
| 02/06/2026 | Kiss, Lauren | 11537.011/ Prime Capital Ventures - Receiver (Dribusch Trustee)<br>Plan and Disclosure Statement<br>Telephone call with Mr. Ryniker regarding changes to Ponzi scheme analysis and emailing confirmation documents to Mr. Ryniker [.2]. | Fees | 0.20 | 0.00 | 795.00 | 159.00 |

client sort begins with 'prime' and date is >=6/6/25 and date
is <=2/25/26

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement

## for

## Prime Capital Ventures - Receiver (Dribusch Trustee)

| Date | Professional | Matter ID/Client Sort Matter Description Narrative | Component | Hours | Units | Price | Value |
|---|---|---|---|---|---|---|---|
| 02/06/2026 | Nevins-Perle, Lily | 11537.011/ Prime Capital Ventures - Receiver (Dribusch Trustee) Plan and Disclosure Statement Adding final documents to hearing binders, updating binder indexes, and preparing to ship binder to Ms. Kiss via FedEx, per her request. | Fees | 0.80 | 0.00 | 295.00 | 236.00 |
| 02/09/2026 | Kiss, Lauren | 11537.011/ Prime Capital Ventures - Receiver (Dribusch Trustee) Plan and Disclosure Statement Gathering documents and information requested by Mr. Geron and emailing same to Mr. Geron [.3]; emailing with Ms. Strine regarding drop box of documents [.1]; reviewing confirmation documents and preparing notes in preparation for hearing [1.0]; telephone call with Mr. Stevens regarding confirmation hearing [.1]; preparing short form version of presentation for Mr. Stevens [.7]. | Fees | 2.20 | 0.00 | 795.00 | 1,749.00 |
| 02/09/2026 | Kiss, Lauren | 11537.011/ Prime Capital Ventures - Receiver (Dribusch Trustee) Plan and Disclosure Statement Travel time to Albany for confirmation hearing (half rate). | Fees | 3.60 | 0.00 | 397.50 | 1,431.00 |

3/19/2026 4:24:31 PM

client sort begins with 'prime' and date is >=6/6/25 and date
is <=2/25/26

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement

## for

## Prime Capital Ventures - Receiver (Dribusch Trustee)

| Date | Professional | Matter ID/Client Sort<br>Matter Description<br>Narrative | Component | Hours | Units | Price | Value |
|---|---|---|---|---|---|---|---|
| 02/09/2026 | Stevens, Fred | 11537.011/ Prime Capital Ventures - Receiver (Dribusch Trustee)<br>Plan and Disclosure Statement<br>Preparation for confirmation hearing [1.2]. Email Ms. Champion regarding confirmation and Compass resolution [.1]. | Fees | 1.30 | 0.00 | 895.00 | 1,163.50 |
| 02/10/2026 | Kiss, Lauren | 11537.011/ Prime Capital Ventures - Receiver (Dribusch Trustee)<br>Plan and Disclosure Statement<br>Travel time home from Albany from confirmation hearing (1/2 rate). | Fees | 3.80 | 0.00 | 397.50 | 1,510.50 |
| 02/10/2026 | Kiss, Lauren | 11537.011/ Prime Capital Ventures - Receiver (Dribusch Trustee)<br>Plan and Disclosure Statement<br>Preparing for confirmation hearing with Messrs. Stevens and Ryniker in advance of hearing [.8]; telephone call with Ms. Strine regarding Dropbox link [.1]; attending confirmation hearing [2.0]; revising and formatting confirmation order and uploading same [.1]. | Fees | 3.00 | 0.00 | 795.00 | 2,385.00 |

