**Gmail**

Raul Trevino <platinumtimeco@gmail.com>

**Inquiry About: "Richard Mille Skull Tourbillon (Piece Unique)"**
1 message

**Kris Roglieri** <8a2abba5-948d-4ada-8a01-134a32ca50eb-fprgp@reply.chrono24.com>
Reply-To: Kris Roglieri <8a2abba5-948d-4ada-8a01-134a32ca50eb-fprgp@reply.chrono24.com>
To: platinumtimeco@gmail.com

Wed, Dec 28, 2022 at 8:34 PM



**Inquiry About: "Richard Mille Skull Tourbillon (Piece Unique)"**

A visitor of Chrono24 has sent an inquiry to you:

Name:     **Kris Roglieri**
Email:    **\*\*\*\*@primecommerciallen\*\*\*\*.com (ID: 7999481)**
Country:  **United States of America**

Message:

> Do you still have this ? I looked on your website and you have very
> similar one but the casing looks different where this one is black
> Please advise Kris

Reply now

Details
Richard Mille Skull Tourbillon (Piece Unique)
Price: $2,600,000

Would you like to make the interested buyer an offer? You can make an offer
here:

Make an offer

Kind regards,
Your Chrono24 team

Quick replies
Click on one of the links to send the answer shown underneath.

- The watch has been sold
  "We regret to inform you that we have just sold the watch to another
  customer."
- The watch has been reserved
  "Unfortunately, we have already reserved the watch for another
  customer. If the customer decides not to purchase the watch, we will
  inform you immediately."
- No shipment to your country
  "We regret to inform you that we cannot ship goods to your country. We
  appreciate your understanding."
- We are not interested in this offer
  "Unfortunately, we cannot accept your offer. Thank you for your
  understanding."
- No more requests please
  "We kindly ask you not to send any more e-mails in this regard. We

appreciate your understanding.

- We do not speak your language

  "Unfortunately, you have written to us in a language we do not understand. Please contact us in one of the following languages: English, Spanish"

Report abuse

If this message is an attempt to abuse or defraud, please forward it to abuse@chrono24.com.

Sent on Thu Dec 29 03:34:49 CET 2022 from UnitedStates (language: en_US).

Have you followed us yet?

  

Mobile Apps



Chrono24 GmbH

Haid-und-Neu-Str. 18
D-76131 Karlsruhe
Germany

E-mail: info@chrono24.com
https://www.chrono24.com

Managing directors: Holger Felgner, Tim Stracke
Commercial register: Amtsgericht Mannheim, HRB 708124,
USt-IdNr.: DE269055220

 Gmail

**Raul Trevino <platinumtimeco@gmail.com>**

---

### You've received a new message.
1 message

---

**Kris Roglieri** <8a2abba5-948d-4ada-8a01-134a32ca50eb-fprgp@reply.chrono24.com>     Wed, Dec 28, 2022 at 10:14 PM
Reply-To: Kris Roglieri <8a2abba5-948d-4ada-8a01-134a32ca50eb-fprgp@reply.chrono24.com>
To: platinumtimeco@gmail.com



**Message from Kris Roglieri:**

So to be clear it's the one I found on chrono24? The into be clear, it's
the one that I found on this site ? The one on your website looks
different ?? Also is this a customized skull after it was sold new or did
it come like this from factory?

| Reply now | | Make an offer |

    **Richard Mille Skull Tourbillon (Piece Unique)**

**$2,600,000**

Sent via Chrono24

 Gmail

**Raul Trevino <platinumtimeco@gmail.com>**

---

**You've received a new message.**
1 message

---

**Kris Roglieri** <8a2abba5-948d-4ada-8a01-134a32ca50eb-fprgp@reply.chrono24.com>          Thu, Dec 29, 2022 at 7:13 PM
Reply-To: Kris Roglieri <8a2abba5-948d-4ada-8a01-134a32ca50eb-fprgp@reply.chrono24.com>
To: platinumtimeco@gmail.com



