## Esser, Will

| | |
|---|---|
| **From:** | Kerry Platinum <kerry@platinumtimesco.com> |
| **Sent:** | Wednesday, January 24, 2024 4:09 PM |
| **To:** | Paul Levine; Esser, Will |
| **Cc:** | Murphy, Kieran T. |
| **Subject:** | Re: Subpoena to Platinum Times for records related to Prime Capital Ventures wire |
| **Attachments:** | 1) Communication & Images - Kris R.pdf; 2) Shipment - PT LLC to Wrist Aficionado.pdf; 3) Prime Capital Ventures - INV. #17212.pdf |

**\*\*\*Caution: External email\*\*\***

Hello Will/Paul,

Thank you for your email and for sharing the documents with me. It's a shame that your client is going through something like this. The transaction you reference occurred over a year ago and I am attaching to this email all the information we have regarding it.

1) Communication & Images - these are printouts of when the customer reached out to us through Chrono24 inquiring about the watch he eventually purchased. Also in this attachment, it's our conversation with the customer through Instagram DM's where we congratulate him for his purchase. Given that the watch is a 1/1, unique piece, it's very easy to spot in images, in this attachment we also included images of the customer wearing the watch in public (obtained from his Instagram profile).

2) Shipment Info - due to the value of the item, it's common industry practice for a 3rd party to act as a reference for both buyer and seller. In this case, the buyer knew an industry peer of ours, whom we both trusted to act as intermediary on this transaction. The buyer placed a $50,000 deposit with this intermediary (which is mentioned in the invoice). In this attachment you can see the details of the shipment to the intermediary from our store to his store in New York.

3) Sales Invoice - once the buyer got to see the item in person with the intermediary, he confirmed the purchase and proceeded to pay us the remaining balance of $2,225,000 on January 9th, 2023 as you reference in your email. Once we confirmed receipt of the transfer, the buyer collected the item he purchased with the intermediary.

I hope this is helpful to you, have a great rest of your week.

Kerry | Platinum Times Company
Cell: 956-295-1440

---

**From:** Paul Levine <plevine@lemerygreisler.com>
**Sent:** Wednesday, January 24, 2024 5:02 PM
**To:** Esser, Will <willesser@parkerpoe.com>; kerry@platinumtimesco.com <kerry@platinumtimesco.com>
**Cc:** Murphy, Kieran T. <KMurphy@hinckleyallen.com>
**Subject:** RE: Subpoena to Platinum Times for records related to Prime Capital Ventures wire

Kerry:

As court appointed receiver for Prime Capital Ventures, LLC I join in this request.  Thank you.

Paul A. Levine, Esq.
*Member*
**LEMERY GREISLER LLC**
677 Broadway, 8th Floor
Albany, New York 12207
Tel: (518) 433-8800 x313 |
Direct Dial and Fax: (518) 831-5924
Cell No. (518) 331-7445
plevine@lemerygreisler.com
www.lemerygreisler.com



This message is intended for the exclusive use of the recipient and may contain privileged and confidential communications. If you are not the intended recipient, or a person responsible for delivering this message to the recipient, you are not authorized to read, copy, print, or transfer this message and any attachments.  If you inadvertently received this message, please notify us immediately by email and discard any paper copies and delete all electronic files of the message and any attachments.

Internal Revenue Service Circular 230 notice: Any discussion of a federal tax issue contained in this email, including attachments, is not intended to and cannot be used for the purpose of (i) avoiding penalties under federal tax laws, or (ii) promoting, marketing or recommending to another party any tax-related matters.

**From:** Esser, Will <willesser@parkerpoe.com>
**Sent:** Wednesday, January 24, 2024 11:58 AM
**To:** kerry@platinumtimesco.com
**Cc:** Paul Levine <plevine@lemerygreisler.com>; Murphy, Kieran T. <KMurphy@hinckleyallen.com>
**Subject:** Subpoena to Platinum Times for records related to Prime Capital Ventures wire

Kerry,

Thank you for talking with me on the phone a few minutes ago.

I am counsel for Compass-Charlotte, plaintiff in a lawsuit filed in the United States District Court for the Northern District of New York against Prime Capital Ventures, LLC and other entities.  A copy of that complaint is attached.   On January 12, 2024, the federal court appointed Paul Levine as a receiver over Prime Capital Ventures and various Berone Capital entities (order attached).  Mr. Levine is copied on this email.

The Court's order also provided that Compass-Charlotte could obtain documents from third parties via subpoena and that those documents had to be produced by the third party within three calendar days of service of the subpoena via email.

**The facts in this present situation are extremely serious** as we are attempting to track down and locate at least $50 million of ICA deposits paid by third parties, like Compass-Charlotte, to Prime Capital Ventures.  At this time, those deposits have gone missing and we need to immediately track them down.

As we discussed, Prime Capital Ventures' records reflect that on January 9, 2023, Prime Capital Ventures sent a wire to Platinum Times Acct XX3018 at JP Morgan Chase for $2,225,000.

We need to immediately (**today if possible**) obtain the sale records regarding this wire, particularly who made the purchases from Platinum Times, what was purchased, and who the items were given to (in person or by mail, etc.).

We look forward to your prompt compliance and production in accordance with the terms of the Court's order and the attached subpoena.  **Please immediately confirm that you have received this email**.

Regards,

Will Esser

_____

**Will Esser**
Partner

620 South Tryon Street | Suite 800 | Charlotte, NC 28202
Office: 704.335.9507 | Fax: 704.334.4706 | map

Visit our website at
www.parkerpoe.com

**CAUTION: This email originated from outside of the Firm. Do not click links or open attachments unless you recognize the sender and have confirmed that the content is safe.**