**Esser, Will**

| | |
|---|---|
| **From:** | Paul Levine <plevine@lemerygreisler.com> |
| **Sent:** | Wednesday, January 24, 2024 5:51 PM |
| **To:** | pieter.vantol@hoganlovells.com |
| **Cc:** | Esser, Will; Robert Lippman; Peter Damin; Isabella Kokoszko; Patricia Hartl |
| **Subject:** | Prime Capital |
| **Attachments:** | Communication and Images Regarding Luxury Watch (Richard Mille Skull Tourbillon) (00725321xC66EC).PDF; Shipment Information - P T LLC to Wrist Aficionado - Luxury Watch (Richard Mille Skull Tourbillon) (00725322xC66EC).PDF; Invoice from Platinum Times Company Regarding Luxury Watch (Skull Tourbillon) (00725323xC66EC).PDF |
| **Importance:** | High |

***Caution: External email***

Pieter:

Pursuant to a subpoena served today (Will Esser will formally provide you copies of what was received) I learned that in January 2023 Prime Capital Ventures purchased a RM 52-01 Tourbillon Skull wrist watch for $2,275,000.  Please see the attached.

Please tell Kris Roglieri that the watch must immediately, like tomorrow morning, be turned over to my office.  He should contact Peter Damin, at our general number listed below, to arrange the drop off.  Peter's assistant Isabella is copied here, as is my assistant Trish Hartl.

If the watch is no longer in Prime's possession, I need to know what happened to it, was it sold, gifted, when, to whom, for what monies etc. – you get my point.

Thank you for your prompt attention to this matter.

Paul A. Levine, Esq.
*Member*
**LEMERY GREISLER LLC**
677 Broadway, 8th Floor
Albany, New York 12207
Tel: (518) 433-8800 x313 |
Direct Dial and Fax: (518) 831-5924
Cell No. (518) 331-7445
plevine@lemerygreisler.com
www.lemerygreisler.com



This message is intended for the exclusive use of the recipient and may contain privileged and confidential communications. If you are not the intended recipient, or a person responsible for delivering this message to the recipient, you are not authorized to read, copy, print, or transfer this message and any attachments.  If you inadvertently received this message, please notify us immediately by email and discard any paper copies and delete all electronic files of the message and any attachments.

Internal Revenue Service Circular 230 notice: Any discussion of a federal tax issue contained in this email, including attachments, is not intended to and cannot be used for the purpose of (i) avoiding penalties under federal tax laws, or (ii) promoting, marketing or recommending to another party any tax-related matters.