**Esser, Will**

| | |
|---|---|
| **From:** | Van Tol, Pieter <pieter.vantol@hoganlovells.com> |
| **Sent:** | Friday, January 26, 2024 9:45 AM |
| **To:** | Paul Levine |
| **Cc:** | Esser, Will; Fenlon, Christopher V.; Murphy, Kieran T.; Tuxbury, James L.; Peter Damin; Robert Lippman; jharwick@joneshacker.com; thiggs@joneshacker.com |
| **Subject:** | Re: Subpoenaed documents received from Platinum Time |

**\*\*\*Caution: External email\*\*\***

It is in Mr. Roglieri's possession and should be delivered today.  Please advise where it should be delivered.

Regards,

Pieter


On Jan 26, 2024, at 7:15 AM, Paul Levine <plevine@lemerygreisler.com> wrote:


**[EXTERNAL]**
Pieter, please update me on the status of the watch.  Is it Mr. Roglieri's possession?  If so, does he intend to turn it over.  If not, what happened to it.  Please advise.

Paul A. Levine, Esq.
*Member*
**LEMERY GREISLER LLC**
677 Broadway, 8th Floor
Albany, New York 12207
Tel: (518) 433-8800 x313 |
Direct Dial and Fax: (518) 831-5924
Cell No. (518) 331-7445
plevine@lemerygreisler.com
www.lemerygreisler.com


<image001.png>


This message is intended for the exclusive use of the recipient and may contain privileged and confidential communications. If you are not the intended recipient, or a person responsible for delivering this message to the recipient, you are not authorized to read, copy, print, or transfer this message and any attachments.  If you inadvertently received this message, please notify us

immediately by email and discard any paper copies and delete all electronic files of the message and any attachments.

Internal Revenue Service Circular 230 notice: Any discussion of a federal tax issue contained in this email, including attachments, is not intended to and cannot be used for the purpose of (i) avoiding penalties under federal tax laws, or (ii) promoting, marketing or recommending to another party any tax-related matters.

---

**From:** Esser, Will <willesser@parkerpoe.com>
**Sent:** Thursday, January 25, 2024 12:59 PM
**To:** Paul Levine <plevine@lemerygreisler.com>
**Cc:** Van Tol, Pieter <pieter.vantol@hoganlovells.com>; Fenlon, Christopher V. <cfenlon@hinckleyallen.com>; Murphy, Kieran T. <KMurphy@hinckleyallen.com>; Tuxbury, James L. <jtuxbury@hinckleyallen.com>; Peter Damin <pdamin@lemerygreisler.com>; Robert Lippman <rlippman@lemerygreisler.com>; jharwick@joneshacker.com; thiggs@joneshacker.com
**Subject:** Subpoenaed documents received from Platinum Time

Attached documents were produced by Platinum Time regarding the purchase of a Richard Mille Skull Tourbillon watch for $2,225,000 with Prime Capital Ventures funds in January 2023.  I understand that the receiver has demanded that Kris Roglieri immediately turn over possession of the watch since it is an asset of Prime Capital Ventures.

Will

---

**Will Esser**
Partner

620 South Tryon Street | Suite 800 | Charlotte, NC 28202
Office: 704.335.9507 | Fax: 704.334.4706 | map

Visit our website at
www.parkerpoe.com

---

**From:** Esser, Will
**Sent:** Thursday, January 25, 2024 12:33 PM
**To:** Paul Levine <plevine@lemerygreisler.com>
**Cc:** Van Tol, Pieter <pieter.vantol@hoganlovells.com>; Fenlon, Christopher V. <cfenlon@hinckleyallen.com>; Murphy, Kieran T. <KMurphy@hinckleyallen.com>; Tuxbury, James L. <jtuxbury@hinckleyallen.com>; Peter Damin <pdamin@lemerygreisler.com>; Robert Lippman <rlippman@lemerygreisler.com>
**Subject:** Additional Subpoenaed documents received from KeyBank

Below is a link for additional documents received from KeyBank.  It is possible I already sent the bank account statements received for Commercial Capital Trading Group, but am including them in this link in the event I missed them previously:

https://parkerpoe.sharefile.com/d-sa8adbf133242452dac3b23ecb7e88ceb

**CAUTION: This email originated from outside of the Firm. Do not click links or open attachments unless you recognize the sender and have confirmed that the content is safe.**

---

**About Hogan Lovells**

Hogan Lovells is an international legal practice that includes Hogan Lovells US LLP and Hogan Lovells International LLP. For more information, see www.hoganlovells.com.

CONFIDENTIALITY. This email and any attachments are confidential, except where the email states it can be disclosed; it may also be privileged. If received in error, please do not disclose the contents to anyone, but notify the sender by return email and delete this email (and any attachments) from your system.