UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF NEW YORK

------------------------------------- x

In re:                                                          Chapter 11

PRIME CAPITAL VENTURES, LLC,
                                                                Case No.: 24-11029 (REL)


                              Debtor.

----------------------------------- x


### NOTICE OF CHANGE OF MAILING ADDRESS

PLEASE TAKE NOTICE that Brian Ryniker provides notice that the mailing address for RK Consultants, LLC has changed as follows:


| Prior Mailing Addresses | Updated Mailing Address |
| --- | --- |
| • 1178 Broadway, 3rd floor #1505 New York, NY 10001 <br><br> • 15 West 38th Street, Suite 806 New York, NY 10018 | • 112 West 34th Street, Suite 18028 New York, NY 10120 |


Dated: April 1, 2026


                                                          */s/Brian Ryniker*

                                                          Brian Ryniker


1