# LaMonica Herbst & Maniscalco, LLP

*Moving Forward. Staying Ahead.*®

**Holly R. Holecek, Esq.**
Partner
Mobile: 516-729-1157
hrh@lhmlawfirm.com

April 16, 2026

**BY ECF**
Judge Patrick G. Radel
United States Bankruptcy Judge
United States Bankruptcy Court N.D.N.Y.
James T. Foley United States Courthouse
445 Broadway, Suite 330
Albany, New York 12207

> *In re Kris Daniel Roglieri*
> **Chapter 7**
> **Case No.: 24-10157-1-pgr**
> *In re Prime Capital Ventures, LLC*
> **Chapter 11**
> **Case No.: 24-11029-1-pgr**

Dear Judge Radel:

I write on behalf of Marianne T. O'Toole, Esq., solely in her capacity as the Successor Chapter 7 Trustee ("Successor Trustee") of the bankruptcy estate of Kris Daniel Roglieri.

Pursuant to paragraph 6(a)(iii) of the Sellers' Auction Agreement with Enhanced Hammer Potential ("Auction Agreement") among the Successor Trustee, Yann Geron, Esq. as Plan Administrator for Prime Capital Ventures, LLC, and Phillips Auctioneers LLC in association with Bacs & Russo ("Phillips"), Phillips may withdraw the watch from its June 2026 auction if the Court has not issued an Order respecting the sale of the watch by April 17, 2026.

Following today's hearing, I conferred with Phillips and Phillips advised that, for the watch to be included in its June 2026 auction, the last possible date Phillips would agree to is April 21, 2026 for the entry of an Order respecting the sale, as the watch needs to be retrieved, inspected and cataloged, among other things.

Philips further advised that it has another live watch auction in New York, New York in December 2026 and that the watch could instead be included in that auction. For that to occur, Phillips would require the watch in its offices by October 1, 2026.

Thank you for your consideration.

Respectfully submitted,

*s/ Holly R. Holecek*
Holly R. Holecek

HRH/bhs
cc.    Interested Parties (by ECF)

---

3305 Jerusalem Avenue, Wantagh, New York 11793 │ p: 516.826.6500 │ f: 516.826.0222 │ www.lhmlawfirm.com