**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF NEW YORK**

In re:

PRIME CAPITAL VENTURES, LLC,                    Case No. 24-11029-PGR
                                                Chapter 11


                        Debtor.

### NOTICE OF RESIGNATION OF YANN GERON, AS PLAN ADMINISTRATOR AND APPOINTMENT OF FRED STEVENS, AS SUCCESSOR PLAN ADMINISTRATOR

TO ALL CREDITORS, AND PARTIES IN INTEREST OF THE ABOVE DEBTOR, PLEASE TAKE NOTICE OF THE FOLLOWING:

 Resignation of Yann Geron, as Plan Administrator.  On April 22, 2026, pursuant to Section 5.1 of the Plan Administrator Agreement[1], Yann Geron, in his capacity as Plan Administrator, resigned.

 Appointment of Fred Stevens, as Successor Plan Administrator.  On April 22, 2026, pursuant to Section 2.3 of the Plan Administrator Agreement, the Oversight Committee appointed Fred Stevens, as successor Plan Administrator, effective immediately as of April 22, 2026.

Dated: New York, New York
   April 23, 2026

        **KLESTADT WINTERS JURELLER**
        **SOUTHARD & STEVENS, LLP**


By: */s/ Fred Stevens*
   Fred Stevens
   Lauren C. Kiss
   200 West 41st Street, 17th Floor
   New York, New York 10036
   Tel: (212) 972-3000
   Fax: (212) 972-2245
   Email: fstevens@klestadt.com
      lkiss@klestadt.com

   *Counsel to the Plan Administrator*

---

[1] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the *Trustee's Plan of Liquidation Pursuant to Chapter 11 of the Bankruptcy*.