# CAPEZZA HILL, LLP
## ATTORNEYS AT LAW

Thomas A. Capezza, Esq.

*Partner*

June 23, 2026

**By ECF**

Honorable Patrick G. Radel
United States Bankruptcy Judge
Northern District of New York
445 Broadway
Albany, New York 12207

Re: **In re: PRIME CAPITAL VENTURES, LLC**
**24-11029 (PGR)**

Dear Judge Radel:

I write to respectfully advise the Court that this firm does not represent Kimbery Humphrey in the above-referenced bankruptcy case.

We thank the Court for its time and consideration.

Respectfully submitted,

**CAPEZZA HILL, LLP**

THOMAS A. CAPEZZA

cc:     **BY EMAIL**

Fred Stevens, Esq. (fstevens@klestadt.com)
Lauren C. Kiss, Esq. (lkiss@klestadt.com)
Kevin B. Collins, Esq. (kcollins@klestadt.com)