# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Case No: CH 11 24-11029

Case Name: Prime Capital Ventures, LLC

Taxpayer ID No: XX-XXX0258

For Period Ending: 02/26/2026

Trustee Name: Yann Geron, Trustee

Bank Name: Axos Bank

Account Number/CD#: XXXXXX0713

Prime Capital Ventures

Blanket Bond (per case limit):

Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| | | | Balance Forward | | | | $0.00 |
| 06/20/25 | 1 | DIP Funds | Debtor in Possession Funds DIP Funds; DDA internal transfer request | 1129-00 | $1,849,111.94 | | $1,849,111.94 |
| 06/30/25 | | Innovative Discovery LLC PO Box 780154 Philadelphia, PA 19178-0154 | For post-petition electronic storage fees and related charges Domestic Wire Transfer | 2410-00 | | $691.18 | $1,848,420.76 |
| 06/30/25 | | Arthur B. Levine Co. Inc. | Domestic Wire Transfer-DL Dime Yann Geron Trustee 20250630MMQFMP9N000510 20250630GMQFMP01034197 06301245FT03 | 3991-00 | | $5,250.00 | $1,843,170.76 |
| 07/07/25 | 14 | Hill Ward Henderson PO Box 2231 Tampa, FL 33601 | Refund of Balance of Retainer | 1229-00 | $1,689.00 | | $1,844,859.76 |
| 08/28/25 | | Innovative Discovery LLC PO Box 780154 Philadelphia, PA 19178-0154 | Wire Transfer - Direct Link Invoice 275647 | 2410-00 | | $10,593.64 | $1,834,266.12 |
| 09/04/25 | | ARTHUR B. LEVINE CO., INC. | Domestic Wire Transfer-DL ARTHUR B. LEVINE CO. INC. DBA ARTHU 7200007000713 Prime Capital, Debtor 20250904MMQFMP9N000394 20250904GMQFMP 0102918109041401 FT03 | 3991-000 | | $20,000.00 | $1,814,266.12 |
| 09/05/25 | | ACH Debit | Quarterly Fee ACH Debit PAYMENT QUARTERLY FEE CCD 041036049468306 PRIME CAPITAL VENTURES | 2950-000 | | $250.00 | $1,814,016.12 |
| 10/10/25 | | Saratoga Automobile Museum | SALES of Vehicles | | $2,065,306.85 | | $3,879,322.97 |
| | | | Gross Receipts          $2,288,000.00 | | | | |

Page Subtotals: $3,916,107.79    $36,784.82

Case 24-11029-1-pgr  Doc 458-1  Filed 07/07/26  Entered 07/07/26 18:17:14  Desc Form 2  Page 1 of 6

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Case No: CH 11 24-11029

Case Name: Prime Capital Ventures, LLC

Trustee Name: Yann Geron, Trustee

Bank Name: Axos Bank

Account Number/CD#: XXXXXX0713

Prime Capital Ventures

Taxpayer ID No: XX-XXX0258

For Period Ending: 02/26/2026

Blanket Bond (per case limit):

Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| | | Saratoga Automobile Museum | Buyer's Premium/Auctioneer Fees ($208,000.00) | 3610-000 | | | |
| | | Saratoga Automobile Museum | Expenses ($14,693.15) | 3620-000 | | | |
| | 15 | | Vehicles $2,288,000.00 | 1129-00 | | | |
| 10/17/25 | | Denali State Bank Attn: Priscilla Swankie | Payment to secured creditor Denali State Bank for sale of 2020 Lamborghini Stip and Order #335, 8/14/25 Denali State Bank 7200007000713 Fairbanks US Attn: Priscilla Swankie 20251017MMQFMP9N000520 20251017QMGFNP 7400139210171521 FT03 | 2500-000 | | $456,175.07 | $3,423,147.90 |
| 10/17/25 | | Marianne O'Toole, Trustee, Roglieri | Domestic Wire Transfer-DL - Allocation of care sale proceeds, Stip & Order #335 Domestic Wire Transfer-DL Marianne O'Toole,Trustee, Roglieri Allocation of car sale proceeds 20251017MMQFMP9N000040 20251017GMQFMP 0100776010170855 FT03 | 2500-000 | | $25,000.00 | $3,398,147.90 |
| 10/31/25 | 1001 | Innovative Discovery LLC dba Innovative Driven PO Box 780154 Philadelphia, PA 19178-0154 | Payment of Invoice No. 286369 re electronic data storage and hosting | 2410-000 | | $7,571.32 | $3,390,576.58 |
| 10/31/25 | | Transfer to Acct # xxxxxx0739 | Transfer of Funds re Automobile Auction Proceeds | 9999-00 | | $1,559,131.78 | $1,831,444.80 |
| 11/14/25 | 1002 | Innovative Discovery LLC dba Innovative Driven PO Box 780154 Philadelphia, PA 19178-0154 | Payment of Invoice Nos. 293521 and 295653 re electronic data storage and hosting | 2410-000 | | $5,209.72 | $1,826,235.08 |

Page Subtotals: $0.00 $2,053,087.89

Case 24-11029-1-pgr Doc 458-1 Filed 07/07/26 Entered 07/07/26 18:17:14 Form 2 Page 2 of 6 Desc

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Case No: CH 11 24-11029

Case Name: Prime Capital Ventures, LLC

Trustee Name: Yann Geron, Trustee

Bank Name: Axos Bank

Account Number/CD#: XXXXXX0713

Prime Capital Ventures

Taxpayer ID No: XX-XXX0258

For Period Ending: 02/26/2026

Blanket Bond (per case limit):

Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 11/21/25 | 1003 | Trustee Insurance Agency, Inc. PO Box 190 Vicksburg, MI 49097 | policy no. B0507FFF2400002, invoice no. 2656-4995, re watch | 2420-000 | | $4,240.62 | $1,821,994.46 |
| 12/01/25 | 1004 | Arthur B. Levine Company 370 Lexington Avenue, Suite 1208 New York, NY 10017 | Premium Payment re Bond No. 3526913 for period 12/09/2025 - 6/10/2026 | 2300-000 | | $5,250.00 | $1,816,744.46 |
| 12/29/25 | 1005 | Innovative Discovery LLC dba Innovative Driven PO Box 780154 Philadelphia, PA 19178-0154 | Payment of Invoice No. 297913 re electronic data storage and hosting | 2410-000 | | $1,479.86 | $1,815,264.60 |
| 01/13/26 | | Chapman and Cutler LLP | C/m ER Tennessee LLC - Wire Transfer Debit c/m ER Tennessee LLC 20260113MMQFMP9N000792 20260113MMQFMP2H 11287101131730 FT01 | 3991-000 | | $749,021.90 | $1,066,242.70 |
| 01/15/26 | 16 | Citibank, N.A. | Turnover of debtor's Citibank Opera Acct funds per stipulation dated 12/2/25 [DE 359] | 1229-00 | $5,000.00 | | $1,071,242.70 |
| 02/10/26 | 1006 | Innovative Discovery LLC dba Innovative Driven PO Box 780154 Philadelphia, PA 19178-0154 | Payment of Invoice No. 300340 re electronic data storage and hosting | 2410-000 | | $2,030.70 | $1,069,212.00 |
| 02/12/26 | | UST quarterly Fees | Payment on quarterly Fees CCD 041036048213088 PRIME CAPITAL VENTURES | 6700-000 | | $2,015.86 | $1,067,196.14 |
| 02/17/26 | 1007 | Innovative Discovery LLC dba Innovative Driven PO Box 780154 Philadelphia, PA 19178-0154 | Payment of Invoice No. 302718 re electronic data storage and hosting | 2410-000 | | $1,441.95 | $1,065,754.19 |
| 02/24/26 | 1008 | Arthur B. Levine Company 370 Lexington Avenue, Suite 1208 New York, NY 10017 | Supp. Premium Payment re Bond No. 3526913 for period 12/09/2025 - 6/10/2026 | 2300-000 | | $1,400.00 | $1,064,354.19 |

COLUMN TOTALS $3,921,107.79 $2,856,753.60

Page Subtotals: $5,000.00 $766,880.89

Case 24-11029-1-pgr Doc 458-1 Filed 07/07/26 Entered 07/07/26 18:17:14 Desc Form 2 Page 3 of 6

| | | |
|---|---|---|
| Less: Bank Transfers/CD's | $0.00 | $1,559,131.78 |
| Subtotal | $3,921,107.79 | $1,297,621.82 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $3,921,107.79 | $1,297,621.82 |

| | | |
|---|---|---|
| Page Subtotals: | $0.00 | $0.00 |

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No:  CH 11 24-11029

Case Name:  Prime Capital Ventures, LLC

Trustee Name:  Yann Geron, Trustee

Bank Name:  Axos Bank

Account Number/CD#:  XXXXXX0739

Victim Fund Account

Taxpayer ID No:  XX-XXX0258

For Period Ending:  02/26/2026

Blanket Bond (per case limit):

Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| | | | Balance Forward | | | | $0.00 |
| 10/31/25 | | Transfer from Acct # xxxxxx0713 | Transfer of Funds re Automobile Auction Proceeds | 9999-00 | $1,559,131.78 | | $1,559,131.78 |
| 11/02/25 | | Axos Bank | Interest posting | 1270-00 | $267.84 | | $1,559,399.62 |
| 11/30/25 | | Axos Bank | Interest posting | 1270-00 | $2,238.54 | | $1,561,638.16 |
| 12/31/25 | | Axos Bank | Interest posting | 1270-00 | $2,482.13 | | $1,564,120.30 |
| 02/01/26 | | Axos Bank | Interest posting | 1270-00 | $2,260.34 | | $1,566,380.63 |

|  | | |
|---|---|---|
| COLUMN TOTALS | $1,566,380.63 | $0.00 |
| Less: Bank Transfers/CD's | $1,559,131.78 | $0.00 |
| Subtotal | $7,248.85 | $0.00 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $7,248.85 | $0.00 |

Case 24-11029-1-pgr   Doc 458-1   Filed 07/07/26   Entered 07/07/26 18:17:14   Desc
Form 2   Page 5 of 6

| Page Subtotals: | $1,566,380.63 | $0.00 |
|---|---|---|

TOTAL OF ALL ACCOUNTS

|  | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX0713 - Prime Capital Ventures | $3,921,107.79 | $1,297,621.82 | $1,064,354.19 |
| XXXXXX0739 - Victim Fund Account | $7,248.85 | $0.00 | $1,566,380.63 |
| | $3,928,356.64 | $1,297,621.82 | $2,630,734.82 |
| | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| Total Allocation Receipts: | $222,693.15 |
| Total Net Deposits: | $3,928,356.64 |
| Total Gross Receipts: | $4,151,049.79 |

Trustee Signature:     /s/ Yann Geron, Trustee     Date: 07/02/2026

Yann Geron, Trustee
370 Lexington Avenue, Suite 1208
New York, NY 10017
(646)560-3224
ygeron@geronlegaladvisors.com

Page Subtotals:     $0.00     $0.00