**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF NEW YORK**

In re:

PRIME CAPITAL VENTURES, LLC,

Case No. 24-11029-PGR
Chapter 11

Debtor.

**NOTICE OF FILING OF REVISED ORDER ESTABLISHING STREAMLINED PROCEDURES GOVERNING ADVERSARY PROCEEDINGS**

**PLEASE TAKE NOTICE** that on September 24, 2026, Fred Stevens (the "Plan Administrator"), in his capacity as the Plan Administrator for Prime Capital Ventures, LLC, the above-captioned debtor ("Prime Capital," or the "Debtor"), filed the *Plan Administrator's Motion for an Order Establishing Streamlined Procedures Governing Adversary Proceedings* (the "Motion") [Docket No. 513]. Attached as Exhibit A to the Motion was the proposed order approving the Motion (the "Proposed Order")[1] [Docket No. 513-1].

**PLEASE TAKE FURTHER NOTICE** that the Plan Administrator received comments to the Avoidance Action Procedures from a Defendant named in an Avoidance Action and incorporated the comments into a revised version of the Proposed Order (the "Revised Proposed Order").

**PLEASE TAKE FURTHER NOTICE** that attached hereto as **Exhibit A** is the Revised Proposed Order.

[*Continued on Next Page*]

[1] Capitalized terms used but not defined herein shall have the meaning ascribed to them in the Proposed Order.

**PLEASE TAKE FURTHER NOTICE** that a blackline comparison of the Proposed Order and the Revised Proposed Order is attached hereto as **Exhibit B**.

Dated: New York, New York
October 12, 2026

**KLESTADT WINTERS JURELLER SOUTHARD & STEVENS, LLP**

By: *\/s/ Lauren C. Kiss*

Fred Stevens
Lauren C. Kiss
Kevin B. Collins
286 Madison Avenue, 11th Floor
New York, New York 10017
Tel: (212) 972-3000
Fax: (212) 972-2245
Email: fstevens@klestadt.com
lkiss@klestadt.com
kcollins@klestadt.com

*Counsel to the Plan Administrator*