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement

## for

## Prime Capital Ventures - Receiver (Dribusch Trustee)

| Date | Professional | Matter ID/Client Sort<br>Matter Description<br>Narrative | Component | Hours | Units | Price | Value |
|---|---|---|---|---|---|---|---|
| 02/10/2026 | Stevens, Fred | 11537.011/ Prime Capital Ventures - Receiver (Dribusch Trustee)<br>Plan and Disclosure Statement<br>Preparation for hearing confirmation, reviewin declarations, memo of law in support, disclosure statement, plan and other confirmation documents, and in part meeting with Mr. Ryniker and Ms. Kiss [2.5]. Attending confirmation hearing and presentation to the Court [1.7]. | Fees | 4.20 | 0.00 | 895.00 | 3,759.00 |
| 02/10/2026 | Stevens, Fred | 11537.011/ Prime Capital Ventures - Receiver (Dribusch Trustee)<br>Plan and Disclosure Statement<br>Travel from confirmation hearing to NYC billed at 1/2 rate [2.5]. | Fees | 2.50 | 0.00 | 447.50 | 1,118.75 |
| 02/10/2026 | Strine, Kristen | 11537.011/ Prime Capital Ventures - Receiver (Dribusch Trustee)<br>Plan and Disclosure Statement<br>Sending Dropbox link to Mr. Geron. | Fees | 0.10 | 0.00 | 295.00 | 29.50 |
| 02/11/2026 | Kiss, Lauren | 11537.011/ Prime Capital Ventures - Receiver (Dribusch Trustee)<br>Plan and Disclosure Statement<br>Reviewing confirmation order and calendaring relevant deadline [.2]; reviewing notice of confirmation [.1]. | Fees | 0.30 | 0.00 | 795.00 | 238.50 |

client sort begins with 'prime' and date is >=6/6/25 and date
is <=2/25/26

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement

## for

## Prime Capital Ventures - Receiver (Dribusch Trustee)

| Date | Professional | Matter ID/Client Sort<br>Matter Description<br>Narrative | Component | Hours | Units | Price | Value |
|------|--------------|----------------------------------------------------------|-----------|-------|-------|-------|-------|
| 02/11/2026 | Stevens, Fred | 11537.011/ Prime Capital Ventures - Receiver (Dribusch Trustee)<br>Plan and Disclosure Statement<br>Email Mr. Rosenthal, AUSA, regarding status of confirmation and contents of confirmation order [.2]. | Fees | 0.20 | 0.00 | 895.00 | 179.00 |
| 02/23/2026 | Kiss, Lauren | 11537.011/ Prime Capital Ventures - Receiver (Dribusch Trustee)<br>Plan and Disclosure Statement<br>Revising plan administrator agreement for execution [.3]; reviewing and revising notice of effective date for filing [.3]; calendaring relevant deadlines [.1]. | Fees | 0.70 | 0.00 | 795.00 | 556.50 |
| 02/24/2026 | Kiss, Lauren | 11537.011/ Prime Capital Ventures - Receiver (Dribusch Trustee)<br>Plan and Disclosure Statement<br>Reviewing prior service lists and emailing with Ms. Nevins-Perle and Ms. Strine regarding service list for notice of effective date [.2]. | Fees | 0.20 | 0.00 | 795.00 | 159.00 |
| 02/25/2026 | Nevins-Perle, Lily | 11537.011/ Prime Capital Ventures - Receiver (Dribusch Trustee)<br>Plan and Disclosure Statement<br>Preparing for upcoming service, per Ms. Kiss' instructions. | Fees | 1.00 | 0.00 | 295.00 | 295.00 |
| **Matter Description (First Line): Plan and Disclosure Statement** | | | | 115.30 | 40.00 | | 81,866.80 |
| **Grand Total:** | | | | 528.90 | 11,130.00 | | $374,205.18 |

client sort begins with 'prime' and date is >=6/6/25 and date
is <=2/25/26

# Exhibit C

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement

### for
### Prime Capital Ventures - Receiver
### (Dribusch Trustee)

| | Hours | Units | Value |
|---|---|---|---|
| **Component: FEDEX** | | | |
| | 0.00 | 47.00 | 1,204.27 |
| **Component: HOTEL** | | | |
| | 0.00 | 5.00 | 1,186.14 |
| **Component: LEXIS** | | | |
| | 0.00 | 10.00 | 792.23 |
| **Component: MAILINGS** | | | |
| | 0.00 | 2.00 | 455.39 |
| **Component: MILEAGE** | | | |
| | 0.00 | 1.00 | 275.50 |
| **Component: TITLE** | | | |
| | 0.00 | 1.00 | 65.31 |
| **Component: PACER** | | | |
| | 0.00 | 7.00 | 220.60 |
| **Component: PARKING** | | | |
| | 0.00 | 1.00 | 9.00 |
| **Component: PHOTOCOPY** | | | |
| | 0.00 | 10,791.00 | 1,079.10 |

3/18/2026 7:57:29 PM

client sort begins with 'prime' and date is >=6/6/25 and date
is <=2/25/26 and cost