**Message from Kris Roglieri:**

Would you take 1 85 ?

| Reply now | | Make an offer |

   **Richard Mille Skull Tourbillon (Piece Unique)**

**$2,600,000**

Sent via Chrono24

 Gmail

**Raul Trevino <platinumtimeco@gmail.com>**

---

**You've received a new message.**
1 message

---

**Kris Roglieri** <8a2abba5-948d-4ada-8a01-134a32ca50eb-fprgp@reply.chrono24.com>    Fri, Dec 30, 2022 at 10:53 AM
Reply-To: Kris Roglieri <8a2abba5-948d-4ada-8a01-134a32ca50eb-fprgp@reply.chrono24.com>
To: platinumtimeco@gmail.com



**Message from Kris Roglieri:**

Can I see the papers and cert on it ?

| Reply now | Make an offer |
|---|---|

  **Richard Mille Skull Tourbillon (Piece Unique)**

**$2,600,000**

Sent via Chrono24

 **Gmail**

**Raul Trevino <platinumtimeco@gmail.com>**

---

## You've received a new message.

2 messages

---

**Kris Roglieri** <8a2abba5-948d-4ada-8a01-134a32ca50eb-fprgp@reply.chrono24.com>          Fri, Dec 30, 2022 at 10:59 AM
Reply-To: Kris Roglieri <8a2abba5-948d-4ada-8a01-134a32ca50eb-fprgp@reply.chrono24.com>
To: platinumtimeco@gmail.com



**Message from Kris Roglieri:**

My cell 518 852 9933

| Reply now | Make an offer |
|-----------|---------------|

 **Richard Mille Skull Tourbillon (Piece Unique)**

**$2,600,000**

Sent via Chrono24

---

**Kris Roglieri** <8a2abba5-948d-4ada-8a01-134a32ca50eb-fprgp@reply.chrono24.com>          Fri, Dec 30, 2022 at 10:59 AM
Reply-To: Kris Roglieri <8a2abba5-948d-4ada-8a01-134a32ca50eb-fprgp@reply.chrono24.com>
To: platinumtimeco@gmail.com



**Message from Kris Roglieri:**

And can you send video of watch to me to my cell?

| Reply now | Make an offer |
|-----------|---------------|

 **Richard Mille Skull Tourbillon (Piece Unique)**

**$2,600,000**

[Quoted text hidden]



 **teamloansharks**
Unicorn-Castle

...

                                            

 Les gusta a **jamluxe** y **otros**

**teamloansharks** Because anything less would be uncivilized.


**#mc12corsa** 🦈 🦄

Ver los 134 comentarios

**wristaficionado** 🔥 🔥 🔥



# TEAMLOANSHARKS
## Publicaciones



**teamloansharks**
Las Vegas

   

Les gusta a **izzynco** y **otros**
**teamloansharks** Real Recognize Real ❤️
.

@lindaoliverofficial

## Shipment Details

| | |
|---|---|
| Ship Date | **1/3/2023** |
| Tracking Number | **392952761881** |
| Confirmation Number | **0F3D7675** |
| Reference Number | **N/A** |
| Customer Reference Number | **N/A** |
| Parcel Pro Notify | **PPI-53BA7340-E99D-4F** |
| COD | **No** |
| Service Type | **Priority Overnight** |
| Package Type | **MEDIUM BOX** |
| Est. Weight | **1.00 LBS** |
| Bill duties/taxes/fees | **N/A** |
| Needs EEI | **No** |
| Insured Value | **1,000.00 USD** |

## Shipment Information

### Ship From

| | |
|---|---|
| Contact Name | **RAUL TREVINO** |
| Company Name | **P T LLC** |
| Address | **1600 WATER STREET ST A1 95** |
| Address 2 | **SUITE A195** |
| City/State | **LAREDO, TX** |
| Zip/Country or Territory | **78040, US** |