# Klestadt Winters Jureller Southard & Stevens, LLP

## Informational Fee Statement

### for
### Prime Capital Ventures - Receiver
### (Dribusch Trustee)

|  | Hours | Units | Value |
|---|---|---|---|
| **Component: POSTAGE** | | | |
|  | 0.00 | 252.00 | 913.07 |
| **Component: TAXI** | | | |
|  | 0.00 | 2.00 | 39.10 |
| **Component: TOLLS** | | | |
|  | 0.00 | 1.00 | 56.22 |
| **Component: TRAIN** | | | |
|  | 0.00 | 9.00 | 937.00 |
| **Component: TRANS** | | | |
|  | 0.00 | 1.00 | 219.00 |
| **Grand Total:** | 0.00 | 11,130.00 | $7,451.93 |

3/18/2026 7:57:29 PM

client sort begins with 'prime' and date is >=6/6/25 and date
is <=2/25/26 and cost

# **<u>Exhibit D</u>**

**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF NEW YORK**

In re:

PRIME CAPITAL VENTURES, LLC,                         Case No. 24-11029-PGR
                                                     Chapter 11

                              Debtor.

**CERTIFICATION OF FRED STEVENS REGARDING FIRST
AND FINAL APPLICATION OF KLESTADT WINTERS JURELLER
SOUTHARD & STEVENS, LLP, SPECIAL LITIGATION COUNSEL
TO THE CHAPTER 11 TRUSTEE, FOR ALLOWANCE OF
COMPENSATION AND REIMBURSEMENT OF DISBURSEMENTS**

I, Fred Stevens, hereby certify that:

1.      I am an equity partner with the firm Klestadt Winters Jureller Southard & Stevens, LLP ("KWJS&S") special litigation counsel to Yann Geron (the "Trustee"), the chapter 11 trustee of the estate of Prime Capital Ventures, LLC (the "Debtor") the above-captioned debtor in the above-captioned chapter 11 case (the "Chapter 11 Case").

2.      This Certification is made in support of KWJS&S's application (the "Application") for a first and final allowance of compensation for services rendered for the period of June 6, 2025 through February 25, 2026 in compliance with Rule 2016-1 of the Local Bankruptcy Rules for the Northern District of New York (the "Local Rules") and the United States Trustee Guidelines for Reviewing Applications for Compensation and Reimbursement of Expenses Filed Under 11 U.S.C. § 330, adopted on January 30, 1996 (the "UST Guidelines" and together with the Local Rule 2016-1, the "Guidelines").

3.      I certify that:

    a.  I have read the Application;

b.  To the best of my knowledge, information, and belief formed after reasonable inquiry, the fees and expenses sought fall within the Guidelines;

c.  The fees sought are billed at rates and in accordance with practices customarily employed by KWJS&S and generally accepted by KWJS&S's clients; and

d.  In providing the reimbursable services reflected in the Application, KWJS&S did not make a profit on those services, whether performed by KWJS&S in-house or through a third party.

4.      I certify that the U.S. Trustee for the Northern District of New York and the Chapter 11 Trustee are each being provided with a copy of the Application and this Certification.

Dated:   New York, New York
         April 3, 2026

/s/ Fred Stevens
FRED STEVENS

# **Exhibit E**

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF NEW YORK**

In re:

PRIME CAPITAL VENTURES, LLC,                    Case No. 24-11029-PGR
                                                Chapter 11

                          Debtor.

### Certification Pursuant to Local Rule 2016-1

I, Yann Geron, in my capacity as the Chapter 11 Trustee of Prime Capital Ventures, LLC certify that I have reviewed the *First and Final Application of Klestadt Winters Jureller Southard & Stevens, LLP, Special Litigation Counsel to the Chapter 11 Trustee, for Allowance of Compensation and Reimbursement of Disbursements* filed by Klestadt Winters Jureller Southard & Stevens, LLP and:

- ■ I do not object to allowance of the application and payment of fees and expenses in full as the services rendered and fees charged appear reasonable;

- ☐ I object to the application and to payment of the fees and expenses in full in the amounts and for the reasons set forth below:

Dated:  April 3, 2026

                                        */s/ Yann Geron*
                                        Yann Geron, in his capacity as Chapter 11
                                        Trustee of Prime Capital Ventures, LLC