### Ship To

| | |
|---|---|
| Contact Name | |
| Company Name | **WRIST AFICIONADO** |
| Address | **19 EAST 62ND STREET** |
| Address 2 | |
| City/State | **NEW YORK, NY** |
| Zip/Country or Territory | **10065, US** |

## Special Services

| | |
|---|---|
| Saturday Pickup | **No** |
| Saturday Delivery | **No** |
| Adult Signature Required | **Yes** |
| Direct Signature Required | **No** |
| COD Service | **No** |
| Email Notification | **Yes** |
| Recipient Notifications | **No** |
| Thermal Printer | **No** |
| Return Label Printed | **No** |
| Residential Delivery | **No** |
| Drop Shipment | **No** |
| FedEx HoldAt Location | **No** |

## Payment Information

| | |
|---|---|
| Estimated Shipping & Insurance | **$52.24** |
| Adult signature required | **$7.15** |
| Fuel | **$8.78** |
| **Your Total** | **$68.17** |





# NOTIFY

Enter Tracking Number*

PPI-53BA7340-E99D-4F     Track

Tracking Results for: PPI-53BA7340-E99D-4F     Delivered

| Shipment Details | Shipping To |
|---|---|
| Carrier: FEDEX | WRIST AFICIONADO |
| Package size: MEDIUM FEDEX BOX | N/A |
| Service type: Priority Overnight | 19 EAST 62ND STREET |
| Weight: 1.00 LB | NEW YORK, NY |
| | United States |

| Date | Location | Activity |
|---|---|---|
| 1/4/23, 4:09 PM | NEW YORK, NY, US | Delivered (Signed by M.IKE at Guard/Security Station) |
| 1/4/23, 2:11 PM | NEW YORK, NY, US | Shipment arriving On Time |
| 1/4/23, 2:08 PM | NEW YORK, NY, US | On FedEx vehicle for delivery |
| 1/4/23, 9:53 AM | NEW YORK, NY, US | At local FedEx facility |
| 1/4/23, 9:53 AM | NEW YORK, NY, US | Delay |
| 1/4/23, 7:29 AM | NEWARK, NJ, US | Arrived at FedEx hub |



| 1/4/23, 4:40 AM | MEMPHIS, TN, US | Departed FedEx hub |
| 1/4/23, 12:08 AM | MEMPHIS, TN, US | Arrived at FedEx hub |

Copyright © 2023 United Parcel Service of America, Inc. All rights reserved.



# INVOICE

## PLATINUM
### TIMES COMPANY
USA · MÉXICO · DUBAI · HONG KONG

1600 WATER ST. SUITE A195
LAREDO, TX 78040
Phone: 956-307-7946
Email: platinumtimeco@gmail.com

**INVOICE #** 17212

**DATE:**  1/3/2023

**DUE DATE:** AS PER TERMS

**Balance Due: $2,225,000.00**

**BILL TO:**

Prime Capital Ventures
66 South Pearl St. 10th Floor
Albany, NY 12207

**SHIP TO:**

SAME AS RECIPIENT

| Item | Quantity | Unit Price | Total amount |
|---|---|---|---|
| RM 52-01 Tourbillon Skull | 1 | $2,275,000.00 | |

**STATUS:** PRE-OWNED
**PAPERS:** INCLUDED



| | | |
|---|---|---|
| *Deposit to third party | ($50,000.00) | |
| | **Total Due** | $2,225,000.00 |

**Currency:** $USD

**Payment Information**
Bank Wire/ACH Transfer
**Routing Transit Number:**
**Account Number:**
**Wire ABA:**
**SWIFT:**
**Bank Name:** CHASE Bank
**Bank Address:**  10720 International BLVD
City, State: LAREDO, TEXAS 78045
Beneficiary: PLATINUM TIMES LLC

**Thank you for your business!**